# EXHIBIT A

FILED
CLERK OF THE CIRCUIT COURT
7/29/2025 3:07 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS
2025LA27

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT**
**STATE OF ILLINOIS, COUNTY OF MARION, LAW DIVISION**

| | |
|---|---|
| **PULVER MACZ FUNERAL HOME, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WEST BEND MUTUAL INSURANCE COMPANY and HAUSCH & COMPANY, INC.**<br><br>**Defendants.** | **Case No.** 2025LA27 |

**COMPLAINT**

Plaintiff Pulver Macz Funeral Home, Inc. through undersigned counsel (and referred to herein as "Plaintiff"), and files this Complaint against Defendants West Bend Mutual Insurance Company and Hausch & Company, Inc., and states the following:

**THE PARTIES**

1. Plaintiff PULVER MACZ FUNERAL HOME is an Illinois corporation with its principal place of business located in Marion County, Illinois.

2. Defendant WEST BEND MUTUAL INSURANCE COMPANY ("West Bend") is a foreign insurer incorporated under the laws of the State of Wisconsin, with its principal place of business located at 1900 South 18th Avenue, West Bend, Wisconsin 53095, and authorized to do and doing business in Marion County and the State of Illinois.

3. Defendant HAUSCH & COMPANY, INC. ("Hausch"), is a foreign adjusting company incorporated under the laws of the State of Iowa, with its principal place of business, namely its corporate headquarters, located at 2420 Alft Lane, Elgin, IL, 60124. Defendant Hausch & Company, Inc. is authorized to do and is doing business in Marion County and the State of Illinois.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over this action pursuant to 735 ILCS § 5/2-209(a)(1) and 735 ILCS § 5/2-209(a)(4) because Defendants at all relevant times transacted business within Illinois, including West Bend issuing an insurance policy covering real property located in Marion County, Illinois and adjusting an insurance claim made under that policy.

5. West Bend is subject to personal jurisdiction in Illinois courts because West Bend transacts business within Illinois and issued an insurance policy covering real property located in Marion County, Illinois. West Bend, in other words, has engaged in substantial and continuous business activities in the state related to the subject matter of this action.

6. Hausch is subject to personal jurisdiction in Illinois because it transacts business within Illinois by adjusting insurance claims made in this state and maintains its corporate headquarters in Illinois.

7. Venue is proper in this Court pursuant to 735 ILCS § 5/2-101, *et seq.* because the cause of action arose, and the insured property that is the subject of this dispute is situated in Marion County, Illinois. Additionally, Plaintiff Pulver Macz Funeral Home, Inc. maintains its principal place of business in Marion County, Illinois.

## Factual Background

8. At all times relevant hereto, Plaintiff owned and operated the commercial property located at 111 Perkins Street, Odin, IL 62870, which is located in Marion County (the "Property").

9. At all times relevant hereto, West Bend sold a policy of insurance (bearing policy number 2178944 08) to Plaintiff which covered the Property against perils including wind and hailstorms (the "Policy") and provided the following coverages for the subject property (Location 5, Building 1): 1) $597,200 building coverage on a replacement cost basis with a $1,000

deductible, 2) $43,800 business personal property coverage on a replacement cost basis with a $1,000 deductible, 3) Business Income and Extra Expense coverage with actual loss sustained coverage not to exceed 12 consecutive months, and 4) various additional coverages and extensions including debris removal coverage of $50,000. The Policy is attached hereto as **Exhibit A**.

10. On or about July 29, 2023, a severe hail and windstorm affected Marion County, Illinois, including the area where Plaintiff's Property was located. The Property subsequently lost power to the Building and suffered ongoing outage and electrical problems throughout several rooms.

11. As a result of the severe hail and windstorm, Plaintiff's Property sustained significant damage throughout both floors, requiring comprehensive restoration. Such restoration included without limitation hazardous material abatement, demolition, electrical work, roofing replacement, and removal and replacement of several major interior areas from the chapel and embalming facilities to upper floor rooms, kitchens, bathrooms, and building systems at a total approximate cost of nearly $952,000.00 across all applicable coverages owed under the Policy.

12. Upon discovering the damage, Plaintiff promptly filed a claim with West Bend, which assigned claim number AQ66786, and in compliance with the Policy, Plaintiff began mitigating the loss as quickly as possible.

13. On or about August 05, 2023, West Bend's claim adjuster, Nate Horrie, assigned Hausch, a third-party field adjusting company, to inspect the Property. Hausch's inspection was inadequate and failed to document the full scope of damages, resulting in an estimate grossly underreporting the extent of damage. For example, several rooms inside of the property were omitted and no items for code upgrade were accounted for in the initial estimate. Based on Hausch's investigation, West Bend prepared an initial estimate dated August 25, 2023, showing a

replacement cost value of $38,746.67. *See* **Exhibit B** ("August 25, 2023 West Bend Initial Estimate").

14. After receiving the initial valuation of the claim from West Bend, Plaintiff retained Elite Contracting and Consulting to inspect the Property, document their findings, and generate an estimate of damages.

15. On or about August 5, 2023, Elite Contracting and Consulting inspected the Property and documented total damages of $951,961.32, including, but not limited to:

a. $733,424.60 in direct repair costs covering general demolition ($181,892.53), hazardous material remediation/abatement ($227,532.98), roofing repairs ($103,338.00), electrical work ($95,156.96), drywall ($32,039.88), painting ($33,899.00), insulation ($26,259.29), siding ($15,353.10), and other necessary repairs;

b. $44,903.84 in design professional fees;

c. overhead and profit totaling $158,663.92; and

d. $14,968.96 in material sales tax.

*See* **Exhibit E** ("Elite Contracting and Consulting Estimate & Photographs").

16. Plaintiff provided Elite Contracting and Consulting's initial analysis to West Bend on or about December 21, 2023.

17. On information and belief, Elite Contracting and Consulting further provided separate estimates to West Bend on or about April 29, 2024, to aid in the evaluation of the damage to the structure with respect to the interior, abatement, electrical, and code repairs.

18. On or about June 02, 2024, almost a year after the date of loss, West Bend, on information and belief assisted by Hausch, prepared a revised or supplemental estimate of damages. The supplemental estimate identified some additional damages to the property, increasing the replacement cost value to $98,958.76 before deductible and depreciation. The estimate, however, still failed to account for the full extent of damage to the property. Additionally,

the supplemental estimate provided for identifying code upgrades but only paid when incurred.
The amount allotted for code upgrades was a replacement cost total of $334,010.04, subject to
applicable Policy limits. *See* **Exhibit C** ("June 03, 2024, West Bend Supplemental Estimate").

19.    On June 03, 2024, despite the estimates still failing to account for the full scope of
structural damages to the building, West Bend, relying on the findings of Hausch, issued a letter
to Plaintiff explaining West Bend's findings and amount of damages. *See* **Exhibit D**.

20.    On behalf of Plaintiff, on or about August 19, 2024, Elite Contracting and
Consulting also notified West Bend of electrical testing performed at the Property and that every
room failed the continuity test except for three. West Bend was also notified that the Property was
still unable to have power restored to it because of the electrical damage caused by the storm.

21.    On August 19, 2024, West Bend had Donan Engineering prepare a forensic
engineering report to investigate the electrical issues to the Property. *See* **Exhibit F** ("Donan
Engineering Report"). For example, Donan Engineering determined that the

   a. Electrical service to the funeral home was damaged, and an open or floating neutral
      condition was created when a tree limb fell on the overhead service entrance cable
      and will require repair or replacement;

   b. Lightning was eliminated as a cause of damage;

   c. Any wiring or electrical devices exposed to water or moisture from the roof leaks
      should be replaced; and

   d. Some items were not tested due to no electricity to the building.

22.    Despite receiving documentation of the storm causing electrical damage to the
Property, West Bend failed to adequately account for the removal and replacement of the same.
For example, by only acknowledging removal and replacement of commercial electrical in some
of the rooms and failing to provide repairs to such under the dwelling structure coverage rater than
attributing it most or all of it to Code upgrades.

23. Despite providing ample documentation in support of Plaintiff's claim, West Bend has failed and refused to evaluate the information and surrounding facts, choosing instead to rely entirely on the incorrect assumptions and conclusions of its agents, employees, or consultants, including Hausch.

24. For its part, Hausch has improperly investigated the claim from the beginning and made multiple misrepresentations and/or omissions to Plaintiff regarding, among other things, the scope of the damage to the Property and the cost of repairing or replacing the same. Plaintiff initially relied on such misrepresentations and/or omissions before hiring its own contractor to investigate the Property.

25. West Bend has persisted in refusing to pay the full amount due for Plaintiff's claim under the Policy. No reasonable basis exists or has existed at any time for West Bend's delay and/or refusal to provide covered benefits due and owing under the Policy.

26. West Bend's failure to comply with the terms of its own Policy caused and continues to cause significant delay to repair of the Property.

27. At all times relevant hereto, Plaintiff has complied with its obligations pursuant to the insurance agreement, including payment of all premiums due under the policy, giving prompt notice to their insurer, providing a description of the facts of the loss, taking reasonable steps to protect the covered property, permitting the inspection of the property by the insurer, and cooperating with the insurer during the investigation of the claim.

28. Upon information and belief, West Bend purposefully and/or negligently failed to timely tender proceeds due to Plaintiff after having received satisfactory proof of loss.

29. Upon information and belief, West Bend purposefully and/or negligently misrepresented to Plaintiff the terms and conditions of the Policy.

30. Upon information and belief, West Bend manipulated its pricing software to artificially suppress the cost of repairs below market value and over depreciated Plaintiff's losses.

31. Upon information and belief, West Bend purposefully, or at least negligently, failed to include adequate overhead and profit in its estimates of damages.

32. Plaintiff has incurred additional expenses in making repairs because West Bend failed to timely compensate Plaintiff for their losses under the Policy.

33. Plaintiff has incurred professional expenses, including expert and/or attorneys' fees, to determine that the West Bend wrongfully failed to adequately/timely pay Plaintiff's claims under the Policy.

34. Plaintiff has incurred or may incur additional business interruption losses as a result of the damages caused to the Property and West Bend's failure to timely pay benefits.

35. At and during the time of the acts and/or omissions complained of herein, there have been multiple acts and/or omissions committed by West Bend's agents, representatives, or employees, including but not limited to Hausch, within the scope of their actual or apparent authority that have led to West Bend's failure to promptly pay Plaintiff's claim in full. West Bend is therefore liable to Plaintiff for the acts and/or omissions of any such agent, representative, or employee complained of herein by virtue of such agency relationship.

**COUNT 1 – BREACH OF CONTRACT (WEST BEND)**

36. Plaintiff re-alleges and incorporates by reference the allegations of the foregoing paragraphs as if restated herein.

37. West Bend entered into a legally binding contract with Plaintiff when it issued the Policy.

38.    Under the Policy, West Bend owes a duty to Plaintiff to make prompt and proper payment for all covered claims and to make its policy limits available to insureds for losses. These duties arise from the Policy itself, Illinois jurisprudence, and duties implied in every contract in Illinois.

39.    Plaintiff submitted a claim to West Bend under the Policy for extensive, severe physical loss and/or damage to the Property arising from a severe hail and windstorm.

40.    Plaintiff's claim triggered one or more coverages under the Policy for a total insured loss of at least $951,961.32.

41.    Plaintiff complied in all material respects with the conditions and requirements of the Policy with respect to the claim including satisfying any potentially applicable deductibles or retentions; or such conditions requirements, deductibles or retentions have been waived or their satisfaction otherwise excused by operation of law or by the conduct of West Bend.

42.    West Bend, by and through its adjusters, representatives, agents, servants, and employees, has breached the Policy with Plaintiff in the following non-exclusive respects: (a) By failing to indemnify its insured in full for the claim, including by relying upon policy exclusions to deny payment of the claim which are, and should be inapplicable given the circumstances of the claim; (b) By failing to pay all benefits available and improperly interpreting the Policy so as to avoid obligations imposed by the Policy and Illinois law; (c) By denying payment on Plaintiff's claim without meeting its affirmative burden of proving by a preponderance of evidence that Plaintiff's loss was proximately caused by non-covered peril or a peril excluded by the policy; (d) By failing to meet its affirmative burden of establishing which part of Plaintiff's loss was caused by an excluded peril; (e) By improperly shifting the burden to Plaintiff of proving that the loss was not excluded by the policy; (f) By failing to conclusively and objectively determine the proximate

and efficient cause of loss; (g) By failing to retain the appropriate experts and/or consultants to evaluate the damages to the Property and/or disregarding evidence from experts and/or consultants retained by Plaintiff; (h) By basing its failure to tender payment upon a nonobjective and scientifically unreliable investigation; (i) By negligently, grossly negligently, recklessly, and/or intentionally choosing not to conduct a full, fair and prompt investigation and adjustment regarding Plaintiff's insured losses; (j) By basing its failure to tender payment based on an inadequate investigation, inspection, and adjustment of Plaintiff's loss; (k) By basing its failure to tender payment based on an investigation and adjustment by an adjuster unqualified to determine the proximate cause of loss; (l) By failing to construe the policy in favor of coverage for Plaintiff's insured loss; and (m) By choosing to delay and withhold payment of Plaintiff's covered losses, thereby proximately causing Plaintiff to incur consequential damages, including: additional repair costs, business interruption losses, expert fees, attorney fees, and litigation expenses.

43. As a result of this breach, Plaintiff has suffered damages in an amount to be proven at trial, all of which were reasonably foreseeable and which were caused, proximately and directly, by West Bend's delay and/or refusal to pay covered benefits.

**COUNT 2 – VIOLATION OF SECTION 155 OF THE ILLINOIS INSURANCE CODE (WEST BEND)**

44. Plaintiff re-alleges and incorporates by reference the allegations of the foregoing paragraphs as if restated herein.

45. At all times relevant to this complaint, there has been in force in Illinois Section 155 of the Illinois Insurance Code, 215 ILCS § 5/155, which authorizes the award of reasonable attorney fees, other costs, plus statutory damages for an insurer's vexatious and unreasonable conduct in the handling of a claim under a policy of insurance, including vexatious and unreasonable delay in settling a claim.

46. Plaintiff is entitled to an award of taxable costs under Section 155 of the Illinois Insurance Code (215 ILCS § 5/155) in an amount to be proven at trial by virtue of West Bend engaging in the following vexatious and unreasonable conduct: (a) not attempting in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim, a claim in which liability was reasonably clear, in violation of Section 154.6 of the Illinois Insurance Code, and in violation of the regulations promulgated by the Illinois Director of Insurance within Section 919.50 of the Illinois Administrative Code; (b) refusing to pay Plaintiff for the covered loss claim without conducting a full, fair, objective, and unbiased investigation based on all available facts and circumstances, in violation of its internal claims policies, practices, and procedures, and in violation of section 154.6 of the Illinois Insurance Code; (c) refusing to pay Plaintiff for the covered loss based on an unreasonable interpretation of its Policy; (d) failing to carry out its part of the bargain under the Policy, contrary to its claim handling philosophy; (e) forcing Plaintiff to retain legal counsel to investigate its claim and to sue to recover the benefits that should have been immediately forthcoming under the Policy; (f) failing to pay Plaintiff all amounts due under the insurance policy within 40 days of when the loss was reported, which constitutes an unreasonable delay in paying the loss as a matter of law, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.80(d)(7)(A) of Part 919 of the Illinois Administrative Code; and (g) failing to acknowledge with reasonable promptness pertinent communications regarding the loss and ensuing claim within 15 days of the same, in violation of the regulations promulgated by the Illinois Director of Insurance within section 919.40 of Part 919 of the Illinois Administrative Code.

**COUNT THREE – NEGLIGENT MISREPRESENTATION (Hausch)**

47. Plaintiff re-alleges and incorporates by reference the allegations of the foregoing

paragraphs as if restated herein.

48. Under Illinois law, "the tort of negligent misrepresentation is a narrow and limited exception to the *Moorman* doctrine (*Moorman Manufacturing Co. v. National Tank Co.*, 91 Ill. 2d 69 (1982)), which generally bars a tort recovery for a purely economic loss." *Kim v. State Farm Mut. Auto. Ins. Co.*, 2021 IL App (1st) 200135, ¶ 49. Negligent misrepresentation consists of: "(1) a false statement of material fact, (2) carelessness or negligence in ascertaining the truth of the statement by the [speaker], (3) an intention to induce the other party to act, (4) action by the other party in reliance ***, and (5) damage to the other party resulting from such reliance, (6) when the party making the statement is under a duty to communicate accurate information." *Id.* (quoting *Fox Associates, Inc. v. Robert Half International, Inc.*, 334 Ill. App. 3d 90, 94 (2002)). In Illinois, "a negligent misrepresentation claim may only be brought against a defendant who is 'in the business of supplying information for the guidance of others in their business dealings' and provided untrue information to the plaintiff." *Id.* ¶ 50 (citation omitted).

49. Defendant Hausch is in the business of supplying information to policyholders and insurance companies to guide their business dealings—namely, the adjust of insurance claims made under, *e.g.*, commercial property insurance policies.

50. West Bend hired Hauch to investigate Plaintiff's claim for the severe loss and damage sustained at the Property. As West Bend's agent, Hausch owed Plaintiff a duty to communicate accurate information regarding the loss as part of, among other things, West Bend's obligation to adjust the claim in good faith.

51. As outlined above, Hausch made false statements and/or omissions of material fact in how it documented the claim and the actual value of the loss.

52. Hausch was negligent, careless, and/or intentional in ascertaining the truth of the extent of the damage to the Property and/or the actual value of the loss.

53. On information and belief, Hausch's investigation of the claim was intended to induce West Bend to offer and Plaintiff to accept a lesser value of the claim than the true covered loss under the Policy.

54. West Bend has relied on Hausch's analysis of the claim to offer substantially less than the true value of the claim, and Plaintiff reviewed and relied on Hausch's analysis as part of West Bend's reporting until Plaintiff hired its own independent contractor to independently value the claim, at which point Plaintiff discovered that Hausch and West Bend severely undervalued the claim.

55. West Bend's reliance on the Hausch analysis has damaged Plaintiff in an amount to be proven at trial. And Plaintiff's own review of the Hausch analysis forced it to incur additional costs, including without limitation having to hire its own contractor to evaluate the claim and due to delays in being properly paid by West Bend.

**PRAYERS FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for the following relief:

A. Enter a judgment in favor of Plaintiff and against Defendants, as requested herein, on each of the Counts in Plaintiff's Complaint;

B. Award Plaintiff its actual and consequential damages sustained as a result of West Bend's breach of the Policy as set forth in Count One in an amount to be established through proof;

C. Award Plaintiff relief against West Bend under 215 ILCS § 5/155 as set forth in Count Two in an amount to be proven at trial;

D. Award Plaintiff relief against Hausch for negligent misrepresentation as set forth in Count Three in an amount to be proven at trial;

E. Enter a judgment awarding Plaintiff exemplary/punitive damages to the fullest extent allowed under Illinois law;

F. Enter a judgment awarding Plaintiff any pre-judgment interest and post-judgment interest at the highest rate allowed by law;

G. Enter a judgment awarding Plaintiff its reasonable attorneys fees and expenses incurred in connection with this action and pursuing Defendants for the underlying claim; and

H. Enter a judgment awarding Plaintiff its costs of suit, taxable court costs, and such other and further relief to which Plaintiff may be justly entitled to by law or in equity.

**JURY DEMAND**

Plaintiff demands a trial by jury for all issues so triable.

Dated: July 29, 2025

Respectfully Submitted,

By: */s/ Bradley H. Dlatt*

Bradley H. Dlatt
Perkins Coie LLP
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511
Telephone: (312) 324-8400
BDlatt@perkinscoie.com

Derek Fadner (*pro hac vice forthcoming*)
STORM LAW PARTNERS, PLLC
1000 Main Street, Suite 2300
Houston, TX 77002
(832) 323-3000
derek@stormlawpartners.com
service@stormlawpartners.com

*Counsel for Plaintiff Pulver Macz Funeral Home, Inc.*

Exhibit A



WEST BEND
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Lines Policy Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| Coverage Part | | Premium |
|---|---|---|
| Businessowners Coverage | | $11,551.00 |
| Commercial Auto Coverage | | $12,293.00 |
| Commercial Liability Umbrella Coverage | | $354.00 |
| | Total Premium: | $24,198.00 |
| | Total Including Taxes, Fees and Surcharges: | $24,198.00 |

**This is not a bill.** A billing invoice will be sent separately.

See attached schedule for forms applicable to all coverage parts.



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Lines Policy Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Named Insured Schedule**

Pulver Macz Funeral Home, Inc DBA Day Funeral Homes and

DBA Day Macz Funeral Home and

DBA Irvin Macz Funeral Homes


West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Lines Policy Declarations**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Location Schedule**

| Loc | Address | City | County | State | Zip |
|---|---|---|---|---|---|
| 1 | 311 N Pine St | Sandoval | Marion | IL | 62882 |
| 2 | 101 E Clinton Ave | Patoka | Marion | IL | 62875 |
| 3 | 234 S Elm St | Centralia | Marion | IL | 62801 |
| 4 | 319 E 3rd St | Centralia | Marion | IL | 62801 |
| 5 | 111 Perkins St | Odin | Marion | IL | 62870 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Lines Policy Declarations**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Forms Schedule**

| Number | Edition | Description |
|---|---|---|
| IL0017Z | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| WB214 | 0119 | MEMBERSHIP AND VOTING NOTICE |
| IL0147 | 0911 | ILLINOIS CHANGES - CIVIL UNION |
| IL0162 | 1013 | ILLINOIS CHANGES - DEFENSE COSTS |
| BP0524X | 0115 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| WB660 | 0420 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| IL0985 | 1220 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |

# MEMBERSHIP AND VOTING NOTICE

**MUTUALS – MEMBERSHIP AND VOTING NOTICE**

The named insured is notified that by virtue of this policy, the named insured is a member of the West Bend Mutual Insurance Company of West Bend, Wisconsin and is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Home Office, on the second Tuesday of March commencing in 2007 and each year thereafter, at 10:00 a.m.

**MUTUALS – PARTICIPATION CLAUSE WITH CONTINGENT LIABILITY**

No Contingent Liability: This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

In Witness Whereof, we have caused this policy to be executed and attested.

Christopher C. Zwygart
Secretary

Kevin A. Steiner
President and Chief Executive Officer

**West Bend Mutual Insurance Company**
**1900 S. 18th Avenue**
**West Bend, WI 53095**
**800-236-5010**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
NOT-FOR-PROFIT ORGANIZATION DIRECTORS, OFFICERS AND TRUSTEES LIABILITY INSURANCE COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE FORM

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence" or "claim", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

POLICY NUMBER: 2178944

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)** **$** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| If you have previously rejected coverage under this policy for Certified Acts of Terrorism under the Terrorism Risk Insurance Act, Coverage will remain excluded unless you request coverage within 30 days of the policy effective date. |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses** **80 %** |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

 © Insurance Services Office, Inc., 2020

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2020



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Businessowners™ Coverage Declaration

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

Form of Business: Corporation

**Businessowners Liability Limits of Insurance**

| | |
|---|---|
| General Aggregate Limit (other than Products/Completed Operations) | $2,000,000 |
| Products/Completed Operations Aggregate Limit | $3,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Medical Expense Limit, Any One Person | $10,000 |
| Damage to Premises Rented to You Limit | $300,000 |

Refer to the attached schedules and forms for other limits, premiums and coverage provided by this policy.

Total Premium: $11,551



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Businessowners™ Coverage Declaration

**Customer Number:** 0111075408
**Policy Number:** 2178944

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### Description of Location or Premises Schedule

| Loc | Bldg | Building and Occupancy Description | Construction | Protection Class |
|---|---|---|---|---|
| 1 | 1 | Building #1 - Funeral Home<br>Funeral Homes or Chapels | Joisted Masonry | 06 |
| 1 | 2 | Building #2 - Garage<br>Funeral Homes or Chapels | Joisted Masonry | 06 |
| 2 | 1 | Building #1 - Funeral Home<br>Funeral Homes or Chapels | Frame | 07 |
| 2 | 2 | Building #2 - Garage<br>Funeral Homes or Chapels | Joisted Masonry | 07 |
| 3 | 1 | Building #1 - Funeral Home<br>Funeral Homes or Chapels | Frame | 03 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Businessowners™ Coverage Declaration

**Customer Number:** 0111075408
**Policy Number:** 2178944

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### Description of Location or Premises Schedule

| Loc | Bldg | Building and Occupancy Description | Construction | Protection Class |
|---|---|---|---|---|
| 4 | 1 | Building #1 - Three Car Garage<br>Funeral Homes or Chapels | Frame | 03 |
| 5 | 1 | Building #1 - Funeral Home<br>Funeral Homes or Chapels | Frame | 05 |
| 5 | 2 | Building #2 - Garage<br>Funeral Homes or Chapels | Frame | 05 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Coverage Schedule**

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 1 | 1 | Building | $931,600 | $1,708 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| 1 | 1 | Business Personal Property | $213,300 | $100 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 4% | | |
| | | Mine Subsidence | $750,000 | $230 |
| | | Deductible – $1,000 | | |
| | | Businessowners Liability | | $145 |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 1 | 2 | Building | $37,200 | $158 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| | | Mine Subsidence | $37,200 | $28 |
| | | Deductible – $1,000 | | |
| 2 | 1 | Building | $546,600 | $1,362 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| 2 | 1 | Business Personal Property | $88,600 | $70 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 4% | | |
| | | Mine Subsidence | $546,600 | $174 |
| | | Deductible – $1,000 | | |
| | | Businessowners Liability | | $54 |



West Bend Mutual Insurance Company
1900 S. 18th Ave | West Bend, WI 53095

Renewal

## Businessowners™ Coverage Declaration

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 2 | 2 | Building | $37,200 | $164 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| | | Mine Subsidence | $37,200 | $28 |
| | | Deductible – $1,000 | | |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 3 | 1 | Building | $1,216,000 | $1,929 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| 3 | 1 | Business Personal Property | $87,900 | $75 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 4% | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| | | Mine Subsidence | $750,000 | $230 |
| | | Deductible – $1,000 | | |
| | | Businessowners Liability | | $75 |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 4 | 1 | Building | $55,800 | $212 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| 4 | 1 | Business Personal Property | $6,300 | $12 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 4% | | |
| | | Mine Subsidence | $55,800 | $34 |
| | | Deductible – $1,000 | | |
| | | Businessowners Liability | | $5 |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 5 | 1 | Building | $597,200 | $1,201 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| 5 | 1 | Business Personal Property | $43,800 | $41 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 4% | | |
| | | Mine Subsidence | $597,200 | $188 |
| | | Deductible – $1,000 | | |
| | | Businessowners Liability | | $27 |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 5 | 2 | Building | $41,000 | $161 |
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 8% | | |
| 5 | 2 | Business Personal Property | $2,000 | $3 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| | | | | |
|---|---|---|---|---|
| | | Replacement Cost | | |
| | | Deductible – $1,000 | | |
| | | Earthquake | Included | Included |
| | | Earthquake Deductible – 15% | | |
| | | Automatic Increase – 4% | | |
| | | Mine Subsidence | $41,000 | $31 |
| | | Deductible – $1,000 | | |
| | | Businessowners Liability | | $1 |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 1 | | Money and Securities | | |
| | | Inside the Premises | $10,000 | $24 |
| | | Outside the Premises | $5,000 | Included |
| | | Deductible – $500 | | |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 2 | | Money and Securities | | |
| | | Inside the Premises | $10,000 | $24 |
| | | Outside the Premises | $5,000 | Included |
| | | Deductible – $500 | | |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 3 | | Money and Securities | | |
| | | Inside the Premises | $10,000 | $24 |



WEST BEND
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| | | Outside the Premises | $5,000 | Included |
| | | Deductible – $500 | | |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 4 | | Money and Securities | | |
| | | Inside the Premises | $10,000 | $24 |
| | | Outside the Premises | $5,000 | Included |
| | | Deductible – $500 | | |

| Loc | Bldg | Type | Limit of Insurance | Premium |
|---|---|---|---|---|
| 5 | | Money and Securities | | |
| | | Inside the Premises | $10,000 | $24 |
| | | Outside the Premises | $5,000 | Included |
| | | Deductible – $500 | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Schedule of Coverages Applicable To All Locations**

| Type | Limit of Insurance | Premium |
|---|---|---|
| Business Income and Extra Expense – No Waiting Period | Actual Loss Sustained, Not To Exceed 12 Consecutive Months | Included |
| Extended Business Income – Number of Days: 90 | | Included |
| Employee Dishonesty | $5,000 | Included |
| Deductible – $500 | | |
| Forgery or Alteration | $5,000 | Included |
| Deductible – $500 | | |

See attached Forms Schedule for forms and endorsements applicable to this coverage.



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Inland Marine Coverage Schedule**

| Loc | Bldg | Type | Limit of Insurance | |
|---|---|---|---|---|
| | | Scheduled Property | | |
| | | Replacement Cost | | |
| | | Deductible – $500 | | |
| | | Other Than Electronic Equipment | See Schedule | $52 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Inland Marine Scheduled Items**

| Coverage | Loc | Bldg | Item | Description | Limit of Insurance |
|---|---|---|---|---|---|
| Scheduled Property | | | 1 | 2011 Easy-Go Golf Car sn 31982 | $5,800 |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Schedule of Endorsements Applicable to All Locations**

| Description | Form Number | Premium |
|---|---|---|
| Additional Insured – Not Otherwise Classified | WB1450GL | $50 |
| Cyber Suite | WB2843 | $332 |
| Employment Practices Liability Endorsement | WB516GL | $135 |
| Equipment Breakdown | WB80SM | $614 |
| Funeral Directors Professional | BP0851 | $7 |
| Limited Fungi or Bacteria Coverage Liability | BP0578Z | Included |
| Property Additional Coverages and Coverage Extensions Endorsement – Essential | WB2905 | $450 |
| Plus Pak – Businessowners Liability | WB2109SM | $50 |
| Voluntary Property Damage | WB1166IL | $0 |
| Water Backup and Sump Overflow | BP0453Z | $25 |

**Schedule of Endorsements Applicable to a Specific Location**

| Loc | Bldg | Description | Form Number | Premium |
|---|---|---|---|---|
| 1 | 1 | Earthquake | BP1003 | $600 |
| 1 | 2 | Earthquake | BP1003 | $21 |
| 2 | 1 | Earthquake | BP1003 | $18 |
| 2 | 2 | Earthquake | BP1003 | $2 |
| 3 | 1 | Earthquake | BP1003 | $393 |
| 4 | 1 | Earthquake | BP1003 | $19 |
| 5 | 1 | Earthquake | BP1003 | $193 |
| 5 | 2 | Earthquake | BP1003 | $13 |



WEST BEND
A MUTUAL INSURANCE COMPANY
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Schedule of Miscellaneous Premiums**

| Description | Form Number | Premium |
|---|---|---|
| Terrorism Risk Insurance Act (Property) | See Forms Schedule | $0 |
| Terrorism Risk Insurance Act (Property – Fire Only) | See Forms Schedule | $11 |
| Terrorism Risk Insurance Act (Liability) | See Forms Schedule | $0 |
| Terrorism Risk Insurance Act (Inland Marine) | See Forms Schedule | $0 |
| Terrorism Risk Insurance Act (Inland Marine – Fire Only) | See Forms Schedule | $0 |

See attached Forms Schedule for forms and endorsements applicable to this coverage.



West Bend Mutual Insurance Company
1900 S. 18th Ave | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Businessowners Forms Schedule**

| Number | Edition | Description |
|---|---|---|
| BP0003 | 0713 | BUSINESSOWNERS COVERAGE FORM |
| BP0409 | 0713 | ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE, OR RECEIVER |
| BP0417 | 0110 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| BP1560 | 0221 | CYBER INCIDENT EXCLUSION |
| BP0441 | 0713 | BUSINESS INCOME CHANGES - TIME PERIOD |
| BP0453Z | 0713 | WATER BACK-UP AND SUMP OVERFLOW |
| BP0454 | 0106 | NEWLY ACQUIRED ORGANIZATIONS |
| BP0483 | 0110 | REMOVAL OF INSURANCE-TO-VALUE PROVISION |
| BP0497 | 0106 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| BP0578Z | 0110 | LIMITED FUNGI OR BACTERIA COVERAGE (LIABILITY) |
| BP0707 | 0106 | BUSINESS LIABILITY COVERAGE - AMENDMENT OF LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE |
| BP1003 | 0713 | EARTHQUAKE |
| BP1007 | 0702 | EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS - WITH EXCEPTION FOR BODILY INJURY ON YOUR PREMISES |
| BP1203 | 0110 | LOSS PAYABLE CLAUSES |
| BP1410 | 0110 | BRANDS AND LABELS |



WEST BEND
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Businessowners™ Coverage Declaration

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### Businessowners Forms Schedule

| Number | Edition | Description |
|---|---|---|
| BP1504 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| BP1511 | 1216 | EXCLUSION - UNMANNED AIRCRAFT |
| WB1450GL | 0118 | ADDITIONAL INSURED - NOT OTHERWISE CLASSIFIED |
| WB1468GL | 0414 | EXCLUSION - ASBESTOS OR ASBESTOS PRODUCTS |
| WB1718 | 0820 | AMENDMENT-LIQUOR LIABILITY EXCLUSION |
| WB2077 | 0118 | SPECIAL BUSINESSOWNERS AMENDMENT |
| WB2109SM | 0118 | PLUS PAK - BUSINESSOWNERS LIABILITY |
| WB213SM | 0414 | EARLIER NOTICE OF CANCELLATION AND/OR NONRENEWAL |
| WB2583SM | 0414 | ADDITIONAL INTEREST NAME EXTENSION |
| WB80SM | 0118 | EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT |
| WB2843 | 0819 | CYBER SUITE COVERAGE ENDORSEMENT (CLAIMS-MADE THIRD PARTY) |
| WB2905 | 1220 | PROPERTY ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS ENDORSEMENT |
| WB516GL | 0420 | Employment Practices Liability Endorsement |
| BP0154 | 0118 | ILLINOIS CHANGES |
| BP0643 | 0406 | ILLINOIS CHANGES - DEFENSE COSTS |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Businessowners Forms Schedule**

| Number | Edition | Description |
|---|---|---|
| BP0851 | 0110 | ILLINOIS FUNERAL DIRECTORS PROFESSIONAL LIABILITY |
| BP1050 | 0312 | ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING |
| WB1166IL | 0414 | ILLINOIS VOLUNTARY PROPERTY DAMAGE COVERAGE |
| WB372GL | 1122 | ILLINOIS EMPLOYMENT PRACTICES LIABILITY INSURANCE AMENDATORY ENDORSEMENT (CLAIMS-MADE) |
| WB2844 | 0819 | ILLINOIS CHANGES AMENDATORY ENDORSEMENT |


West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Businessowners™ Coverage Declaration**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Inland Marine Forms Schedule**

| Number | Edition | Description |
|---|---|---|
| CL0100 | 0399 | COMMON POLICY CONDITIONS |
| CL0610 | 0115 | CERTIFIED ACT OF TERRORISM EXCLUSION |
| CL0700 | 1006 | VIRUS OR BACTERIA EXCLUSION |
| IM7500Z | 0404 | SCHEDULED PROPERTY FLOATER |
| IM7855Z | 0209 | REPLACEMENT COST ENDORSEMENT |
| CL0120 | 1117 | AMENDATORY ENDORSEMENT ILLINOIS |
| IM2027 | 0809 | AMENDATORY ENDORSEMENT ILLINOIS |

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 04 09 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Name Of Person(s) Or Organization(s):**<br>Small Business Growth Corporation and US Small Business Administration |
|---|
| **Designation Of Premises:**<br>234 S Elm St, Centralia, IL 62801-3502 - Building #1 - Funeral Home |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who Is An Insured:**

**3.** The person(s) or organization(s) shown in the Schedule is also an additional insured, but only with respect to liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and as shown in the Schedule.

However:

**a.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**b.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section I – Property** is amended as follows:

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including "electronic data").

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including "electronic data") and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including "electronic data") or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Computer Fraud And Funds Transfer Fraud Endorsement**

The exclusion in Paragraph **A.** does not apply to the Computer Fraud And Funds Transfer Fraud endorsement when attached to your policy.

**4. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**5. Information Security Protection Endorsement**

The exclusion in Paragraph **A.** does not apply to the Information Security Protection Endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism:

Vandalism does not include a cyber incident as described in Paragraph **A.**

 © Insurance Services Office, Inc., 2020

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 04 53 Z 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER BACK-UP AND SUMP OVERFLOW

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Policy Limit Of Insurance (Annual Aggregate Limitation Applies)** | |
|---|---|
| $ 5,000 | |
| **Separate Premises Option** ☐ **Yes** ☒ **No** | |
| **Premises Number** | **Limit Of Insurance (Annual Aggregate Limitation Applies)** |
| | $ |
| | $ |
| | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** We will pay for direct physical loss or damage, not caused by your negligence, to Covered Property under **Section I – Property**, caused by or resulting from:

1. Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or
2. Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

**B.** With respect to the coverage provided under this endorsement, Exclusion **B.1.g. Water** in **Section I – Property** is replaced by the following exclusion:

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(4)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)** or **(3)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(4)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**C. Business Income And Extra Expense**

We will pay for business income loss and extra expense in accordance with the terms of the coverage applicable to such premises under your policy, when such loss or expense arises out of the direct physical loss or damage described in Paragraph **A**.

Contains material copyrighted by ISO, with its permission.
© Insurance Services Office, Inc., 2012

**D. Limits Of Insurance**

**1. Policy Limit**

The most we will pay, for the coverage provided under this endorsement for the total of all direct physical loss or damage and business income and/or extra expense occurring during the policy term is the Policy Limit indicated in the Schedule. This limit does not apply separately to each location.

**2. Premises Limit**

If the Schedule indicates that the Separate Premises Option applies, then the most we will pay for the coverage provided under this endorsement for the total of all direct physical loss or damage and business income and/or extra expense occurring during the policy term is the Limit Of Insurance, as indicated for each premises. The Limit Of Insurance applies separately to each premises described in the Schedule.

**E. Annual Aggregate Limitation**

The most we will pay for the total of all direct physical loss or damage sustained and business income and/or extra expense caused by all occurrences in a 12-month period (starting with the beginning of the present annual policy period), regardless of the number of occurrences during that period of time, is the Limit Of Insurance or the Premises Limit of Insurance described in the Schedule.

With respect to an occurrence which begins in one policy year and continues or results in additional direct physical loss or damage, loss of business income, or extra expense you incur in a subsequent policy year(s), all direct physical loss or damage, loss of business income, or extra expense you incur is deemed to be sustained in the policy year in which the occurrence began.

**F.** Paragraph **D.** Deductibles applies.

**G.** For the purposes of this endorsement, the term drain includes a roof drain and related fixtures.

Contains material copyrighted by ISO, with its permission.
© Insurance Services Office, Inc., 2012

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 04 97 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Name Of Person Or Organization:** |
| --- |
| Any party with whom the insured agrees to waive subrogation in a written contract. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us** in **Section III – Common Policy Conditions** is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

 © ISO Properties, Inc., 2004

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 05 78 Z 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Fungi and Bacteria Liability** | |
|---|---|
| **Each Occurrence Limit** | 50,000 |
| **Aggregate Limit** | 100,000 |

**Coverage under this endorsement is subject to the Fungi and Bacteria Each Occurrence and Aggregate Limits shown in the schedule. Our obligation to pay any claim or judgment, or to defend any suit, ends after these limits have been exhausted by payment of judgments or settlements, or after we have offered for settlement our limit of liability.**

The following provisions are added to **Section II – Liability:**

**A.** The following is added to Paragraph **B.1.p.(10) Exclusions:**

**(c)** Abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following is added to Paragraph **B.1.p. Exclusions:**

**(14)** Arising out of a "fungi or bacteria incident".

**C.** Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi And Bacteria Liability Each Occurrence and Aggregate Limit as described in Paragraph **D.** of this endorsement. This provision **C.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**D.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

1. The Fungi And Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" or "property damage" and Medical Payments arising out of a "fungi or bacteria incident". This provision **D.1.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.
2. Subject to Paragraph **D.1.** of this endorsement and Paragraph **2.a.** of **D.** Liability And Medical Expenses Limits of Insurance, as applicable, the Fungi and Bacteria Each Occurrence Limit is the most we will pay for all "bodily injury" or "property damage" and Medical Expenses arising out of a "fungi or bacteria incident". This provision **D.2.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.
3. Paragraph **D.3.** of the Liability And Medical Expenses Limits Of Insurance continue to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident".

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2009

**E.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

**1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc., 2009

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 12 03 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| | | |
|---|---|---|
| **Premises Number:** 1 | **Building Number:** 1 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| **Premises Number:** 1 | **Building Number:** 2 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| **Premises Number:** 2 | **Building Number:** 1 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

© Insurance Services Office, Inc., 2009

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:
   - **a.** Warehouse receipts;
   - **b.** A contract for deed;
   - **c.** Bills of lading;
   - **d.** Financing statements; or
   - **e.** Mortgages, deeds of trust, or security agreements.
2. For Covered Property in which both you and a Loss Payee have an insurable interest:
   - **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.
   - **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.
   - **c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:
     - **(1)** Pays any premium due under this policy at our request if you have failed to do so;
     - **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
     - **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

     All of the terms of **Section I – Property** will then apply directly to the Loss Payee.
   - **d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:
     - **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and
     - **(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

     At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.
3. If we cancel this policy, we will give written notice to the Loss Payee at least:
   - **a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or
   - **b.** 30 days before the effective date of cancellation if we cancel for any other reason.
4. If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.
2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:
   - **a.** Adjust losses with you; and
   - **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.
3. The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.
2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.
3. We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2009

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 12 03 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Premises Number:** 2 | **Building Number:** 2 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
|---|---|---|
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| **Premises Number:** 3 | **Building Number:** 1 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| **Premises Number:** 4 | **Building Number:** 1 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

© Insurance Services Office, Inc., 2009

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:
   a. Warehouse receipts;
   b. A contract for deed;
   c. Bills of lading;
   d. Financing statements; or
   e. Mortgages, deeds of trust, or security agreements.
2. For Covered Property in which both you and a Loss Payee have an insurable interest:
   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.
   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.
   c. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:
      (1) Pays any premium due under this policy at our request if you have failed to do so;
      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of **Section I – Property** will then apply directly to the Loss Payee.
   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:
      (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and
      (2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.
3. If we cancel this policy, we will give written notice to the Loss Payee at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
4. If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.
2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:
   a. Adjust losses with you; and
   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.
3. The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.
2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.
3. We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2009

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 12 03 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| **Premises Number:** 5 | **Building Number:** 1 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
|---|---|---|
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| **Premises Number:** 5 | **Building Number:** 2 | **Applicable Clause (Indicate Paragraph A, B, C or D):** A |
| **Description Of Property:** Business Personal Property<br><br>**Loss Payee Name:** First National Bank of Patoka<br><br>**Loss Payee Address:** 209 S Railroad St<br>Patoka, IL 62875-1960 | | |
| **Premises Number:** | **Building Number:** | **Applicable Clause (Indicate Paragraph A, B, C or D):** |
| **Description Of Property:**<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I – Property,** as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

© Insurance Services Office, Inc., 2009

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:
   a. Warehouse receipts;
   b. A contract for deed;
   c. Bills of lading;
   d. Financing statements; or
   e. Mortgages, deeds of trust, or security agreements.
2. For Covered Property in which both you and a Loss Payee have an insurable interest:
   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.
   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.
   c. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:
      (1) Pays any premium due under this policy at our request if you have failed to do so;
      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of **Section I – Property** will then apply directly to the Loss Payee.
   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:
      (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and
      (2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.
3. If we cancel this policy, we will give written notice to the Loss Payee at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
4. If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.
2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:
   a. Adjust losses with you; and
   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.
3. The following is added to Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions:**

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.
2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.
3. We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2009

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 15 11 12 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| ☐ | **Bodily Injury And Property Damage:** Paragraph **A.** in this endorsement does not apply if an "X" is shown in the box. |
| ☐ | **Personal And Advertising Injury:** Paragraph **B.** in this endorsement does not apply if an "X" is shown in the box. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Liability** is amended as follows:

**A.** Exclusion **B.1.g.** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

© Insurance Services Office, Inc., 2016

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 51 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the following machinery or equipment:

**i.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**ii.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**B.** The following is added to Exclusion **B.1.p. Personal And Advertising Injury:**

This insurance does not apply to:

**p. Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**(1)** The use of another's advertising idea in your "advertisement"; or

**(2)** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to Paragraph **F. Liability And Medical Expenses Definitions:**

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: 2178944

**COMMERCIAL GENERAL LIABILITY**
**WB 1450 GL 01 18**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – NOT OTHERWISE CLASSIFIED

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM

**SCHEDULE**

| **Name of Person or Organization (Additional Insured):** |
| --- |
| City of Centralia<br>222 S Poplar St<br>Centralia, IL 62801-3524 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule as an additional insured, but only with respect to liability incurred solely as a result of some act or omission of the named insured.

It is further understood and agreed that the designation of the entity named as an additional insured does not increase or alter the limit of liability, nor the scope of coverage of this policy.

The coverage granted to the additional insured under this endorsement shall be excess over any other valid and collectible insurance, whether contingent, excess or primary.

This endorsement provides no coverage to the additional insured for its liability arising out of the claimed negligence, statutory liability or fault of the additional insured.

As a condition of coverage, the additional insured shall be obligated to tender the defense and indemnity of every claim or suit to all other insurers that may provide coverage to the additional insured, whether on a contingent, excess or primary basis.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT – LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

Paragraph **1.c. Exclusions** of **Section II – Liability** is replaced by the following:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by an insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages; or

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood; or

Contains material copyrighted by ISO, with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EARLIER NOTICE OF CANCELLATION AND/OR NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**Notice of Cancellation and/or Nonrenewal to other Person(s) or Organization(s)**

**SCHEDULE**

**Name of Person(s) or Organization(s):**
Small Business Growth Corporation and US Small Business Administration

2401 W White Oaks Dr

Springfield, IL, 62704-7423

| | | |
|---|---|---|
| Notice of Cancellation Other Than Nonpayment | Number of Days Notice | 30 |
| Notice of Cancellation Nonpayment of Premium | Number of Days Notice | 10 |
| Notice of Nonrenewal | Number of Days Notice | 60 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

As indicated in the Schedule above, we will mail or deliver written Notice of Cancellation for a statutorily permitted reason and/or Notice of Nonrenewal to the person(s) or organization(s) shown.

Unless a specified number of Days Notice is shown above, the Notice of Cancellation and/or Notice of Nonrenewal does not apply.

Contains material copyrighted by ISO with its permission
© ISO Properties, Inc., 2006

# ADDITIONAL INTEREST NAME EXTENSION

An Additional Interest that requires additional space to display the complete name is shown in the schedule of this endorsement.

**SCHEDULE**

**Form Applicable to Additional Interest:**

BP0409 Additional Insured - Mortgagee, Assignee, Or Receiver

**Additional Interest Name:**

Small Business Growth Corporation and US Small Business Administration

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**WB 80 SM 01 18**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

**Coverage**

Spoilage Limit $ 50,000

**Deductible**

Combined, All Coverages $ ____________

Direct Coverages $ ____________ (*other conditions, if required, will be shown below)

Indirect Coverages $ ____________
or ____________ hours (*other conditions, if required, will be shown below)
or ____________ Times Average Daily Value

**Other Conditions**

**A.** The following is added to paragraph **A.3. Covered Causes of Loss** in **Section I – Property:**

**Additional Coverage – Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** The following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.h. Service Interruption** below, and any Dependent Properties coverage provided by this policy, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

**a. Business Income and Extra Expense**

**(1)** Any insurance provided under the policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement.

**(2)** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

Contains material copyrighted by ISO, with its permission.

**b. Data Restoration**

**(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

**(2)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000.

**c. Expediting Expenses**

**(1)** With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(a)** Make temporary repairs; and

**(b)** Expedite permanent repairs or permanent replacement.

**(2)** The most we will pay for loss or expense under this coverage is $25,000.

**d. Hazardous Substances**

**(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

**(2)** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.i.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000.

**e. Off Premises Equipment Breakdown**

**(1)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**(2)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "electronic data" contained within "covered equipment" as described under **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, and Data Restoration as described in **(2)** above is the limit for Property Off-Premises coverage, shown in your policy.

**f. Public Relations**

**(1)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

**(2)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. The is communication must be directed to one or more of the following:

**(a)** The media;

**(b)** The public; or

**(c)** Your customers, clients or members.

**(3)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

**(4)** The most we will pay for loss or expense under this coverage is $5,000.

**g. Resultant Damage to Animals**

**(1)** Any insurance provided under the policy for "animals" is extended to the coverage provided by this endorsement.

**(2)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000.

**h. Service Interruption**

**(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

**(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

**(4)** Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

**(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage.

**i. Spoilage**

**(1)** We will pay for:

**(a)** Physical damage to "perishable goods" due to spoilage;

**(b)** Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

**(3)** The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in the above Schedule.

**B.** The following is added to paragraph **B. Exclusions:**

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**1.** The following exclusions are modified:

**a.** As respects this endorsement only, the next to the last paragraph in Exclusion **B.1.h.** is deleted and replaced with the following:

However, if excluded loss or damage, as described in paragraph **(1)** above results in an "accident" or "electronic circuitry impairment", we will pay only for the loss, damage or expense caused by such "accident" or "electronic circuitry impairment".

**b.** As respects this endorsement only, the last paragraph of exclusion **B.2.l**. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.l.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**c.** The following is added to exclusions **B.2.m.** and **B.2.n.:**

We will also pay for direct physical loss or damage caused by an "accident" or "electronic circuitry impairment".

**2.** The following exclusions are added:

**a.** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Fire, including smoke from a fire;

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

(2) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

(3) Any other explosion, except as specifically covered under this endorsement;

(4) Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

(5) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer or drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

(6) Vandalism.

**b.** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

(1) Lightning;

(2) Windstorm or hail. However, this exclusion does not apply when:

(a) "Covered equipment" located within a building or structure sufferers an "accident or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

(b) The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

(3) Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

(4) Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

(5) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

(6) Water or other means used to extinguish a fire.

**c.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**d.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungi", wet rot or dry rot, including and presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot. This includes but is not limited to, costs arising from clean up, removal, or abatement of such "fungi", wet rot or dry rot. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that such spoilage is covered under Spoilage coverage.

**e.** Exclusions **2.b.(1)**, **2.b.(2)**, **2.b.(3)** and **2.b.(4)** above shall not apply if:

(1) The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

(2) Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

(3) The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under this policy.

**C. Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the above Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D.** Deductibles is deleted and replaced with the following:

**1. Deductibles for Each Coverage**

**a.** Unless the above Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

**b.** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the above Schedule.

Contains material copyrighted by ISO, with its permission.

We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**c.** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

**2. Direct and Indirect Coverages**

**a.** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the above Schedule.

**b.** Unless more specifically indicated in the Schedule:

**(1)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(2)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**3. Application of Deductibles**

**a. Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

**b. Time Deductible**

If a time deductible is shown in the Schedule we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**c. Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period.

No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption.

The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**4. Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**D. Conditions**

**1.** The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

**a. Suspension**

Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**2.** As respects this endorsement only. Loss Payment Condition **5.d.** in the Businessowners Coverage Form is deleted and replaced with the following:

**a.** We will determine the value of Covered Property as follows:

**(1)** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(a)** The cost to repair the damaged property;

**(b)** The cost to replace the damaged property on the same site; or

**(c)** The amount you actually spend that is necessary to repair or replace the damaged property.

**(2)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

**(3)** Except as described in (4) below, you must pay the extra cost of replacing damaged property with property of a better kind or equality or of a different size or capacity.

**(4)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(5)** The following property will be valued on an Actual Cash Value basis:

**(a)** Any property that does not currently serve a useful or necessary function for you; and

**(b)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment".

Actual Cash Value includes deductions for depreciation.

**(6)** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(a)** The property was manufactured by you;

**(b)** The sales price of the property is less than the replacement cost of the property; or

**(c)** You are unable to replace the property before its anticipated sale.

**(7)** Except as specifically provided for under Date Restoration coverage, "electronic data" and "media" will be valued on the following basis:

**(a)** For mass-produced and commercially available software, at the replacement cost.

**(b)** For all other "electronic data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

**E. Definitions**

The following definitions are added with respect to this endorsement only:

**1.** "Accident:

**a.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**(1)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(2)** Artificially generated electrical current, including electric arcing, that disturbs electrical devises, appliances or wires;

Contains material copyrighted by ISO, with its permission.

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

b. None of the following is an "accident":

(1) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

(2) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

2. "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to amphibians, birds, fish, insects, mammals, reptiles, and worms.

3. "Boilers and vessels" means:

a. Any boiler, including attached steam, condensate and feedwater piping; and

b. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in the above Schedule.

4. "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service), and NaaS (network as a service). This includes business models known a public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

5. "Covered equipment"

a. "Covered equipment" means Covered Property:

(1) That generates, transmits or utilizes energy;

(2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents; or

(3) If your lease requires you to maintain it, air conditioning and heating equipment that is part of the building or structure you occupy but do not own.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

b. None of the following is "covered equipment":

(1) Structure, foundation, cabinet or compartment;

(2) Insulating or refractory material;

(3) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) "Vehicle" or any equipment mounted on a "vehicle";

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

6. "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

7. "Electronic circuitry impairment"

a. "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **b.**, **c.** and **d.** below.

b. We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

c. The "covered equipment" must be owned or leased by you, or operated under your control.

d. None of the following is an "electronic circuitry impairment":

(1) Any condition that can be reasonably remedied by:

(a) Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

(b) Rebooting, reloading or updating software or firmware; or

(c) Providing necessary power or supply.

(2) Any condition caused by or related to:

(a) Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

(b) Insufficient size, capability or capacity of the "covered equipment".

(3) Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

8. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

9. "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

10. "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

11. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

12. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in the above Schedule.

13. "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

Contains material copyrighted by ISO, with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER SUITE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Cyber Suite Annual Aggregate Limit:** | $ Not Applicable |
| **First Party Annual Aggregate Limit:** | $ 100,000 |
| **Third Party Annual Aggregate Limit:** | $ 100,000 |
| **Cyber Suite Deductible Per Occurrence:** | $ 1,000 |
| **FIRST PARTY COVERAGES** | |
| **DATA COMPROMISE RESPONSE EXPENSES** | Included |
| **Sublimits Per Occurrence** | |
| Forensic IT Review: | $ 50,000 |
| Legal Review: | $ 50,000 |
| Public Relations: | $ 5,000 |
| Regulatory Fines and Penalties (Not applicable in KS): | $ 50,000 |
| PCI Fines and Penalties: | $ 50,000 |
| **COMPUTER ATTACK** | Included |
| **Sublimits Per Occurrence** | |
| Loss of Business: | $ 50,000 |
| Public Relations: | $ 5,000 |
| **CYBER EXTORTION** | Included |
| **Sublimit Per Occurrence:** | $ 10,000 |
| **MISDIRECTED PAYMENT FRAUD:** | Included |
| **Sublimit Per Occurrence:** | $ 10,000 |
| **COMPUTER FRAUD:** | Included |
| **Sublimit Per Occurrence:** | $ 10,000 |
| **THIRD PARTY COVERAGES** | |
| **DATA COMPROMISE LIABILITY** | Included |
| **NETWORK SECURITY LIABILITY** | Included |
| **ELECTRONIC MEDIA LIABILITY** | Included |
| **IDENTITY RECOVERY COVERAGE** | |
| **Annual Aggregate Limit Per "Identity Recovery Insured":** | $ 25,000 |
| **Deductible Per Occurrence:** | None |
| **Sublimits Per Occurrence** | |
| Lost Wages and Child and Elder Care Expenses: | $ 5,000 |
| Mental Health Counseling: | $ 1,000 |
| Miscellaneous Unnamed Costs: | $ 1,000 |

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations, and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in "quotations" have special meaning. Refer to **DEFINITIONS**.

Coverage under this endorsement is subject to the following: The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Schedule.

**1. Data Compromise Response Expenses**

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a "personal data compromise"; and

**(2)** Such "personal data compromise" took place in the "coverage territory"; and

**(3)** Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)** Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of "loss" or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of, and response to, the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI (Payment Card Industry) Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If all the conditions listed in **2.a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Loss of Business**

We will pay your actual "business income and extra expense loss" incurred during the "period of restoration".

**(5) Extended Income Recovery**

If you suffer a covered "business income and extra expense loss" resulting from a "computer attack" on a "computer system" owned or leased by you and operated under your control, we will pay your actual "extended income loss".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

(6) **Public Relations**

If you suffer a covered "business income and extra expense loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

3. **Cyber Extortion**

   a. Cyber Extortion applies only if all of the following conditions are met:

      (1) There has been a "cyber extortion threat"; and

      (2) Such "cyber extortion threat" is first made against you during the "policy period"; and

      (3) Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

   b. If all the conditions listed in 3.a. above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval

   c. You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

4. **Misdirected Payment Fraud**

   a. Misdirected Payment Fraud applies only if all of the following conditions are met:

      (1) There has been a "wrongful transfer event" against you; and

      (2) Such "wrongful transfer event" took place in the "coverage territory"; and

      (3) Such "wrongful transfer event" is first discovered by you during the "policy period"; and

      (4) Such "wrongful transfer event" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

      (5) Such "wrongful transfer event" is reported in writing by you to the police.

   b. If all the conditions listed above in **4.a.** have been met, then we will pay your necessary and reasonable "wrongful transfer costs" arising directly from the "wrongful transfer event".

5. **Computer Fraud**

   a. Computer Fraud applies only if all of the following conditions are met:

      (1) There has been a "computer fraud event" against you; and

      (2) Such "computer fraud event" took place in the "coverage territory"; and

      (3) Such "computer fraud event" is first discovered by you during the "policy period"; and

      (4) Such "computer fraud event" is reported to us within 60 days after the date it is first discovered by you; and

      (5) Such "computer fraud event" is reported in writing by you to the police.

   b. If all the conditions listed in **5.a.** above have been met, then we will pay your necessary and reasonable "computer fraud costs" arising directly from the "computer fraud event".

6. **Data Compromise Liability**

   a. Data Compromise Liability applies only if all of the following conditions are met:

      (1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

         (a) A "claim"; or

         (b) A "regulatory proceeding".

      (2) Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

         (a) Took place during the "coverage term"; and

         (b) Took place in the "coverage territory"; and

         (c) Was submitted to us and insured under Data Compromise Response Expenses.

      (3) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

   b. If all the conditions listed in **6.a.** above have been met, then we will pay on your behalf any covered:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

(1) "Loss" directly arising from the "claim"; or

(2) "Defense costs" directly arising from a "regulatory proceeding".

c. All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

**7. Network Security Liability**

a. Network Security Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage territory"; and

(2) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If all the conditions listed in **7.a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

c. All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**8. Electronic Media Liability**

a. Electronic Media Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage territory"; and

(2) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If all the conditions listed in **8.a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

c. All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**9. Identity Recovery**

a. Identity Recovery applies only if all of the following conditions are met:

(1) There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

(2) Such "identity theft" took place in the "coverage territory"; and

(3) Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

(4) Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

b. If all the conditions listed in **9.a.** above have been met, then we will provide the following to the "identity recovery insured":

(1) **Case Management Service**

We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

(2) **Expense Reimbursement**

We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B. EXCLUSIONS**

The following additional exclusions apply to this coverage:

We will not pay for costs or "loss" arising from the following:

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

1. Failure or interruption of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.
2. Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".
3. Costs to research or correct any deficiency.
4. Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.
5. Any criminal investigations or proceedings.
6. Your intentional or willful complicity in a covered "loss" event.
7. Your reckless disregard for the security of your "computer system" or data, including confidential or sensitive information of others in your care, custody or control.
8. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.
9. Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" occurring before the "coverage term".
10. That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".
11. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.
12. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.
13. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Liability.
14. The theft of a professional or business identity.
15. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.
16. An "identity theft" that is not reported in writing to the police.

**C. LIMITS OF INSURANCE**

**1. Aggregate Limits**

The First Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, and Computer Fraud coverages in any one "policy period". The First Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered during the "policy period".

Except for post-judgment interest the Third Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Liability, Network Security Liability and Electronic Media Liability coverages in any one "policy period" or any applicable Extended Reporting Period. The Third Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

If a Cyber Suite Annual Aggregate limit is shown in the Schedule, then except for post-judgment interest, the Cyber Suite Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all applicable coverage sections, except Identity Recovery, in any one "policy period" or any applicable Extended Reporting Period. The Cyber Suite Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

The Identity Recovery Coverage is subject to the Identity Recovery Limit as shown in the Schedule.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

2. **Coverage Sublimits**

   a. **Data Compromise Sublimits**

   The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Schedule.

   These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

   b. **Computer Attack Sublimits**

   The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for "loss" arising from any one "computer attack" is the applicable Loss of Business sublimit shown in the Schedule. The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Schedule. These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

   c. **Cyber Extortion Sublimit**

   The most we will pay under Cyber Extortion coverage for "loss" arising from one "cyber extortion threat" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

   d. **Misdirected Payment Fraud Sublimit**

   The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

   e. **Computer Fraud Sublimit**

   The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

   f. **Identity Recovery Sublimits**

   The following provisions are applicable only to the Identity Recovery Coverage.

   **(1)** Case Management Service for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the Annual Aggregate Limit for Identity Recovery.

   **(2)** "Identity Recovery Expenses" for Legal Costs are part of, and not in additional to, the Annual Aggregate Limit for Identity Recovery.

   **(3)** "Identity Recovery Expenses" for Child and Elder Care Expenses are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

   **(4)** "Identity Recovery Expenses" for Mental Health Counseling is subject to the Mental Health Counseling sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

   **(5)** "Identity Recovery Expenses" for Miscellaneous Unnamed Costs is subject to the Miscellaneous Unnamed Costs sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

3. **Application of Limits**

   a. A "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" was first discovered by you.

   b. You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

   c. The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

   d. Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D. DEDUCTIBLES**

1. We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Schedule. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Schedule. You will be responsible for the applicable deductible amount.

2. The deductible will apply to all:

   a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, or Computer Fraud.

   b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Liability, Network Security Liability or Electronic Media Liability.

3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

4. Insurance coverage under Identity Recovery is not subject to a deductible.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

1. **Bankruptcy**

   The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

2. **Defense And Settlement**

   a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

   b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

   c. At the time a "claim" or "regulatory proceeding" is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

   d. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the "claim" or suit could have been settled if such recommendation was consented to, plus "defense costs" incurred by us, and "defense costs" incurred by you with our written consent, prior to the date of such refusal.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**e.** We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

**f.** We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

**(1)** After entry of judgment; and

**(2)** Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

These interest payments shall be in addition to and not part of the applicable limit of insurance.

**3. Due Diligence**

You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

**a.** Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

**b.** Providing and maintaining appropriate computer and Internet security;

**c.** Maintaining and updating at appropriate intervals backups of computer data;

**d.** Protecting transactions, such as processing credit card, debit card and check payments; and

**e.** Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

**4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**

**a.** If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

**(1)** Anytime during the "policy period"; or

**(2)** Anytime during the extended reporting periods (if applicable).

**b.** If a "claim" or "regulatory proceeding" is brought against you, you must:

**(1)** Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

**(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

**(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

**(4)** Authorize us to obtain records and other information;

**(5)** Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

**(7)** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

**c.** In the event of a "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

**(1)** Notify the police if a law may have been broken.

**(2)** Notify us as soon as practicable, but in no event more than 60 days after the event, "claim", "regulatory proceeding" or "loss". Include a description of any property involved.

**(3)** As soon as possible, give us a description of how, when and where the event, "claim", "regulatory proceeding" or "loss" occurred.

**(4)** As often as may be reasonably required, permit us to:

**(a)** Inspect the property proving the "claim" or "loss".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

(b) Examine your books, records, electronic media and records and hardware;

(c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

(d) Make copies from your books, records, electronic media and records and hardware.

(5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "claim" or "loss". You must do this within 60 days after our request. We will supply you with the necessary forms.

(6) Cooperate with us in the investigation or settlement of the "claim" or "loss".

(7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

(8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

(9) Promptly send us any legal papers or notices received concerning the "loss".

d. We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

e. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

**5. Extended Reporting Periods**

a. You shall have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

b. If a "termination of coverage" has occurred, you shall have the right to the following:

(1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

(2) Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**6. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

**7. Legal Advice**

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

**8. Other Insurance**

If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**9. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**10. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**11. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**12. Valuation**

We will determine the value of "money" as follows:

Our payment for loss of "money" or loss payable in "money" will be, at your option, in the "money" of the country in which the "wrongful transfer event" or "computer fraud event" took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

**F. DEFINITIONS**

**1. "Affected Individual"** means any person whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

   a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

b. An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense Loss"** means loss of Business Income and Extra Expense.

a. As used in this definition, Business Income means the sum of:

(1) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal and necessary operating expenses incurred, including employee and director payroll.

b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

6. **"Claim"**

a. "Claim" means:

(1) A written demand for monetary damages or non-monetary relief, including injunctive relief;

(2) A civil proceeding commenced by the filing of a complaint;

(3) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

(4) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

b. "Claim" does not mean or include:

(1) Any demand or action brought by or on behalf of someone who is:

(a) Your director;

(b) Your owner or part-owner; or

(c) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

(2) A "regulatory proceeding".

c. Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when the "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

7. **"Computer Attack"**

a. "Computer attack" means one of the following involving the "computer system":

(1) An "unauthorized access incident";

(2) A "malware attack"; or

(3) A "denial of service attack" against a "computer system".

b. A "computer attack" ends at the earlier of:

(1) The time that the active attacking behavior ceases, the time that you have regained control over the "computer system" or the time that all unauthorized creation, destruction or movement of data associated with the "computer attack" has ceased, whichever happens latest; or

(2) 30 days after your discovery of the "computer attack".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

8. **"Computer System"** means a computer or other electronic hardware that:

   a. Is owned or leased by you and operated under your control; or

   b. Is operated by a third party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a "computer system" with respect to the specific services provided by such third party to you under such contract.

9. **"Computer Fraud Costs"** means:

   a. The amount of "money" fraudulently obtained from you. "Computer fraud costs" include the direct financial loss only.

   b. "Computer fraud costs" do not include any of the following:

      (1) Other expenses that arise from the "computer fraud event";

      (2) Indirect loss, such as "bodily injury", lost time, lost wages, "identity recovery expenses" or damaged reputation;

      (3) Any interest, time value or potential investment gain on the amount of financial loss; or

      (4) Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

10. **"Computer Fraud Event"** means:

   a. An "unauthorized access incident" that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a "computer system" owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an "employee", "executive" or "independent contractor". Such fraudulent entry or change must cause "money" to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

   b. "Computer fraud event" does not mean or include any occurrence:

      (1) In which you are threatened or coerced to send money or divert a payment; or

      (2) Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

11. **"Coverage Term"** means the increment of time:

   a. Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

   b. Ending upon the "termination of coverage".

12. **"Coverage Territory"** means:

   a. With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud and Identity Recovery, "coverage territory" means anywhere in the world.

   b. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions) or Puerto Rico.

13. **"Cyber Extortion Expenses"** means:

   a. The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

   b. Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

14. **"Cyber Extortion Threat"** means:

   a. "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

      (1) Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

(2) Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

(3) Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

(4) Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

(5) Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

**b.** "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**15. "Data Re-creation Costs"**

**a.** "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re- create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**16. "Data Restoration Costs"**

**a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**17. "Defense Costs"**

**a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

**b.** "Defense costs" does not mean or include the salaries or wages of your employees, or directors, or your loss of earnings.

**18. "Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**19. "Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

**a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

**b.** Defamation against a person or organization that is unintended; or

**c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**20. "Employee"** means any natural person, other than an "executive", who was, now is or will be:

**a.** Employed on a full-time or part-time basis by you;

**b.** Furnished temporarily to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions;

**c.** Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.**; or

**d.** Your volunteer worker, which includes unpaid interns.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

21. **"Executive"** means any natural person who was, now is or will be:
    a. The owner of your sole proprietorship; or
    b. A duly elected or appointed:
        (1) Director;
        (2) Officer;
        (3) Managing Partner;
        (4) General Partner;
        (5) Member (if a limited liability company);
        (6) Manager (if a limited liability company); or
        (7) Trustee;

    of your business.

22. **"Extended Income Loss"** means your actual "business income and extra expense loss" incurred during the "extended recovery period".

23. **"Extended Recovery Period"** means a fixed period of 180 days immediately following the end of the "period of restoration".

24. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

25. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

    a. **Re-Filing Costs**

    Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

    b. **Notarization, Telephone and Postage Costs**

    Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

    c. **Credit Reports**

    Costs for credit reports from established credit bureaus.

    d. **Legal Costs**

    Fees and expenses for an attorney approved by us for the following:

    (1) The defense of any civil suit brought against an "identity recovery insured".
    (2) The removal of any civil judgment wrongfully entered against an "identity recovery insured".
    (3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.
    (4) Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.
    (5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

    e. **Lost Wages**

    Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

    f. **Child and Elder Care Expenses**

    Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

    g. **Mental Health Counseling**

    Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**h. Miscellaneous Unnamed Costs**

Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

**(1)** Such costs include:

**(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

**(b)** Deductibles or service fees from financial institutions.

**(2)** Such costs do not include:

**(a)** Costs to avoid, prevent or detect "identity theft" or other loss.

**(b)** Money lost or stolen.

**(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage or policy.

**26. "Identity Recovery Insured"** means the following:

**a.** When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured identity.

**b.** When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

**c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b**. above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

**(1)** The chief executive of the insured entity; or

**(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**27. "Identity Theft"**

**a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

**b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**28. "Independent Contractor"** means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

**29. "Loss"**

**a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, under **A.1.b.**

**b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, under **A.2.b.**

**c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

**d.** With respect to Misdirected Payment Fraud, "loss" means "wrongful transfer costs".

**e.** With respect to Computer Fraud, "loss" means "computer fraud costs".

**f.** With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "loss" means "defense costs" and "settlement costs".

**g.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, under **A.9.b.**

**30. "Malware Attack"**

**a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

**b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**31. "Money"** means:

**a.** "Money" means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

b. "Money" does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency.

32. **"Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

a. The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

b. The unintended abetting of a "denial of service attack" against one or more other systems; or

c. The unintended loss, release or disclosure of "third party corporate data".

33. **"Period of Restoration"** means the period of time that begins 8 hours after the time that a "computer attack" is discovered by you and continues until the earliest of:

a. The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed;

b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

c. If no data restoration, data re-creation or system restoration is required, the end of the "computer attack".

34. **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

(1) You; or

(2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

35. **"Personally Identifying Information"**

a. "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

b. "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

36. **"Personally Sensitive Information"**

a. "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

b. "Personally sensitive information" does not mean or include "personally identifying information".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**37. "Policy Period"** means the period commencing on the effective date shown in the Declarations. The "policy period" ends on the expiration date shown in the Declarations or the cancellation date of this Cyber Coverage, whichever comes first.

**38. "Property Damage"** means

**a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

**b.** Loss of use of tangible property that is not physically injured.

**39. "Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**40. "Settlement Costs"**

**a.** "Settlement costs" means the following, when they arise from a "claim":

**(1)** Damages, judgments or settlements; and

**(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

**(3)** Pre-judgment interest on that part of any judgment paid by us.

**b.** "Settlement costs" does not mean or include:

**(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

**(2)** Punitive and exemplary damages;

**(3)** The multiple portion of any multiplied damages;

**(4)** Taxes; or

**(5)** Matters which may be deemed uninsurable under the applicable law.

**c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

**(1)** Is where those fines, or penalties were awarded or imposed;

**(2)** Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

**(3)** Is where you are incorporated or you have your principal place of business; or

**(4)** Is where we are incorporated or have our principal place of business.

**41."System Restoration Costs"**

**a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your "computer system" to its pre-"computer attack" level of functionality:

**(1)** Replace or reinstall computer software programs;

**(2)** Remove any malicious code; and

**(3)** Configure or correct the configuration of your "computer system".

**b.** "System restoration costs" does not mean or include:

**(1)** Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

**(2)** Labor costs of your employees or directors;

**(3)** Any costs in excess of the actual cash value of your "computer system"; or

**(4)** Costs to repair or replace hardware.

**42. "Termination of Coverage"** means:

**a.** You or we cancel this coverage;

**b.** You or we refuse to renew this coverage; or

**c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**43. "Third Party Corporate Data"**

**a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

**b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**44. "Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

**a.** An unauthorized person or persons; or

**b.** An authorized person or persons for unauthorized purposes.

**45. "Wrongful Act"**

**a.** With respect to Data Compromise Liability, "wrongful act" means a "personal data compromise".

**b.** With respect to Network Security Liability, "wrongful act" means a "network security incident".

**c.** With respect to Electronic Media Liability, "wrongful act" means an "electronic media incident".

**46. "Wrongful Transfer Costs"** means the amount of "money" fraudulently obtained from you. "Wrongful transfer costs" include the direct financial loss only. "Wrongful transfer costs" do not include any of the following:

**a.** Other expenses that arise from the "wrongful transfer event";

**b.** Indirect loss, such as "bodily injury", lost time, lost wages, identity recovery expenses or damaged reputation;

**c.** Any interest, time value or potential investment gain on the amount of financial loss; or

**d.** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**47. "Wrongful Transfer Event"**

**a.** "Wrongful transfer event" means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an "employee", "executive" or "independent contractor" using email, facsimile or telephone communications to induce you or the financial institution to send or divert "money". The deception must result in direct financial loss to you.

**b.** "Wrongful transfer event" does not mean or include any occurrence:

**(1)** In which you are threatened or coerced to send money or divert a payment; or

**(2)** Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

All other provisions of this policy apply.

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**WB 2905 12 20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

[X] **ESSENTIAL** [ ] **ELITE**

| COVERAGE EXTENSIONS | | |
|---|---|---|
| **COVERAGE** | **LIMITS OF INSURANCE OR TERMS AND CONDITIONS CHANGE** | |
| **Accounts Receivable** | $ 250,000 | **At Each Premises** |
| | $ 5,000 | **At Premises Not Described** |
| **Building Material Theft – Non-owned Premises** | $ 5,000 | **Policy Limit** |
| **Ordinance Or Law – Building Or Tenant's Improvements And Betterments** | Replacement Cost Valuation Required | |
| | The Lesser of $ 100,000 or 20% of the Limit of Insurance | **Combined Demolition Cost & Increased Cost Of Construction** |
| **Electronic Data Processing Equipment and Software** | $ 25,000 | **At Each Premises** |
| **Fine Arts** | $ 25,000 | **At Each Premises** |
| **Increase In Rebuilding Expenses Following Disaster** | 15% | **Additional Expense Coverage/At Each Premises** |
| **Lock And Key Replacement** | $ 2,500 | **Any One Occurrence** |
| **Newly Acquired Or Constructed Property** | | |
| **Building** | $ 1,000,000 | **At Each Building** |
| **Business Personal Property** | $ 500,000 | **At Each Building** |
| **Period Of Coverage** | 30 | **Days** |
| **Non-Owned Detached Trailers** | $ 5,000 | **Any One Occurrence** |
| **Outdoor Fences** | Included | |
| **Outdoor Property** | | |
| **Maximum In Any One Occurrence** | $ 10,000 | **Any One Occurrence** |
| **Maximum Per Tree, Shrub Or Plant** | $ 1,000 | **Any One Occurrence** |
| **Outdoor Signs** | | |
| **Attached** | Included | |
| **Detached** | $ 20,000 | **At Each Premises** |
| **Personal Property** | | |
| **Off-premises** | $ 100,000 | **Up To 90 Days** |
| **In Transit** | $ Refer to this Endorsement | **Policy Occurrence** |

| | | |
|---|---|---|
| **Personal Effects** | $ 50,000 | **At Each Premises** |
| **Personal Property Of Others** | $ 25,000 | **At Each Premises** |
| **Portable Tools** | Actual Cash Value Coverage | |
| **Maximum In Any One Occurrence** | $ 25,000 | **Any One Occurrence** |
| **Maximum To You Or Any Employee** | $ 5,000 | **Any One Occurrence** |
| **Premises Boundary** | | **Distance Limitation Increased To 1,000 Feet** |
| **Property At Fairs Or On Exhibition** | $ 50,000 | **Any One Occurrence** |
| **Property In Custody Of Sales Representatives** | $ 25,000 | **Any One Occurrence** |
| **Rewards** | $ 50,000 | **Any One Occurrence** |
| **Spoilage** | $ 10,000 | **At Each Premises** |
| **Valuable Papers And Records** | $ 250,000 | **At Each Premises** |
| **(Other Than Electronic Data)** | $ 5,000 | **At Premises Not Described** |
| **Water Back Up; Sump Pump Overflow** | $ 5,000 | **Per Policy / Annual Aggregate** |
| **ADDITIONAL COVERAGES** | | |
| **Business Crime** | | |
| **Computer Fraud And Funds Transfer Fraud** | $ 5,000 | **Any One Occurrence** |
| **Employee Dishonesty** | $ 10,000 | **Any One Occurrence** |
| **Forgery Or Alteration** | $ 10,000 | **Any One Occurrence** |
| **Identity Theft Expense** | $ 50,000 | **Policy Period** |
| **Kidnap Expense** | $ 50,000 | **Policy Period** |
| **Money And Securities** | $ 5,000 | **Inside The Premises – Any One Occurrence** |
| | $ 5,000 | **Outside The Premises – Any One Occurrence** |
| **Money Orders And Counterfeit Money** | $ 5,000 | **Any One Occurrence** |
| **Business Income & Extra Expense** | | |
| **Lost Lease Protection** | $ 5,000 | **Policy Period** |
| **Business Income From Dependent Properties** | $ 25,000 | **Any One Occurrence** |
| **Business Travel Accidental Death Benefit** | $ 50,000 | **Policy Period** |
| **Conference Cancellation** | $ 25,000 | **Policy Period** |
| **Debris Removal Additional Limit** | $ 50,000 | **At Each Location** |
| **Donation Assurance** | $ 50,000 | **Policy Period** |
| **Emergency Real Estate Consulting Fee** | $ 50,000 | **Policy Period** |
| **Fire Department Service Charge** | $ 250,000 | **At Each Premises** |
| **Fire Extinguisher System Recharge Expense** | Included | |
| **Fundraising Event Blackout** | $ 25,000 | **Policy Period** |
| **Image Restoration Counseling** | $ 50,000 | **Policy Period** |
| **Officers Or Directors Replacement Expenses** | $ 20,000 | **Policy Period** |
| **Peak Season** | 100% | **Not Applicable To Blanket** |
| **Political Unrest Coverage** | $ 50,000 | **Policy Period** |

Contains material copyrighted by ISO/AAIS, with its permission.

| Pollutant Cleanup And Removal | $ 25,000 | At Each Premises / Annual Aggregate |
|---|---|---|
| Temporary Meeting Space Rental | $ 25,000 | Policy Period |
| Terrorism Travel Reimbursement | $ 50,000 | Policy Period |
| Travel Delay Reimbursement | $ 1,500 | Per Policy Period / 72 Hour Waiting Period |
| Utility Services Failure – Off Premises | Excluding Overhead Lines | |
| Workplace Violence Counseling | $ 50,000 | Policy Period |

This Limit Of Insurance or Term And Condition is in addition to any other insurance provided by this endorsement and is the most we will apply for loss or damage for the indicated Coverage.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Page 3 of 28 Contains material copyrighted by ISO/AAIS, with its permission. WB 2905 12 20

The coverage provided by this endorsement is subject to **Section I – Property**, including the deductible provisions, except as otherwise provided within this endorsement.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other Coverage Parts or other Policies provided by West Bend Mutual Insurance Company.

**A. Coverage**

Paragraph **A.** Coverage is amended as follows:

1. Paragraph **1.a.(6)(b) Covered Property**; Paragraph **1.b. Covered Property;** and Paragraph **6. Coverage Extensions**, the distance limitation of within 100 feet of the described premises is amended to read within 1,000 feet of the described premises.
2. Paragraph **4.b. Limitations** is deleted.

**B. Additional Coverages**

In addition to the Limits Of Insurance, of **Section I Property** you may extend the insurance provided by this policy to these Additional Coverages.

Unless otherwise indicated, the Limits Of Insurance provided by these Additional Coverages are in addition to Paragraph **C. Limits Of Insurance**.

Unless otherwise indicated Paragraph **D. Deductibles** applies to these Additional Coverages.

1. Paragraph **5.a.(1)** through **(4) Debris Removal** is deleted and replaced by:

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)** the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for the removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

Contains material copyrighted by ISO/AAIS, with its permission.

**(4)** We will pay up to the additional amount indicated in the Schedule for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the Limit of Insurance shown in the Schedule.

**2.** Paragraph **5.c. Fire Department Service Charge** is deleted and replaced by:

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Limit of Insurance shown in the Schedule for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

Paragraph **D. Deductibles** does not apply to this Additional Coverage.

**3.** Paragraph **5.h. Pollutant Clean-up And Removal** is deleted and replaced by:

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is the Limit of Insurance shown in the Schedule for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**4.** Paragraph **5.l. Increased Cost Of Construction** is deleted.

**5.** Paragraph **5.m. Business Income From Dependent Properties** is deleted and replaced by:

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is the Limit of Insurance shown in the Schedule.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** Secondary dependent property means an entity which is not owned or operated by a dependent property and which;

**(a)** Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

**(b)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipelines or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

**(i)** Water supply services;

**(ii)** Wastewater removal services;

**(iii)** Communication supply services; or

**(iv)** Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period, as stated in Paragraph **(6),** does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

Contains material copyrighted by ISO/AAIS, with its permission.

6. Paragraph **5.o. Fire Extinguisher Systems Recharge Expense** is deleted and replaced by:

   **o. Fire Extinguisher Systems Recharge Expense**

   **(1)** We will pay:

   **(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

   **(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

   **(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

   Paragraph **D. Deductibles** does not apply to this Additional Coverage.

7. The following are added to Paragraph **A.5. Additional Coverages**:

   Unless otherwise indicated, the Limits Of Insurance provided by these Additional Coverages are in addition to Paragraph **C. Limits Of Insurance.**

   Unless otherwise indicated Paragraph **D. Deductibles** applies to these Additional Coverages.

   **s. Business Travel Accidental Death Benefit**

   We will pay a Business Travel Accidental Death Benefit for any expenses incurred by the named insured if a director or officer suffers an "injury" resulting in death or loss of limbs, sight, speech or hearing as described in Paragraph **2.** below, while traveling on a common carrier for business purposes during the policy period.

   **(1)** There will be no coverage if the cause of the "injury" that resulted in loss was:

   **(a)** an intentional act by the insured;

   **(b)** an act of suicide or attempted suicide, whether or not the deceased was sane or insane at the time of the attempted suicide;

   **(c)** an act of war;

   **(d)** a disease process.

   **(2)** For the purpose of this additional coverage, we will pay the Business Travel Accident Benefit amount if the "injury" resulted in:

   **(a)** Physical damage to the body caused by violence, fracture, or an accident during the policy term that results in loss of life not later than 180 days after the policy expiration, the date of cancellation or the date of non-renewal;

   **(b)** Accidental loss of limbs or multiple fingers;

   **(c)** Total loss of sight, speech or hearing.

   "Injury" means any physical change to the body caused by accident, violence, sickness or disease sustained by a person, including death resulting from any of these at any time.

   The Limit of Insurance provided by this Additional Coverage per policy period is the Limit of Insurance shown in the Schedule.

   Paragraph **D. Deductibles** does not apply.

   **t. Conference Cancellation**

   We will reimburse the insured for any business-related expenses, paid by the insured and not otherwise reimbursed, for a canceled conference that an employee was scheduled to attend.

   With respect to this coverage:

   **(1)** The insured employee must have registered for the conference at least 30 days prior to the cancellation; and

   **(2)** The cancellation must be ordered by a local, state or federal Board of Health or other governmental authority having jurisdiction over the location of the conference.

   The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

   Paragraph **D. Deductibles** does not apply.

   **u. Donation Assurance**

   We will reimburse you for "failed donation claim(s)".

   **(1)** With respect to any "failed donation claim":

   **(a)** The donor must never have been in bankruptcy, nor have filed for bankruptcy/reorganization prior to the time said pledge was made to the insured;

 Contains material copyrighted by ISO/AAIS, with its permission.

(b) For non-cash donations, payment will be based on the fair market value of said non-cash donation at the time of the "failed donation claim";

(c) In the case of unemployment incapacitation of a donor and as a condition of payment of the "failed donation claim";

(i) neither you nor the donor shall have had reason to believe the donor would become unemployed or incapacitated subsequent to the donation date and;

(ii) the donor shall be unemployed for at least 60 days prior to us making payment;

(d) No coverage shall be afforded for a written pledge of funds or other measurable tangible property to you dated prior to the policy period;

(e) A donation amount which is to be collected over more than a 12-month period shall be deemed a single donation.

2. "Failed donation claim" means written notice to the Insured during the Policy Period of:

(a) the bankruptcy or reorganization of any donor whereby such bankruptcy or reorganization prevents the donor from honoring a prior written pledge of funds or other measurable tangible property to the Insured; or

(b) the unemployment or incapacitation of a natural person donor preventing him/her from honoring a prior written pledge of funds or other measurable tangible property to the Insured.

The limit for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**v. Emergency Real Estate Consulting Fee**

We will reimburse you for any realtor's fee or real estate consultant's fee you incur resulting from your need to relocate due to the "unforeseeable destruction" of your principal location as shown on the declarations.

"Unforeseeable destruction" means damage resulting from a "Certified Act of Terrorism", fire, crash or collapse which renders all of the Insured's primary location completely unusable.

The limit for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**w. Fundraising Event Blackout**

We will reimburse the insured for fundraising event expenses that are incurred due to the cancellation of a fundraising event caused by the lack of electric supply resulting in a power outage, provided the fundraising event is not re-scheduled. The fundraising event must have been planned at least 30 days prior to the power outage.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**x. Image Restoration Counseling**

We will reimburse you for expenses incurred for image restoration and counseling arising out of "improper acts" by any Insured. Covered expenses are limited to:

(1) The costs of rehabilitation and counseling for the accused Insured provided the Insured is not ultimately found guilty of criminal conduct, said reimbursement to occur after acquittal of the Insured;

(2) The costs, charged by a recruiter or expended on advertising, of replacing an officer as a result of improper acts"; and

(3) Up to $10,000 for the costs of restoring the Named Insured's reputation and consumer confidence through image consulting.

"Improper acts" means any actual or alleged act of:

(1) Sexual abuse

(2) Sexual intimacy

(3) Sexual molestation; and/or

(4) Sexual assault;

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

committed by an Insured against any natural person who is not an Insured. Such "improper acts" must have been committed by the Insured while in his or her capacity as an insured.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**y. Lost Lease Protection**

We will pay for Business Income and Extra Expense costs you incur for "lost lease interest" due to cancellation of lease contracts by your tenants. Cancellation must result from a direct physical loss by a Covered Cause of Loss to covered real property during the policy period.

"Lost lease interest" means:

The difference between the rent payments you were collecting prior to a covered loss and the total anticipated rental income including any tenant obligations you may be responsible for after the loss or damage has been repaired or rebuilt.

"Lost lease interest" does not include refunds or rebates for prepaid rent payments made on your behalf by tenants, or deposits of any kind made by tenants to a landlord or lessor of other premises.

Coverage begins with the date of direct physical loss and ends on the date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**z. Officers Or Directors Replacement Expenses**

We will pay "Officers Or Directors Replacement Expenses" if the executive officer or director suffers an "injury" while in the course of employment during the policy period which results in the loss of life during the policy period.

"Officers Or Directors Replacement Expenses" means:

**(1)** Costs of advertising the employment position opening;

**(2)** Travel, lodging, meal and entertainment expenses incurred in interviewing job applicants for the employment position opening; and

**(3)** Miscellaneous extra expenses incurred in finding, interviewing and negotiating with the job applicants, including, but not limited to, overtime pay, costs to verify the background and references of the applicants and legal expenses incurred to draw up employment contracts.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**aa. Political Unrest Coverage**

We will reimburse any present director, officer, employee or volunteer of the named insured while traveling outside the United States of America for "emergency evacuation expenses" that are incurred as a result of an incident of "political unrest". This "political unrest" must occur during the policy period. No coverage is granted for travel to countries in a state of "political unrest" at the time of departure of the travel.

**(1)** "Emergency Evacuation Expense" means:

**(a)** Additional lodging expenses;

**(b)** Additional transportation expenses;

**(c)** The cost of obtaining replacements of lost or stolen travel documents necessary for evacuation from the area of "political unrest"; and

**(d)** Translation services, message transmittals and other communication expenses;

provided these expenses are not otherwise reimbursable.

**(2)** "Political Unrest" means"

**(a)** A short-term condition of disturbance, turmoil or agitation within a foreign country that poses imminent risk to the security of citizens of the United States;

**(b)** A long-term condition of disturbance, turmoil or agitation that makes a foreign country dangerous or unstable for citizens of the United States; or

Contains material copyrighted by ISO/AAIS, with its permission.

(c) A condition of disturbance, turmoil or agitation within a foreign country that constrains the United States Government's ability to assist citizens of the United States, due to the closure or inaccessibility of an embassy or consulate or because of a reduction of its staff;

for which either an alert of travel warning has been issued by the United States Department of State.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**bb. Temporary Meeting Space Rental**

We will reimburse you for the rental of meeting space which is necessitated by the temporary unavailability of your primary office space due to the failure of a climate control system, or leakage of a hot water heater during the policy period. Coverage will exist only for the renting of temporary meeting space required for meeting with parties who are not insured under this policy.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**cc. Terrorism Travel Reimbursement**

We will reimburse any of your present directors or officers in the event of a "Certified Act of Terrorism" during the policy period which necessitates that he/she incurs "Emergency Travel Expenses".

"Emergency Travel Expenses" means:

**(1)** Hotel expenses incurred which directly result from the cancellation of a scheduled transport by a common carrier resulting directly from and within forty-eight hours of a "Certified Act of Terrorism"; and

**(2)** The increased amount incurred in air or train fare which may result from rescheduling comparable transport, to replace a similarly scheduled transport canceled by a common carrier in direct response to a "Certified Act of Terrorism".

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**dd. Travel Delay Reimbursement**

We will reimburse any of your present directors or officers for any non-reimbursable expenses they incur as a result of the cancellation of any regularly scheduled business travel on a common carrier.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule. A 72 hour waiting period deductible applies to this Additional Coverage.

**ee. Workplace Violence Counseling**

In the event that an incidence of "workplace violence" occurs we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by this "workplace violence".

Extra Expense is extended to include the cost of mental health counseling for employees following an incident of "workplace violence".

"Workplace violence" means any intentional use of or threat to use deadly force with intent to cause harm and that results in bodily "injury" or death of an insured, and insured's employee or any other person while on your premises.

"Injury" means any physical damage to the body caused by accident, violence, sickness or disease sustained by a person, including death resulting from any of these at any time.

The limit of insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**ff. Business Crime**

**(1)** Under Paragraph **5.** Additional Coverages Item **k.** Forgery Or Alteration is deleted and replaced by:

**k. Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, in any one "occurrence" under this Additional Coverage is the Limit of Insurance shown in the Schedule.

**(2)** Under Paragraph **5.** Additional Coverages, Item **j.** Money Orders And "Counterfeit Money" is deleted and replaced by:

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

We will not pay for loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

The most we will pay for any loss, in any one "occurrence" under this Additional Coverage is the Limit of Insurance shown in the Schedule.

The following are added:

**Coverage 1 – Computer Fraud and Funds Transfer Fraud**

We will pay for loss of and damage to "money", "securities" and "other property" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, bank or savings institution.

**(1)** To a person (other than a messenger) outside those premises; or

**(2)** To a place outside those premises.

We will not pay for loss or damages caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

Under **G.2.b. Money and Securities**, Paragraph **b.** the following exclusions are added:

**(4)** Or damage to "money" and "securities", following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, bank or savings institution:

**(a)** To a person (other than a messenger) outside those premises; or

**(b)** To a place outside those premises.

**(5)** Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

Under Paragraph **A.4. Limitations** Subparagraph **a.(4)** does not apply.

The most we will pay for loss of "money" and "securities" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" and "securities" from your "transfer account" under this Additional Coverage in any one "occurrence" is the Limit of Insurance shown in the Schedule.

**Coverage 2 – Identity Theft Expense**

We will reimburse any present director or officer of the named insured, for "identity theft expenses" incurred as the direct result of any "identity theft" first discovered and reported during the policy period, provided that it began to occur subsequent to the effective date of the insured's first policy with us.

Contains material copyrighted by ISO/AAIS, with its permission.

The Limit of Insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**Coverage 3 – Kidnap Expense**

We will pay on behalf of any officer or director of the insured, reasonable fees incurred as a result of the kidnapping of them or their spouse, "domestic partner", parent or child during the policy period. Coverage will not apply to any kidnapping by or at the direction of any present or former family member of the victim.

Reasonable fees include:

**(1)** Fees and expenses of an independent negotiator or consultant retained with prior approval from us;

**(2)** Costs of travel and accommodations incurred by the named insured which become necessary due to the applicable kidnapping;

**(3)** The reward paid by the named insured, which is pre-approved by us, to an informant for information not otherwise available which leads to the arrest and conviction of persons responsible for any damages under this policy; and

**(4)** The current salary of your officer or director who is kidnapped.

Salary shall be paid for a period commencing upon abduction and ceasing upon:

**(1)** The release of the employee or discovery of the death of the employee; or.

**(2)** 120 days after we receive the last credible evidence that the "employee" is still alive; or

**(3)** Twelve (12) months after the date of the kidnapping; or

**(4)** The exhaustion of the kidnap expense limit,

whichever comes first.

The Limit of Insurance for this coverage per policy period is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply.

**Coverage 4 – Money And Securities**

We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any "employee" (including a temporary or leased "employee") having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

In addition to the Limitations and Exclusions applicable to **Section I – Property**, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any "money" – operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

The most we will pay for loss in any one "occurrence" is:

**(1)** The Limit of Insurance shown in the Schedule for Inside the Premises for "money" and "securities" while:

  **(a)** In or on the described premises; or

  **(b)** Within a bank or savings institution; and

**(2)** The Limit of Insurance shown in the Schedule for Outside the Premises for "money" and "securities" while anywhere else.

All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one "occurrence".

You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**Coverage 5 – Employee Dishonesty**

We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(1)** Cause you to sustain loss or damage; and also

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any "employee"; or

**(b)** Any other person or organization.

We will not pay for loss or damage:

**(1)** Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

**(2)** Resulting from any dishonest act committed by any of your "employees" (except as provided above), "managers" or directors:

**(a)** Whether acting alone or in collusion with other persons; or

**(b)** While performing services for you or otherwise.

**(3)** The only proof of which as to its existence or amount is:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**(4)** Caused by an "employee" if the "employee" had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that theft or dishonest act prior to the policy period shown in the Declarations.

The most we will pay for loss or damage in any one "occurrence" under this Additional Coverage is the Limit of Insurance shown in the Schedule.

All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one "occurrence".

If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

This coverage is cancelled as to any "employee" immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee' before or after being hired by you.

We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

**(1)** This coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

We will pay for loss or damage sustained during the prior insurance period as part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**C. Coverage Extensions**

In addition to the Limits Of Insurance of **Section I Property** you may extend the insurance provided by this policy to these Coverage Extensions.

Unless otherwise indicated, the Limits Of Insurance provided by these Coverage Extensions are in addition to Paragraph **C. Limits Of Insurance.**

Unless otherwise indicated Paragraph **D. Deductibles** applies to these Coverage Extensions.

1. Paragraph **6.a. Newly Acquired Or Constructed Property** is deleted and replaced by:

   **a. Newly Acquired Or Constructed Property**

   **(1) Buildings**

   If this policy covers Buildings, you may extend that insurance to apply to:

   **(a)** Your new buildings while being built on the described premises; and

   **(b)** Buildings you acquire at premises other than the one described, intended for:

   **(i)** Similar use as the building described in the Declarations; or

   **(ii)** Use as a warehouse.

   The most we will pay for loss or damage under this Coverage Extension at each building is the Limit of Insurance shown in the Schedule.

   **(2) Business Personal Property**

   If this policy covers Business Personal Property, you may extend that insurance to apply to:

   **(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;

   **(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

   **(c)** Business Personal Property that you newly acquire, located at the described premises.

   This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

   The most we will pay for loss or damage under this Coverage Extension at each building is the Limit of Insurance shown in the Schedule.

   **(3) Period Of Coverage**

   With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

   **(a)** This policy expires;

   **(b)** The number of days shown in the Schedule expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

   **(c)** You report values to us.

   We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

2. Paragraph **6.b. Personal Property Off-premises** is deleted and replaced by:

   **b. Personal Property Off-premises and Personal Property In Transit**

   **(1) Personal Property Off-premises**

   You may extend the insurance provided by this policy to apply to your covered Business Personal Property while it is away from the described premises, if it is:

   **(a)** Temporarily at a location you do not own, lease or operate; or

   **(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term.

   This Coverage Extension does not apply to Covered Property:

   **(a)** In or on a vehicle;

   **(b)** In the care, custody or control of your salesperson;

   **(c)** At any fair or exhibition;

   **(d)** Owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location;

   **(e)** Money and securities;

   **(f)** Contractors equipment or tools used to conduct your operations away from the described premises;

Contains material copyrighted by ISO/AAIS, with its permission.

(g) Accounts Receivable; or

(h) Valuable Papers.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule. Insurance under this Coverage Extension will end when any of the following first occurs:

(a) This policy expires, or

(b) 90 days expire after your Covered Property is temporarily at a location you do not own, lease or operate.

**(2) Personal Property In Transit**

You may extend the insurance provided by this policy to apply to your covered Business Personal Property while in transit. Coverage is provided while the property is in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

The most we will pay for loss or damage under this Coverage Extension is:

(a) $5,000 on Fine Arts;

(b) $5,000 on "Computers";

(c) $5,000 on "Electronic Data";

(d) $5,000 on Business Personal Property in or on a motor vehicle you do not own, lease or operate;

(e) $25,000 on All Other Property except as noted below.

This Coverage Extension does not apply to:

(a) Money and Securities;

(b) Contractors equipment or tools used to conduct your operations away from the described premises;

(c) Covered Property owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location;

(d) Property in the care, custody, or control of your salesperson;

(e) Accounts Receivable; or

(f) Valuable Papers.

3. Paragraph **6.c. Outdoor Property** is deleted and replaced by:

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor radio and television antennas (Including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Coverage Extension is the Maximum Limit of Insurance for all items, subject to the separate Maximum Limit of Insurance applicable to each tree, shrub or plant, shown in the Schedule.

These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

Paragraph **D. Deductibles** does not apply to this Coverage Extension.

4. Paragraph **6.d. Personal Effects** is deleted and replaced by:

**d. Personal Effects And Property Of Others**

You may extend the insurance that applies to Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

(a) Tools or equipment used in your business; or

(b) Loss or damage by theft.

The most we will pay for loss or damage to Personal Effects under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

Contains material copyrighted by ISO/AAIS, with its permission.

**(2)** Personal Property of Others in your care, custody or control.

The most we will pay for loss or damage to Personal Property of Others under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

Under Section **E.** Property Loss Conditions, Paragraph **5**. Loss Payment Item **d.(3)(b)** is deleted and replaced by:

**d.(3)(b)** We will pay on a Replacement Cost basis when Business Personal Property valuation is Replacement Cost. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lessor of the replacement cost of the property or the applicable Limit of Insurance.

Paragraph **D. Deductibles** does not apply to this Coverage Extension.

**5.** Under the **Valuable Papers And Records** Paragraph **A.6.e.(3)** is deleted and replaced by:

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at each described premises and for "valuable papers and records" not at the described premises are the Limits of Insurance shown in the Schedule.

**6.** Under **Accounts Receivable** Paragraph **A.6.f.(2)** is deleted and replaced by:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at each described premises and for accounts receivable not at the described premises are the Limits of Insurance shown in the Schedule.

**7.** The following are added to Paragraph **6. Coverage Extensions:**

**g. Building Material Theft**

We will pay for loss or damage by theft or attempted theft of building materials and supplies not attached as part of the building or structure located either on or off premises owned by you.

The most we will pay under this coverage is the Limit of Insurance shown in the Schedule.

**h. Rewards**

We will pay, up to the Limit of Insurance shown in the Schedule, for information which leads to the arrest and conviction of the person(s) who caused the loss covered under this policy. Regardless of the number of persons involved in providing information our liability under this Coverage Extension will not be increased.

This Coverage Extension does not apply to:

**(1)** you;

**(2)** your family members; or

**(3)** your employees, volunteers or independent contractors.

Paragraph **D. Deductibles** does not apply to this Coverage Extension.

**i. Outdoor Signs**

**(1) Detached Outdoor Signs**

We will pay for loss or damage to any detached outdoor sign permanently fixed in place as a result of a Covered Cause of Loss.

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

**(2) Attached Outdoor Signs**

Attached outdoor signs are added as Covered Property – Buildings (Paragraph **A.1.a.**) or Covered Property – Business Personal Property (Paragraph **A.1.b.**).

Paragraph **C.2. Limits Of Insurance** is deleted.

**j. Outdoor Fences**

Outdoor fences are added as Covered Property – Buildings (Paragraph **A.1.a.**) or Covered Property – Business Personal Property (Paragraph **A.1.b.**).

**k. Property At Fairs Or On Exhibition**

You may extend the insurance provided by this policy to apply to your covered Business Personal Property while at any fair or exhibition not located within 1,000 feet of the described premises. This Coverage Extension does not apply to fine arts or your salespersons samples.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule.

**I. Ordinance or Law Coverage - Building Or Tenants Improvements And Betterments**

If Replacement Cost Coverage is provided for a covered Building or covered Tenant's Improvements and Betterments damaged by a Covered Cause of Loss, we will pay:

**Coverage 1 – Coverage for Loss to the Undamaged Portion of the Building or Undamaged Tenant's Improvements And Betterments**

If a Covered Cause of Loss occurs to covered Building or covered Tenant's Improvements and Betterments, with respect to the building that has sustained direct physical damage, we will pay under **Coverage 1** for the loss in value of the undamaged portion of the building or improvements and betterments as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building or improvements and betterments.

We will not pay under **Coverage 1** for undamaged improvements and betterments that could be removed from the building, without incurring damage to such improvements and betterments, prior to demolition or repair of the building.

**Coverage 2 – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building and improvements and betterments as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

We will pay the cost to demolish and clear the undamaged parts of the improvements and betterments, provided that such cost is distinguishable from the cost of demolishing the building and you are responsible for the cost of demolition of the improvements and betterments.

We will not pay under **Coverage 2** for demolition of undamaged improvements and betterments that could be removed from the building, without incurring damage to such improvements and betterments, prior to demolition or repair of the building.

Paragraph **E.5.d. Loss Payment** Property Loss Condition does not apply to **Demolition Cost Coverage**.

**Coverage 3 – Increased Cost of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay for the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building or improvements and betterments; and/or

**(2)** Reconstruct or remodel undamaged portions of that building or improvements and betterments, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building or improvements and betterments are not repaired, reconstructed or remodeled.

Paragraph **E.5.d. Loss Payment** Property Loss Condition does not apply to the **Increased Cost Of Construction Coverage**.

**Coverage 4 – Increased Period of Restoration**

**(1)** If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of your "operations" caused by or resulting from a requirement to comply with any ordinance or law that:

  **(a)** Regulates the construction or repair of any property;

  **(b)** Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

  **(c)** Is in force at the time of loss.

However, coverage is not extended under this coverage to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(2)** The Period Of Restoration definition is replaced by the following:

"Period Of Restoration" means the period of time that:

**(a)** Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**(b)** Ends on the earlier of:

**(i)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The date when business is resumed at a new permanent location.

"Period of restoration" includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property

The expiration date of this policy will not cut short the "period of restoration".

**Loss Payment**

**Coverage 1 – Coverage for Loss to the Undamaged Portion of the Building or Undamaged Portion of Tenants, Improvements and Betterments**

When there is a loss in value of an undamaged portion of a building or undamaged improvements and betterments to which **Coverage 1** applies, the loss payment for that building or improvements and betterments, including damaged and undamaged portions, will be determined as follows:

**(1)** If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

**(a)** The amount you actually spend to repair, rebuild, or reconstruct the property, but not for more than the amount it would cost to restore the property on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(b)** The Limit of Insurance shown in the Declarations as applicable to the covered building or improvements and betterments.

**(2)** If the property is not repaired or replaced we will not pay more than the lesser of:

**(a)** The actual cash value of the property at the time of loss; or

**(b)** The Limit of Insurance shown in the Declarations as applicable to the covered building or improvements and betterments.

The insurance provided by **Coverage 1** does not increase Paragraph **C. Limits Of Insurance.**

**Coverage 2 – Demolition Cost Coverage** and **Coverage 3 – Increased Cost of Construction Coverage Combined**

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the lesser of the Combined Limit of Insurance of:

**(1)** The amount shown in the Schedule; or

**(2)** The percentage indicated in the Schedule applied to the covered building(s) or improvements and betterments Limit of Insurance.

Loss payment under **Combined Coverage 2 – Demolition Cost Coverage** and **Coverage 3 – Increased Cost of Construction** will be determined as follows:

For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

With respect to the Increased Cost of Construction Coverage:

**(1)** We will not pay for the increased cost of construction:

**(a)** Until the property is actually repaired or replaced at the same or another premises; and

Contains material copyrighted by ISO/AAIS, with its permission.

**(b)** Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

The insurance provided by **Combined Coverage 2** and **Coverage 3** does not increase Paragraph **C. Limits of Insurance.**

The terms of this coverage apply separately to each building to which this coverage applies.

We will not pay for loss due to any ordinance or law that:

**(1)** You were required to comply with before the loss, even if the building was undamaged; and

**(2)** You failed to comply with.

We will not pay for enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**Application Of Coverage(s)**

Coverage **1**, **2**, **3**, and/or **4** apply only if both **(1)** and **(2)** are satisfied and are then subject to the qualifications set forth in **(3).**

**(1)** The ordinance or law:

**(a)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(b)** Is in force at the time of the loss: or the ordinance or law is promulgated or revised after the loss but prior to the commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

But coverage under this Coverage Extension applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Coverage Extension.

**(2)** The building or improvements or betterments sustains direct physical damage:

**(a)** That is covered under this policy and as a result of such damage you are required to comply with the ordinance or law; or

**(b)** That is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building or improvements and betterments damage in its entirety you are required to comply with the ordinance or law.

**(c)** But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Coverage Extension even if the building or improvements or betterments has also sustained covered direct physical damage.

**(3)** In the situation described in **(2)(b)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **1**, **2**, **3** and/or **4** of this Coverage Extension. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of the loss otherwise payable under terms of Coverages **1**, **2**, **3** and/or **4** of this Coverage Extension.

To the extent that the Ordinance Or Law Exclusion might conflict with the coverage provided under this endorsement, the Ordinance Or Law Exclusion does not apply to such coverage.

**m. Fine Arts**

You may extend the insurance that applies to Business Personal Property to apply to "fine arts".

"Fine arts" means paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; "antique" furniture; "antique" jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit.

"Antique" means an object having value because its:

**(1)** Craftsmanship is in the style or fashion of former times; and

**(2)** Age is 100 years old or older.

We will not pay for loss or damage caused by processing of or work upon the covered property including repairs or restoration.

In the event of a total loss to "fine arts", the value will be based on the lessor of:

**(1)** The market value at the time of the covered loss or damage;

**(2)** The cost to repair or restore the covered "fine arts" to the condition immediately before the loss or damage; or

**(3)** The cost of a replacement with substantially identical property.

In the event of a partial loss or damage to "fine arts" the value will be based on:

**(1)** The cost to repair or restore the covered "fine arts" to the condition immediately before the loss or damage; or

**(2)** The difference between the value of the pair or set before and after the covered loss or damage.

The cost to repair or restore will not exceed the value the pair or set had prior to the loss.

If a covered loss to "fine arts" involves a pair or set and part of the pair or set is undamaged:

**(1)** You may surrender the undamaged part of the pair or set to us, and the covered loss will be valued on the basis of a total loss to the entire pair or set; or

**(2)** You may keep the undamaged part of the pair or set, and the covered loss will be valued on the basis of a partial loss to the entire pair or set.

You must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

**n. Property in the Custody of Sales Representatives**

You may extend the insurance provided by this policy to apply to your covered Business Personal Property in the care, custody or control of a sales representative and not located within 1,000 feet of the premises described in the Declarations.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule.

**o. Portable Tools**

We cover your portable tools and equipment and those of your employees. This includes their containers, spare parts and accessories. We also cover similar property that belongs to others and for which you are liable. Coverage is provided while tools are on or off premises.

We do not cover:

**(1)** Property that is held for sale.

**(2)** Property that you rent to others.

**(3)** Building materials or other materials and supplies.

**(4)** Plans, blueprints, designs or specifications.

We will pay in any one occurrence for loss or damage to portable tools, the Maximum Limit of Insurance shown in the Schedule, subject to the separate Maximum Limit of Insurance applicable to you or any employee. Coverage is provided on an Actual Cash Value basis.

The limit provided is the only limit available for the described coverage and cannot be combined or added to any other coverage extension under this endorsement.

**p. Lock And Key Replacement**

We will pay to re-key, repair or replace locks when there has been direct physical loss or damage to the corresponding "keys" by a Covered Cause of Loss.

Contains material copyrighted by ISO/AAIS, with its permission.

This coverage does not apply to:

**(1)** Keys to motor vehicles, trailers or any motorized land conveyances whether or not subject to motor vehicle registration.

**(2)** Direct physical loss or damage to keys entrusted to any person who is not an "insured".

**(3)** Wear and tear.

"Keys" means master key, grand master key or key-card.

We will pay for direct physical loss or damage to alternative locking systems including card programmers, card readers, computers, related alarms, trans-receivers, power supplies, and electronic or mechanical apparatus required to make such locking systems operate. We will also pay for reprogramming such locking systems as a result of a Covered Cause of Loss.

The most we will pay under this Coverage Extension in any one occurrence is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply to this Coverage Extension.

**q. Electronic Data Processing Equipment And Software**

You may extend the insurance that applies to Your Business Personal Property to apply to your electronic data processing "equipment" and "software".

We cover direct physical loss or damage caused by a Covered Cause Of Loss to the following property:

**(1)** "Hardware".

**(2)** "Software".

We cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" only if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a Covered Cause Of Loss to "data records".

**(3)** "Telecommunications equipment".

**(4)** "Reproduction equipment".

**Electrical and Power Supply Disturbance**

We cover direct physical loss to covered property caused by "electrical disturbance", or "power supply disturbance".

**Mechanical Breakdown Coverage**

We pay for loss to covered property caused by "mechanical breakdown".

**Foreign Transit And Location Coverage**

We cover direct physical loss to your "portable computers" including preinstalled "programs and applications" while temporarily at a foreign location or in transit to or from a temporary foreign location outside the coverage territory.

We do not cover your "portable computers" or preinstalled "programs and applications" that are:

**(1)** Shipped via mail;

**(2)** You are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer, or bank; or

**(3)** The property is shipped to or is located in a country that is the subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

The most we pay for loss to portable computers described above in any one occurrence while overseas is $5,000. This limit is separate from, and not part of, the Electronic Data Processing Equipment And Software Coverage Extension limit.

**Valuation**

**(1)** The value of "hardware" that is replaced will be based on the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced. The value of "hardware" that is not repaired or replaced will be based on the actual cash value at the time of the loss (with a deduction for depreciation). In no event will we pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

**(2)** The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the "programs or applications". If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

 Contains material copyrighted by ISO/AAIS, with its permission.

**(3)** The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies. If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace or restore lost files, documents, or records.

**(4)** The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

**(5)** The value of "telecommunications equipment" and "reproduction equipment" will be based on the replacement cost without any deduction for depreciation.

The following Definitions apply to Electronic Data Processing Equipment and Software Coverage in addition to the Building and Personal Property Coverage form, Condominium Association Coverage Form and Condominium Commercial Unit Owners Coverage Form definitions.

**(1)** "Computer hacking" means an unauthorized intrusion:

**(a)** By an individual or group of individuals, whether employed by you or not, into "hardware", "software", or a computer network; and

**(b)** That results in but is not limited to:

**(i)** Deletion, destruction, generation, or modification of "software";

**(ii)** Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

**(iii)** Observation, scanning, or copying of "data records", "programs and applications", and proprietary programs;

**(iv)** Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", Web site server, or "media" used with "hardware" or Web site server, or

**(v)** Denial of access to or denial of services from your "hardware", Web site server or your computer network.

**(2)** "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

**(a)** Into "hardware", "software", or Web site server, and

**(b)** That is intended to result in, but is not limited to:

**(i)** Deletion, destruction, generation, or modification of "software",

**(ii)** Alteration, contamination, corruption, degradation or destruction of the integrity, quality or performance of "software",

**(iii)** Damage, destruction, inadequacy, malfunction, degradation or corruption of any "hardware", Web site server, or "media" used with "hardware" or Web site server; or

**(iv)** Denial of access to or denial of services from your "hardware", Web site server or your computer network.

**(3)** "Data records", means files, documents and information in an electronic format and that are stored on "media".

**(4)** "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

**(5)** "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

**(a)** "Hardware" includes but is not limited to:

**(i)** Personal computers and work stations;

**(ii)** Laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

**(iii)** Peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

Contains material copyrighted by ISO/AAIS, with its permission.

(b) "Hardware" does not include:

(i) "Software",

(ii) "Telecommunications equipment"; and

(iii) "Reproduction equipment".

(6) "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation or blowout.

(7) "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

(8) "Portable computers" means laptops, palmtops, notebook PCs, other portable computer devices and accessories including but not limited to, multimedia projectors.

(9) "Power supply disturbance" means interruption of power supply, power surge, blackout or brownout.

(10) "Programs and applications" means operating programs and applications that you purchase and that are:

(i) Stored on "media"; or

(ii) Pre-installed and stored in "hardware".

(11) "Reproduction equipment" means a network of equipment and software designed for the scanning, copying, storage and retrieval of paper documents.

(12) "Software" means "media", "data records", "programs and applications". "Software" does not mean Web site software.

(13) "Telecommunications equipment" means telephone components and equipment used for the transmission of communications.

"Telecommunications equipment" includes but is not limited to:

(a) Telephone switchgear (including PBX systems):

(b) Telephone operating programs, related software;

(c) Facsimile transmission equipment;

(d) Video conferencing equipment; and

(e) Other related hardware (including computers dedicated to voice mail).

We do not pay for loss or damage that is caused by or results from any direct or indirect loss or damage; or loss of access, loss of use, or loss of functionality caused by a "computer virus" or by "computer hacking".

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

**r. Increase In Rebuilding Expenses Following Disaster**

We will pay for increased expenses actually incurred from a covered cause of loss to a covered building if all of the following conditions are met.

(1) The event that caused the covered loss:

(a) Results in declaration of a state of disaster by federal or state authorities; or

(b) Occurs in close temporal proximity to the event that results in the declaration of disaster by federal or state authorities;

(2) Expenses for labor and/or building materials for repair or replacement of the damaged property increase as a result of the disaster and the total cost of repair or replacement exceeds the applicable Limit of Insurance due to such increase in expenses.

(3) You elect to repair or replace the damaged building; and

(4) You notified us, within 30 days of completion, of any improvements, alterations or additions to the building which increase the replacement cost of the building by 5% or more and allowed us to adjust the Limit of Insurance, if necessary, to maintain the required insurance-to-value.

The Additional Expense Coverage available for the extra expense of repair or replacement of a covered building is determined as follows:

(1) Apply the percentage indicated in the Schedule to:

(a) The Limit Of Insurance shown in the Declarations as applicable to the building when such limit covers only that building (exclusive of contents); or

(b) The value of the building when insurance is written on a blanket basis.

However, if the building is subject to a lower Limit of Insurance (sub-limit) for the Covered Cause of Loss that caused the loss, then the applicable percentage indicated in the Schedule will be applied to that sub-limit.

When payments reach the maximum amount of Additional Expense Coverage, such coverage will not apply to a subsequent event which occurs in the same annual policy term.

In determining the expenses payable, we will deduct any expenses recovered under the Business Income and/or Extra Expense Additional Coverages

**s. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicles or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance shown in the Schedule.

**t. Spoilage**

We will pay for direct loss or damage to "perishable stock" at the described premises, if the "perishable stock" is:

**(1)** Owned by you and used in your business; or

**(2)** Owned by others and in your care, custody or control.

"Perishable Stock" means property:

**(1)** Maintained under controlled temperature or humidity conditions for preservation; and

**(2)** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

We will not cover property located:

**(1)** On buildings;

**(2)** In the open; or

**(3)** In vehicles.

We will pay for loss or damage to "perishable stock" caused by "breakdown or contamination" or "power outage".

Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises; or

**(2)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will determine the value of Covered Property as follows:

**(1)** For "perishable stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

**(2)** For other "perishable stock', at actual cash value.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**(3)** The inability of an electrical utility company or other power source to provide sufficient power due to:

**(a)** Lack of fuel; or

**(b)** Governmental order.

**(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

The most we will pay for loss or damage under this Coverage Extension at each described premises is the Limit of Insurance shown in the Schedule.

Paragraph **D. Deductibles** does not apply to this Coverage Extension.

**u. Water Back Up, Sump Pump Overflow**

**(1)** We will pay for direct physical loss or damage, not caused by your negligence, to covered Building and Business Personal Property caused by or resulting from:

**(a)** Water or waterborne material which backs up through or overflows from a sewer or drain; or

**(b)** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment even if the overflow or discharge results from mechanical breakdown of a sump pump, or its related equipment.

The term drain includes a roof drain and related fixtures.

**(2)** We will not pay for direct loss or damage caused by:

**(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge);

**(b)** Mudslide or mudflow; or

**(c)** Water under the ground surface pressing on, or flowing or seeping through:

**i.** Foundations, walls, floors or paved surfaces;

**ii.** Basements, whether paved or not;

**iii.** Doors, windows or other openings; or

**(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.** or **c.**, or material carried or otherwise moved by mudslide or mudflow.

But if any of the above, in Paragraphs **(a)** through **(d)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damaged caused by that fire, explosion or sprinkler leakage.

We will pay for business income loss and extra expense in accordance with the terms of the coverage applicable to such premises under your policy, when such loss or expense arises out of the direct physical loss or damage described in paragraph **u.(1)**.

The most we will pay under this Coverage Extension for the total of all direct loss or damage and business income and/or extra expense occurring during the policy term is the Limit of Insurance shown in the Schedule. This limit does not apply separately to each location.

The most we will pay for the total of all direct physical loss or damage sustained and business income and/or extra expense caused by all occurrences in a 12 – month period (starting with the beginning of the present annual policy period), regardless of the number of occurrences during that period of time, is the Policy Limit Of Insurance described in the Schedule.

Paragraph **D. Deductibles** applies to this Coverage Extension.

**D.** Under Paragraph **B. Exclusions,** Paragraph **1.e. Utility Services** is deleted and replaced by:

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Contains material copyrighted by ISO/AAIS, with its permission.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss. This exclusion does not apply to loss or damage to "computer(s)" and "electrical data" including destruction or corruption of "electronic data". We will also pay for loss or damage resulting from direct physical loss or damage by a covered cause of loss to "water supply property", "communication supply property", or "power supply property", other than overhead transmission, sub-transmission or communication lines, not on the described premises.

We will only pay for loss of Business Income and/or Extra Expense at the described premises immediately after the interruption of service caused to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the "water supply property", "wastewater removal property", "communication supply property" or "power supply property", other than overhead transmission, sub-transmission or communication lines, not on the described premises.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

For purposes of this provision:

**(1)** "Water Supply Property" meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** "Wastewater Removal Property" meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**(3)** "Communication Supply Property" meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines, including fiber optic transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

**(4)** "Power Supply Property" meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

Transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The insurance provided by this coverage does not increase Paragraph **C. Limits Of Insurance.**

**E.** Under Paragraph **C. Limits Of Insurance**, Paragraph **5.a. Business Personal Property Limit – Seasonal Increase** is deleted and replaced by:

**5. Business Personal Property Limit – Seasonal Increase**

**a.** Subject to Paragraph **5.b.**, the Limit of Insurance for Business Personal Property will automatically increase by the percentage shown in the Schedule to provide for seasonal variations.

This section does not apply to property covered on a blanket basis.

**F. Definitions**

The following are added to Paragraph **H.** Property Definitions and apply to Paragraph **ff.** Business Crime.

**15.** "Employee"

**a.** "Employee" means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee", as defined in Paragraph **(1),** who is on leave; or

**(b)** To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you. However, **Coverage 1** - Computer Fraud and Funds Transfer Fraud excludes any such person while having care and custody of property outside the premises.

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is:

**(a)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan(s)" insured under this policy;

**(b)** **Under Coverage 1 – Computer Fraud and Funds Transfer Fraud** Your director or trustee while that person is handling "funds" or "other property" of any "employee benefit plan(s)" insured under this policy; and

**(c)** **Under Coverage 5 – Employee Theft** Your director or trustee while that person is handling "money, "securities" or "other property" of any "employee benefit plan(s)" insured under this policy;

**(5)** Any natural person who is a former "employee", director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

**(6)** Any natural person who is:

**(a)** A guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business; or

**(b)** Under **Coverage 1** – Computer Fraud and Funds Transfer Fraud A guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises.

**b.** "Employee" does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; and

**(2)** Under **Coverage 1** – Computer Fraud and Funds Transfer Fraud Any "manager", director or trustee except while performing acts coming within the scope of the usual duties of an "employee".

**16.** "Fraudulent instruction" means:

Under Paragraph **ff. Business Crime, Coverage 1 – Computer Fraud and Funds Transfer Fraud:**

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described in Paragraph **A.5.k.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**17.** "Other property" means:

Under Paragraph **ff. Business Crime, Coverage 1 – Computer Fraud and Funds Transfer Fraud:**

Any tangible property other than "money" and "securities" that has intrinsic value but does not include any property excluded under this policy.

**18.** "Transfer account" means:

Under Paragraph **ff. Business Crime, Coverage 1 – Computer Fraud and Funds Transfer Fraud:**

An account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

**a.** By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**b.** By means of written instructions (other than those described in Paragraph **A.5.k.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**19.** "Identity Theft" means:

Under Paragraph **ff. Business Crime, Coverage 2 – Identity Theft Exposure:**

The act of knowingly transferring or using without lawful authority, a means of identification of any officer or director (or spouse thereof) of the Named Insured with the intent to commit, or to aid or abet another to commit any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

**20.** "Identity theft expense" means:

Under Paragraph **ff. Business Crime, Coverage 2 – Identity Theft Expense:**

**a.** Costs for notarizing fraud affidavits or similar documents for financial institutions or similar credit grantors or credit agencies that have requested that such affidavits be notarized.

**b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

**c.** Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information due to "identity theft".

**21.** "Domestic partner" means:

Under Paragraph **ff. Business Crime Coverage 3 – Kidnap Expense:**

Any person who qualifies as a "domestic partner" under the provisions of any federal, state or local statute or regulation, or under the terms and provisions of any employee benefit or other program established by the named insured.

**22.** "Occurrence" means:

**a.** Under **Additional Coverage 5.k. Forgery or Alteration:**

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations.

**b.** Under Paragraph **ff. Business Crime Coverage 1 – Computer Fraud and Funds Transfer Fraud, Coverage 4 – Money and Securities,** and Additional Coverage **5.j. Money Orders and Counterfeit Money;**

**(1)** An individual act or event;

**(2)** The combined total of all separate acts or events whether or not related; or

**(3)** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations.

**c.** Under Paragraph **ff. Business Crime Coverage 5 – Employee Dishonesty:**

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations.

 Contains material copyrighted by ISO/AAIS, with its permission.

POLICY NUMBER: 2178944

COMMERCIAL GENERAL LIABILITY
WB 516 GL 04 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT PRACTICES LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS COVERAGE PART

**THIS ENDORSEMENT PROVIDES CLAIMS MADE AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE.**

**PLEASE READ THE ENTIRE FORM CAREFULLY.**

**SCHEDULE***

| LIMITS OF LIABILITY | | DEDUCTIBLE | COINSURANCE FOR PAYMENT OF "DAMAGES" |
|---|---|---|---|
| Each Related Wrongful Employment Practice | Total Aggregate Limit | Each Related Wrongful Employment Practice | |
| 100,000 | 100,000 | $5,000 | Does Not Apply |

**RETROACTIVE DATE**

This insurance does not apply to a "Wrongful Employment Practice" that happens before the Retroactive Date shown here: 12/31/2014

*Information required to complete this schedule, if not shown on this endorsement, will be shown on the Declaration.

THERE IS A SEPARATE DEDUCTIBLE PROVISION APPLICABLE TO ALL PAYMENTS FOR "DAMAGES".

PLEASE READ THIS ENDORSEMENT CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS.

WE HAVE NO DUTY TO PROVIDE COVERAGE UNLESS THERE HAS BEEN FULL COMPLIANCE WITH ALL THE CONDITIONS (SECTION VI) OF THIS ENDORSEMENT.

Throughout this endorsement the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this endorsement. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (Section II) of this endorsement.

All words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section VIII).

**SECTION I - COVERAGE: EMPLOYMENT PRACTICES LIABILITY**

In consideration of the payment of premium and in reliance upon representations you made to us in applying for this insurance and subject to the Limits of Insurance shown in the Schedule, and all the exclusions, terms and conditions of this endorsement, we agree with you as follows:

**A. INSURING AGREEMENT**

1. We will pay on behalf of the insured for "damages" in excess of the Deductible arising out of any "employment practices" to which this insurance applies.

   We have no obligation under this insurance to make payments or perform acts or services except as provided for in this paragraph and in Item 2. below.

2. This insurance applies to such "damages" only if:

a. The "damages" result from "claims" made by "employees", "leased workers", "temporary workers", former "employees" or applicants for employment with you;

b. The "employment practices" take place in the "coverage territory";

c. Such "employment practices" occurred after the Retroactive Date shown in the Schedule and before the end of the policy period; and

d. A "claim" is both:

(i) First made against any insured, in accordance with paragraph 3. below, during the policy period or any Extended Reporting Period we provide under Section VII - EXTENDED REPORTING PERIODS; and

(ii) Reported to us either (i) during the policy period or within thirty (30) days thereafter, or (ii) with respect to any "claim" first made during any Extended Reporting Period we provide under Section VII - EXTENDED REPORTING PERIODS, during such Extended Reporting Period.

3. A "claim" will be deemed to have been made at the earlier of the following times:

a. When notice of such "claim" is received and recorded by you or by us, whichever comes first; or

b. When we make settlement in accordance with paragraph B.1. below.

4. All "claims" for "damages" based on or arising out of:

a. One "employment practice"; or

b. An interrelated series of "employment practices"

by one or more insureds shall be deemed to be one "claim" and to have been made at the time the first of those "claims" is made against any insured(s).

Each payment we make for "damages" or "defense expense" reduces the Amount of Insurance available, as provided under SECTION III - LIMITS OF INSURANCE of this endorsement.

**B. DEFENSE OF CLAIMS. ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY**

1. We have the right and duty to defend "claims" against the insured seeking "damages" to which this insurance applies and to pay for related "defense expense". However, we have no duty to (i) defend "claims" against the insured seeking "damages" or (ii) pay for related "defense expense" when this insurance does not apply. We may:

a. At our sole discretion, investigate any "employment practice" that may result in "damages"; and

b. Settle any "claim" which may result, provided:

(i) We have your written consent to settle; and

(ii) The settlement is within the applicable Limit of Insurance available.

Our liability will be limited as described below if:

(i) you refuse to consent to any settlement we recommend, and

(ii) such recommended settlement is also acceptable to the claimant.

When this happens, our liability under this endorsement for such "claim" shall not exceed the amount we would have paid for "damages" and "defense expense" if you had consented at the time of our recommendation. You shall thereafter negotiate and defend that "claim" at your own cost and without our involvement.

2. Our right and duty to defend such "claims" end when we have used up the Limit of Insurance available, as provided under SECTION III - LIMITS OF INSURANCE of this endorsement. This applies both to "claims" pending at that time and those filed thereafter.

3. When we control defense of a "claim", we will pay associated "defense expense" and choose a counsel of our choice from the panel of attorneys we have selected to deal with "employment practices" "claims". If you give us a specific written request at the time a "claim" is first made:

a. You may select one of our panel of employment law attorneys; or

b. You may ask us to consider the approval of a defense attorney of your choice that is not on our panel.

**4.** We will use the panel attorney you selected in (a.) above, or consider your request in (b.) above, when we deem it appropriate to engage counsel for such "claim".

**5.** If by mutual agreement or court order the insured assumes control of such defense before the applicable Limit of Insurance is used up, we will reimburse the insured for reasonable "defense expense", subject to item 6. immediately below.

**6.** If we defend you under a reservation of rights, both your and our counsel(s) will be required to maintain records pertinent to your "defense expenses". These records will be used to determine the allocation of any "defense expenses" for which you may be solely responsible, including defense of an allegation not covered by this insurance.

In any case, however, we only pay amounts in excess of the Deductible and such payments will reduce the Limit of Insurance available, as provided under SECTION III - LIMITS OF INSURANCE in this endorsement.

**7.** Upon prior notice to us and our approval, the first Named Insured is authorized to act on behalf of all insureds with respect to the payment of "damages" in settlement of any Administrative Hearing or other non-judicial proceeding before the Federal Equal Employment Opportunity Commission, or any similar Federal, state or local body or commission. This authorization is limited to (i) "damages" covered by this endorsement, (ii) "defense expenses" under part 4. of the Definition of "defense expenses" and (iii) amounts not in excess of two times the amount of the Deductible stated in the Schedule.

**C. EXCLUSIONS**

This insurance does not apply to "claims" arising directly or indirectly from any:

**1. a.** "Employment practices" which were the subject of any demand, suit or other proceeding which was initiated against any insured; or

**b.** Facts and circumstances, which would cause a reasonable person to believe a "claim" would be made and which were known to any insured,

prior to the effective date of the earlier of (i) the first endorsement of this type that we issued to you of which this endorsement was an uninterrupted renewal of this type of coverage, or (ii) this endorsement.

**2.** Breach of any express contract of employment or any express obligation to make payments in the event of termination of employment.

**3.** Obligation to pay "damages" by reason of the assumption of liability in any contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**4.** Of the following laws:

**a.** Any workers compensation, disability benefits or unemployment compensation law, or any similar law, provided however, this exclusion shall not apply to any "claim" based upon, arising from, or in consequence of any actual or alleged retaliatory treatment of the claimant by the Insured on account of the claimant's exercise of rights pursuant to any such law;

**b.** Employees' Retirement Income Security Act of 1974, Public Law 93-406, (E.R.I.S.A.) as now or hereafter amended, or any similar state or other governmental law. This includes fiduciary liability, liability arising out of the administration of any employee benefit plan and any other liability under any such laws;

**c.** The Fair Labor Standards Act, the National Labor Relations Act of 1938, the Worker Adjustment and Retraining Notification Act (Public Law 100-37991988), the Consolidated Omnibus Budget Reconciliation Act of 1985, or the Occupational Safety and Health Act. This exclusion also applies to any rules or regulations promulgated under any of the foregoing and amendments thereto or any similar provisions of any federal, state or local law, and to that part of any "damages" awarded for the cost or replacement of any insurance benefits due or alleged to be due to any current or former "employee".

**5.** Oral or written publication of material, if such material:

**a.** Was published by or at the direction of the insured with knowledge of the material's falsity; or

**b.** Was first published before the Retroactive Date shown in the Schedule.

6. Dishonest, criminal or fraudulent acts of the insured or the willful failure by the insured or with the insured's consent to comply with any law or any governmental or administrative order or regulation relating to employment practices. Willful means acting with intentional or reckless disregard for such employment related laws, orders or regulations.

   The enforcement of this exclusion against any insured under this endorsement shall not be imputed to any other insured.

7. "Bodily injury".

8. "Employment practices" which occur when or after:

   a. You file for or are placed in any bankruptcy, receivership, liquidation or reorganization proceeding; or

   b. Any other business entity acquires an ownership interest in you, which is greater than fifty percent.

9. Costs of complying with physical modifications to your premises or any changes to your usual business operations as mandated by the Americans with Disabilities Act of 1990 including any amendment thereto, or any similar federal, state or local law.

10. Lockout, strike, picket line, related worker replacement(s) or other similar actions resulting from labor disputes or labor negotiations.

**SECTION II - WHO IS AN INSURED**

**A.** If you are designated in the Declarations as:

1. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

2. A partnership or joint venture, you are an insured. Your current or former members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

3. A limited liability company, you are an insured. Your current or former members are also insureds, but only with respect to the conduct of your business. Your current or former managers are insureds, but only with respect to their duties as your managers.

4. An organization other than a partnership or joint venture, you are an insured. Your current or former directors are insureds, but only with respect to their duties as your directors.

**B.** Each of the following is also an insured:

1. Your current or former "employees" but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

2. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

**C.** Any heirs, executors, administrators, assignees or legal representatives of any individual insured above, in the event of the death, bankruptcy or incapacity of such insured, but only to the extent this insurance would have been available to such insured.

**D.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

1. You must provide us notice of such acquisition or formation within 30 days of the effective date of your acquisition or formation;

2. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

3. Coverage does not apply to any "employment practices" that occurred before you acquired or formed the organization; and

4. You must pay us any additional premium due as a condition precedent to the enforceability of this additional extension of coverage.

This part D. does not apply to any organization after it is shown in the Declarations or added to this policy by endorsement.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**A.** The Amount of Insurance stated as Total Aggregate Limit is the most we will pay for the sum of:

1. All "damages" for all "claims" arising out of any actual or alleged "employment practices" covered by this insurance; and

2. All "defense expense" for all "claims" seeking "damages" payable under paragraph 1. above.

Each payment we make for such "damages" or "defense expenses" reduces the Total Aggregate Limit by the amount of the payment. This reduced limit will then be the Amount of Insurance available for further "damages" and "defense expenses" under this endorsement.

**B.** Subject to A. above, the Amount of Insurance stated as the Each "Claim" Limit of Insurance is the most we will pay in excess of the Deductible as further described in SECTION IV - DEDUCTIBLE of this endorsement for the sum of:

1. All "damages" for injury arising from "employment practices" covered by this insurance arising out of one "claim" whether such "claim" is brought by one or more claimants; and
2. All "defense expense" associated with that specific "claim" in item B.1. immediately preceding.

**C.** In addition to the payments for "damages" and "defense expense" in paragraphs A. and B. above, we will also pay all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of paragraphs A. and B. above.

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - DEDUCTIBLE**

**A.** A deductible applies to all "damages" for injury arising from "employment practices" and any "defense expense" however caused.

**B.** Our obligation under this Employment Practices Liability to pay "damages" and "defense expense" on behalf of any insured applies only to the sum of the amount of "damages" and "defense expense" each "claim" which are in excess of the deductible amount stated in the Schedule.

**C.** Your obligation is to pay that deductible which is applicable to each "claim" made against this insurance. That deductible applies to the sum of all "damages" because of injury arising from "employment practices" paid for each "claim" and applicable "defense expense" associated therewith. If there should be no "damages" paid for a "claim", you are still obligated to pay the applicable deductible for any "defense expense" incurred by us in connection with that "claim".

**D.** The terms of this insurance apply irrespective of the application of the deductible, including those with respect to:

1. Our right and duty to defend any "claims" seeking those "damages"; and
2. Your duties in the event of a "claim".

**E.** We may, but are not required to, pay any part or all of the deductible to effect settlement of any "claim" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible as we may have paid for "damages" or "defense expense".

**F.** The application of the deductible does not erode the Limits of Insurance provided.

**SECTION V – COINSURANCE FOR PAYMENT OF "DAMAGES"**

**A.** With respect to any "claim" for which we pay "damages" under this insurance, you will be responsible for your share of such "damages", in excess of the applicable deductible, at the percentage shown in the Schedule as coinsurance participation. We will be responsible for the remaining percentage of "damages" payable under this endorsement subject to the applicable Limits of Insurance.

**B.** Your coinsurance participation is limited as shown in the Schedule to a maximum amount per "claim".

**C.** Subject to the provisions of this section we may make payments for "damages" and then request you to pay us your percentage share. You agree to reimburse us for your share. By making such payments for "damages", we do not waive our right to recover your share of such payment(s).

**D.** The application of this coinsurance provision does not erode the Limits of Insurance provided.

**SECTION VI - CONDITIONS**

**A. Bankruptcy**

Subject to the exclusion in Section I, item C.8., the bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this endorsement.

**B. Changes**

This policy contains all agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Duties in Event of "Employment Practices" or "Claims"**

1. You must see to it that we are notified as soon as practicable of any specific "employment practices" which you believe may result in an actual "claim". Your belief must be reasonably certain as the result of specific allegations made by a potential claimant or such potential claimant's representative, or as the result of specifically identifiable injury sustained by a potential claimant. To the extent possible, notice should include:

   a. How, when and where such "employment practices" took place;

   b. The names and addresses of any potential claimants and witnesses; and

   c. The nature of any injury arising out of such "employment practices".

   Notice of such "employment practices" is not notice of a "claim", but preserves any insured's rights to future coverage for subsequent "claims" arising out of such "employment practices" as described in the Basic Extended Reporting Period of Section VII - EXTENDED REPORTING PERIODS.

2. If a "claim" is received by any insured:

   a. You must immediately record the specifics of the "claim" and the date received;

   b. You and any other involved insured must see to it that we receive written notice of the "claim", as soon as practicable, but in any event we must receive notice either:

      (i) During the policy period or within 30 days thereafter; or

      (ii) With respect to any "claim" first made during any Extended Reporting Period we provide under Section VII - EXTENDED REPORTING PERIODS, during such Extended Reporting Period,as a condition precedent for coverage under this insurance. Such notice must provide us with the same information as is required in item (a.) immediately preceding; and

   c. You and any other involved insured must:

      (i) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

      (ii) Authorize us to obtain records and other information;

      (iii) Cooperate with us in the investigation, settlement or defense of the "claim"; and

      (iv) Assist us, upon our request, in the enforcement of any right against any person or organization, which may be liable to the insured because of injury or damage to which this insurance may also apply.

3. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent, other than those specific payments authorized under Section I, item B.7. - DEFENSE OF CLAIMS, ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY, in this endorsement.

**D. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this endorsement at any time during the endorsement period and up to three years afterward.

**E. Inspections and Surveys**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the employment conditions we find; and

3. Recommend procedures, guidelines and changes.

   Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not undertake to perform the duty of any person or organization to provide for the health or safety of, or lawful practices with your workers or the public. We do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards as they relate to the purpose of this or any other insurance.

   This condition applies not only to us, but also to any rating, advisory, rate service or similar organization, which makes insurance inspections, surveys, reports or recommendations on our behalf.

**F. Legal Action Against Us**

No person or organization has a right under this endorsement:

1. To join us as a party or otherwise bring us into a "claim" seeking "damages" from any insured; or

2. To sue us on this coverage part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this endorsement or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**G. Other Insurance**

If other valid and collectible insurance is available to the insured for "damages" or "defense expense" we cover under this endorsement, our obligations are limited as follows:

1. As this insurance is the primary insurance, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in 2. below.
2. If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**H. Payment of Premiums, Deductibles and Coinsurance Amounts**

1. We will compute all premiums for this insurance in accordance with our rules and rates; and
2. The first Named Insured shown in the Declarations is responsible for the payment of all premiums, deductibles and coinsurance payments due and will be the payee for any return premiums we pay.

**I. Representations**

By accepting this policy, you agree:

1. The statements in the Declarations are accurate and complete;
2. Those statements are based upon representations you made to us in your application for this insurance; and
3. Since we have issued this policy in reliance upon your representations, this policy is voidable if any material fact or circumstance relating to the subject of this insurance is omitted or misrepresented in your application.

**J. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this endorsement to the first Named Insured, this insurance applies:

1. As if each Named Insured were the only Named Insured; and
2. Separately to each insured against whom "claim" is made.

**K. Sole Agent**

The first Named Insured is authorized to act on behalf of all insureds as respects the giving or receiving of notice of cancellation or nonrenewal, receiving premium refunds, requesting any Supplemental Extended Reporting Period and agreeing to any changes in this policy.

**L. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this endorsement, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will sue those responsible or transfer those rights to us and help us enforce them.

**M. Transfer of Your Rights and Duties Under This Policy**

Your rights and duties under this endorsement may not be transferred without our written consent.

**SECTION VII - EXTENDED REPORTING PERIODS**

A. We will provide Extended Reporting Periods, as described below, if:
   1. This endorsement is cancelled or not renewed; or
   2. We renew or replace this endorsement with insurance that:
      a. Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or
      b. Does not apply on a claims-made basis.
B. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" as the result of "employment practices" which occurred after the Retroactive Date shown in the Schedule and before the end of the policy period. Once in effect, Extended Reporting Periods may not be cancelled.
C. Extended Reporting Periods do not reinstate or increase the Limits of Insurance.

**D.** A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for:

1. Five years with respect to "claims" arising out of "employment practices" which had been properly reported to us during the policy period in accordance with paragraph D.1. of Duties in the Event of "Employment Practices" or "Claims", in CONDITIONS (Section VI) of this endorsement; and
2. Thirty (30) days with respect to "claims" arising from "employment practices" not previously reported to us.

   The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

**E.** A Supplemental Extended Reporting Period of either twelve (12) months or thirty-six (36) months duration is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in paragraph D.2. above, ends. You must give us a written request for the endorsement, and its length, within 30 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium when due. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

1. The exposures insured;
2. Previous types and amounts of insurance;
3. Limits of Insurance available under this endorsement for future payment of "damages" or "defense expense"; and
4. Other related factors.

The additional premium will not exceed 200% of the annual premium for this endorsement.

**F.** The Supplemental Extended Reporting Period Endorsement we issue shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period begins.

## SECTION VIII - DEFINITIONS

**A. "Bodily injury"** means physical injury to the body, sickness or disease sustained by a person as the result of direct physical injury to the body, including death resulting from any of these at any time. "Bodily injury" does not include mental anguish or emotional distress that results from an "employment practice".

**B. "Claim"** means written or oral notice presented by:

1. Any "employee", "leased worker", "temporary worker", former "employee" or applicant for employment by you; or
2. The EEOC or any other Federal, state or local administrative or regulatory agency on behalf of such person in item 1. immediately preceding, that the insured is responsible for "damages" as a result of injury arising out of any "employment practices".

"Claim" includes any civil proceeding in which either "damages" are alleged or fact finding will take place, when either is the actual or alleged result of any "employment practice" to which this insurance applies. This includes:

a. An arbitration proceeding in which such "damages" are claimed and to which the insured submits with our consent;

b. Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent; or

c. Any administrative proceedings established under applicable federal, state or local laws as may be applicable to "employment practices" covered under this insurance.

**C. "Coverage territory"** means:

1. The United States of America (including its territories and possessions) and Puerto Rico; or
2. Anywhere in the world with respect to the activities of a person whose place of employment is in the territory described in 1. above, while he or she is away for a short time on your business;

provided that the insured's responsibility to pay "damages" is determined in a suit (or in any other type of civil proceeding as described under the definition of "claim") on the merits in, and under the substantive law of, the United States of America (including its territories and possessions) or Puerto Rico.

**D. "Damages"** means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments or awards, or as settlements to which we have agreed in writing. "Damages" include (i) "pre-judgment interest" awarded against the insured on that part of the judgment we pay, (ii) to the extent allowed by law, any portion of a judgment or award that represents a multiple of the compensatory amounts or punitive or exemplary damages, and (iii) statutory attorney fees.

"Damages" do not include:

1. Civil, criminal, administrative or other fines or penalties;
2. Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than monetary amounts; or
3. Judgments or awards because of acts deemed uninsurable by law.

**E. "Defense expense"** means payments allocated to a specific "claim" for its investigation, settlement, or defense, including:

1. Attorney fees and all other litigation expenses.
2. The cost of bonds to appeal a judgment or award in any "claim" we defend. We do not have to furnish these bonds.
3. The cost of bonds to release attachments, but only for bond amounts within the Amount of Insurance available. We do not have to furnish these bonds.
4. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of any "claim", including actual loss of earnings up to $250 a day because of time off from work.
5. Costs taxed against the insured in the "claim".

"Defense expense" does not include:

a. Salaries and expenses of our employees or your "employees", other than:

   **(i)** That portion of our employed attorneys' fees, salaries and expenses allocated to a specific claim" for the defense of the insured; and

   **(ii)** The expenses described in 4. above;

b. Interest on the full amount of any judgement that accrues after entry of the judgement and before we have paid, offered to pay, or deposited in court the amount available for the judgement under the provisions of SECTION III – LIMITS OF INSURANCE.

**F. "Employee"** means a person (i) employed by you for wages or salary, or (ii) who is a current or former member of your board of directors. But "employee" does not include any independent contractor, any employees of any independent contractor while acting within the scope of their employment, any "leased worker" or any "temporary worker".

**G. "Employment Practices"** means any of the following actual or alleged practices (i) which are directed against any of your "employees", "leased workers", "temporary workers", former "employees" or any applicant for employment by you, and (ii) for which remedy is sought under any federal, state or local statutory or common civil employment law:

1. Wrongful refusal to employ a qualified applicant for employment;
2. Wrongful failure to promote, or wrongful deprivation of career opportunity;
3. Wrongful demotion, negligent evaluation, negligent reassignment or wrongful discipline;
4. Wrongful termination of employment, including retaliatory or constructive discharge;
5. Employment related misrepresentation;
6. Harassment, coercion, discrimination or humiliation as a consequence of race, color, creed, national origin, marital status, medical condition, gender, age, physical appearance, physical and/or mental impairments, pregnancy, sexual orientation or sexual preference or any other protected class or characteristic established by any applicable federal, state, or local statute; or
7. Oral or written publication of material that slanders, defames, libels, violates, or invades a right of privacy.

**H. "Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**I. "Pre-judgment interest"** means interest added to a settlement, verdict, award or judgment based on the amount of time prior to the settlement, verdict, award or judgment, whether or not made part of the settlement, verdict, award or judgment.

**J. "Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

POLICY NUMBER: 2178944

**BUSINESSOWNERS**
**BP 08 51 01 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS – FUNERAL DIRECTORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Limits Of Liability – Professional Liability Only | |
|---|---|
| **Per Occurrence Limit** | $ 1,000,000 |
| **Aggregate Limit** | $ 2,000,000 |
| **Additional Premium** | $ 7 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Liability** is amended as follows:

**A.** For the insurance provided by this endorsement, all provisions under Paragraph **A.1. Business Liability** will also apply to injuries described in Paragraph **B.** below.

**B.** Paragraph **A. Coverages** also applies to "bodily injury", "property damage", "personal and advertising injury" or other injury arising out of the rendering of or failure to render professional services as a funeral director, but only in connection with the insured's business.

**C.** With respect to the coverage provided by this endorsement, Paragraph **B. Exclusions** is amended as follows:

1. Paragraph **1.b. Contractual Liability** is replaced by the following:

   This insurance does not apply to:

   **b.** "Bodily injury", "property damage", "personal and advertising injury" or other injury for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

2. The following Exclusions do not apply:

   **a.** Paragraph **1.j. Professional Services;**

   **b.** Paragraph **1.k.(4) Damage To Property** to "property damage" to dead bodies, any casket, urn or other container for a dead body or its cremated remains or the personal effects of a deceased person while in the care, custody or control of the insured, unless such "property damage" is caused by theft or "hostile fire";

   **c.** Paragraph **1.k.(6) Damage To Property;** and

   **d.** Paragraph **1.m. Damage To Your Work.**

3. The following Exclusion is added:

   This insurance does not apply to:

   "Bodily injury", "property damage", "personal and advertising injury" or other injury arising out of a criminal act including but not limited to fraud committed by the insured or any person for whom the insured is legally responsible.

© Insurance Services Office, Inc., 2009

**D.** Paragraph **C.2.a. Who Is An Insured** is replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury", "personal and advertising injury" or other injury:

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraph **(1)(a)** or **(1)(b)**; or

**(2)** "Bodily injury", "property damage", "personal and advertising injury" or other injury arising out of his or her providing or failing to provide professional services. However, your "employees" are insureds with respect to their providing or failing to provide professional services in connection with your business.

**(3)** "Property damage" to property:

**(a)** Owned, occupied or used by; or

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**E.** For the insurance provided by this endorsement, Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

**1.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** Subject to the Aggregate Limit of Insurance shown in the Schedule, the most we will pay for the sum of all damages because of all "bodily injury", "property damage", or other injury arising out of any one "occurrence", or all "personal and advertising injury" sustained by any one person or organization, is the per "occurrence" limit shown in the Schedule.

**3.** The Limits of Insurance shown in the Schedule apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**F.** For the coverage provided by this endorsement, the definition of "occurrence" in Paragraph **F. Liability And Medical Expenses Definitions** is amended to include any act or omission arising out of the rendering of or failure to render professional services as a funeral director, but not acts or omissions included within the definition of "personal and advertising injury".

 © Insurance Services Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS VOLUNTARY PROPERTY DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| COVERAGE | LIMITS OF LIABILITY | | DEDUCTIBLE | |
|---|---|---|---|---|
| Property Damage | 2,500 | Each Occurrence | 250 | Each Claim |
| | 2,500 | Aggregate | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Unless specifically modified or deleted, all exclusions listed in **Section II - Liability**, **Paragraph B. Exclusions** of the Businessowners Coverage Form apply to the coverage provided by this endorsement.

For the purpose of the coverage provided by this endorsement **Section II - Liability** is amended as follows:

**1.** The following is added to **Paragraph A. Coverages**

**Insuring Agreement**

We will pay, at the request of the insured, for "property damage" to property of others in the insured's care, custody or control. The "property damage" must be caused by an "occurrence" and result from operations which take place away from any premises the insured rents, owns or occupies and which are a part of your business. That business must be afforded coverage under the policy to which this endorsement is attached.

However, we shall have no duty whatsoever to defend claims and/or "suits" for which the only coverage provided is under this endorsement.

**2. Exclusion**

**Paragraph B.1.m. Damage To Your Work** is replaced by the following:

**m. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**3. Limits of Insurance**

**a.** The Limits of Insurance shown in the Schedule above and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** Claims made or "suits" brought; or

**(3)** Persons or organizations making claims or bringing "suits".

**b.** The Aggregate Limit is the most we will pay for the sum of all damages under this endorsement;

**c.** Subject to b. above, the Each Occurrence Limit is the most we will pay because of all "property damage" arising out of any one "occurrence".

The limits of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**4. Deductible**

We will not pay for loss or damage for any claim until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Liability.

The terms of this insurance apply irrespective of the application of the deductible amount.

We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

5. **Condition**

   **Additional Duties In The Event Of An Occurrence, Claim or Suit.**

   In the event of loss, at our request you shall replace the property or furnish the labor and materials necessary for repairs at your actual cost, excluding any profit or overhead charges. Any property so paid for or replaced shall become our property. Payment under this endorsement shall not constitute an admission of liability of the insured or, except for this endorsement, us.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS EMPLOYMENT PRACTICES LIABILITY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

EMPLOYMENT PRACTICES LIABILITY ENDORSEMENT

**A.** The term spouse is replaced by the following:

Spouse or party to a civil union recognized under Illinois Law.

**B.** The following is added to paragraph **B. Defense of Claims, Administrative Hearings & Settlement Authority** under **Section I – Coverage: Employment Practices Liability:**

If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

**C.** Paragraph **C**. under **Section III – Limits of Insurance** is replaced by the following:

**C.** In addition to the payments for "damages" and "defense expense" in paragraphs **A.** and **B.** above, we will also pay all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of paragraphs **A.** and **B.** above. Any interest paid will not reduce the Each Related Wrongful Employment Practices Limit or the Total Aggregate Limit.

**D.** Paragraph **K.** under **Section VI – Conditions** does not apply.

**E.** Paragraph **D.** under **Section VIII – Definitions** is replaced by the following:

**D. "Damages"** means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments or awards, or as settlements to which we have agreed in writing. "Damages" include (i) to the extent allowed by law, any portion of a judgment or award that represents a multiple of the compensatory amounts or punitive or exemplary damages, and (ii) statutory attorney fees.

"Damages" do not include:

1. Civil, criminal, administrative or other fines or penalties;
2. Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than monetary amounts; or
3. Judgments or awards because of acts deemed uninsurable by law.

All other terms and conditions of this Coverage Form remain unchanged.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Business Auto Coverage Declarations

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Form of Business:**
Corporation

In return for the payment of the premium, and subject to all the terms of this Policy, we agree with you to provide the insurance as stated in this Policy.

### ITEM TWO: Schedule Of Coverages And Covered Autos

This Policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit Or Deductible | Premium |
|---|---|---|---|
| Covered Autos Liability | 1 | $1,000,000 Each Accident | $6,753 |
| Auto Medical Payments | 2 | $5,000 Each Insured | $96 |
| Uninsured Motorist | 6, 8, 9 | Separately Stated In Each State Specific Endorsement | $115 |
| Underinsured Motorist | 6, 8, 9 | Separately Stated In Each State Specific Endorsement | $531 |
| Physical Damage Comprehensive Coverage | 7 | See ITEM THREE For Deductible For Each Covered Auto. See ITEM FOUR For Hired OR Borrowed Autos. | $1,881 |
| Physical Damage Collision Coverage | 7 | See ITEM THREE For Deductible For Each Covered Auto. See ITEM FOUR For Hired OR Borrowed Autos. | $2,697 |

Endorsements and Miscellaneous Premiums (See Endorsement and Miscellaneous Schedule): $220

Total Commercial Auto Premium: $12,293



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Coverage Declarations**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

See attached Forms Schedule for forms and endorsements applicable to this coverage.


West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Coverage Schedule**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**ITEM THREE: Schedule Of Covered Autos You Own**

| Veh No. | Description<br>Year, Make, Model,<br>Vehicle Identification Number (VIN) | Original Cost New | Stated Amount | Total Vehicle Premium |
|---|---|---|---|---|
| 1 | 1962 Pontiac Superior Built<br>862P24010 | $5,000 | | $678 |
| 2 | 1995 Cadillac<br>1GEFH90P3SR708706 | $40,000 | | $966 |
| 3 | 2008 Cadillac<br>1GEEK90YX8U550067 | $40,000 | | $966 |
| 4 | 2011 Cadillac<br>1GE8K9C65BU550301 | $79,000 | | $1,137 |
| 5 | 2000 FORD F-350<br>3FTSF31S7YMA39881 | $23,440 | | $669 |

| Veh No. | Classification | | | | Territory | Class Code |
|---|---|---|---|---|---|---|
| | Radius Of Operation | Use | Size | Seating Capacity | Garaging Location | |
| 1 | | Service | | | Sandoval, IL 62882-1065 | 7915 |
| 2 | | Service | | | Centralia, IL 62801-3502 | 7915 |
| 3 | | Service | | | Centralia, IL 62801-3502 | 7915 |
| 4 | | Service | | | Centralia, IL 62801-3502 | 7915 |
| 5 | Local | Service | Light | | Odin, IL 62870-1288 | 01499 |

| Veh No. | Covered Autos Liability | | Personal Injury Protection (See state specific PIP endorsement for limits) | | | |
|---|---|---|---|---|---|---|
| | | | | | Michigan Only | |
| | CSL | Premium | Deductible | Premium | Property Protection | Property Protection Deductible |
| 1 | $1,000,000 | $611 | | | | |
| 2 | $1,000,000 | $648 | | | | |
| 3 | $1,000,000 | $648 | | | | |
| 4 | $1,000,000 | $648 | | | | |
| 5 | $1,000,000 | $604 | | | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Coverage Schedule**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Veh No. | Auto Medical Payments | | Medical Expense And/Or Income Loss Benefits (Virginia Only) Limit stated in the Medical Expense And Income Loss Endorsement | |
|---|---|---|---|---|
| | Limit | Premium | Medical Expense Premium | Income Loss Premium |
| 1 | $5,000 | $10 | | |
| 2 | $5,000 | $10 | | |
| 3 | $5,000 | $10 | | |
| 4 | $5,000 | $10 | | |
| 5 | $5,000 | $8 | | |

| Veh No. | Uninsured Motorist CSL | Uninsured Motorist PD Limit | Uninsured Motorist Premium | Underinsured Motorist CSL | Underinsured Motorist Premium | Defensive Driver Credit | Dual Control | AntiTheft Discount |
|---|---|---|---|---|---|---|---|---|
| 1 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 2 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 3 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 4 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 5 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |

| Veh No. | Comprehensive | | | Specified Causes of Loss | | |
|---|---|---|---|---|---|---|
| | Deductible For Loss Caused By Theft Or Mischief Or Vandalism* | Deductible For All Perils* | Premium | Type | Deductible For All Perils* | Premium |
| 1 | | | | | | |
| 2 | | $500 | $106 | | | |
| 3 | | $500 | $106 | | | |
| 4 | | $250 | $198 | | | |
| 5 | | | | | | |

* A maximum deductible may also apply. Refer to Coverage Form for details.

| Veh No. | Collision | | | Towing And Labor | | Audio/Visual/Data Electronic Equipment | | Tapes |
|---|---|---|---|---|---|---|---|---|
| | Type (MI Only) | Deductible | Premium | Limit | Premium | Limit | Premium | Premium |
| 1 | | | | | | | | |
| 2 | | $500 | $145 | | | | | |
| 3 | | $500 | $145 | | | | | |
| 4 | | $500 | $224 | | | | | |
| 5 | | | | | | | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Business Auto Coverage Schedule

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Veh No. | Description<br>Year, Make, Model,<br>Vehicle Identification Number (VIN) | Original Cost New | Stated Amount | Total Vehicle Premium |
|---|---|---|---|---|
| 6 | 2008 Cadillac Hearse<br>1GEEH00Y28U500208 | $75,000 | | $1,126 |
| 7 | 2016 Chrysler Town & Country<br>2C4RC1BG5GR120889 | $29,900 | | $816 |
| 8 | 2017 GMC Yukon<br>1GKS2CKJ6HR339478 | $68,965 | | $1,121 |
| 9 | 2020 Chrysler Pacifica Touring L<br>2C4RC1BG6LR141759 | $38,240 | | $1,246 |
| 10 | 2021 Chevrolet Traverse<br>1GNERFKW0MJ150472 | $90,000 | | $1,688 |

| Veh No. | Classification | | | | Territory | Class Code |
|---|---|---|---|---|---|---|
| | Radius Of Operation | Use | Size | Seating Capacity | Garaging Location | |
| 6 | | Service | | | Centralia, IL 62801-3502 | 7915 |
| 7 | | Service | | | Centralia, IL 62801-3502 | 7922 |
| 8 | | Business | | | Centralia, IL 62801-3502 | 7922 |
| 9 | | Service | | | Sandoval, IL 62882-1065 | 7915 |
| 10 | | Service | | | Sandoval, IL 62882-1065 | 7915 |

| Veh No. | Covered Autos Liability | | Personal Injury Protection (See state specific PIP endorsement for limits) | | | |
|---|---|---|---|---|---|---|
| | | | | | Michigan Only | |
| | CSL | Premium | Deductible | Premium | Property Protection | Property Protection Deductible |
| 6 | $1,000,000 | $648 | | | | |
| 7 | $1,000,000 | $414 | | | | |
| 8 | $1,000,000 | $414 | | | | |
| 9 | $1,000,000 | $611 | | | | |
| 10 | $1,000,000 | $611 | | | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Coverage Schedule**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Veh No. | Auto Medical Payments | | Medical Expense And/Or Income Loss Benefits (Virginia Only) Limit stated in the Medical Expense And Income Loss Endorsement | |
|---|---|---|---|---|
| | Limit | Premium | Medical Expense Premium | Income Loss Premium |
| 6 | $5,000 | $10 | | |
| 7 | $5,000 | $4 | | |
| 8 | $5,000 | $4 | | |
| 9 | $5,000 | $10 | | |
| 10 | $5,000 | $10 | | |

| Veh No. | Uninsured Motorist | | | Underinsured Motorist | | Defensive Driver Credit | Dual Control | AntiTheft Discount |
|---|---|---|---|---|---|---|---|---|
| | CSL | PD Limit | Premium | CSL | Premium | | | |
| 6 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 7 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 8 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 9 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| 10 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |

| Veh No. | Comprehensive | | | Specified Causes of Loss | | |
|---|---|---|---|---|---|---|
| | Deductible For Loss Caused By Theft Or Mischief Or Vandalism* | Deductible For All Perils* | Premium | Type | Deductible For All Perils* | Premium |
| 6 | | $500 | $187 | | | |
| 7 | | $500 | $152 | | | |
| 8 | | $250 | $225 | | | |
| 9 | | $500 | $219 | | | |
| 10 | | $500 | $407 | | | |

* A maximum deductible may also apply. Refer to Coverage Form for details.

| Veh No. | Collision | | | Towing And Labor | | Audio/Visual/Data Electronic Equipment | | Tapes |
|---|---|---|---|---|---|---|---|---|
| | Type (MI Only) | Deductible | Premium | Limit | Premium | Limit | Premium | Premium |
| 6 | | $500 | $224 | | | | | |
| 7 | | $500 | $189 | | | | | |
| 8 | | $500 | $421 | | | | | |
| 9 | | $500 | $349 | | | | | |
| 10 | | $500 | $603 | | | | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Business Auto Coverage Schedule

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Veh No. | Description<br>Year, Make, Model,<br>Vehicle Identification Number (VIN) | Original Cost New | Stated Amount | Total Vehicle Premium |
|---|---|---|---|---|
| 11 | 2020 Cadillac XT6<br>1GYKPDRS8LZ110692 | $51,000 | | $1,356 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Veh No. | Classification | | | | Territory | Class Code |
|---|---|---|---|---|---|---|
| | Radius Of Operation | Use | Size | Seating Capacity | Garaging Location | |
| 11 | | Service | | | Sandoval, IL 62882-1065 | 7915 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Veh No. | Covered Autos Liability | | Personal Injury Protection (See state specific PIP endorsement for limits) | | | |
|---|---|---|---|---|---|---|
| | | | | | Michigan Only | |
| | CSL | Premium | Deductible | Premium | Property Protection | Property Protection Deductible |
| 11 | $1,000,000 | $611 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Coverage Schedule**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

| Veh No. | Auto Medical Payments | | Medical Expense And/Or Income Loss Benefits (Virginia Only) Limit stated in the Medical Expense And Income Loss Endorsement | |
|---|---|---|---|---|
| | Limit | Premium | Medical Expense Premium | Income Loss Premium |
| 11 | $5,000 | $10 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Veh No. | Uninsured Motorist | | | Underinsured Motorist | | Defensive Driver Credit | Dual Control | AntiTheft Discount |
|---|---|---|---|---|---|---|---|---|
| | CSL | PD Limit | Premium | CSL | Premium | | | |
| 11 | $1,000,000 | | $10 | $1,000,000 | $47 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Veh No. | Comprehensive | | | Specified Causes of Loss | | |
|---|---|---|---|---|---|---|
| | Deductible For Loss Caused By Theft Or Mischief Or Vandalism* | Deductible For All Perils* | Premium | Type | Deductible For All Perils* | Premium |
| 11 | | $500 | $281 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* A maximum deductible may also apply. Refer to Coverage Form for details.

| Veh No. | Collision | | | Towing And Labor | | Audio/Visual/Data Electronic Equipment | | Tapes |
|---|---|---|---|---|---|---|---|---|
| | Type (MI Only) | Deductible | Premium | Limit | Premium | Limit | Premium | Premium |
| 11 | | $500 | $397 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Hired or Borrowed Schedule**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**ITEM FOUR: Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

"Autos" NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment)

| State | Covered Autos Liability Coverage – Cost Of Hire Rating Basis | | Auto Medical Payments Premium* | Uninsured Motorists Premium | Underinsured Motorists Premium |
|---|---|---|---|---|---|
| | Estimated Annual Cost Of Hire For Each State | Premium | | | |
| IL | If Any | $72 | | $1 | $3 |

Total Hired Auto Premium: $76

* If the state is VA, Auto Medical Payments Premium is replaced with Medical Expense Benefits (Virginia only) Premium.

For "autos" NOT used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.



West Bend Mutual Insurance Company
1900 S. 18th Ave | West Bend, WI 53095

Renewal

## Business Auto Non-Owned Auto Schedule

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### ITEM FIVE: Schedule For Non-ownership Covered Autos Liability

| Named Insured's Business | Covered Autos Liability Coverage Rating Basis | Estimated Number | Premium |
|---|---|---|---|
| Partnerships Or LLCs | Number Of Employees | 5 | $213 |
| | Number Of Volunteers | | |
| | Number Of Partners (Active And Inactive) Or LLC Members | | |

Uninsured Motorist (IL only): $4

Underinsured Motorist (IL only): $11

Total Non-ownership Covered Autos Premium: $228



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Business Auto Endorsements and Miscellaneous Premiums

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:**                12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### Additional Insureds

| Description | Form Number | Premium |
|---|---|---|
| Lessor-Additional Insured and Loss Payee | CA2001 | $0 |

### Endorsements

| Description | Form Number | Premium |
|---|---|---|
| Plus Pak –Commercial Auto | WB1135 | $220 |
| | Total Endorsement and Miscellaneous Premium: | $220 |



West Bend Mutual Insurance Company
1900 S. 18th Ave | West Bend, WI 53095

Renewal

## Business Auto Additional Interest Schedule

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### Additional Interest Schedule

Except for towing and labor, all Physical Damage loss is payable to you and the loss payee named below as interests may appear at the time of loss.

| Vehicle | Name and Address | Form Number | Interest |
|---|---|---|---|
| 1, 2, 3, 4, 5 | First National Bank of Patoka<br>209 S Railroad St<br>Patoka, IL 62875-1960 | CA9944 | Loss Payee/Loss Payable |
| 7 | Chrysler Corporation<br>PO Box 961272<br>Fort Worth, TX 76161 | CA9944 | Loss Payee/Loss Payable |
| 8 | GM Financial<br>PO Box 1617<br>Minneapolis, MN 55440 | CA9944 | Loss Payee/Loss Payable |
| 9 | Chrysler Capital<br>PO Box 3610<br>Carmel, IN 46082 | CA9944 | Loss Payee/Loss Payable |



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Business Auto Forms Schedule**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Forms Schedule**

| Number | Edition | Description |
|---|---|---|
| CA2001 | 1120 | LESSOR - ADDITIONAL INSURED AND LOSS PAYEE |
| CA2054 | 1120 | EMPLOYEE HIRED AUTOS |
| CA2345 | 1120 | PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION |
| WB1135 | 1122 | PLUS PAK - COMMERCIAL AUTO |
| CA2018 | 1013 | PROFESSIONAL SERVICES NOT COVERED |
| CA2301 | 1013 | EXPLOSIVES |
| CA9903 | 1013 | AUTO MEDICAL PAYMENTS COVERAGE |
| CA9944 | 1013 | LOSS PAYABLE CLAUSE (DOES NOT APPLY TO TENNESSEE) |
| CA0001 | 1120 | BUSINESS AUTO COVERAGE FORM |
| CA0270 | 0118 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CA0120 | 0115 | ILLINOIS CHANGES |
| CA2130 | 0115 | ILLINOIS UNINSURED MOTORISTS COVERAGE |
| CA2138 | 1013 | ILLINOIS UNDERINSURED MOTORISTS COVERAGE |

POLICY NUMBER: 2178944

COMMERCIAL AUTO
CA 20 01 11 20

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

**Named Insured:** Pulver Macz Funeral Home, Inc

**Endorsement Effective Date:** 12-31-2022

SCHEDULE

| | |
|---|---|
| **Insurance Company:**<br>West Bend Mutual Insurance Company | |
| **Policy Number:**<br>2178944 | **Effective Date:**<br>12-31-2022 |
| **Expiration Date:**<br>12-31-2023 | |
| **Named Insured:**<br>Pulver Macz Funeral Home, Inc | |
| **Address:**<br>234 S Elm St, Centralia, IL 62801-3502 | |
| **Additional Insured (Lessor):**<br>TCF National Bank and Its Successors and Assigns | |
| **Address:**<br>1100 Wayzata Blvd, Ste 801, Minnetonka, MN 55305 | |
| **Designation Or Description Of "Leased Autos":**<br>2008 Cadillac 1GEEK90YX8U550067 | |

© Insurance Services Office, Inc., 2019

| Coverages | Limit Of Insurance Or Deductible | |
|---|---|---|
| Covered Autos Liability | $ 1,000,000 | Each "Accident" |
| Comprehensive | $ 500 | Deductible For Each Covered "Leased Auto" |
| Collision | $ 500 | Deductible For Each Covered "Leased Auto" |
| Specified Causes Of Loss | $ | Deductible For Each Covered "Leased Auto" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.
2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:
   a. You;
   b. Any of your "employees" or agents; or
   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.
3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".
2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.
3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the Policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.
2. If you cancel the Policy, we will mail notice to the lessor.
3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

 © Insurance Services Office, Inc., 2019

POLICY NUMBER: 2178944

**COMMERCIAL AUTO**
**CA 20 01 11 20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LESSOR – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** Pulver Macz Funeral Home, Inc |
| **Endorsement Effective Date:** 12-31-2022 |

**SCHEDULE**

| | |
|---|---|
| **Insurance Company:** West Bend Mutual Insurance Company | |
| **Policy Number:** 2178944 | **Effective Date:** 12-31-2022 |
| **Expiration Date:** 12-31-2023 | |
| **Named Insured:** Pulver Macz Funeral Home, Inc | |
| **Address:** 234 S Elm St, Centralia, IL 62801-3502 | |
| **Additional Insured (Lessor):** TCF National Bank and Its Successors and Assigns | |
| **Address:** 1100 Wayzata Blvd, Ste 801, Minnetonka, MN 55305 | |
| **Designation Or Description Of "Leased Autos":** 2011 Cadillac 1GE8K9C65BU550301 | |

© Insurance Services Office, Inc., 2019

| Coverages | Limit Of Insurance Or Deductible | |
|---|---|---|
| Covered Autos Liability | $ 1,000,000 | Each "Accident" |
| Comprehensive | $ 250 | Deductible For Each Covered "Leased Auto" |
| Collision | $ 500 | Deductible For Each Covered "Leased Auto" |
| Specified Causes Of Loss | $ | Deductible For Each Covered "Leased Auto" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.
2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:
   a. You;
   b. Any of your "employees" or agents; or
   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.
3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".
2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.
3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the Policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.
2. If you cancel the Policy, we will mail notice to the lessor.
3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

 © Insurance Services Office, Inc., 2019

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and Paragraph **5.f.** of the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are amended by the addition of the following:

For Hired Auto Physical Damage Coverage, any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business is deemed to be a covered "auto" you own.

 © Insurance Services Office, Inc., 2019

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or
2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "autos" while being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or
2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used:

1. As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or
2. By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

 © Insurance Services Office, Inc., 2019

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

**1.** If Uninsured and/or Underinsured Motorists Coverage is attached, and:

**a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

**b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**b.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**E. Changes In Personal Injury Protection Coverage**

**1.** If Personal Injury Protection, no-fault or other similar coverage is attached, and:

**a.** Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

**b.** Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance And On-demand Delivery Services**

This insurance does not apply to any covered "auto" while being used:

**a.** As a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto"; or

**b.** By an "insured" who is logged into a "transportation network platform" or "delivery network platform" as a driver to provide "delivery services", whether or not the goods, items or products to be delivered are in the covered "auto".

However, this exclusion does not apply to business activities performed by an "insured" that are directly related to the Named Insured(s) listed in the Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Delivery network platform" means an online-enabled application or digital network, used to connect customers:

**a.** With drivers; or

**b.** With local vendors using drivers;

for the purpose of providing prearranged "delivery services" for compensation. A "delivery network platform" does not include a "transportation network platform".

**2.** "Delivery services" includes courier services.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2019

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PLUS PAK – COMMERCIAL AUTO

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **A.1. Who Is An Insured** is amended by the addition of the following:

   **Newly Acquired Organizations**

   Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **b.** This coverage does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization;

   **c.** No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named Insured in the Declarations.

   **Employees As Insureds**

   Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

   **Employee Hired Autos**

   An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

   If Employee Hired Autos **CA 20 54** is attached to this policy, the Employee Hired Autos coverage described above does not apply.

   **Additional Insured By Written Contract**

   Any person or organization for whom you have agreed to add under a written contract or agreement. Such person or organization is an additional "insured" only with respect to your ownership, maintenance or use of a covered "auto".

   This coverage is primary to and will not seek contribution from any other insurance available to an "insured" provided that:

   **a.** Such "insured" is a Named Insured under such other insurance; and

   **b.** You have agreed in a written contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

2. **Increased Supplementary Payments**

   Paragraph **A.2.a.(4)** is replaced by:

   **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $300 a day because of time off from work.

3. **Fellow Employee**

   Paragraph **B.5. Fellow Employee** does not apply to claims for "bodily injury" resulting from the use of a covered "auto" where the fellow "employee" is not immune from "suit" or civil liability for "bodily injury" by reason of Workers Compensation laws or other similar laws.

   Coverage is excess over any other collectible insurance.

   This amendment is not applicable in Virginia. See applicable Virginia Changes endorsement.

**B. Changes In Physical Damage Coverage**

1. Paragraph **A. Coverage** is amended by the addition of:

   **Loan/Lease Gap Coverage**

   In the event of a total "loss" to a covered "auto", of the private passenger or "light or medium truck" type, to which a loss payee applies under the Commercial Auto Coverage Part, we will pay any unpaid amount due on the lease or loan for a covered "auto" less:

   The amount paid under the policy's Physical Damage Coverage and any:

   a. Overdue or any deferred lease/loan payments at the time of the "loss";

   b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

   c. Security deposits not returned by the lessor;

   d. Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

   e. Carry-over balances from previous loans or leases.

   This coverage applies only to "autos", of the private passenger or "light or medium truck" type, that:

   a. Are provided comprehensive and collision coverages by the attached policy and

   b. Have not been previously titled under the motor vehicle laws of any state.

   The insurance provided is excess over any other collectible insurance including but not limited to any coverage provided by or purchased from the lessor or any financial institution.

   If Auto Loan/Lease Gap Coverage **CA 20 71** is attached to this policy, the Loan/Lease Gap Coverage described above does not apply.

2. Paragraph **A.2. Towing and Labor** is replaced by:

   **2. Towing and Labor**

   We will pay up to a maximum of $150 for towing and labor costs incurred each time a covered "auto", of the private passenger or "light or medium truck" type, is disabled. However, the labor must be performed at the place of disablement.

   If a limit is shown in the Declarations for towing and labor costs, the Towing and Labor coverage described above does not apply.

3. Paragraph **A.4.a. Transportation Expenses** is replaced by:

   **a. Transportation Expenses**

   We will pay up to $50 per day, to a maximum of $1,500, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger or "light or medium truck" type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

4. Paragraph **A.4.b. Loss of Use Expenses** is replaced by:

   **b. Loss of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses caused by:

   **(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $50 per day, to a maximum of $1,500.

   If Optional Limits – Loss of Use Expenses Endorsement **CA 99 90** is attached to this policy, the Loss of Use Expenses described above does not apply.

5. Paragraph **A.4. Coverage Extensions** is amended by the addition of:

   **Electronic Logging Devices**

   We will also pay, with respect to a covered "loss", up to $5,000 in any one occurrence for the actual loss sustained to all electronic onboard recorder permanently installed in the "auto" but only with respect to a covered "auto".

A deductible of $250 applies to any one occurrence.

In the event that there is more than one applicable deductible, only the highest deductible will apply.

**Personal Property**

If we pay for a "loss" to a covered "auto" caused by:

**a.** Fire,

**b.** Lightning,

**c.** Theft or attempted theft if there are visible signs of someone breaking into the covered "auto" or the entire "auto" is stolen or

**d.** Collision, we will extend coverage to pay for "loss" to personal property contained in or on the "auto" at the time of the "loss" to the "auto".

Under this extension:

**(1)** The personal property must be owned by you, your family member or your employee.

**(2)** We will pay up to $500 in any one "loss".

**(3)** This Personal Property coverage is excess over any other insurance available for the same "loss".

**(4)** Personal Property does not include tools, jewelry, money or securities.

**Rental Reimbursement**

We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of a covered "loss" to a covered "auto" of the private passenger or truck type. Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductibles apply to this coverage.

We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**a.** The number of days reasonably required to repair or replace the covered "auto". If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

**b.** 30 days.

Our payment is limited to the lesser of the following amounts:

**a.** Necessary and actual expenses incurred.

**b.** $100 per day.

This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

If "loss" results from the total theft of a covered "auto" of the private passenger or truck type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under – Physical Damage Coverage Extension.

If Rental Reimbursement Coverage **CA 99 23**, is attached to this policy, the Rental Reimbursement described above does not apply.

**Hired Auto Physical Damage**

If hired "autos" are covered "autos" for Liability Coverage and Comprehensive, Specified Causes Of Loss or Collision Coverages are provided for any "auto" you own, then the Physical Damage Coverages provided are extended to "autos" you hire of the private passenger or "light or medium truck" type.

The most we will pay for "loss" to any hired "auto" is the lesser of:

**a.** $75,000

**b.** The actual cash value of the damaged hired "auto" or

**c.** The cost of repairing or replacing the damaged or stolen hired "auto".

Our obligation to pay for repair, return or replacement of a stolen hired "auto", will be reduced by a deductible. The deductible will be equal to the largest deductible applicable to any owned "auto" of the private passenger or "light or medium truck" type for the applicable coverage.

Hired Auto Physical Damage Coverage is excess over any other collectible insurance. Subject to the above limit, deductible and excess provisions, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own of the private passenger or "light or medium truck" type.

If symbol 08 or 68 is listed in the Covered Autos section of the Declarations as applying to any Physical Damage Coverages, the Hired Auto Physical Damage described above does not apply.

**6.** Paragraphs **B.3.a.** in the Business Auto Coverage Form and **B.4.a**. in the Motor Carrier Coverage Form are amended by the addition of the following:

**Accidental Airbag Inflation**

This exclusion does not apply to the accidental inflation of an airbag.

7. Paragraph **C. Limits of Insurance** is amended by the addition of the following:

   **Waiver of Depreciation – Private Passenger Vehicle**

   If we deem a covered "auto", of the private passenger type, to be a total loss, within 180 days of your purchase of the "auto", and it has not been previously titled under the motor vehicle laws of any state, at our option, we may:

   a. Replace the covered "auto" with a new "auto" of like make, model and year or

   b. Pay you an amount equal to the cost of the covered "auto" new, including taxes.

   This coverage does not apply to a leased "auto".

   No one will be entitled to receive duplicate payments for the same elements of "loss" under this endorsement and this Coverage Form's Physical Damage Coverage

   If Replacement Cost Coverage - Private Passenger Types **CA 04 41** is attached to this policy, the waiver described above does not apply.

8. Paragraph **D. Deductible** is amended by the addition of the following:

   **Attached Autos**

   If you have a loss to more than one covered "auto" when such covered "autos" are attached to one another at the time of "loss", then our obligation to pay will be reduced by the single highest applicable deductible.

   **Auto and Other Property Loss**

   If you have a covered "loss" to Covered Property under a Commercial Property or Inland Marine Coverage Part under this policy and a covered "loss" to a covered "auto" or more than one covered "autos" that are attached to one another at the time of "loss", then our obligation to pay will be reduced by the single highest applicable deductible.

   **Glass Repair – Waiver Of Deductible**

   If the Declarations indicates that Comprehensive Coverage applies, no Comprehensive Coverage deductible applies to the cost of repairing damaged glass on the covered "auto(s)".

**C. Changes in Business Auto Conditions and Motor Carrier Conditions**

1. Paragraph **A.2.a. Duties In The Event Of Accident, Claim, Suit Or Loss** is amended by the addition of the following:

   This duty applies only when the "accident" or "loss" is known to:

   **(1)** You, if you are an individual,

   **(2)** A partner, if you are a partnership.

   **(3)** A member or manager, if you are a limited liability company or

   **(4)** An executive officer or insurance manager, if you are a corporation.

2. Paragraph **A.5. Transfer of Rights of Recovery Against Others To Us** is amended by the addition of the following:

   This condition does not apply to any person(s) or organization(s) for whom you are required to waive subrogation with respect to the coverage provided under this Coverage Form, but only to the extent that subrogation is waived:

   a. Under a written contact or agreement with such person(s) or organization(s); and

   b. Prior to the "accident" or the "loss."

3. Paragraphs **B.5.b.** in the Business Auto Coverage Form and **B.5.f.** in the Motor Carrier Coverage Form are deleted.

   If symbol 08 or 68 is listed in the Covered Autos section of the Declarations as applying to any Physical Damage Coverages, this item does not apply.

4. Paragraph **B.5** is amended by the addition of the following:

   **Employee Hired Autos**

   For Hired Auto Physical Damage Coverage, any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business is deemed to be a covered "auto" you own.

   If Employee Hired Autos Endorsement **CA 20 54** is attached to this policy, the Employee Hired Autos coverage described above does not apply.

**D. Changes in Definitions**

1. Paragraph **C.** is replaced by the following:

   **C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including mental anguish or death resulting from any of these.

2. The following definition is added:

   "Light or medium truck" means a truck of 20,000 lbs. or less gross vehicle weight.

# BUSINESS AUTO COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the Policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the Policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the Policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the Policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the Policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2019



| | | |
|---|---|---|
| **19** | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this Policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire after the policy period begins of the type described for the remainder of the policy period.
2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire after the policy period begins will be a covered "auto" for that coverage only if:
   - **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and
   - **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.
3. An "auto" that is leased or rented to you without a driver, under a written agreement for a continuous period of at least six months that requires you to provide primary insurance covering such "auto", will be considered a covered "auto" you own.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a registered Gross Vehicle Weight Rating of 3,000 pounds or less designed primarily for travel on public roads.
2. "Mobile equipment" while being carried or towed by a covered "auto".
3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:
   - **a.** Breakdown;
   - **b.** Repair;
   - **c.** Servicing;
   - **d.** "Loss"; or
   - **e.** Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

- **a.** You for any covered "auto".
- **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:
  - **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

 © Insurance Services Office, Inc., 2019

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

© Insurance Services Office, Inc., 2019

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

 © Insurance Services Office, Inc., 2019

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**14. Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of "unmanned aircraft".

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

 © Insurance Services Office, Inc., 2019

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

      Caused by:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

2. **Towing And Labor**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" that is a private passenger type, light truck or medium truck is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

      We will pay up to $30 per day, to a maximum of $900, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the Policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

      (2) Specified Causes of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

 © Insurance Services Office, Inc., 2019

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $30 per day, to a maximum of $900.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

**(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

 © Insurance Services Office, Inc., 2019

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

**(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance, provided that:

**1.** The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils.

**2.** Regardless of the number of covered "autos" damaged or stolen, the maximum deductible applicable for all "loss" in any one event caused by:

**a.** Theft or mischief or vandalism; or

**b.** All perils,

will be equal to five times the highest deductible applicable to any one covered "auto" on the Policy for Comprehensive or Specified Causes Of Loss Coverage. The application of the highest deductible used to calculate the maximum deductible will be made regardless of which covered "autos" were damaged or stolen in the "loss".

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this Policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

 © Insurance Services Office, Inc., 2019

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment, you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this Policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

 © Insurance Services Office, Inc., 2019

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this Policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this Policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the Policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere else in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B. "Auto" means:

1. A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

D. "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

 © Insurance Services Office, Inc., 2019

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

1. A lease of premises;
2. A sidetrack agreement;
3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;
4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

 © Insurance Services Office, Inc., 2019

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

 © Insurance Services Office, Inc., 2019

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

**Q.** "Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2019

POLICY NUMBER: 2178944

**COMMERCIAL AUTO**
**CA 21 30 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

**Named Insured:** Pulver Macz Funeral Home, Inc

**Endorsement Effective Date:** 12-31-2022

**SCHEDULE**

| **Limit Of Insurance:** **$** 1,000,000 | **Each "Accident"** |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

   d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

© Insurance Services Office, Inc., 2014

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. "Bodily injury" sustained by:
   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;
   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or
   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. "Bodily injury" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

   We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident"; and
   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident".

   This provision will not change our total limit of liability.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

 © Insurance Services Office, Inc., 2014

b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

c. If the coverage under this Coverage Form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

a. Promptly notify the police if a hit-and-run driver is involved; and

b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

b. Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

5. The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

c. If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

(1) Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

(2) Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

 © Insurance Services Office, Inc., 2014

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2014

POLICY NUMBER: 2178944

**COMMERCIAL AUTO**
**CA 21 38 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:** Pulver Macz Funeral Home, Inc

**Endorsement Effective Date:** 12-31-2022

**SCHEDULE**

| **Limit Of Insurance:** **$** 1,000,000 | **Each "Accident"** |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

**1.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

**2.** We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

**a.** We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

**b.** We and an "insured" have reached a "settlement agreement".

**3.** Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

**1.** An individual, then the following are "insureds":

**a.** The Named Insured and any "family members".

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

© Insurance Services Office, Inc., 2012

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

2. Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

a. By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

b. Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

c. Under any automobile medical payments coverage.

3. In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

© Insurance Services Office, Inc., 2012

**E. Changes In Conditions**

The Conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

   **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

   **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   **b.** File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   **c.** Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   **b.** Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

   **(1)** Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

   **(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

   **(a)** Filed in a court of competent jurisdiction; and

   **(b)** Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

   Transfer Of Rights Of Recovery Against Others To Us does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

   **a.** Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

 © Insurance Services Office, Inc., 2012

b. Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

b. We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

5. The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

4. "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

5. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

   a. Owned or operated by any self-insurer under any applicable motor vehicle law.

   b. Owned by a governmental unit or agency.

   c. Designed for use mainly off public roads while not on public roads.

   d. Which is an "uninsured motor vehicle".

 © Insurance Services Office, Inc., 2012



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Liability Umbrella Coverage Declarations**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801-3502

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Limits of Insurance**

| | |
|---|---|
| Aggregate Limit<br>(Except with Respect to "Covered Autos") | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Each Occurrence | $1,000,000 |
| Terrorism Risk Insurance Act | Rejected |
| **Umbrella Premium** | $354 |

**This is not a bill.** A billing invoice will be sent separately.

See attached schedule for forms applicable to all coverage parts.

Countersignature ______________________________ Date ______________

(Authorized Representative)



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Commercial Liability Umbrella Coverage Declarations

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801-3502

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

### Retained Limit

| | |
|---|---|
| Self-Insured Retention | Waived |

### Schedule of Underlying Insurance

#### Businessowners Liability

Insurer: West Bend Mutual Insurance Company

Policy Number: 2178944 — Policy Term: Refer to Underlying Policy

Coverage Form: Occurrence

Limits of Insurance:

| | |
|---|---|
| Each Occurrence | $1,000,000 |
| Personal and Advertising Injury | $1,000,000 |
| Products/Completed Operations Aggregate | $3,000,000 |
| General Aggregate | $2,000,000 |

#### Automobile Liability

Insurer: West Bend Mutual Insurance Company

Policy Number: 2178944 — Policy Term: Refer to Underlying Policy

Limits of Insurance:

| | |
|---|---|
| Each Accident | $1,000,000 |



WEST BEND
A MUTUAL INSURANCE COMPANY

West Bend Mutual Insurance Company
1900 S. 18th Ave | West Bend, WI 53095

Renewal

**Commercial Liability Umbrella Coverage Declarations**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801-3502

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Miscellaneous and Endorsement Premium Schedule**

| Description | Form Number | Premium |
|---|---|---|
| Total Miscellaneous and Endorsement Premium: | | $0 |



West Bend Mutual Insurance Company
1900 S. 18th Ave | West Bend, WI 53095

Renewal

**Commercial Liability Umbrella Coverage Declarations**

**Customer Number:** 0111075408
**Policy Number:** 2178944 08

**Policy Period:** 12/31/2022 to 12/31/2023
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
Pulver Macz Funeral Home, Inc
DBA Day Funeral Homes and
234 S Elm St
Centralia, IL 62801-3502

**Agency Name and Address:** 12901
DIMOND BROS INSURANCE LLC
PO BOX 1090
PARIS, IL 61944
618-532-5626

**Forms Schedule**

| Number | Edition | Description |
|---|---|---|
| CU0001 | 0413 | COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM |
| CU2123 | 0202 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| CU2127 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CU2133 | 0115 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| CU2150 | 0305 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CU2171 | 0615 | EXCLUSION – UNMANNED AIRCRAFT |
| CU2186 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION |
| CU2190 | 1116 | PUBLIC OR LIVERY PASSENGER CONVEYANCE AND ON-DEMAND DELIVERY SERVICES EXCLUSION |
| CU3413Z | 1219 | AMENDMENT OF LIQUOR LIABILITY EXCLUSION - LIMITED EXCEPTION FOR BRING YOUR OWN ALCOHOL |
| WB1061 | 0414 | EXCLUSION - CLAIMS MADE COVERAGE FORMS |
| WB1468CU | 0414 | EXCLUSION - ASBESTOS OR ASBESTOS PRODUCTS |
| WB2312 | 0304 | YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS FOLLOWING FORM ENDORSEMENT |
| WB2630CU | 0820 | AMENDMENT OF OCCURRENCE DEFINITION |
| CU0200 | 0118 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CU2255 | 0900 | ILLINOIS CHANGES - POLLUTION EXCLUSION - HOSTILE FIRE EXCEPTION |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION – LIMITED EXCEPTION FOR BRING YOUR OWN ALCOHOL

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages; or

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood.

For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". To the extent this exclusion does not apply, the insurance provided under this Coverage Part for the liquor liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

 © Insurance Services Office, Inc., 2018

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF OCCURRENCE DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The definition of "occurrence" in **SECTION V – DEFINITIONS** is replaced by the following:

"Occurrence" means:

An accident, including continuous or repeated exposure to substantially the same general harmful conditions and includes:

**a.** "Property damage" to property that is not "your work" but is caused by "your work"; and

**b.** "Property damage" to "your work" if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor and the "property damage" to "your work" is included in the "products-completed operations hazard".

All other terms and conditions of the policy remain unchanged.

Exhibit B

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

| | | | |
|---|---|---|---|
| Insured: | PULVER MACZ FUNERAL HOME, INC | Cell: | (815) 383-4756 |
| Property: | 111 PERKINS ST<br>ODIN, IL 62870-1288 | Business: | (618) 532-5511 |
| | | E-mail: | traci@maczfuneralhomes.com |
| Home: | 234 S Elm Street<br>Centralia, IL 62801-3502 | | |
| Claim Rep.: | Nate Horrie | Business: | (800) 236-5010 x 2449 |
| Business: | 1900 S 18th Ave<br>West Bend, WI 53095 | E-mail: | nhorrie@wbmi.com |
| Estimator: | Ryan Tompkins | Business: | (800) 747-4427 x 7111 |
| | | E-mail: | ryantompkins@hauschco.com |
| Reference: | | Business: | (800) 747-4427 |
| Company: | Hausch & Company, Inc. | | |
| Business: | 1640 Capital St Ste 100<br>Elgin, IL 60124 | | |

**Claim Number:** AQ66786 **Policy Number:** 2178944-8 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 8/2/2023 12:00 AM | | |
| Date of Loss: | 7/29/2023 12:00 AM | Date Received: | 7/31/2023 1:00 AM |
| Date Inspected: | 8/5/2023 10:00 AM | Date Entered: | 7/31/2023 5:54 PM |
| Date Est. Completed: | 8/25/2023 2:28 PM | | |

| | |
|---|---|
| Price List: | ILMV8X_AUG23<br>Restoration/Service/Remodel |
| Estimate: | PULVER_MACZ_FUNERAL2 |



1900 South 18th Avenue
West Bend, WI 53095

Thank you for choosing West Bend THE SILVER LINING, we appreciate your business.

**IMPORTANT NOTICE:** This is an estimate to repair the damage to your property. You should give a copy to the contractor or repair facility of your choice **BEFORE** you authorize the repairs. If your contractor has questions regarding this estimate, they must contact me **BEFORE** work begins on those repairs.

**ADDITIONAL DAMAGE:** If additional damage or costs are identified during the repair process for which you believe we should be responsible, they must be reviewed and approved by West Bend Mutual prior to having the additional work done to be considered part of the claim.

**UPGRADES:** If you wish, you may repair or replace with higher quality materials, however, you will be responsible for any increase in cost associated with such an upgrade.

Please refer to your policy under **SECTION I - CONDITIONS** for further details on determining your loss settlement.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603, and in Springfield at 320 West Washington St., Springfield, Illinois, 62767.

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**PULVER_MACZ_FUNERAL2**

**Loc5 Bldg1 Exterior**

**111 Perkins Street Roof**

| | |
|---|---|
| 5080.03 Surface Area | 50.80 Number of Squares |
| 709.35 Total Perimeter Length | 35.82 Total Ridge Length |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. R&R R&R Roof* | | | | | | | | |
| 18.00 SQ | 425.00 | 0.00 | 7,650.00 | 0/NA | Avg. | NA | (0.00) | 7,650.00 |

Replace Roof on Dwelling/Structure:
Complete tear off of one layer. Replacement of felt, two courses of ice and water shield at eaves, ice and water shield in valleys and around openings, drip edge, starter course, premium lifetime laminated shingles, hip/ridge shingles, and all venting, flashing, and penetration boots as required. This price is inclusive of all applicable taxes and assumes a permit fee of $100. Permits in excess of $100 will be reviewed as incurred.
Measured squares: _15.91 SQ
Waste calculated: _10%
Predominate pitch: 10/12

Depreciation Notes:
Depreciation is not applied to labor. West Bend conducted a review of Xactimate labor and material costs on a standard roof, and interviewed contractors to determine a reasonable breakdown of labor vs. material. This breakdown was found to be 70% labor and 30% materials. Using this information, West Bend applies a depreciation factor to 30% of the full estimate to reflect the application of depreciation to materials only."

Slopes to be replaced: F12,F13,F14,F18,F19,F21,F22,F23,F24,F26,F27
& F25(Rubber),F28(Rubber)

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 2. Add. layer of comp. shingles, remove & disp. - 3 tab | | | | | | | | |
| 18.00 SQ | 47.11 | 0.00 | 847.98 | 0/25 yrs | Avg. | NA | (0.00) | 847.98 |
| 3. Remove Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | |
| 10.01 SQ | 32.03 | 0.00 | 320.62 | 0/NA | Avg. | NA | (0.00) | 320.62 |
| 4. Replace Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | |
| 10.01 SQ | 69.09 | 0.00 | 691.59 | 0/NA | Avg. | NA | (0.00) | 691.59 |
| 5. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | |
| 1.90 SQ | 20.38 | 0.00 | 38.72 | 0/NA | Avg. | NA | (0.00) | 38.72 |
| 6. Replace Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | |
| 1.90 SQ | 43.95 | 0.00 | 83.51 | 0/NA | Avg. | NA | (0.00) | 83.51 |
| 7. Remove Additional charge for high roof (2 stories or greater) | | | | | | | | |
| 15.21 SQ | 7.70 | 0.00 | 117.12 | 0/NA | Avg. | NA | (0.00) | 117.12 |
| 8. Replace Additional charge for high roof (2 stories or greater) | | | | | | | | |
| 15.21 SQ | 19.42 | 0.00 | 295.38 | 0/NA | Avg. | NA | (0.00) | 295.38 |
| 9. R&R Rubber roofing - Perimeter adhered system - 60 mil | | | | | | | | |
| 15.83 SQ | 523.35 | 198.21 | 8,482.84 | 25/25 yrs | Avg. | NA | (0.00) | 8,482.84 |
| 10. Replace Aluminum coating - without fiber | | | | | | | | |
| 1,582.89 SF | 0.78 | 27.30 | 1,261.95 | 5/7 yrs | Avg. | NA | (0.00) | 1,261.95 |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - 111 Perkins Street Roof**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 11. R&R Drip edge/gutter apron | 95.67 LF | 3.32 | 9.18 | 326.80 | 25/35 yrs | Avg. | NA | (0.00) | 326.80 |
| **Totals: 111 Perkins Street Roof** | | | **234.69** | **20,116.51** | | | | **0.00** | **20,116.51** |

**North Elevation** — **Height: 4"**

12' 4" / North Elevation / 8' 6"

| | |
|---|---|
| 13.89 SF Walls | 104.83 SF Ceiling |
| 118.72 SF Walls & Ceiling | 104.83 SF Floor |
| 11.65 SY Flooring | 41.67 LF Floor Perimeter |
| 41.67 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 12. R&R Siding - aluminum (.024 thickness) | 10.00 SF | 9.00 | 4.20 | 94.20 | 25/50 yrs | Avg. | NA | (0.00) | 94.20 |
| 13. Replace Metal or Vinyl siding - Detach & reset | 100.00 SF | 2.16 | 0.23 | 216.23 | 0/NA | Avg. | NA | (0.00) | 216.23 |
| **Totals: North Elevation** | | | **4.43** | **310.43** | | | | **0.00** | **310.43** |

| | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|
| **Total: Loc5 Bldg1 Exterior** | **239.12** | **20,426.94** | **0.00** | **20,426.94** |

**Loc5 Bldg1 Interior - Main Level**

 1900 South 18th Avenue
West Bend, WI 53095

**Chapel** **Height: 8'**

| | |
|---|---|
| 886.93 SF Walls | 1065.33 SF Ceiling |
| 1952.27 SF Walls & Ceiling | 1065.33 SF Floor |
| 118.37 SY Flooring | 115.67 LF Floor Perimeter |
| 151.17 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **1' 8" X 4' 1"** | **Opens into Exterior** |
| **Window** | **4' 8" X 4' 1"** | **Opens into Exterior** |
| **Window** | **1' 8" X 4' 1"** | **Opens into Exterior** |
| **Window** | **4' 9" X 3' 11"** | **Opens into Exterior** |
| **Window** | **4' 9" X 3' 11"** | **Opens into Exterior** |
| **Window** | **4' 9" X 3' 11"** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **5' X 6' 8"** | **Opens into ENTRY_FOYER** |
| **Door** | **3' X 6' 8"** | **Opens into HALLWAY_OVER** |
| **Door** | **5' X 6' 8"** | **Opens into PARLOR** |
| **Door** | **5' X 6' 8"** | **Opens into FAMILY_PARLO** |
| **Door** | **5' X 6' 8"** | **Opens into GATHERING_AR** |
| **Door** | **5' X 6' 8"** | **Opens into GATHERING_AR** |
| **Door** | **5' X 6' 8"** | **Opens into CHAPEL_HVAC** |
| **Door** | **2' 6" X 6' 8"** | **Opens into CHAPEL_HVAC** |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 14. R&R Suspended ceiling tile - 2' x 4' | | | | | | | | |
| 266.33 SF | 2.28 | 26.17 | 633.41 | 2/150 yrs | Avg. | NA | (0.00) | 633.41 |
| 15. R&R 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | |
| 266.33 SF | 2.94 | 15.18 | 798.19 | 10/150 yrs | Avg. | NA | (0.00) | 798.19 |
| 16. Clean suspended ceiling grid | | | | | | | | |
| 266.33 SF | 0.35 | 0.20 | 93.42 | 0/NA | Avg. | NA | (0.00) | 93.42 |
| 17. R&R Recessed light fixture | | | | | | | | |
| 5.00 EA | 139.47 | 13.32 | 710.67 | 2/20 yrs | Avg. | NA | (0.00) | 710.67 |
| 18. R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | |
| 120.00 SF | 2.83 | 6.30 | 345.90 | 10/150 yrs | Avg. | NA | (0.00) | 345.90 |
| 19. Replace Window drapery - hardware - Detach & reset | | | | | | | | |
| 4.00 EA | 47.81 | 0.00 | 191.24 | 0/NA | Avg. | NA | (0.00) | 191.24 |
| 20. Replace Texture drywall - heavy hand texture | | | | | | | | |
| 240.00 SF | 1.13 | 3.96 | 275.16 | 10/150 yrs | Avg. | NA | (0.00) | 275.16 |
| 21. R&R Batt insulation - 4" - R11 - paper / foil faced | | | | | | | | |
| 120.00 SF | 1.36 | 5.94 | 169.14 | 58/150 yrs | Avg. | NA | (0.00) | 169.14 |
| 22. Seal the surface area w/latex based stain blocker - one coat | | | | | | | | |
| 240.00 SF | 0.60 | 1.62 | 145.62 | 2/15 yrs | Avg. | NA | (0.00) | 145.62 |
| 23. Paint the walls - one coat | | | | | | | | |
| 886.93 SF | 0.66 | 9.98 | 595.35 | 2/15 yrs | Avg. | NA | (0.00) | 595.35 |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Chapel**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 24. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | |
| 151.17 LF | 1.37 | 3.06 | 210.16 | 0/15 yrs | Avg. | NA | (0.00) | 210.16 |
| 25. Floor protection - self-adhesive plastic film | | | | | | | | |
| 1,065.33 SF | 0.63 | 11.19 | 682.35 | 0/15 yrs | Avg. | NA | (0.00) | 682.35 |
| 26. Clean and deodorize carpet | | | | | | | | |
| 1,065.33 SF | 0.50 | 0.80 | 533.47 | 0/NA | Avg. | NA | (0.00) | 533.47 |
| 27. Content Manipulation charge - per hour | | | | | | | | |
| 6.00 HR | 55.00 | 0.00 | 330.00 | 0/NA | Avg. | NA | (0.00) | 330.00 |
| **Totals: Chapel** | | **97.72** | **5,714.08** | | | | **0.00** | **5,714.08** |

**Embalming Room** — **Height: 8'**

| | |
|---|---|
| 268.67 SF Walls | 112.03 SF Ceiling |
| 380.69 SF Walls & Ceiling | 112.03 SF Floor |
| 12.45 SY Flooring | 31.00 LF Floor Perimeter |
| 42.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into Exterior** |
| **Window - Goes to Floor** | **1' 10" X 4'** | **Opens into Exterior** |
| **Door** | **2' 6" X 6' 8"** | **Opens into STAIRS** |
| **Door** | **2' 6" X 6' 8"** | **Opens into EMBALMING_BA** |

**Subroom: Embalming Closet (1)** — **Height: 8'**

| | |
|---|---|
| 168.25 SF Walls | 35.66 SF Ceiling |
| 203.91 SF Walls & Ceiling | 35.66 SF Floor |
| 3.96 SY Flooring | 21.50 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **1' 8" X 4' 3"** | **Opens into Exterior** |
| **Door** | **2' 6" X 6' 8"** | **Opens into EMBALMING_RO** |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 28. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | |
| 10.00 SF | 6.93 | 1.89 | 71.19 | 25/150 yrs | Avg. | NA | (0.00) | 71.19 |



WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Embalming Room**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 29. Stain & finish paneling | | | | | | | | | |
| | 147.69 SF | 1.66 | 4.54 | 249.71 | 2/15 yrs | Avg. | NA | (0.00) | 249.71 |
| 30. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| | 66.83 LF | 1.37 | 1.35 | 92.91 | 0/15 yrs | Avg. | NA | (0.00) | 92.91 |
| 31. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 147.69 SF | 0.63 | 1.55 | 94.59 | 0/15 yrs | Avg. | NA | (0.00) | 94.59 |
| 32. Content Manipulation charge - per hour | | | | | | | | | |
| | 1.00 HR | 55.00 | 0.00 | 55.00 | 0/NA | Avg. | NA | (0.00) | 55.00 |
| 33. R&R Outlet | | | | | | | | | |
| | 1.00 EA | 22.84 | 0.16 | 23.00 | 15/25 yrs | Avg. | NA | (0.00) | 23.00 |
| **Totals: Embalming Room** | | | **9.49** | **586.40** | | | | **0.00** | **586.40** |

**Chapel HVAC** — **Height: 8'**

342.67 SF Walls
433.33 SF Walls & Ceiling
10.07 SY Flooring
51.17 LF Ceil. Perimeter

90.67 SF Ceiling
90.67 SF Floor
41.17 LF Floor Perimeter

| | | |
|---|---|---|
| **Door** | **5' X 6' 8"** | **Opens into CHAPEL** |
| **Door** | **2' 6" X 6' 8"** | **Opens into CHAPEL** |
| **Door** | **2' 6" X 6' 8"** | **Opens into GARAGE** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 34. R&R Acoustic ceiling tile | | | | | | | | | |
| | 90.67 SF | 4.35 | 11.49 | 405.90 | 25/150 yrs | Avg. | NA | (0.00) | 405.90 |
| 35. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 90.67 SF | 0.63 | 0.95 | 58.07 | 0/15 yrs | Avg. | NA | (0.00) | 58.07 |
| **Totals: Chapel HVAC** | | | **12.44** | **463.97** | | | | **0.00** | **463.97** |



1900 South 18th Avenue
West Bend, WI 53095

**Office** **Height: 8'**

| | |
|---|---|
| 212.28 SF Walls | 65.17 SF Ceiling |
| 277.45 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 29.83 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **2' 2" X 4' 5"** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **2' 6" X 6' 8"** | **Opens into ENTRY_FOYER** |
| **Window** | **1' 8" X 4' 2"** | **Opens into Exterior** |
| **Window** | **1' 8" X 4' 2"** | **Opens into Exterior** |
| **Window** | **1' 8" X 4' 2"** | **Opens into Exterior** |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 36. R&R Suspended ceiling tile - 2' x 4' | | | | | | | | |
| 8.00 SF | 2.28 | 0.79 | 19.03 | 2/150 yrs | Avg. | NA | (0.00) | 19.03 |
| 37. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | |
| 8.00 SF | 6.93 | 1.51 | 56.95 | 25/150 yrs | Avg. | NA | (0.00) | 56.95 |
| 38. Content Manipulation charge - per hour | | | | | | | | |
| 1.00 HR | 55.00 | 0.00 | 55.00 | 0/NA | Avg. | NA | (0.00) | 55.00 |
| 39. Floor protection - self-adhesive plastic film | | | | | | | | |
| 65.17 SF | 0.63 | 0.68 | 41.74 | 0/15 yrs | Avg. | NA | (0.00) | 41.74 |
| **Totals: Office** | | **2.98** | **172.72** | | | | **0.00** | **172.72** |

**Casket Display** **Height: 8'**

| | |
|---|---|
| 631.61 SF Walls | 258.68 SF Ceiling |
| 890.29 SF Walls & Ceiling | 258.68 SF Floor |
| 28.74 SY Flooring | 81.33 LF Floor Perimeter |
| 83.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **2' 7" X 4' 4"** | **Opens into Exterior** |
| **Window** | **2' 7" X 4' 4"** | **Opens into Exterior** |
| **Door** | **2' 6" X 6' 8"** | **Opens into PARLOR** |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 40. R&R Suspended ceiling tile - 2' x 4' | | | | | | | | |
| 129.34 SF | 2.28 | 12.71 | 307.61 | 2/150 yrs | Avg. | NA | (0.00) | 307.61 |
| 41. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | |
| 129.34 SF | 6.93 | 24.45 | 920.78 | 25/150 yrs | Avg. | NA | (0.00) | 920.78 |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Casket Display**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 42. Clean suspended ceiling grid | | | | | | | | | |
| | 129.34 SF | 0.35 | 0.10 | 45.37 | 0/NA | Avg. | NA | (0.00) | 45.37 |
| **Totals: Casket Display** | | | **37.26** | **1,273.76** | | | | **0.00** | **1,273.76** |

**Gathering Area** — **Height: 8'**

| | |
|---|---|
| 388.40 SF Walls | 206.91 SF Ceiling |
| 595.31 SF Walls & Ceiling | 206.91 SF Floor |
| 22.99 SY Flooring | 44.63 LF Floor Perimeter |
| 64.13 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into PANELING_RO2** |
| **Door** | **5' X 6' 8"** | **Opens into CHAPEL** |
| **Door** | **5' X 6' 8"** | **Opens into CHAPEL** |
| **Missing Wall - Goes to Floor** | **7' X 6' 8"** | **Opens into FAMILY_PARLO** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 43. R&R Acoustic ceiling tile | | | | | | | | | |
| | 206.91 SF | 4.35 | 26.23 | 926.29 | 25/150 yrs | Avg. | NA | (0.00) | 926.29 |
| 44. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | | | |
| | 206.91 SF | 2.67 | 11.48 | 563.93 | 25/150 yrs | Avg. | NA | (0.00) | 563.93 |
| 45. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 206.91 SF | 0.63 | 2.17 | 132.52 | 0/15 yrs | Avg. | NA | (0.00) | 132.52 |
| 46. Content Manipulation charge - per hour | | | | | | | | | |
| | 1.00 HR | 55.00 | 0.00 | 55.00 | 0/NA | Avg. | NA | (0.00) | 55.00 |
| **Totals: Gathering Area** | | | **39.88** | **1,677.74** | | | | **0.00** | **1,677.74** |


1900 South 18th Avenue
West Bend, WI 53095

**Hallway/Overflow** **Height: 8'**

| | |
|---|---|
| 584.24 SF Walls | 249.05 SF Ceiling |
| 833.29 SF Walls & Ceiling | 249.05 SF Floor |
| 27.67 SY Flooring | 70.74 LF Floor Perimeter |
| 90.24 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **3' 2" X 1' 10"** | **Opens into Exterior** |
| **Window** | **3' 2" X 1' 10"** | **Opens into Exterior** |
| **Door** | **3' X 6' 8"** | **Opens into Exterior** |
| **Door** | **2' 6" X 6' 8"** | **Opens into MENS_BATHRO** |
| **Door** | **2' 6" X 6' 8"** | **Opens into LADIES_BATHR** |
| **Door** | **2' 6" X 6' 8"** | **Opens into ORGAN** |
| **Missing Wall - Goes to Floor** | **6' X 6' 8"** | **Opens into PARLOR** |
| **Door** | **3' X 6' 8"** | **Opens into CHAPEL** |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 47. R&R Suspended ceiling tile - 2' x 4' | | | | | | | | |
| 62.26 SF | 2.28 | 6.12 | 148.08 | 2/150 yrs | Avg. | NA | (0.00) | 148.08 |
| 48. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | |
| 62.26 SF | 6.93 | 11.77 | 443.23 | 25/150 yrs | Avg. | NA | (0.00) | 443.23 |
| 49. Floor protection - self-adhesive plastic film | | | | | | | | |
| 249.05 SF | 0.63 | 2.62 | 159.52 | 0/15 yrs | Avg. | NA | (0.00) | 159.52 |
| **Totals: Hallway/Overflow** | | **20.51** | **750.83** | | | | **0.00** | **750.83** |

| | | | | |
|---|---|---|---|---|
| **Total: Loc5 Bldg1 Interior - Main Level** | **220.28** | **10,639.50** | **0.00** | **10,639.50** |

**Loc5 Bldg1 Interior - Upstairs**

**Blue Room** **Height: 8'**

| | |
|---|---|
| 489.39 SF Walls | 206.67 SF Ceiling |
| 696.06 SF Walls & Ceiling | 206.67 SF Floor |
| 22.96 SY Flooring | 65.17 LF Floor Perimeter |
| 67.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | **2' X 4' 6"** | **Opens into Exterior** |
| **Window** | **2' X 4' 6"** | **Opens into Exterior** |
| **Window** | **1' 10" X 4' 6"** | **Opens into Exterior** |
| **Door** | **2' 6" X 6' 8"** | **Opens into LANDING** |
| **Window** | **2' 1" X 4' 4"** | **Opens into Exterior** |



1900 South 18th Avenue
West Bend, WI 53095

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 50. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | |
| 206.67 SF | 6.93 | 39.06 | 1,471.28 | 25/150 yrs | Avg. | NA | (0.00) | 1,471.28 |
| 51. R&R Batt insulation - 6" - R19 - paper / foil faced | | | | | | | | |
| 206.67 SF | 1.74 | 13.18 | 372.79 | 58/150 yrs | Avg. | NA | (0.00) | 372.79 |
| 52. Stain & finish paneling | | | | | | | | |
| 206.67 SF | 1.66 | 6.35 | 349.42 | 2/15 yrs | Avg. | NA | (0.00) | 349.42 |
| 53. R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | | |
| 489.39 SF | 2.83 | 25.69 | 1,410.66 | 10/150 yrs | Avg. | NA | (0.00) | 1,410.66 |
| 54. Seal/prime (1 coat) then paint (1 coat) the walls | | | | | | | | |
| 489.39 SF | 0.96 | 7.71 | 477.52 | 15/15 yrs | Avg. | NA | (0.00) | 477.52 |
| 55. R&R Batt insulation - 4" - R11 - paper / foil faced | | | | | | | | |
| 306.06 SF | 1.36 | 15.15 | 431.39 | 58/150 yrs | Avg. | NA | (0.00) | 431.39 |
| 56. Remove Carpet | | | | | | | | |
| 206.67 SF | 0.39 | 0.00 | 80.60 | 15/10 yrs | Avg. | NA | (0.00) | 80.60 |
| 57. Replace Carpet | | | | | | | | |
| 237.67 SF | 3.62 | 52.05 | 912.42 | 15/10 yrs | Avg. | NA | (0.00) | 912.42 |
| 15 % waste added for Carpet. | | | | | | | | |
| 58. R&R Pad - rebond, 3/8", 7 lb. | | | | | | | | |
| 206.67 SF | 0.91 | 10.08 | 198.15 | 15/10 yrs | Avg. | NA | (0.00) | 198.15 |
| 59. Content Manipulation charge - per hour | | | | | | | | |
| 1.00 HR | 55.00 | 0.00 | 55.00 | 0/NA | Avg. | NA | (0.00) | 55.00 |
| **Totals: Blue Room** | | **169.27** | **5,759.23** | | | | **0.00** | **5,759.23** |

**Room3** **Height: 8'**

| | |
|---|---|
| 317.46 SF Walls | 112.69 SF Ceiling |
| 430.15 SF Walls & Ceiling | 112.69 SF Floor |
| 12.52 SY Flooring | 39.27 LF Floor Perimeter |
| 41.77 LF Ceil. Perimeter | |

**Door** **2' 6" X 6' 8"** **Opens into HALLWAY**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 60. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | |
| 25.00 SF | 6.93 | 4.73 | 177.98 | 25/150 yrs | Avg. | NA | (0.00) | 177.98 |
| 61. R&R Batt insulation - 12" - R38 - paper / foil faced | | | | | | | | |
| 25.00 SF | 2.77 | 2.93 | 72.18 | 58/150 yrs | Avg. | NA | (0.00) | 72.18 |
| 62. Clean floor | | | | | | | | |
| 112.69 SF | 0.47 | 0.08 | 53.04 | 0/NA | Avg. | NA | (0.00) | 53.04 |
| 63. Stain & finish paneling | | | | | | | | |
| 112.69 SF | 1.66 | 3.47 | 190.54 | 2/15 yrs | Avg. | NA | (0.00) | 190.54 |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Room3**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 64. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| | 41.77 LF | 1.37 | 0.85 | 58.07 | 0/15 yrs | Avg. | NA | (0.00) | 58.07 |
| 65. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 112.69 SF | 0.63 | 1.18 | 72.17 | 0/15 yrs | Avg. | NA | (0.00) | 72.17 |
| **Totals: Room3** | | | **13.24** | **623.98** | | | | **0.00** | **623.98** |

**Room1** — **Height: 8'**

| | |
|---|---|
| 418.67 SF Walls | 188.99 SF Ceiling |
| 607.65 SF Walls & Ceiling | 188.99 SF Floor |
| 21.00 SY Flooring | 51.50 LF Floor Perimeter |
| 56.50 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into LANDING** |

**Subroom: Room1 Closet (1)** — **Height: 8'**

| | |
|---|---|
| 72.67 SF Walls | 7.29 SF Ceiling |
| 79.96 SF Walls & Ceiling | 7.29 SF Floor |
| 0.81 SY Flooring | 8.67 LF Floor Perimeter |
| 11.17 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | **2' 6" X 6' 8"** | **Opens into ROOM1** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 66. R&R T & G paneling - knotty pine paneling (unfinished) | | | | | | | | | |
| | 25.00 SF | 6.93 | 4.73 | 177.98 | 25/150 yrs | Avg. | NA | (0.00) | 177.98 |
| 67. R&R Batt insulation - 12" - R38 - paper / foil faced | | | | | | | | | |
| | 25.00 SF | 2.77 | 2.93 | 72.18 | 58/150 yrs | Avg. | NA | (0.00) | 72.18 |
| 68. Clean floor | | | | | | | | | |
| | 196.28 SF | 0.47 | 0.15 | 92.40 | 0/NA | Avg. | NA | (0.00) | 92.40 |
| 69. Stain & finish paneling | | | | | | | | | |
| | 196.28 SF | 1.66 | 6.04 | 331.86 | 2/15 yrs | Avg. | NA | (0.00) | 331.86 |
| 70. Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| | 67.67 LF | 1.37 | 1.37 | 94.08 | 0/15 yrs | Avg. | NA | (0.00) | 94.08 |
| 71. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 196.28 SF | 0.63 | 2.06 | 125.72 | 0/15 yrs | Avg. | NA | (0.00) | 125.72 |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Room1**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Room1** | | | **17.28** | **894.22** | | | | **0.00** | **894.22** |
| **Total: Loc5 Bldg1 Interior - Upstairs** | | | **199.79** | **7,277.43** | | | | **0.00** | **7,277.43** |

**Debris Removal**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 72. Dumpster load - Approx. 20 yards, 4 tons of debris | | | | | | | | | |
| | 1.00 EA | 402.80 | 0.00 | 402.80 | 0/NA | Avg. | NA | (0.00) | 402.80 |
| **Totals: Debris Removal** | | | **0.00** | **402.80** | | | | **0.00** | **402.80** |
| **Line Item Totals: PULVER_MACZ_ FUNERAL2** | | | **659.19** | **38,746.67** | | | | **0.00** | **38,746.67** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 11,557.97 | SF Walls | 6,038.81 | SF Ceiling | 17,596.78 | SF Walls and Ceiling |
| 6,107.19 | SF Floor | 678.58 | SY Flooring | 1,733.61 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,986.63 | LF Ceil. Perimeter |
| 6,107.19 | Floor Area | 6,391.45 | Total Area | 10,463.01 | Interior Wall Area |
| 12,005.29 | Exterior Wall Area | 774.29 | Exterior Perimeter of Walls | | |
| 6,234.50 | Surface Area | 62.35 | Number of Squares | 845.32 | Total Perimeter Length |
| 70.82 | Total Ridge Length | 0.00 | Total Hip Length | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Summary for LOC5 BLD1

| | |
|---|---|
| Line Item Total | 38,087.48 |
| Material Sales Tax | 659.19 |
| **Replacement Cost Value** | **$38,746.67** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$37,746.67** |

Ryan Tompkins

Loc5 Bldg1 Exterior

Storm damage found to these slopes.
North Elevation
West Elevation
East Elevation
South Elevation
111 Perkins Street Roof

Loc5 Bldg1 Exterior

PULVER_MACZ_FUNERAL2 8/25/2023 Page: 15

Loc5 Bldg1 Interior - Main Level

Garage
Paneling Room
Chapel HVAC
Kitchen
Dressing Room
Family Parlor
Chapel
Parlor
Casket Display
Hallway/Overflow
Office
Stairs

N

Loc5 Bldg1 Interior - Main Level

PULVER_MACZ_FUNERAL2 8/25/2023 Page: 16

Location 5 Building 2

Location 5 Building 2 Roof
North Elevation
West Elevation
East Elevation
South Elevation
12' 4"
N

Location 5 Building 2

PULVER_MACZ_FUNERAL2 8/25/2023 Page: 17

Loc5 Bldg1 Interior - Upstairs





Loc5 Bldg1 Interior - Upstairs

Exhibit C

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

| | | | |
|---|---|---|---|
| Insured: | PULVER MACZ FUNERAL HOME, INC | Cell: | (815) 383-4756 |
| Property: | 111 PERKINS ST<br>ODIN, IL 62870-1288 | Business: | (618) 532-5511 |
| | | E-mail: | traci@maczfuneralhomes.com |
| Home: | 234 S Elm Street<br>Centralia, IL 62801-3502 | | |
| Claim Rep.: | Nate Horrie | Business: | (800) 236-5010 x 2449 |
| Business: | 1900 S 18th Ave<br>West Bend, WI 53095 | E-mail: | nhorrie@wbmi.com |
| Estimator: | John Jablonski | E-mail: | johnjablonski@hauschco.<br>com |
| Company: | Hausch and Company | | |
| Business: | 1640 Capitol St.<br>Elgin, IL 60124 | | |
| Reference: | | Business: | (800) 747-4427 |
| Company: | Hausch & Company, Inc. | | |
| Business: | 1640 Capital St Ste 100<br>Elgin, IL 60124 | | |

**Claim Number:** AQ66786 **Policy Number:** 2178944-8 **Type of Loss:** Wind

| | | | |
|---|---|---|---|
| Date Contacted: | 8/2/2023 12:00 AM | | |
| Date of Loss: | 7/29/2023 12:00 AM | Date Received: | 7/31/2023 1:00 AM |
| Date Inspected: | 8/5/2023 10:00 AM | Date Entered: | 7/31/2023 5:54 PM |
| Date Est. Completed: | 6/2/2024 7:45 AM | | |

| | |
|---|---|
| Price List: | ILMV8X_AUG23<br>Restoration/Service/Remodel |
| Estimate: | PULVER_MACZ_<br>FUNERAL3 |

 1900 South 18th Avenue
West Bend, WI 53095

Thank you for choosing West Bend THE SILVER LINING, we appreciate your business.

**IMPORTANT NOTICE:** This is an estimate to repair the damage to your property. You should give a copy to the contractor or repair facility of your choice **BEFORE** you authorize the repairs. If your contractor has questions regarding this estimate, they must contact me **BEFORE** work begins on those repairs.

**ADDITIONAL DAMAGE:** If additional damage or costs are identified during the repair process for which you believe we should be responsible, they must be reviewed and approved by West Bend Mutual prior to having the additional work done to be considered part of the claim.

**UPGRADES:** If you wish, you may repair or replace with higher quality materials, however, you will be responsible for any increase in cost associated with such an upgrade.

Please refer to your policy under **SECTION I - CONDITIONS** for further details on determining your loss settlement.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603, and in Springfield at 320 West Washington St., Springfield, Illinois, 62767.



1900 South 18th Avenue
West Bend, WI 53095

**PULVER_MACZ_FUNERAL3**

**PULVER_MACZ_ROOFING**

**Location 5 (PULVER_MACZ_ROOFING)**

**Main Level**

**Administration**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. Asbestos test fee - full service survey - base fee | | | | | | | | |
| 1.00 EA | 852.50 | 0.00 | 852.50 | 0/NA | Avg. | 0% | (0.00) | 852.50 |
| 2. Taxes, insurance, permits & fees (Bid Item) | | | | | | | | |
| 1.00 EA | 225.00 | 0.00 | 225.00 | 0/NA | Avg. | 0% | (0.00) | 225.00 |
| **Totals: Administration** | | **0.00** | **1,077.50** | | | | **0.00** | **1,077.50** |
| **Total: Main Level** | | **0.00** | **1,077.50** | | | | **0.00** | **1,077.50** |
| **Total: Location 5 (PULVER_MACZ_ROOFING)** | | **0.00** | **1,077.50** | | | | **0.00** | **1,077.50** |

**Source - HOVER Roof and Walls (PULVER_MACZ_ROOFING)**

**Exterior**

**Steep Slope**

5140.08 Surface Area
645.08 Total Perimeter Length
51.40 Number of Squares
35.82 Total Ridge Length

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Asbestos Abatement:** | | | | | | | | |
| 3. Tear off asbestos shingles (no haul off)* | | | | | | | | |
| 17.92 SQ | 403.87 | 28.75 | 7,266.10 | 30/NA | Avg. | NA | (0.00) | 7,266.10 |
| 4. Remove Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | |
| 17.92 SQ | 32.32 | 0.00 | 579.17 | 30/NA | Avg. | NA | (0.00) | 579.17 |
| 5. Remove Additional charge for high roof (2 stories or greater) | | | | | | | | |
| 17.94 SQ | 7.77 | 0.00 | 139.39 | 30/NA | Avg. | NA | (0.00) | 139.39 |
| 6. Hazardous Waste/Mold Cleaning- Supervisory/Admin- per hour | | | | | | | | |
| 8.00 HR | 77.82 | 0.00 | 622.56 | 30/NA | Avg. | 0% | (0.00) | 622.56 |
| 7. Plastic dumpster liner - 40 yard | | | | | | | | |
| 2.00 EA | 80.25 | 12.04 | 172.54 | 30/NA | Avg. | 0% | (0.00) | 172.54 |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Steep Slope**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 8. Add for personal protective equipment - Heavy duty | | | | | | | | | |
| | 10.00 EA | 39.81 | 29.86 | 427.96 | 30/NA | Avg. | 0% | (0.00) | 427.96 |
| 9. Dumpster load - per independent dumpster company | | | | | | | | | |
| | 1.00 EA | 1,500.00 | 0.00 | 1,500.00 | 30/NA | Avg. | NA | (0.00) | 1,500.00 |
| **Steep Slope:** | | | | | | | | | |
| 10. Replace 3 tab - 25 yr. - comp. shingle roofing - w/out felt | | | | | | | | | |
| | 20.00 SQ | 232.20 | 166.62 | 4,810.62 | 30/25 yrs | Avg. | 100% [M] | (2,388.22) | 2,422.40 |
| 11. Replace Roofing felt - 15 lb. | | | | | | | | | |
| | 19.71 SQ | 33.85 | 11.68 | 678.86 | 30/20 yrs | Avg. | 100% [M] | (167.39) | 511.47 |
| 12. R&R Drip edge/gutter apron | | | | | | | | | |
| | 154.00 LF | 3.39 | 14.78 | 536.84 | 30/35 yrs | Avg. | 85.71% | (181.63) | 355.21 |
| 13. Replace Asphalt starter - universal starter course | | | | | | | | | |
| | 154.00 LF | 2.01 | 6.81 | 316.35 | 30/20 yrs | Avg. | 100% [M] | (97.67) | 218.68 |
| 14. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | | | | | | | | | |
| | 101.82 LF | 7.26 | 10.23 | 749.45 | 30/25 yrs | Avg. | 100% [M] | (146.67) | 602.78 |
| 15. R&R Flashing - pipe jack | | | | | | | | | |
| | 1.00 EA | 59.85 | 1.26 | 61.11 | 30/35 yrs | Avg. | 85.71% | (15.51) | 45.60 |
| 16. R&R Counterflashing - Apron flashing | | | | | | | | | |
| | 99.00 LF | 11.02 | 12.92 | 1,103.90 | 30/35 yrs | Avg. | 85.71% | (158.72) | 945.18 |
| 17. R&R Valley metal | | | | | | | | | |
| | 28.85 LF | 7.02 | 5.47 | 208.00 | 30/35 yrs | Avg. | 85.71% | (67.25) | 140.75 |
| 18. Replace Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | | |
| | 19.71 SQ | 71.84 | 0.00 | 1,415.97 | 30/NA | Avg. | 0% | (0.00) | 1,415.97 |
| 19. Replace Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| | 19.73 SQ | 20.19 | 0.00 | 398.35 | 30/NA | Avg. | 0% | (0.00) | 398.35 |
| **CODE UPGRADE** | | | | | | | | | |
| ~~20. Replace Ice & water barrier - High temp~~ | | | | | | | | | |
| | ~~924.00 SF~~ | ~~2.00~~ | ~~58.24~~ | ~~1,906.21~~ | ~~30/30 yrs~~ | ~~Avg.~~ | ~~100% [M]~~ | ~~(0.00)~~ | ~~1,906.21~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~21. Re-nailing of roof sheathing - complete re-nail~~ | | | | | | | | | |
| | ~~1,792.00 SF~~ | ~~0.25~~ | ~~1.34~~ | ~~449.34~~ | ~~30/150 yrs~~ | ~~Avg.~~ | ~~20%~~ | ~~(0.00)~~ | ~~449.34~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Ventilation**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~22. Replace Ridge vent - Metal roofing - High grade~~ | | | | | | | | | |
| | ~~79.00 LF~~ | ~~77.66~~ | ~~244.88~~ | ~~6,380.02~~ | ~~30/45 yrs~~ | ~~Avg.~~ | ~~66.67%~~ | ~~(0.00)~~ | ~~6,380.02~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

Ventilation required per code. Due to design special ridge vent required

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Steep Slope**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~23. Replace Continuous ridge vent - shingle-over style~~ | | | | | | | | | |
| | ~~23.00 LF~~ | ~~9.66~~ | ~~7.28~~ | ~~229.46~~ | ~~30/35 yrs~~ | ~~Avg.~~ | ~~85.71%~~ | ~~(0.00)~~ | ~~229.46~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~24. Replace Soffit vent - linear~~ | | | | | | | | | |
| | ~~102.00 LF~~ | ~~23.89~~ | ~~35.73~~ | ~~2,472.51~~ | ~~30/150 yrs~~ | ~~Avg.~~ | ~~20%~~ | ~~(0.00)~~ | ~~2,472.51~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. A vented Drip edge is required to properly vent attic. | | | | | | | | | |
| **Totals: Steep Slope** | | | **300.42** | **20,987.17** | | | | **3,223.06** | **17,764.11** |
| **Total: Exterior** | | | **300.42** | **20,987.17** | | | | **3,223.06** | **17,764.11** |
| **Total: Source - HOVER Roof and Walls (PULVER_MACZ_ROOFING)** | | | **300.42** | **20,987.17** | | | | **3,223.06** | **17,764.11** |

**Source - HOVER Roof and Walls 1 (PULVER_MACZ_ROOFING)**

**Exterior**

**Low Slope Roof**

3890.13 Surface Area
705.99 Total Perimeter Length
38.90 Number of Squares

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Low Slope:** | | | | | | | | | |
| **Debris Removal:** | | | | | | | | | |
| 25. Tear off, haul and dispose of modified bitumen roofing | | | | | | | | | |
| | 38.90 SQ | 73.04 | 0.00 | 2,841.26 | 30/20 yrs | Avg. | NA [M] | (0.00) | 2,841.26 |
| 26. Remove Bitumen roof - Add. glass felt layer - hot mopped appl. | | | | | | | | | |
| | 38.90 SQ | 10.41 | 0.00 | 404.95 | 30/30 yrs | Avg. | NA [M] | (0.00) | 404.95 |
| 27. Remove Bitumen roof - Add. base sheet - self-adhering | | | | | | | | | |
| | 38.90 SQ | 10.41 | 0.00 | 404.95 | 30/30 yrs | Avg. | NA [M] | (0.00) | 404.95 |
| 28. Tear off, haul and dispose of modified bitumen roofing | | | | | | | | | |
| | 11.77 SQ | 73.04 | 0.00 | 859.68 | 30/20 yrs | Avg. | NA [M] | (0.00) | 859.68 |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Low Slope Roof**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 29. Tear off, haul and dispose of modified bitumen roofing | | | | | | | | | |
| | 11.77 SQ | 73.04 | 0.00 | 859.68 | 30/20 yrs | Avg. | NA [M] | (0.00) | 859.68 |
| 30. Tear off, haul and dispose of modified bitumen roofing | | | | | | | | | |
| | 11.77 SQ | 73.04 | 0.00 | 859.68 | 30/20 yrs | Avg. | NA [M] | (0.00) | 859.68 |
| **Membrane:** | | | | | | | | | |
| 31. Replace Built-up roof with granulated cap sheet - in place | | | | | | | | | |
| | 44.00 SQ | 544.57 | 714.05 | 24,675.13 | 30/30 yrs | Avg. | 100% [M] | (10,234.77) | 14,440.36 |
| 32. Replace Bitumen roof - Add. glass felt layer - hot mopped appl. | | | | | | | | | |
| | 44.00 SQ | 117.05 | 83.36 | 5,233.56 | 30/30 yrs | Avg. | 100% [M] | (1,194.80) | 4,038.76 |
| Additional Felt layer to equal 5 ply roof system installed. Xactimate BUCG only has 2 included in system | | | | | | | | | |
| 33. Replace Bitumen roof - Add. base sheet - self-adhering | | | | | | | | | |
| | 44.00 SQ | 136.99 | 253.14 | 6,280.70 | 30/30 yrs | Avg. | 100% [M] | (3,628.38) | 2,652.32 |
| 34. Replace Silicone roof coating - Flat roof | | | | | | | | | |
| | 1,487.00 SF | 3.28 | 138.29 | 5,015.65 | 30/20 yrs | Avg. | 100% [M] | (1,982.17) | 3,033.48 |
| 35. Replace Silicone roof primer | | | | | | | | | |
| | 1,487.00 SF | 0.81 | 56.88 | 1,261.35 | 30/20 yrs | Avg. | 100% [M] | (815.25) | 446.10 |
| **Flashing:** | | | | | | | | | |
| 36. R&R Membrane roofing - cant strips - wood | | | | | | | | | |
| | 122.00 LF | 5.13 | 9.61 | 635.47 | 30/35 yrs | Avg. | 85.71% | (118.04) | 517.43 |
| 37. R&R Flash parapet wall only - bitumen - up to 3' | | | | | | | | | |
| | 122.00 LF | 17.84 | 34.95 | 2,211.43 | 30/20 yrs | Avg. | 100% [M] | (500.99) | 1,710.44 |
| 38. R&R Aluminum termination bar / flashing for membrane roofs | | | | | | | | | |
| | 122.00 LF | 3.68 | 6.41 | 455.37 | 30/35 yrs | Avg. | 85.71% | (78.69) | 376.68 |
| 39. R&R Counterflashing - Apron flashing | | | | | | | | | |
| | 122.00 LF | 11.02 | 15.92 | 1,360.36 | 30/35 yrs | Avg. | 85.71% | (195.60) | 1,164.76 |
| **Equipment:** | | | | | | | | | |
| **Building Code** | | | | | | | | | |
| ~~40. Replace Water barrier membrane - Mod. bitumen - entire surface~~ | | | | | | | | | |
| | ~~3,890.13 SF~~ | ~~0.83~~ | ~~128.37~~ | ~~3,357.16~~ | ~~30/30 yrs~~ | ~~Avg.~~ | ~~100% [M]~~ | ~~(0.00)~~ | ~~3,357.16~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~41. Replace Water barrier joint taping - Mod. bitumen - 4" seam tape~~ | | | | | | | | | |
| | ~~3,890.13 SF~~ | ~~0.29~~ | ~~20.42~~ | ~~1,148.56~~ | ~~30/30 yrs~~ | ~~Avg.~~ | ~~100% [M]~~ | ~~(0.00)~~ | ~~1,148.56~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~42. R&R Aluminum wall coping - large~~ | | | | | | | | | |
| | ~~563.99 LF~~ | ~~27.13~~ | ~~882.56~~ | ~~16,737.89~~ | ~~30/35 yrs~~ | ~~Avg.~~ | ~~85.71%~~ | ~~(0.00)~~ | ~~16,737.89~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| This is a custom parapet cap and may require additional charges. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Low Slope Roof

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Roof Deck:** | | | | | | | | | |
| ~~43. R&R Sheathing - plywood - 5/8" CDX~~ | ~~3,890.13 SF~~ | ~~3.58~~ | ~~182.21~~ | ~~14,308.88~~ | ~~30/150 yrs~~ | ~~Avg.~~ | ~~20%~~ | ~~(0.00)~~ | ~~14,308.88~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| Sheathing will be damaged during removal. Current system hot mopped directly to roof deck | | | | | | | | | |
| **Insulation:** | | | | | | | | | |
| ~~44. Replace 2" x 6" lumber (1 BF per LF)~~ | ~~2,117.97 LF~~ | ~~3.30~~ | ~~150.91~~ | ~~7,140.21~~ | ~~30/150 yrs~~ | ~~Avg.~~ | ~~20%~~ | ~~(0.00)~~ | ~~7,140.21~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| Wood Nailer required around permitter for installation of insulation. | | | | | | | | | |
| ~~45. Replace Glass mat gypsum - 1/2" - primed~~ | ~~38.90 SQ~~ | ~~215.25~~ | ~~240.87~~ | ~~8,614.10~~ | ~~30/20 yrs~~ | ~~Avg.~~ | ~~100% [M]~~ | ~~(0.00)~~ | ~~8,614.10~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| Illinois Energy Code Requirements | | | | | | | | | |
| ~~46. Replace Insulation - ISO board, 3"~~ | ~~38.90 SQ~~ | ~~397.87~~ | ~~515.76~~ | ~~15,992.90~~ | ~~30/150 yrs~~ | ~~Avg.~~ | ~~20%~~ | ~~(0.00)~~ | ~~15,992.90~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| Illinois Energy Code Requirements | | | | | | | | | |
| ~~47. Replace Insulation - ISO board, 3"~~ | ~~38.90 SQ~~ | ~~397.87~~ | ~~515.76~~ | ~~15,992.90~~ | ~~30/150 yrs~~ | ~~Avg.~~ | ~~20%~~ | ~~(0.00)~~ | ~~15,992.90~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| Illinois Energy Code Requirements | | | | | | | | | |
| ~~48. Tapered Insulation*~~ | ~~4.00 SQ~~ | ~~678.34~~ | ~~0.00~~ | ~~2,713.36~~ | ~~30/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,713.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| Tapered Insulation required on roof above Shingle area per code | | | | | | | | | |
| **Totals: Low Slope Roof** | | | **1,312.61** | **53,359.22** | | | | **18,748.69** | **34,610.53** |
| **Total: Exterior** | | | **1,312.61** | **53,359.22** | | | | **18,748.69** | **34,610.53** |
| **Total: Source - HOVER Roof and Walls 1 (PULVER_MACZ_ROOFING)** | | | **1,312.61** | **53,359.22** | | | | **18,748.69** | **34,610.53** |
| **Total: PULVER_MACZ_ROOFING** | | | **1,613.03** | **75,423.89** | | | | **21,971.75** | **53,452.14** |



1900 South 18th Avenue
West Bend, WI 53095

**PULVER_MACZ_FUNERAL**

**Location 5 (PULVER_MACZ_FUNERAL)**

**Main Level**

**Administration**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 49. Lead test fee - full service lead survey | | | | | | | | |
| 1.00 EA | 450.00 | 0.00 | 450.00 | 0/NA | Avg. | 0% | (0.00) | 450.00 |
| **Totals: Administration** | | **0.00** | **450.00** | | | | **0.00** | **450.00** |
| **Total: Main Level** | | **0.00** | **450.00** | | | | **0.00** | **450.00** |

**Level 1**

**Chapel** **Height: 8'**

| | |
|---|---|
| 1104.32 SF Walls | 1056.11 SF Ceiling |
| 2160.43 SF Walls & Ceiling | 1056.11 SF Floor |
| 117.35 SY Flooring | 135.59 LF Floor Perimeter |
| 150.33 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **14' 8 7/8" X 6' 8 1/16"** **Opens into CHAPEL_HVAC**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| 50. Floor protection - self-adhesive plastic film | | | | | | | | |
| 1,065.33 SF | 0.63 | 11.19 | 682.35 | 30/NA | Avg. | NA | (0.00) | 682.35 |
| 51. Floor protection - cardboard and tape | | | | | | | | |
| 1,065.33 SF | 0.64 | 22.37 | 704.18 | 30/NA | Avg. | NA | (0.00) | 704.18 |
| 52. Floor protection - heavy paper and tape | | | | | | | | |
| 1,065.33 SF | 0.43 | 5.59 | 463.68 | 30/NA | Avg. | NA | (0.00) | 463.68 |
| **Ceiling:** | | | | | | | | |
| 53. Remove Suspended ceiling system - 2' x 4' | | | | | | | | |
| 266.33 SF | 0.57 | 0.00 | 151.81 | 30/150 yrs | Avg. | NA | (0.00) | 151.81 |
| 54. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | |
| 266.33 SF | 3.09 | 15.38 | 838.34 | 30/150 yrs | Avg. | 20% | (44.09) | 794.25 |
| 55. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | |
| 266.33 SF | 2.15 | 24.97 | 597.58 | 30/150 yrs | Avg. | 20% | (71.57) | 526.01 |
| 56. Seal/prime (1 coat) then paint (2 coats) the surface area | | | | | | | | |
| 266.33 SF | 1.31 | 6.59 | 355.48 | 30/15 yrs | Avg. | 100% [M] | (94.48) | 261.00 |
| **Floor:** | | | | | | | | |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Chapel**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 57. Remove Carpet - Premium grade | | | | | | | | |
| 1,056.11 SF | 0.40 | 0.00 | 422.44 | 30/10 yrs | Avg. | NA [M] | (0.00) | 422.44 |
| 58. Replace Carpet - Premium grade | | | | | | | | |
| 1,214.53 SF | 7.99 | 664.04 | 10,368.13 | 30/10 yrs | Avg. | 100% [M] | (9,517.96) | 850.17 |
| 15 % waste added for Carpet - Premium grade. | | | | | | | | |
| 59. R&R Carpet pad - Premium grade | | | | | | | | |
| 1,056.11 SF | 1.42 | 91.09 | 1,590.77 | 30/10 yrs | Avg. | 100% [M] | (1,305.62) | 285.15 |
| **Electrical:** | | | | | | | | |
| **Cleaning:** | | | | | | | | |
| 60. Final cleaning - construction - Commercial | | | | | | | | |
| 1,056.11 SF | 0.24 | 0.00 | 253.47 | 30/NA | Avg. | 0% | (0.00) | 253.47 |
| **Totals: Chapel** | | **841.22** | **16,428.23** | | | | **11,033.72** | **5,394.51** |

**Casket Display** **Height: 8'**

670.67 SF Walls
928.29 SF Walls & Ceiling
28.63 SY Flooring
83.83 LF Ceil. Perimeter
257.63 SF Ceiling
257.63 SF Floor
83.83 LF Floor Perimeter

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| 61. Floor protection - self-adhesive plastic film | | | | | | | | |
| 257.63 SF | 0.63 | 2.71 | 165.02 | 30/NA | Avg. | NA | (0.00) | 165.02 |
| 62. Floor protection - cardboard and tape | | | | | | | | |
| 257.63 SF | 0.64 | 5.41 | 170.29 | 30/NA | Avg. | NA | (0.00) | 170.29 |
| 63. Floor protection - heavy paper and tape | | | | | | | | |
| 257.63 SF | 0.43 | 1.35 | 112.13 | 30/NA | Avg. | NA | (0.00) | 112.13 |
| **Ceiling:** | | | | | | | | |
| 64. Remove Suspended ceiling system - 2' x 4' | | | | | | | | |
| 257.63 SF | 0.57 | 0.00 | 146.85 | 30/150 yrs | Avg. | NA | (0.00) | 146.85 |
| 65. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | |
| 257.63 SF | 3.09 | 14.88 | 810.96 | 30/150 yrs | Avg. | 20% | (42.66) | 768.30 |
| 66. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | |
| 257.63 SF | 2.15 | 24.15 | 578.05 | 30/150 yrs | Avg. | 20% | (69.24) | 508.81 |



WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Casket Display

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 67. Seal/prime (1 coat) then paint (2 coats) the ceiling | | | | | | | | |
| 257.63 SF | 1.31 | 6.38 | 343.88 | 30/15 yrs | Avg. | 100% [M] | (91.40) | 252.48 |
| **Totals: Casket Display** | | **54.88** | **2,327.18** | | | | **203.30** | **2,123.88** |

Stair Closet
Embalming Closet
Embalming Room
12' 4"
12' 8"

**Embalming Room** — **Height: 8'**

| | |
|---|---|
| 342.67 SF Walls | 112.03 SF Ceiling |
| 454.69 SF Walls & Ceiling | 112.03 SF Floor |
| 12.45 SY Flooring | 42.83 LF Floor Perimeter |
| 42.83 LF Ceil. Perimeter | |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| 68. Floor protection - self-adhesive plastic film | | | | | | | | |
| 112.03 SF | 0.63 | 1.18 | 71.76 | 30/NA | Avg. | NA | (0.00) | 71.76 |
| 69. Floor protection - cardboard and tape | | | | | | | | |
| 112.03 SF | 0.64 | 2.35 | 74.05 | 30/NA | Avg. | NA | (0.00) | 74.05 |
| 70. Floor protection - heavy paper and tape | | | | | | | | |
| 112.03 SF | 0.43 | 0.59 | 48.76 | 30/NA | Avg. | NA | (0.00) | 48.76 |
| **Ceiling:** | | | | | | | | |
| 71. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | |
| 112.03 SF | 3.09 | 6.47 | 352.64 | 30/150 yrs | Avg. | 20% | (18.54) | 334.10 |
| 72. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | |
| 112.03 SF | 2.15 | 10.50 | 251.36 | 30/150 yrs | Avg. | 20% | (30.11) | 221.25 |
| 73. Seal/prime (1 coat) then paint (2 coats) the ceiling | | | | | | | | |
| 112.03 SF | 1.31 | 2.77 | 149.53 | 30/15 yrs | Avg. | 100% [M] | (39.74) | 109.79 |
| **Totals: Embalming Room** | | **23.86** | **948.10** | | | | **88.39** | **859.71** |

1900 South 18th Avenue
West Bend, WI 53095

**Embalming Closet** **Height: 8'**

192.00 SF Walls
227.66 SF Walls & Ceiling
3.96 SY Flooring
24.00 LF Ceil. Perimeter
35.66 SF Ceiling
35.66 SF Floor
24.00 LF Floor Perimeter

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| 74. Floor protection - self-adhesive plastic film | | | | | | | | |
| 35.66 SF | 0.63 | 0.37 | 22.84 | 30/NA | Avg. | NA | (0.00) | 22.84 |
| 75. Floor protection - cardboard and tape | | | | | | | | |
| 35.66 SF | 0.64 | 0.75 | 23.57 | 30/NA | Avg. | NA | (0.00) | 23.57 |
| 76. Floor protection - heavy paper and tape | | | | | | | | |
| 35.66 SF | 0.43 | 0.19 | 15.52 | 30/NA | Avg. | NA | (0.00) | 15.52 |
| **Ceiling:** | | | | | | | | |
| 77. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | |
| 35.66 SF | 3.09 | 2.06 | 112.25 | 30/150 yrs | Avg. | 20% | (5.90) | 106.35 |
| 78. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | |
| 35.66 SF | 2.15 | 3.34 | 80.01 | 30/150 yrs | Avg. | 20% | (9.59) | 70.42 |
| 79. Seal/prime (1 coat) then paint (2 coats) the ceiling | | | | | | | | |
| 35.66 SF | 1.31 | 0.88 | 47.59 | 30/15 yrs | Avg. | 100% [M] | (12.65) | 34.94 |
| **Totals: Embalming Closet** | | **7.59** | **301.78** | | | | **28.14** | **273.64** |

**Gathering Area** **Height: 8'**

514.49 SF Walls
722.54 SF Walls & Ceiling
23.12 SY Flooring
64.31 LF Ceil. Perimeter
208.05 SF Ceiling
208.05 SF Floor
64.31 LF Floor Perimeter

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| 80. Floor protection - self-adhesive plastic film | | | | | | | | |
| 208.05 SF | 0.63 | 2.18 | 133.25 | 30/NA | Avg. | NA | (0.00) | 133.25 |
| 81. Floor protection - cardboard and tape | | | | | | | | |
| 208.05 SF | 0.64 | 4.37 | 137.52 | 30/NA | Avg. | NA | (0.00) | 137.52 |
| 82. Floor protection - heavy paper and tape | | | | | | | | |
| 208.05 SF | 0.43 | 1.09 | 90.55 | 30/NA | Avg. | NA | (0.00) | 90.55 |
| **Ceiling:** | | | | | | | | |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Gathering Area**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 83. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | | |
| | 208.05 SF | 3.09 | 12.02 | 654.89 | 30/150 yrs | Avg. | 20% | (34.44) | 620.45 |
| 84. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | | |
| | 208.05 SF | 2.15 | 19.50 | 466.81 | 30/150 yrs | Avg. | 20% | (55.91) | 410.90 |
| 85. Seal/prime (1 coat) then paint (2 coats) the ceiling | | | | | | | | | |
| | 208.05 SF | 1.31 | 5.15 | 277.70 | 30/15 yrs | Avg. | 100% [M] | (73.81) | 203.89 |
| **Totals: Gathering Area** | | | **44.31** | **1,760.72** | | | | **164.16** | **1,596.56** |

**Chapel HVAC** **Height: 8'**

310.98 SF Walls
401.65 SF Walls & Ceiling
10.07 SY Flooring
51.17 LF Ceil. Perimeter
90.67 SF Ceiling
90.67 SF Floor
36.43 LF Floor Perimeter

**Missing Wall - Goes to Floor** **14' 8 7/8" X 6' 8 1/16"** **Opens into CHAPEL**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| 86. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 90.67 SF | 0.63 | 0.95 | 58.07 | 30/NA | Avg. | NA | (0.00) | 58.07 |
| 87. Floor protection - cardboard and tape | | | | | | | | | |
| | 90.67 SF | 0.64 | 1.90 | 59.93 | 30/NA | Avg. | NA | (0.00) | 59.93 |
| 88. Floor protection - heavy paper and tape | | | | | | | | | |
| | 90.67 SF | 0.43 | 0.48 | 39.47 | 30/NA | Avg. | NA | (0.00) | 39.47 |
| **Ceiling:** | | | | | | | | | |
| 89. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | | |
| | 90.67 SF | 3.09 | 5.24 | 285.41 | 30/150 yrs | Avg. | 20% | (15.01) | 270.40 |
| 90. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | | |
| | 90.67 SF | 2.15 | 8.50 | 203.44 | 30/150 yrs | Avg. | 20% | (24.37) | 179.07 |
| 91. Seal/prime (1 coat) then paint (2 coats) the ceiling | | | | | | | | | |
| | 90.67 SF | 1.31 | 2.24 | 121.02 | 30/15 yrs | Avg. | 100% [M] | (32.16) | 88.86 |
| **Totals: Chapel HVAC** | | | **19.31** | **767.34** | | | | **71.54** | **695.80** |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**Office** **Height: 8'**

| | |
|---|---|
| 258.67 SF Walls | 65.17 SF Ceiling |
| 323.83 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 32.33 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| 92. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 65.17 SF | 0.63 | 0.68 | 41.74 | 30/NA | Avg. | NA | (0.00) | 41.74 |
| 93. Floor protection - cardboard and tape | | | | | | | | | |
| | 65.17 SF | 0.64 | 1.37 | 43.08 | 30/NA | Avg. | NA | (0.00) | 43.08 |
| 94. Floor protection - heavy paper and tape | | | | | | | | | |
| | 65.17 SF | 0.43 | 0.34 | 28.36 | 30/NA | Avg. | NA | (0.00) | 28.36 |
| **Ceiling:** | | | | | | | | | |
| 95. Replace 5/8" drywall - hung, taped, with smooth wall finish | | | | | | | | | |
| | 65.17 SF | 3.09 | 3.76 | 205.14 | 30/150 yrs | Avg. | 20% | (10.79) | 194.35 |
| 96. R&R Batt insulation - 6" - R21 - paper / foil faced | | | | | | | | | |
| | 65.17 SF | 2.15 | 6.11 | 146.22 | 30/150 yrs | Avg. | 20% | (17.51) | 128.71 |
| 97. Seal/prime (1 coat) then paint (2 coats) the ceiling | | | | | | | | | |
| | 65.17 SF | 1.31 | 1.61 | 86.98 | 30/15 yrs | Avg. | 100% [M] | (23.12) | 63.86 |
| **Totals: Office** | | | **13.87** | **551.52** | | | | **51.42** | **500.10** |
| **Total: Level 1** | | | **1,005.04** | **23,084.87** | | | | **11,640.67** | **11,444.20** |

**ADA CODE**

**ADA CODE**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~98. Replace 2" x 4" x 12' #2 & better Fir / Larch (material only)~~ | | | | | | | | | |
| | ~~18.00 EA~~ | ~~6.57~~ | ~~8.87~~ | ~~127.13~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.13~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~99. Replace 2" x 4" x 10' #2 & better Fir / Larch (material only)~~ | | | | | | | | | |
| | ~~3.00 EA~~ | ~~5.45~~ | ~~1.23~~ | ~~17.58~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~17.58~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~100. Replace 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only)~~ | | | | | | | | | |
| | ~~66.00 EA~~ | ~~4.23~~ | ~~20.94~~ | ~~300.12~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~300.12~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - ADA CODE

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~101. Replace 2" x 4" x 8' #2 & better Fir / Larch (material only)~~ | | | | | | | | | |
| | ~~3.00 EA~~ | ~~4.36~~ | ~~0.98~~ | ~~14.06~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.06~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~102. R&R Sheathing - OSB - 1/2"~~ | | | | | | | | | |
| | ~~585.00 SF~~ | ~~2.60~~ | ~~28.96~~ | ~~1,549.96~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,549.96~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~103. R&R Labor to frame 2" x 4" non-bearing wall - 16" oc~~ | | | | | | | | | |
| | ~~590.00 SF~~ | ~~2.22~~ | ~~0.89~~ | ~~1,310.69~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,310.69~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Total: ADA CODE** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Hall Bath Men** **Height: 8'**

| | |
|---|---|
| 326.67 SF Walls | 104.17 SF Ceiling |
| 430.83 SF Walls & Ceiling | 104.17 SF Floor |
| 11.57 SY Flooring | 40.83 LF Floor Perimeter |
| 40.83 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~104. R&R Bathroom ventilation fan - Standard grade~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~98.69~~ | ~~2.25~~ | ~~100.94~~ | ~~0/40 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~100.94~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~105. R&R Toilet partition - oversized/handicap~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~1,171.68~~ | ~~48.38~~ | ~~1,220.06~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,220.06~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~106. R&R Toilet partition (plastic laminate or baked enamel steel)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~1,026.60~~ | ~~42.00~~ | ~~1,068.60~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,068.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~107. R&R Handicap grab bar - Stainless steel, 1 1/2" x 30"~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~106.30~~ | ~~3.67~~ | ~~109.97~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~109.97~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hall Bath Men**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~108. R&R Bathroom mirror - w/metal frame - surface mtd - Commercial~~ | | | | | | | | | |
| | ~~40.00 SF~~ | ~~33.96~~ | ~~56.70~~ | ~~1,415.10~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,415.10~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~109. R&R Toilet paper dispenser - single roll~~ | | | | | | | | | |
| | ~~3.00 EA~~ | ~~91.52~~ | ~~9.00~~ | ~~283.56~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~283.56~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~110. R&R Urinal partition (plastic laminate or baked enamel steel)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~300.68~~ | ~~12.53~~ | ~~313.21~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~313.21~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~111. R&R Toilet seat cover dispenser~~ | | | | | | | | | |
| | ~~3.00 EA~~ | ~~115.37~~ | ~~8.30~~ | ~~354.41~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~354.41~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~112. R&R Waste receptacle - semi-recessed~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~434.12~~ | ~~22.88~~ | ~~457.00~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~457.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Hall Bath Men** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Hall Bath Female** **Height: 8'**

| | |
|---|---|
| 326.67 SF Walls | 104.17 SF Ceiling |
| 430.83 SF Walls & Ceiling | 104.17 SF Floor |
| 11.57 SY Flooring | 40.83 LF Floor Perimeter |
| 40.83 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~113. R&R Bathroom ventilation fan - Standard grade~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~98.69~~ | ~~2.25~~ | ~~100.94~~ | ~~0/10 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~100.94~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~114. R&R Toilet partition - oversized/handicap~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~1,171.68~~ | ~~48.38~~ | ~~1,220.06~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,220.06~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hall Bath Female**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~115. R&R Toilet partition (plastic laminate or baked enamel steel)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~1,026.60~~ | ~~84.00~~ | ~~2,137.20~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,137.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~116. R&R Handicap grab bar - Stainless steel, 1 1/2" x 30"~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~106.30~~ | ~~3.67~~ | ~~109.97~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~109.97~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~117. R&R Bathroom mirror - w/metal frame - surface mtd - Commercial~~ | | | | | | | | | |
| | ~~40.00 SF~~ | ~~33.96~~ | ~~56.70~~ | ~~1,415.10~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,415.10~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~118. R&R Feminine napkin dispenser~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~485.51~~ | ~~26.46~~ | ~~511.97~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~511.97~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~119. R&R Feminine napkin disposal~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~128.90~~ | ~~3.69~~ | ~~132.59~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.59~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~120. R&R Toilet paper dispenser - single roll~~ | | | | | | | | | |
| | ~~3.00 EA~~ | ~~91.52~~ | ~~9.00~~ | ~~283.56~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~283.56~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~121. R&R Toilet seat cover dispenser~~ | | | | | | | | | |
| | ~~3.00 EA~~ | ~~115.37~~ | ~~8.30~~ | ~~354.41~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~354.41~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~122. R&R Waste receptacle - semi-recessed~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~434.12~~ | ~~22.88~~ | ~~457.00~~ | ~~0/20 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~457.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Hall Bath Female** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: ADA CODE** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: Location 5 (PULVER_MACZ_FUNERAL)** | | | **1,005.04** | **23,534.87** | | | | **11,640.67** | **11,894.20** |
| **Total: PULVER_MACZ_FUNERAL** | | | **1,005.04** | **23,534.87** | | | | **11,640.67** | **11,894.20** |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**PULVER_MACZ_FUNERA-2**

**Location 5 (PULVER_MACZ_FUNERA-2)**

**Level 1**

**Chapel** — **Height: 8'**

| | | | |
|---|---|---|---|
| 1104.32 | SF Walls | 1056.11 | SF Ceiling |
| 2160.43 | SF Walls & Ceiling | 1056.11 | SF Floor |
| 117.35 | SY Flooring | 135.59 | LF Floor Perimeter |
| 150.33 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor** — **14' 8 7/8" X 6' 8 1/16"** — **Opens into CHAPEL_HVAC**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Electrical:** | | | | | | | | | |
| ~~123. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~1,056.11 SF~~ | ~~17.29~~ | ~~199.61~~ | ~~18,459.75~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~18,459.75~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Totals: Chapel** | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Hallway overflow** — **Height: 8'**

| | | | |
|---|---|---|---|
| 670.48 | SF Walls | 254.70 | SF Ceiling |
| 925.19 | SF Walls & Ceiling | 254.70 | SF Floor |
| 28.30 | SY Flooring | 82.48 | LF Floor Perimeter |
| 90.48 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor** — **8' X 6' 8"** — **Opens into PARLOR**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~124. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~254.70 SF~~ | ~~17.29~~ | ~~48.14~~ | ~~4,451.90~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~4,451.90~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway overflow**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Hallway overflow** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Hall Bath Men** **Height: 8'**

| | |
|---|---|
| 144.00 SF Walls | 20.00 SF Ceiling |
| 164.00 SF Walls & Ceiling | 20.00 SF Floor |
| 2.22 SY Flooring | 18.00 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~125. R&R Commercial electrical (SF of bldg) - Average load~~ | ~~20.00 SF~~ | ~~17.29~~ | ~~3.78~~ | ~~349.58~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~349.58~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Hall Bath Men** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Hall Bath Female** **Height: 8'**

| | |
|---|---|
| 160.00 SF Walls | 24.00 SF Ceiling |
| 184.00 SF Walls & Ceiling | 24.00 SF Floor |
| 2.67 SY Flooring | 20.00 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hall Bath Female**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~126. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~24.00 SF~~ | ~~17.29~~ | ~~4.54~~ | ~~419.50~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~419.50~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Hall Bath Female** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

**Organ** **Height: 8'**

| | |
|---|---|
| 145.78 SF Walls | 29.33 SF Ceiling |
| 175.11 SF Walls & Ceiling | 29.33 SF Floor |
| 3.26 SY Flooring | 17.33 LF Floor Perimeter |
| 22.67 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **5' 4" X 6' 8"** **Opens into PARLOR**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~127. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~17.29~~ | ~~5.54~~ | ~~512.66~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~512.66~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Organ** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|



1900 South 18th Avenue
West Bend, WI 53095

**Parlor** — **Height: 8'**

| | |
|---|---|
| 305.78 SF Walls | 214.21 SF Ceiling |
| 519.99 SF Walls & Ceiling | 214.21 SF Floor |
| 23.80 SY Flooring | 36.00 LF Floor Perimeter |
| 49.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **9' 6" X 8'** | **Opens into FAMILY_PARLO** |
| **Missing Wall - Goes to Floor** | **5' 4" X 6' 8"** | **Opens into ORGAN** |
| **Missing Wall - Goes to Floor** | **8' X 6' 8"** | **Opens into HALLWAY_OVER** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~128. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~214.21 SF~~ | ~~17.29~~ | ~~40.49~~ | ~~3,744.18~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,744.18~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Parlor** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Family Parlor** — **Height: 8'**

| | |
|---|---|
| 398.67 SF Walls | 211.09 SF Ceiling |
| 609.76 SF Walls & Ceiling | 211.09 SF Floor |
| 23.45 SY Flooring | 49.83 LF Floor Perimeter |
| 49.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **9' 6" X 8'** | **Opens into PARLOR** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~129. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~17.29~~ | ~~39.90~~ | ~~3,689.65~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,689.65~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Family Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Family Parlor** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
|---|---|---|---|---|---|---|---|---|

**Casket Display** — **Height: 8'**

| | |
|---|---|
| 670.67 SF Walls | 257.63 SF Ceiling |
| 928.29 SF Walls & Ceiling | 257.63 SF Floor |
| 28.63 SY Flooring | 83.83 LF Floor Perimeter |
| 83.83 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~130 R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~257.63 SF~~ | ~~17.29~~ | ~~48.69~~ | ~~4,503.12~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~4,503.12~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Casket Display** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
|---|---|---|---|---|---|---|---|---|

**Embalming Room** — **Height: 8'**

| | |
|---|---|
| 342.67 SF Walls | 112.03 SF Ceiling |
| 454.69 SF Walls & Ceiling | 112.03 SF Floor |
| 12.45 SY Flooring | 42.83 LF Floor Perimeter |
| 42.83 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Embalming Room

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~131. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~112.03 SF~~ | ~~17.29~~ | ~~21.47~~ | ~~1,958.17~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,958.17~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Embalming Room** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Embalming Closet** — **Height: 8'**

| | |
|---|---|
| 192.00 SF Walls | 35.66 SF Ceiling |
| 227.66 SF Walls & Ceiling | 35.66 SF Floor |
| 3.96 SY Flooring | 24.00 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~132. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~35.66 SF~~ | ~~17.29~~ | ~~6.74~~ | ~~623.30~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~623.30~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Embalming Closet** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |



1900 South 18th Avenue
West Bend, WI 53095

**Stairway** **Height: 8'**

| | |
|---|---|
| 172.00 SF Walls | 24.01 SF Ceiling |
| 196.01 SF Walls & Ceiling | 24.01 SF Floor |
| 2.67 SY Flooring | 21.50 LF Floor Perimeter |
| 21.50 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~133. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~17.29~~ | ~~4.54~~ | ~~419.67~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~419.67~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Stairway** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Hallway Kitchen** **Height: 8'**

| | |
|---|---|
| 201.94 SF Walls | 35.14 SF Ceiling |
| 237.09 SF Walls & Ceiling | 35.14 SF Floor |
| 3.90 SY Flooring | 25.24 LF Floor Perimeter |
| 25.24 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~134. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~17.29~~ | ~~6.64~~ | ~~614.21~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~614.21~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Hallway Kitchen** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |



1900 South 18th Avenue
West Bend, WI 53095

**Dressing Bathroom** **Height: 8'**

| | |
|---|---|
| 297.33 SF Walls | 70.00 SF Ceiling |
| 367.33 SF Walls & Ceiling | 70.00 SF Floor |
| 7.78 SY Flooring | 37.17 LF Floor Perimeter |
| 37.17 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~135. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~70.00 SF~~ | ~~17.29~~ | ~~13.23~~ | ~~1,223.53~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,223.53~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | |
|---|---|---|---|
| **Totals: Dressing Bathroom** | **0.00** | **0.00** | **0.00** | **0.00** |

**Dressing Room** **Height: 8'**

| | |
|---|---|
| 393.33 SF Walls | 150.00 SF Ceiling |
| 543.33 SF Walls & Ceiling | 150.00 SF Floor |
| 16.67 SY Flooring | 49.17 LF Floor Perimeter |
| 49.17 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~136. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~150.00 SF~~ | ~~17.29~~ | ~~28.35~~ | ~~2,621.85~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,621.65~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|
| **Totals: Dressing Room** | **0.00** | **0.00** | **0.00** | **0.00** |



1900 South 18th Avenue
West Bend, WI 53095

**Gathering Area** — **Height: 8'**

| | |
|---|---|
| 514.49 SF Walls | 208.05 SF Ceiling |
| 722.54 SF Walls & Ceiling | 208.05 SF Floor |
| 23.12 SY Flooring | 64.31 LF Floor Perimeter |
| 64.31 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~137. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~17.29~~ | ~~39.32~~ | ~~3,636.51~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,636.51~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Gathering Area** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Paneling Room** — **Height: 8'**

| | |
|---|---|
| 441.33 SF Walls | 189.71 SF Ceiling |
| 631.04 SF Walls & Ceiling | 189.71 SF Floor |
| 21.08 SY Flooring | 55.17 LF Floor Perimeter |
| 55.17 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~138. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~189.71 SF~~ | ~~17.29~~ | ~~35.86~~ | ~~3,315.95~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,315.95~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Paneling Room** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |



1900 South 18th Avenue
West Bend, WI 53095

**Kitchen** **Height: 8'**

| | |
|---|---|
| 518.67 SF Walls | 225.65 SF Ceiling |
| 744.32 SF Walls & Ceiling | 225.65 SF Floor |
| 25.07 SY Flooring | 64.83 LF Floor Perimeter |
| 64.83 LF Ceil. Perimeter | |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| **Ceiling:** | | | | | | | | |
| **Walls:** | | | | | | | | |
| **Floor:** | | | | | | | | |
| **Electrical:** | | | | | | | | |
| ~~139. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | |
| ~~225.65 SF~~ | ~~17.29~~ | ~~42.65~~ | ~~3,944.14~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,944.14~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Kitchen** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
|---|---|---|---|---|---|---|---|---|

**Outer Furnace Room** **Height: 8'**

| | |
|---|---|
| 398.67 SF Walls | 154.82 SF Ceiling |
| 553.49 SF Walls & Ceiling | 154.82 SF Floor |
| 17.20 SY Flooring | 49.83 LF Floor Perimeter |
| 49.83 LF Ceil. Perimeter | |

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | |
| **Ceiling:** | | | | | | | | |
| **Walls:** | | | | | | | | |
| **Floor:** | | | | | | | | |
| **Electrical:** | | | | | | | | |
| ~~140. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | |
| ~~154.82 SF~~ | ~~17.29~~ | ~~29.26~~ | ~~2,706.10~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,706.10~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Outer Furnace Room** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
|---|---|---|---|---|---|---|---|---|



1900 South 18th Avenue
West Bend, WI 53095

**Jar Room** — **Height: 8'**

| | |
|---|---|
| 309.33 SF Walls | 81.77 SF Ceiling |
| 391.10 SF Walls & Ceiling | 81.77 SF Floor |
| 9.09 SY Flooring | 38.67 LF Floor Perimeter |
| 38.67 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~141. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~81.77 SF~~ | ~~17.29~~ | ~~15.45~~ | ~~1,429.25~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,429.25~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | TAX | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Totals: Jar Room** | | 0.00 | 0.00 | | 0.00 | 0.00 |

**Chapel HVAC** — **Height: 8'**

| | |
|---|---|
| 310.98 SF Walls | 90.67 SF Ceiling |
| 401.65 SF Walls & Ceiling | 90.67 SF Floor |
| 10.07 SY Flooring | 36.43 LF Floor Perimeter |
| 51.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **14' 8 7/8" X 6' 8 1/16"** **Opens into CHAPEL**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~142. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~90.67 SF~~ | ~~17.29~~ | ~~17.14~~ | ~~1,584.82~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,584.82~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | TAX | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Totals: Chapel HVAC** | | 0.00 | 0.00 | | 0.00 | 0.00 |



1900 South 18th Avenue
West Bend, WI 53095

**Garage** **Height: 8'**

550.67 SF Walls
829.78 SF Walls & Ceiling
31.01 SY Flooring
68.83 LF Ceil. Perimeter

279.11 SF Ceiling
279.11 SF Floor
68.83 LF Floor Perimeter

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~143. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~279.11 SF~~ | ~~17.29~~ | ~~52.75~~ | ~~4,878.56~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~4,878.56~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Garage** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

**Entry/Foyer** **Height: 8'**

258.67 SF Walls
323.83 SF Walls & Ceiling
7.24 SY Flooring
32.33 LF Ceil. Perimeter

65.17 SF Ceiling
65.17 SF Floor
32.33 LF Floor Perimeter

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~144. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~65.17 SF~~ | ~~17.29~~ | ~~12.32~~ | ~~1,139.11~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,139.11~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Entry/Foyer** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|



1900 South 18th Avenue
West Bend, WI 53095

**Office** **Height: 8'**

| | |
|---|---|
| 258.67 SF Walls | 65.17 SF Ceiling |
| 323.83 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 32.33 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~145. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~65.17 SF~~ | ~~17.29~~ | ~~12.32~~ | ~~1,139.11~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,139.11~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | | |
|---|---|---|---|---|
| **Totals: Office** | **0.00** | **0.00** | **0.00** | **0.00** |
| **Total: Level 1** | **0.00** | **0.00** | **0.00** | **0.00** |

**Second Level**

**Room 1 upper floor** **Height: 8'**

| | |
|---|---|
| 452.00 SF Walls | 185.79 SF Ceiling |
| 637.79 SF Walls & Ceiling | 185.79 SF Floor |
| 20.64 SY Flooring | 56.50 LF Floor Perimeter |
| 56.50 LF Ceil. Perimeter | |

**Subroom: Closet (1)** **Height: 8'**

| | |
|---|---|
| 102.67 SF Walls | 10.21 SF Ceiling |
| 112.88 SF Walls & Ceiling | 10.21 SF Floor |
| 1.13 SY Flooring | 12.83 LF Floor Perimeter |
| 12.83 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Room 1 upper floor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~146. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~196.00 SF~~ | ~~17.29~~ | ~~37.04~~ | ~~3,425.88~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,425.88~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Room 1 upper floor** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|

**Upper Stairwell** **Height: 8'**

| | |
|---|---|
| 337.86 SF Walls | 105.51 SF Ceiling |
| 443.37 SF Walls & Ceiling | 105.51 SF Floor |
| 11.72 SY Flooring | 42.23 LF Floor Perimeter |
| 42.23 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~147. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~105.51 SF~~ | ~~17.29~~ | ~~19.94~~ | ~~1,844.21~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,844.21~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Upper Stairwell** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|



1900 South 18th Avenue
West Bend, WI 53095

**Blue Room** — **Height: 8'**

| | |
|---|---|
| 541.86 SF Walls | 206.93 SF Ceiling |
| 748.79 SF Walls & Ceiling | 206.93 SF Floor |
| 22.99 SY Flooring | 67.73 LF Floor Perimeter |
| 67.73 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~148. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~206.93 SF~~ | ~~17.29~~ | ~~39.14~~ | ~~3,616.93~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~3,616.93~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Blue Room** | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Room 2 2nd Floor** — **Height: 8'**

| | |
|---|---|
| 529.33 SF Walls | 271.96 SF Ceiling |
| 801.29 SF Walls & Ceiling | 271.96 SF Floor |
| 30.22 SY Flooring | 66.17 LF Floor Perimeter |
| 66.17 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~149. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~271.96 SF~~ | ~~17.29~~ | ~~51.40~~ | ~~4,753.58~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~4,753.58~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| **Totals: Room 2 2nd Floor** | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |



1900 South 18th Avenue
West Bend, WI 53095

**Hallway Upper** — **Height: 8'**

| | |
|---|---|
| 173.64 SF Walls | 26.93 SF Ceiling |
| 200.57 SF Walls & Ceiling | 26.93 SF Floor |
| 2.99 SY Flooring | 21.70 LF Floor Perimeter |
| 21.70 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~150. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~26.93 SF~~ | ~~17.29~~ | ~~5.09~~ | ~~470.71~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~470.71~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Hallway Upper** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Hallway Upper Kitchen** — **Height: 8'**

| | |
|---|---|
| 142.67 SF Walls | 19.67 SF Ceiling |
| 162.33 SF Walls & Ceiling | 19.67 SF Floor |
| 2.19 SY Flooring | 17.83 LF Floor Perimeter |
| 17.83 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~151. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~19.67 SF~~ | ~~17.29~~ | ~~3.72~~ | ~~343.81~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~343.81~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Hallway Upper Kitchen** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |



1900 South 18th Avenue
West Bend, WI 53095

**Room4** **Height: 8'**

| | |
|---|---|
| 337.16 SF Walls | 114.05 SF Ceiling |
| 451.21 SF Walls & Ceiling | 114.05 SF Floor |
| 12.67 SY Flooring | 42.14 LF Floor Perimeter |
| 42.14 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~152. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~114.05 SF~~ | ~~17.29~~ | ~~21.56~~ | ~~1,993.49~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,993.49~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Room4** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Room5** **Height: 8'**

| | |
|---|---|
| 428.53 SF Walls | 171.26 SF Ceiling |
| 599.79 SF Walls & Ceiling | 171.26 SF Floor |
| 19.03 SY Flooring | 53.57 LF Floor Perimeter |
| 53.57 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~153. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~171.26 SF~~ | ~~17.29~~ | ~~32.37~~ | ~~2,993.45~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,993.45~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | TAX | RCV | | | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Room5** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |



1900 South 18th Avenue
West Bend, WI 53095

**Kitchen Upper** — **Height: 8'**

| | |
|---|---|
| 364.00 SF Walls | 126.75 SF Ceiling |
| 490.75 SF Walls & Ceiling | 126.75 SF Floor |
| 14.08 SY Flooring | 45.50 LF Floor Perimeter |
| 45.50 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~154. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~126.75 SF~~ | ~~17.29~~ | ~~23.96~~ | ~~2,215.47~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,215.47~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | | | |
|---|---|---|---|---|---|
| **Totals: Kitchen Upper** | **0.00** | **0.00** | | **0.00** | **0.00** |

**Upper Bathroom** — **Height: 8'**

| | |
|---|---|
| 266.67 SF Walls | 47.67 SF Ceiling |
| 314.33 SF Walls & Ceiling | 47.67 SF Floor |
| 5.30 SY Flooring | 33.33 LF Floor Perimeter |
| 33.33 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Masking:** | | | | | | | | | |
| **Ceiling:** | | | | | | | | | |
| **Walls:** | | | | | | | | | |
| **Floor:** | | | | | | | | | |
| **Electrical:** | | | | | | | | | |
| ~~155. R&R Commercial electrical (SF of bldg) - Average load~~ | | | | | | | | | |
| | ~~47.67 SF~~ | ~~17.29~~ | ~~9.01~~ | ~~833.22~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~833.22~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning:**

| | | | | | |
|---|---|---|---|---|---|
| **Totals: Upper Bathroom** | **0.00** | **0.00** | | **0.00** | **0.00** |
| **Total: Second Level** | **0.00** | **0.00** | | **0.00** | **0.00** |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**Electrical**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| ~~156. Meter base and main disconnect - Detach & reset~~ | | | | | | | | |
| ~~1.00 EA~~ | ~~319.90~~ | ~~0.00~~ | ~~319.90~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~319.90~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | |
| ~~157. R&R Switchboard (main disconnect) - 600 amp, up to 600 volt~~ | | | | | | | | |
| ~~1.00 EA~~ | ~~4,859.38~~ | ~~194.40~~ | ~~5,053.78~~ | ~~0/30 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~5,053.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | |
| ~~158. R&R Main circuit breaker - 3 pole, 400 amp~~ | | | | | | | | |
| ~~2.00 EA~~ | ~~4,511.64~~ | ~~584.34~~ | ~~9,607.62~~ | ~~0/30 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~9,607.62~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | |
| ~~159. R&R Safety switch (disconnect) - 200 amp 600v 3P type 1~~ | | | | | | | | |
| ~~1.00 EA~~ | ~~2,040.03~~ | ~~90.32~~ | ~~2,130.35~~ | ~~0/25 yrs~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,130.35~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | |
| **Totals: Electrical** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: Location 5 (PULVER_MACZ_FUNERA-2)** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: PULVER_MACZ_FUNERA-2** | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**PULVER_MACZ_FUN-ABAT**

**Abatement (PULVER_MACZ_FUN-ABAT)**

**Main Level**

**Chapel** **Height: 8'**

| | |
|---|---|
| 1104.32 SF Walls | 1056.11 SF Ceiling |
| 2160.43 SF Walls & Ceiling | 1056.11 SF Floor |
| 117.35 SY Flooring | 135.59 LF Floor Perimeter |
| 150.33 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **14' 8 7/8" X 6' 8 1/16"** **Opens into CHAPEL_HVAC2**

| QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | |
| ~~160. Temporary safety shower~~ | | | | | | | | |
| ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Chapel**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 161. Add for personal protective equipment - Heavy duty | 10.00 EA | 38.87 | 29.15 | 417.85 | 0/NA | Avg. | 0% | (0.00) | 417.85 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 162. Personal protective gloves - Heavy duty (per pair) | 10.00 EA | 5.83 | 4.37 | 62.67 | 0/NA | Avg. | 0% | (0.00) | 62.67 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 163. Boots - waterproof latex - Disposable (per pair) | 10.00 EA | 12.33 | 9.25 | 132.55 | 0/NA | Avg. | 0% | (0.00) | 132.55 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 164. Powered Air-Purifying Respirator (PAPR) - (per day) | 6.00 DA | 73.25 | 0.00 | 439.50 | 0/NA | Avg. | 0% | (0.00) | 439.50 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 165. PAPR cartridge - HEPA only (single cartridge) | 6.00 EA | 27.41 | 12.33 | 176.79 | 0/NA | Avg. | 0% | (0.00) | 176.79 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| 166. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. | 2.00 DA | 112.68 | 0.00 | 225.36 | 0/NA | Avg. | 0% | (0.00) | 225.36 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 167. Add for HEPA filter (for negative air exhaust fan) | 2.00 EA | 215.27 | 30.00 | 460.54 | 0/NA | Avg. | 0% | (0.00) | 460.54 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 168. Ducting - flexible - 6" round | 10.00 LF | 2.08 | 1.56 | 22.36 | 0/NA | Avg. | 0% | (0.00) | 22.36 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 169. Replace Scaffold - per section (per day) | 2.00 DA | 26.65 | 0.00 | 53.30 | 0/NA | Avg. | 0% | (0.00) | 53.30 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 170. Add for HEPA filter (for canister/backpack vacuums) | 1.00 EA | 80.48 | 4.89 | 85.37 | 0/NA | Avg. | 0% | (0.00) | 85.37 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 171. Add for HEPA filter (for upright vacuums) | 1.00 EA | 41.31 | 1.95 | 43.26 | 0/NA | Avg. | 0% | (0.00) | 43.26 |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Chapel

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~172. Equipment decontamination charge - HVY - per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~173. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~174. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~2,160.43 SF~~ | ~~1.09~~ | ~~27.55~~ | ~~2,382.42~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,382.42~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~175. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~176. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~177. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~178. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~1,056.11 SF~~ | ~~0.63~~ | ~~11.09~~ | ~~676.44~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~676.44~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~179. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~1,056.11 SF~~ | ~~0.64~~ | ~~22.18~~ | ~~698.09~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~698.09~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~180. Floor protection - heavy paper and tape~~ | | | | | | | | | |
| | ~~1,056.11 SF~~ | ~~0.43~~ | ~~5.54~~ | ~~459.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~459.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Ceiling:** | | | | | | | | | |
| ~~181. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~1,056.11 SF~~ | ~~4.07~~ | ~~0.79~~ | ~~4,299.16~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~4,299.16~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Chapel**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~182. Tear off asbestos drywall (no haul off)~~ | ~~1,056.11 SF~~ | ~~1.74~~ | ~~34.06~~ | ~~1,871.69~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,871.69~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~183. Apply asbestos fiber encapsulating compound~~ | ~~1,056.11 SF~~ | ~~1.11~~ | ~~39.60~~ | ~~1,211.88~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,211.88~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Walls:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~184. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | ~~1,104.32 SF~~ | ~~4.07~~ | ~~0.83~~ | ~~4,495.41~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~4,495.41~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~185. Tear off asbestos drywall (no haul off)~~ | ~~1,104.32 SF~~ | ~~1.74~~ | ~~35.61~~ | ~~1,957.13~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,957.13~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~186. Apply asbestos fiber encapsulating compound~~ | ~~1,104.32 SF~~ | ~~1.11~~ | ~~41.41~~ | ~~1,267.21~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,267.21~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Floor:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~187. Tear out baseboard and bag for disposal~~ | ~~135.59 LF~~ | ~~1.19~~ | ~~2.44~~ | ~~163.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~163.79~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Ceiling:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~188. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | ~~1,056.11 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~2,386.81~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,386.81~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Walls:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~189. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | ~~1,104.32 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~1,755.87~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,755.87~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Floor:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~190. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | ~~1,056.11 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~2,386.81~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~2,386.81~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Chapel

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Disposal:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~191. Plastic dumpster liner - 30 yard~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~192. Plastic bag - used for disposal of contaminated items~~ | | | | | | | | | |
| | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~193. Hazardous waste hauling & disposal - (Bid Item)~~ | | | | | | | | | |
| | ~~2,160.43 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~1,555.51~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,555.51~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Labor:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~194. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour~~ | | | | | | | | | |
| | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~195. Hazardous Waste/Mold Cleaning Technician - per hour~~ | | | | | | | | | |
| | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Testing:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~196. Asbestos test fee - post abatement air clearance - base fee~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~197. Asbestos test fee - post abatement air clearance - per sample~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| **Totals: Chapel** | | TAX | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| | | **0.00** | **0.00** | | **0.00** | **0.00** |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**Hallway overflow** **Height: 8'**

| | |
|---|---|
| 670.48 SF Walls | 254.70 SF Ceiling |
| 925.19 SF Walls & Ceiling | 254.70 SF Floor |
| 28.30 SY Flooring | 82.48 LF Floor Perimeter |
| 90.48 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **8' X 6' 8"** **Opens into PARLOR**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~198. Temporary safety shower~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~199. Add for personal protective equipment - Heavy duty~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~200. Personal protective gloves - Heavy duty (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~201. Boots - waterproof latex - Disposable (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~202. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | | | | | | | | | |
| | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~203. PAPR cartridge - HEPA only (single cartridge)~~ | | | | | | | | | |
| | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~204. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~205. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~206. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway overflow**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~207. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~208. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~209. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~210. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~211. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~212. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~925.19 SF~~ | ~~1.09~~ | ~~11.60~~ | ~~1,020.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,020.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~213. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~214. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~215. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~216. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~254.70 SF~~ | ~~0.63~~ | ~~2.67~~ | ~~163.13~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~163.13~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~217. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~254.70 SF~~ | ~~0.64~~ | ~~5.35~~ | ~~168.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~168.36~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway overflow**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~218. Floor protection - heavy paper and tape~~ | ~~254.70 SF~~ | ~~0.43~~ | ~~1.34~~ | ~~110.86~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~110.86~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Ceiling:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~219. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | ~~254.70 SF~~ | ~~4.07~~ | ~~0.19~~ | ~~1,036.82~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,036.82~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~220. Tear off asbestos drywall (no haul off)~~ | ~~254.70 SF~~ | ~~1.74~~ | ~~8.21~~ | ~~451.39~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~451.39~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~221. Apply asbestos fiber encapsulating compound~~ | ~~254.70 SF~~ | ~~1.11~~ | ~~9.55~~ | ~~292.27~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~292.27~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Walls:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~222. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | ~~670.48 SF~~ | ~~4.07~~ | ~~0.50~~ | ~~2,729.35~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~2,729.35~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~223. Tear off asbestos drywall (no haul off)~~ | ~~670.48 SF~~ | ~~1.74~~ | ~~21.62~~ | ~~1,188.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,188.26~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~224. Apply asbestos fiber encapsulating compound~~ | ~~670.48 SF~~ | ~~1.11~~ | ~~25.14~~ | ~~769.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~769.37~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Floor:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~225. Tear out baseboard and bag for disposal~~ | ~~82.48 LF~~ | ~~1.19~~ | ~~1.49~~ | ~~99.64~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~99.64~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Ceiling:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~226. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | ~~254.70 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~575.62~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~575.62~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway overflow**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Walls:** | | | | | | | | | |
| ~~227. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | | | | | | | | | |
| | ~~670.48 SF~~ | ~~1.59~~ | ~~0.06~~ | ~~1,066.06~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~1,066.06~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| ~~228. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | | | | | | | | | |
| | ~~254.70 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~575.62~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~575.62~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~229. Plastic dumpster liner - 30 yard~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~230. Plastic bag - used for disposal of contaminated items~~ | | | | | | | | | |
| | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~231. Hazardous waste hauling & disposal - (Bid Item)~~ | | | | | | | | | |
| | ~~925.19 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~666.14~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~666.14~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~232. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour~~ | | | | | | | | | |
| | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~233. Hazardous Waste/Mold Cleaning Technician - per hour~~ | | | | | | | | | |
| | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~234. Asbestos test fee - post abatement air clearance - base fee~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~235. Asbestos test fee - post abatement air clearance - per sample~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway overflow**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Hallway overflow** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Organ** **Height: 8'**

| | |
|---|---|
| 145.78 SF Walls | 29.33 SF Ceiling |
| 175.11 SF Walls & Ceiling | 29.33 SF Floor |
| 3.26 SY Flooring | 17.33 LF Floor Perimeter |
| 22.67 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **5' 4" X 6' 8"** **Opens into PARLOR**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~236. Temporary safety shower~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~237. Add for personal protective equipment - Heavy duty~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~238. Personal protective gloves - Heavy duty (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~239. Boots - waterproof latex - Disposable (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~240. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | | | | | | | | | |
| | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~241. PAPR cartridge - HEPA only (single cartridge)~~ | | | | | | | | | |
| | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Organ

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~242. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~243. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~244. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~245. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~246. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~247. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~248. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~249. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~250. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~175.11 SF~~ | ~~1.09~~ | ~~2.23~~ | ~~193.10~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~193.10~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~251. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~252. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Organ**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~253. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~254. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~0.63~~ | ~~0.31~~ | ~~18.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~18.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~255. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~0.64~~ | ~~0.62~~ | ~~19.39~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~19.39~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~256. Floor protection - heavy paper and tape~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~0.43~~ | ~~0.15~~ | ~~12.76~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~12.76~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Ceiling:** | | | | | | | | | |
| ~~257. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~4.07~~ | ~~0.02~~ | ~~119.39~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~119.39~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~258. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~1.74~~ | ~~0.95~~ | ~~51.98~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~51.98~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~259. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~1.11~~ | ~~1.10~~ | ~~33.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~33.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |
| ~~260. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~145.78 SF~~ | ~~4.07~~ | ~~0.44~~ | ~~593.43~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~593.43~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~261. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~145.78 SF~~ | ~~1.74~~ | ~~4.70~~ | ~~258.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~258.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~262. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~145.78 SF~~ | ~~1.11~~ | ~~5.47~~ | ~~167.29~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~167.29~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Organ

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Floor:** | | | | | | | | | |
| ~~263. Tear out baseboard and bag for disposal~~ | | | | | | | | | |
| | ~~17.33 LF~~ | ~~1.19~~ | ~~0.31~~ | ~~20.93~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~20.93~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| ~~264. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~66.29~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~66.29~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Walls:** | | | | | | | | | |
| ~~265. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | | | | | | | | | |
| | ~~145.78 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~231.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~231.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| ~~266. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | | | | | | | | | |
| | ~~29.33 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~66.29~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~66.29~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~267. Plastic dumpster liner - 30 yard~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~268. Plastic bag - used for disposal of contaminated items~~ | | | | | | | | | |
| | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~269. Hazardous waste hauling & disposal - (Bid Item)~~ | | | | | | | | | |
| | ~~175.11 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~126.08~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~126.08~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~270. Hazardous Waste/Mold Cleaning- Supervisory/Admin- per hour~~ | | | | | | | | | |
| | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~271. Hazardous Waste/Mold Cleaning Technician - per hour~~ | | | | | | | | | |
| | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Organ**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~272. Asbestos test fee - post abatement air clearance - base fee~~ | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~273. Asbestos test fee - post abatement air clearance - per sample~~ | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Organ** | | | 0.00 | 0.00 | | | | 0.00 | 0.00 |

**Parlor** — **Height: 8'**

| | |
|---|---|
| 305.78 SF Walls | 214.21 SF Ceiling |
| 519.99 SF Walls & Ceiling | 214.21 SF Floor |
| 23.80 SY Flooring | 36.00 LF Floor Perimeter |
| 49.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **9' 6" X 8'** | **Opens into FAMILY_PARLO** |
| **Missing Wall - Goes to Floor** | **5' 4" X 6' 8"** | **Opens into ORGAN** |
| **Missing Wall - Goes to Floor** | **8' X 6' 8"** | **Opens into HALLWAY_OVER** |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~274. Temporary safety shower~~ | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~275. Add for personal protective equipment - Heavy duty~~ | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~276. Personal protective gloves - Heavy duty (per pair)~~ | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~277. Boots - waterproof latex - Disposable (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~278. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | | | | | | | | | |
| | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~279. PAPR cartridge - HEPA only (single cartridge)~~ | | | | | | | | | |
| | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~280. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~281. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~282. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~283. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~284. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~285. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~286. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~287. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Containment:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~288. Containment Barrier/Airlock/Decon. Chamber~~ | ~~519.99 SF~~ | ~~1.09~~ | ~~6.63~~ | ~~573.42~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~573.42~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~289. Containment Barrier - air filter~~ | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~290. Containment Barrier - tension post (per day)~~ | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~291. Peel & seal zipper~~ | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~292. Floor protection - self-adhesive plastic film~~ | ~~214.21 SF~~ | ~~0.63~~ | ~~2.25~~ | ~~137.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~137.20~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~293. Floor protection - cardboard and tape~~ | ~~214.21 SF~~ | ~~0.64~~ | ~~4.50~~ | ~~141.59~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~141.59~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~294. Floor protection - heavy paper and tape~~ | ~~214.21 SF~~ | ~~0.43~~ | ~~1.12~~ | ~~93.23~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~93.23~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Ceiling:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~295. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | ~~214.21 SF~~ | ~~4.07~~ | ~~0.16~~ | ~~871.99~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~871.99~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~296. Tear off asbestos drywall (no haul off)~~ | ~~214.21 SF~~ | ~~1.74~~ | ~~6.91~~ | ~~379.64~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~379.64~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~297. Apply asbestos fiber encapsulating compound~~ | ~~214.21 SF~~ | ~~1.11~~ | ~~5.93~~ | ~~245.80~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~245.80~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Walls:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~298. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~305.78 SF~~ | ~~4.07~~ | ~~0.23~~ | ~~1,244.75~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,244.75~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~299. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~305.78 SF~~ | ~~1.74~~ | ~~9.86~~ | ~~541.92~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~541.92~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~300. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~305.78 SF~~ | ~~1.11~~ | ~~11.47~~ | ~~350.89~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~350.89~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Floor:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~301. Tear out baseboard and bag for disposal~~ | | | | | | | | | |
| | ~~36.00 LF~~ | ~~1.19~~ | ~~0.65~~ | ~~43.49~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~43.49~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Ceiling:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~302. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | | | | | | | | | |
| | ~~214.21 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~484.11~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~484.11~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Walls:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~303. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | | | | | | | | | |
| | ~~305.78 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~486.19~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~486.19~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Cleaning Floor:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~304. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | | | | | | | | | |
| | ~~214.21 SF~~ | ~~2.26~~ | ~~0.30~~ | ~~484.41~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~484.41~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Disposal:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~305. Plastic dumpster liner - 30 yard~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~306. Plastic bag - used for disposal of contaminated items~~ | | | | | | | | | |
| | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~307. Hazardous waste hauling & disposal - (Bid item)~~ | | | | | | | | | |
| | ~~519.99 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~374.39~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~374.39~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~308. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour~~ | | | | | | | | | |
| | ~~6.00 HR~~ | ~~22.64~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~309. Hazardous Waste/Mold Cleaning Technician - per hour~~ | | | | | | | | | |
| | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~310. Asbestos test fee - post abatement air clearance - base fee~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~311. Asbestos test fee - post abatement air clearance - per sample~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Parlor** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Family Parlor** **Height: 8'**

| | |
|---|---|
| 398.67 SF Walls | 211.09 SF Ceiling |
| 609.76 SF Walls & Ceiling | 211.09 SF Floor |
| 23.45 SY Flooring | 49.83 LF Floor Perimeter |
| 49.83 LF Ceil. Perimeter | |

**Missing Wall** **9' 6" X 8'** **Opens into PARLOR**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Family Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~312. Temporary safety shower~~ | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~313. Add for personal protective equipment - Heavy duty~~ | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~314. Personal protective gloves - Heavy duty (per pair)~~ | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~315. Boots - waterproof latex - Disposable (per pair)~~ | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~316. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~317. PAPR cartridge - HEPA only (single cartridge)~~ | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~318. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~319. Add for HEPA filter (for negative air exhaust fan)~~ | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~320. Ducting - flexible - 6" round~~ | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~321. Replace Scaffold - per section (per day)~~ | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~322. Add for HEPA filter (for canister/backpack vacuums)~~ | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Family Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~323. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~324. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~325. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~326. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~699.76 SF~~ | ~~1.04~~ | ~~7.77~~ | ~~672.41~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~672.41~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~327. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~328. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~329. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~330. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~0.63~~ | ~~2.22~~ | ~~135.21~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~135.21~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~331. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~0.64~~ | ~~4.43~~ | ~~139.53~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~139.53~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~332. Floor protection - heavy paper and tape~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~0.43~~ | ~~1.11~~ | ~~91.88~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~91.88~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Family Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Abatement Ceiling:** | | | | | | | | | |
| ~~333. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~4.07~~ | ~~0.16~~ | ~~859.30~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~859.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~334. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~1.74~~ | ~~6.81~~ | ~~374.11~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~374.11~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~335. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~1.11~~ | ~~7.92~~ | ~~242.23~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~242.23~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |
| ~~336. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~398.67 SF~~ | ~~4.07~~ | ~~0.30~~ | ~~1,622.89~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,622.89~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~337. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~398.67 SF~~ | ~~1.74~~ | ~~12.86~~ | ~~706.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~706.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~338. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~398.67 SF~~ | ~~1.11~~ | ~~14.95~~ | ~~457.47~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~457.47~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Floor:** | | | | | | | | | |
| ~~339. Tear out baseboard and bag for disposal~~ | | | | | | | | | |
| | ~~49.83 LF~~ | ~~1.19~~ | ~~0.90~~ | ~~60.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~60.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| ~~340. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | | | | | | | | | |
| | ~~211.09 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~477.06~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~477.06~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Walls:** | | | | | | | | | |
| ~~341. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | | | | | | | | | |
| | ~~398.67 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~633.89~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~633.89~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Family Parlor**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~342. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | ~~211.09 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~477.06~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~477.06~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~343. Plastic dumpster liner - 30 yard~~ | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~344. Plastic bag - used for disposal of contaminated items~~ | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~345. Hazardous waste hauling & disposal - (Bid Item)~~ | ~~609.76 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~439.03~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.03~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~346. Hazardous Waste/Mold Cleaning- Supervisory/Admin- per hour~~ | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~347. Hazardous Waste/Mold Cleaning Technician - per hour~~ | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~348. Asbestos test fee - post abatement air clearance- base fee~~ | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~349. Asbestos test fee- post abatement air clearance-per sample~~ | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Family Parlor** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |



1900 South 18th Avenue
West Bend, WI 53095

**Stairway** **Height: 8'**

7' 9"
7' 7"
Stairway
2' 6"
3' 2"
Sta

| | |
|---|---|
| 172.00 SF Walls | 24.01 SF Ceiling |
| 196.01 SF Walls & Ceiling | 24.01 SF Floor |
| 2.67 SY Flooring | 21.50 LF Floor Perimeter |
| 21.50 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~350. Temporary safety shower~~ | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~351. Add for personal protective equipment - Heavy duty~~ | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~352. Personal protective gloves - Heavy duty (per pair)~~ | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~353. Boots - waterproof latex - Disposable (per pair)~~ | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~354. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~355. PAPR cartridge - HEPA only (single cartridge)~~ | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~356. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~357. Add for HEPA filter (for negative air exhaust fan)~~ | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~358. Ducting - flexible - 6" round~~ | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Stairway**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~359. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~360. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~361. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~362. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~363. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~364. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~196.91 SF~~ | ~~1.09~~ | ~~2.59~~ | ~~216.15~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~216.15~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~365. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~366. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~367. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~368. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~0.63~~ | ~~0.25~~ | ~~15.38~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~15.38~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~369. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~0.64~~ | ~~0.50~~ | ~~15.87~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~15.87~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Stairway**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~370. Floor protection - heavy paper and tape~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~0.43~~ | ~~0.13~~ | ~~10.45~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~10.45~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Ceiling:** | | | | | | | | | |
| ~~371. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~4.07~~ | ~~0.02~~ | ~~97.74~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~97.74~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~372. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~1.74~~ | ~~0.77~~ | ~~42.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~42.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~373. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~1.11~~ | ~~0.90~~ | ~~27.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~27.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |
| ~~374. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~172.00 SF~~ | ~~4.07~~ | ~~0.13~~ | ~~700.17~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~700.17~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~375. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~172.00 SF~~ | ~~1.74~~ | ~~5.55~~ | ~~304.83~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~304.83~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~376. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~172.00 SF~~ | ~~1.11~~ | ~~6.45~~ | ~~197.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~197.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Floor:** | | | | | | | | | |
| ~~377. Tear out baseboard and bag for disposal~~ | | | | | | | | | |
| | ~~21.50 LF~~ | ~~1.19~~ | ~~0.39~~ | ~~25.98~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~25.98~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| ~~378. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~54.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~54.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Stairway

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Walls:** | | | | | | | | | |
| ~~379. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | | | | | | | | | |
| | ~~172.00 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~273.48~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~273.48~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| ~~380. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | | | | | | | | | |
| | ~~24.01 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~54.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~54.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~381. Plastic dumpster liner - 30 yard~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~382. Plastic bag - used for disposal of contaminated items~~ | | | | | | | | | |
| | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~383. Hazardous waste hauling & disposal - (Bid Item)~~ | | | | | | | | | |
| | ~~196.01 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~141.13~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~141.13~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~384. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour~~ | | | | | | | | | |
| | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~385. Hazardous Waste/Mold Cleaning Technician - per hour~~ | | | | | | | | | |
| | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~386. Asbestos test fee - post abatement air clearance - base fee~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~387. Asbestos test fee - post abatement air clearance - per sample~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Stairway**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Stairway** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Hallway Kitchen** **Height: 8'**

| | |
|---|---|
| 201.94 SF Walls | 35.14 SF Ceiling |
| 237.09 SF Walls & Ceiling | 35.14 SF Floor |
| 3.90 SY Flooring | 25.24 LF Floor Perimeter |
| 25.24 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~388. Temporary safety shower~~ | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~389. Add for personal protective equipment - Heavy duty~~ | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~390. Personal protective gloves - Heavy duty (per pair)~~ | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~391. Boots - waterproof latex - Disposable (per pair)~~ | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~392. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~393. PAPR cartridge - HEPA only (single cartridge)~~ | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~394. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway Kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~395. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~396. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~397. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~398. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~399. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~400. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~401. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~402. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~237.09 SF~~ | ~~1.09~~ | ~~3.02~~ | ~~261.45~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~261.45~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~403. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~404. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Hallway Kitchen

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~405. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~406. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~0.63~~ | ~~0.37~~ | ~~22.51~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~22.51~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~407. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~0.64~~ | ~~0.74~~ | ~~23.23~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~23.23~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~408. Floor protection - heavy paper and tape~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~0.43~~ | ~~0.18~~ | ~~15.29~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~15.29~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Ceiling:** | | | | | | | | | |
| ~~409. Scrape off asbestos acoustic (popcorn) texture no haul off~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~4.07~~ | ~~0.03~~ | ~~143.05~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~143.05~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~410. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~1.74~~ | ~~1.13~~ | ~~62.27~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~62.27~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~411. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~35.14 SF~~ | ~~1.11~~ | ~~1.32~~ | ~~40.33~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~40.33~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |
| ~~412. Scrape off asbestos acoustic (popcorn) texture no haul off~~ | | | | | | | | | |
| | ~~201.94 SF~~ | ~~4.07~~ | ~~0.15~~ | ~~822.05~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~822.05~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~413. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~201.94 SF~~ | ~~1.74~~ | ~~6.51~~ | ~~357.89~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~357.89~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~414. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~201.94 SF~~ | ~~1.11~~ | ~~7.57~~ | ~~231.72~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~231.72~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |


1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Hallway Kitchen

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Abatement Floor:** | | | | | | | | | |
| ~~415. Tear out baseboard and bag for disposal~~ | ~~25.24 LF~~ | ~~1.19~~ | ~~0.45~~ | ~~30.49~~ | ~~0/NA~~ | ~~Avg.~~ | ~~N/A~~ | ~~(0.00)~~ | ~~30.49~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| ~~416. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | ~~35.14 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~79.42~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~79.42~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Walls:** | | | | | | | | | |
| ~~417. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | ~~201.94 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~321.08~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~321.08~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| ~~418. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | ~~35.14 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~79.42~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~79.42~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~419. Plastic dumpster liner - 30 yard~~ | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~420. Plastic bag - used for disposal of contaminated items~~ | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~421. Hazardous waste hauling & disposal - (Bid Item)~~ | ~~237.09 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~170.70~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~170.70~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~422. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour~~ | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~423. Hazardous Waste/Mold Cleaning Technician - per hour~~ | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Hallway Kitchen**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Testing:** | | | | | | | | | |
| ~~424. Asbestos test fee - post abatement air clearance- base fee~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~425. Asbestos test fee- post abatement air clearance-per sample~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Hallway Kitchen** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

Family Parlor

**Gathering Area** — **Height: 8'**

| | |
|---|---|
| 514.49 SF Walls | 208.05 SF Ceiling |
| 722.54 SF Walls & Ceiling | 208.05 SF Floor |
| 23.12 SY Flooring | 64.31 LF Floor Perimeter |
| 64.31 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~426. Temporary safety shower~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~427. Add for personal protective equipment - Heavy duty~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~428. Personal protective gloves - Heavy duty (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~429. Boots - waterproof latex - Disposable (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Gathering Area**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~430. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | | | | | | | | | |
| | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~431. PAPR cartridge - HEPA only (single cartridge)~~ | | | | | | | | | |
| | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~432. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit.~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~433. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~434. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~435. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~436. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~437. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~438. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~439. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Gathering Area**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~440. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~722.54 SF~~ | ~~1.09~~ | ~~9.21~~ | ~~796.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~796.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~441. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~442. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~443. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~444. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~0.63~~ | ~~2.18~~ | ~~133.25~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~133.25~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~445. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~0.64~~ | ~~4.37~~ | ~~137.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~137.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~446. Floor protection - heavy paper and tape~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~0.43~~ | ~~1.09~~ | ~~90.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~90.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Ceiling:** | | | | | | | | | |
| ~~447. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~4.07~~ | ~~0.16~~ | ~~846.92~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~846.92~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~448. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~1.74~~ | ~~6.71~~ | ~~368.72~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~368.72~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~449. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~1.11~~ | ~~7.80~~ | ~~238.74~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~238.74~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Gathering Area**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~450. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | | | | | | | | | |
| | ~~514.49 SF~~ | ~~4.07~~ | ~~0.39~~ | ~~2,094.36~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~2,094.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~451. Tear off asbestos drywall (no haul off)~~ | | | | | | | | | |
| | ~~514.49 SF~~ | ~~1.74~~ | ~~16.59~~ | ~~911.80~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~911.80~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~452. Apply asbestos fiber encapsulating compound~~ | | | | | | | | | |
| | ~~514.49 SF~~ | ~~1.11~~ | ~~19.29~~ | ~~590.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~590.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Floor:** | | | | | | | | | |
| ~~453. Tear out baseboard and bag for disposal~~ | | | | | | | | | |
| | ~~64.31 LF~~ | ~~1.19~~ | ~~1.16~~ | ~~77.69~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~77.69~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| ~~454. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~470.19~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~470.19~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Walls:** | | | | | | | | | |
| ~~455. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | | | | | | | | | |
| | ~~514.49 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~818.04~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~818.04~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| ~~456. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | | | | | | | | | |
| | ~~208.05 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~470.19~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~470.19~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~457. Plastic dumpster liner - 30 yard~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~458. Plastic bag - used for disposal of contaminated items~~ | | | | | | | | | |
| | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Gathering Area

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~459. Hazardous waste hauling & disposal - (Bid Item)~~ | | | | | | | | | |
| | ~~722.54 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~520.23~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~520.23~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~460. Hazardous Waste/Mold Cleaning- Supervisory/Admin- per hour~~ | | | | | | | | | |
| | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~461. Hazardous Waste/Mold Cleaning Technician - per hour~~ | | | | | | | | | |
| | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~462. Asbestos test fee - post abatement air clearance- base fee~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~463. Asbestos test fee- post abatement air clearance-per sample~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Gathering Area** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |

**Entry/Foyer** **Height: 8'**

| | |
|---|---|
| 258.67 SF Walls | 65.17 SF Ceiling |
| 323.83 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 32.33 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~464. Temporary safety shower~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Entry/Foyer

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~465. Add for personal protective equipment - Heavy duty~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~466. Personal protective gloves - Heavy duty (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~467. Boots - waterproof latex - Disposable (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~468. Powered Air Purifying Respirator (PAPR) - (per day)~~ | | | | | | | | | |
| | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~469. PAPR cartridge - HEPA only (single cartridge)~~ | | | | | | | | | |
| | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~470. Neg. air fan/Air scrub. Large (per 24 hr period) No monit.~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~471. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~472. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~473. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~474. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~475. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Entry/Foyer**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 476. Equipment decontamination charge - HVY, per piece of equip. | | | | | | | | | |
| | 2.00 EA | 63.37 | 0.92 | 127.66 | 0/NA | Avg. | 0% | (0.00) | 127.66 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 477. Equipment decontamination charge - per piece of equipment | | | | | | | | | |
| | 2.00 EA | 39.70 | 0.80 | 80.20 | 0/NA | Avg. | 0% | (0.00) | 80.20 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Containment:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 478. Containment Barrier/Airlock/Decon. Chamber | | | | | | | | | |
| | 323.83 SF | 1.09 | 4.13 | 357.10 | 0/NA | Avg. | 0% | (0.00) | 357.10 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 479. Containment Barrier - air filter | | | | | | | | | |
| | 2.00 EA | 13.83 | 1.16 | 28.82 | 0/NA | Avg. | 0% | (0.00) | 28.82 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 480. Containment Barrier - tension post (per day) | | | | | | | | | |
| | 16.00 DA | 3.35 | 0.00 | 53.60 | 0/NA | Avg. | 0% | (0.00) | 53.60 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 481. Peel & seal zipper | | | | | | | | | |
| | 1.00 EA | 13.83 | 0.69 | 14.52 | 0/NA | Avg. | 0% | (0.00) | 14.52 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 482. Floor protection - self-adhesive plastic film | | | | | | | | | |
| | 65.17 SF | 0.63 | 0.68 | 41.74 | 0/NA | Avg. | NA | (0.00) | 41.74 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 483. Floor protection - cardboard and tape | | | | | | | | | |
| | 65.17 SF | 0.64 | 1.37 | 43.08 | 0/NA | Avg. | NA | (0.00) | 43.08 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 484. Floor protection - heavy paper and tape | | | | | | | | | |
| | 65.17 SF | 0.43 | 0.34 | 28.36 | 0/NA | Avg. | NA | (0.00) | 28.36 |

This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits.

**Abatement Ceiling:**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 485. Scrape off asbestos acoustic (popcorn) texture-no haul off | | | | | | | | | |
| | 65.17 SF | 4.07 | 0.65 | 265.29 | 0/150 yrs | Avg. | NA | (0.00) | 265.29 |



1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Entry/Foyer**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~486. Tear off asbestos drywall (no haul off)~~ | ~~65.17 SF~~ | ~~1.74~~ | ~~2.10~~ | ~~115.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~115.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~487. Apply asbestos fiber encapsulating compound~~ | ~~65.17 SF~~ | ~~1.11~~ | ~~2.44~~ | ~~74.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~74.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |
| ~~488. Scrape off asbestos acoustic (popcorn) texture-no haul off~~ | ~~258.67 SF~~ | ~~4.07~~ | ~~0.49~~ | ~~1,052.98~~ | ~~0/150 yrs~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~1,052.98~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~489. Tear off asbestos drywall (no haul off)~~ | ~~258.67 SF~~ | ~~1.74~~ | ~~8.34~~ | ~~458.43~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~458.43~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~490. Apply asbestos fiber encapsulating compound~~ | ~~258.67 SF~~ | ~~1.11~~ | ~~9.70~~ | ~~296.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~296.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Floor:** | | | | | | | | | |
| ~~491. Tear out baseboard and bag for disposal~~ | ~~32.33 LF~~ | ~~1.19~~ | ~~0.58~~ | ~~39.05~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~39.05~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| ~~492. HEPA Vacuuming exposed framing w/ sheathing - Ceiling*~~ | ~~65.17 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~147.28~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~147.28~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Walls:** | | | | | | | | | |
| ~~493. HEPA Vacuuming exposed framing w/ sheathing - Walls~~ | ~~258.67 SF~~ | ~~1.59~~ | ~~0.00~~ | ~~411.29~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~411.29~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| ~~494. HEPA Vacuuming exposed framing w/ sheathing - Floor~~ | ~~65.17 SF~~ | ~~2.26~~ | ~~0.00~~ | ~~147.28~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~147.28~~ |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Entry/Foyer**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| ~~495. Plastic dumpster liner - 30 yard~~ | ~~1.00 EA~~ | ~~68.75~~ | ~~5.16~~ | ~~73.91~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~73.91~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~496. Plastic bag - used for disposal of contaminated items~~ | ~~80.00 EA~~ | ~~3.92~~ | ~~23.52~~ | ~~337.12~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~337.12~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~497. Hazardous waste hauling & disposal - (Bid Item)~~ | ~~323.83 SF~~ | ~~0.72~~ | ~~0.00~~ | ~~233.16~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~233.16~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| ~~498. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour~~ | ~~6.00 HR~~ | ~~77.63~~ | ~~0.00~~ | ~~465.78~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~465.78~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~499. Hazardous Waste/Mold Cleaning Technician - per hour~~ | ~~1.00 HR~~ | ~~68.68~~ | ~~0.00~~ | ~~68.68~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~68.68~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| ~~500. Asbestos test fee - post abatement air clearance - base fee~~ | ~~1.00 EA~~ | ~~375.00~~ | ~~0.00~~ | ~~375.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~375.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~501. Asbestos test fee - post abatement air clearance - per sample~~ | ~~1.00 EA~~ | ~~75.00~~ | ~~0.00~~ | ~~75.00~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~75.00~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Totals: Entry/Foyer** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |



1900 South 18th Avenue
West Bend, WI 53095

**Office** — **Height: 8'**

| | |
|---|---|
| 258.67 SF Walls | 65.17 SF Ceiling |
| 323.83 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 32.33 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Personal Protection Equipment:** | | | | | | | | | |
| ~~502. Temporary safety shower~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~90.61~~ | ~~0.00~~ | ~~90.61~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~90.61~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~503. Add for personal protective equipment - Heavy duty~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~38.87~~ | ~~29.15~~ | ~~417.85~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~417.85~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~504. Personal protective gloves - Heavy duty (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~5.83~~ | ~~4.37~~ | ~~62.67~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~62.67~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~505. Boots - waterproof latex - Disposable (per pair)~~ | | | | | | | | | |
| | ~~10.00 EA~~ | ~~12.33~~ | ~~9.25~~ | ~~132.55~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~132.55~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~506. Powered Air-Purifying Respirator (PAPR) - (per day)~~ | | | | | | | | | |
| | ~~6.00 DA~~ | ~~73.25~~ | ~~0.00~~ | ~~439.50~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~439.50~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~507. PAPR cartridge - HEPA only (single cartridge)~~ | | | | | | | | | |
| | ~~6.00 EA~~ | ~~27.41~~ | ~~12.33~~ | ~~176.79~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~176.79~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Equipment:** | | | | | | | | | |
| ~~508. Neg. air fan/Air scrub-Large (per 24 hr period)-No monit.~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~112.68~~ | ~~0.00~~ | ~~225.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~225.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~509. Add for HEPA filter (for negative air exhaust fan)~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~215.27~~ | ~~30.00~~ | ~~460.54~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~460.54~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~510. Ducting - flexible - 6" round~~ | | | | | | | | | |
| | ~~10.00 LF~~ | ~~2.08~~ | ~~1.56~~ | ~~22.36~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~22.36~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |



1900 South 18th Avenue
West Bend, WI 53095

## CONTINUED - Office

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| ~~511. Replace Scaffold - per section (per day)~~ | | | | | | | | | |
| | ~~2.00 DA~~ | ~~26.65~~ | ~~0.00~~ | ~~53.30~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.30~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~512. Add for HEPA filter (for canister/backpack vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~80.48~~ | ~~4.89~~ | ~~85.37~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~85.37~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~513. Add for HEPA filter (for upright vacuums)~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~41.31~~ | ~~1.95~~ | ~~43.26~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~43.26~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~514. Equipment decontamination charge - HVY, per piece of equip~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~63.37~~ | ~~0.92~~ | ~~127.66~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~127.66~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~515. Equipment decontamination charge - per piece of equipment~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~39.70~~ | ~~0.80~~ | ~~80.20~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~80.20~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Containment:** | | | | | | | | | |
| ~~516. Containment Barrier/Airlock/Decon. Chamber~~ | | | | | | | | | |
| | ~~323.83 SF~~ | ~~1.09~~ | ~~4.43~~ | ~~357.40~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~357.40~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~517. Containment Barrier - air filter~~ | | | | | | | | | |
| | ~~2.00 EA~~ | ~~13.83~~ | ~~1.16~~ | ~~28.82~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~28.82~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~518. Containment Barrier - tension post (per day)~~ | | | | | | | | | |
| | ~~16.00 DA~~ | ~~3.35~~ | ~~0.00~~ | ~~53.60~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~53.60~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~519. Peel & seal zipper~~ | | | | | | | | | |
| | ~~1.00 EA~~ | ~~13.83~~ | ~~0.69~~ | ~~14.52~~ | ~~0/NA~~ | ~~Avg.~~ | ~~0%~~ | ~~(0.00)~~ | ~~14.52~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~520. Floor protection - self-adhesive plastic film~~ | | | | | | | | | |
| | ~~65.17 SF~~ | ~~0.63~~ | ~~0.68~~ | ~~41.74~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~41.74~~ |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| ~~521. Floor protection - cardboard and tape~~ | | | | | | | | | |
| | ~~65.17 SF~~ | ~~0.64~~ | ~~1.37~~ | ~~43.08~~ | ~~0/NA~~ | ~~Avg.~~ | ~~NA~~ | ~~(0.00)~~ | ~~43.08~~ |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Office**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 522. Floor protection - heavy paper and tape | 65.17 SF | 0.43 | 0.34 | 28.36 | 0/NA | Avg. | NA | (0.00) | 28.36 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Ceiling:** | | | | | | | | | |
| 523. Scrape off asbestos acoustic (popcorn) texture-no haul off | 65.17 SF | 4.07 | 0.05 | 265.29 | 0/150 yrs | Avg. | NA | (0.00) | 265.29 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 524. Tear off asbestos drywall (no haul off) | 65.17 SF | 1.74 | 2.10 | 115.50 | 0/NA | Avg. | NA | (0.00) | 115.50 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 525. Apply asbestos fiber encapsulating compound | 65.17 SF | 1.11 | 2.44 | 74.78 | 0/NA | Avg. | 0% | (0.00) | 74.78 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Walls:** | | | | | | | | | |
| 526. Scrape off asbestos acoustic (popcorn) texture-no haul off | 258.67 SF | 4.07 | 0.19 | 1,052.98 | 0/150 yrs | Avg. | NA | (0.00) | 1,052.98 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 527. Tear off asbestos drywall (no haul off) | 258.67 SF | 1.74 | 8.54 | 458.63 | 0/NA | Avg. | NA | (0.00) | 458.63 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 528. Apply asbestos fiber encapsulating compound | 258.67 SF | 1.11 | 9.70 | 296.82 | 0/NA | Avg. | 0% | (0.00) | 296.82 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Abatement Floor:** | | | | | | | | | |
| 529. Tear out baseboard and bag for disposal | 32.33 LF | 1.19 | 0.58 | 39.05 | 0/NA | Avg. | NA | (0.00) | 39.05 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Ceiling:** | | | | | | | | | |
| 530. HEPA Vacuuming exposed framing w/ sheathing - Ceiling* | 65.17 SF | 2.26 | 0.00 | 147.28 | 0/NA | Avg. | 0% | (0.00) | 147.28 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Office**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Walls:** | | | | | | | | | |
| 531. HEPA Vacuuming exposed framing w/ sheathing - Walls | | | | | | | | | |
| | 258.67 SF | 1.59 | 0.00 | 411.29 | 0/NA | Avg. | 0% | (0.00) | 411.29 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Cleaning Floor:** | | | | | | | | | |
| 532. HEPA Vacuuming exposed framing w/ sheathing - Floor | | | | | | | | | |
| | 65.17 SF | 2.26 | 0.00 | 147.28 | 0/NA | Avg. | 0% | (0.00) | 147.28 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Disposal:** | | | | | | | | | |
| 533. Plastic dumpster liner - 30 yard | | | | | | | | | |
| | 1.00 EA | 68.75 | 5.16 | 73.91 | 0/NA | Avg. | 0% | (0.00) | 73.91 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 534. Plastic bag - used for disposal of contaminated items | | | | | | | | | |
| | 80.00 EA | 3.92 | 23.52 | 337.12 | 0/NA | Avg. | 0% | (0.00) | 337.12 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 535. Hazardous waste hauling & disposal - (Bid Item) | | | | | | | | | |
| | 323.83 SF | 0.72 | 0.00 | 233.16 | 0/NA | Avg. | 0% | (0.00) | 233.16 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Labor:** | | | | | | | | | |
| 536. Hazardous Waste/Mold Cleaning - Supervisory/Admin - per hour | | | | | | | | | |
| | 6.00 HR | 77.63 | 0.00 | 465.78 | 0/NA | Avg. | 0% | (0.00) | 465.78 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 537. Hazardous Waste/Mold Cleaning Technician - per hour | | | | | | | | | |
| | 1.00 HR | 68.68 | 0.00 | 68.68 | 0/NA | Avg. | 0% | (0.00) | 68.68 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| **Testing:** | | | | | | | | | |
| 538. Asbestos test fee - post abatement air clearance - base fee | | | | | | | | | |
| | 1.00 EA | 375.00 | 0.00 | 375.00 | 0/NA | Avg. | 0% | (0.00) | 375.00 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |
| 539. Asbestos test fee - post abatement air clearance per sample | | | | | | | | | |
| | 1.00 EA | 75.00 | 0.00 | 75.00 | 0/NA | Avg. | 0% | (0.00) | 75.00 |
| This item did not previously exist or expands the scope of repairs, but is required by current building codes. The code upgrade cost is payable when incurred, subject to limits. | | | | | | | | | |

 1900 South 18th Avenue
West Bend, WI 53095

**CONTINUED - Office**

| | QUANTITY | UNIT | TAX | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| **Totals: Office** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: Main Level** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: Abatement (PULVER_MACZ_ FUN-ABAT)** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Total: PULVER_MACZ_FUN-ABAT** | | | **0.00** | **0.00** | | | | **0.00** | **0.00** |
| **Line Item Totals: PULVER_MACZ_ FUNERAL3** | | | **2,618.07** | **98,958.76** | | | | **33,612.42** | **65,346.34** |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 46,890.05 | SF Walls | 15,761.66 | SF Ceiling | 62,651.72 | SF Walls and Ceiling |
| 15,761.66 | SF Floor | 1,751.30 | SY Flooring | 6,383.14 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 5,003.90 | LF Ceil. Perimeter |
| 15,761.66 | Floor Area | 16,837.73 | Total Area | 38,907.78 | Interior Wall Area |
| 20,454.36 | Exterior Wall Area | 2,933.45 | Exterior Perimeter of Walls | | |
| 9,030.20 | Surface Area | 90.30 | Number of Squares | 1,351.07 | Total Perimeter Length |
| 35.82 | Total Ridge Length | 0.00 | Total Hip Length | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| LOC5 BLD1 | 0.00 | 0.00% | 0.00 | 0.00% |
| LOC5 Building | 98,958.76 | 100.00% | 65,346.34 | 100.00% |
| LOC5 Building - Code Upgrade | 0.00 | 0.00% | 0.00 | 0.00% |
| WBMI CODE UPGRADE | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 98,958.76 | 100.00% | 65,346.34 | 100.00% |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Summary for LOC5 Building

| | |
|---|---|
| Line Item Total | 96,340.69 |
| Material Sales Tax | 2,618.07 |
| **Replacement Cost Value** | **$98,958.76** |
| Less Depreciation | (33,612.42) |
| **Actual Cash Value** | **$65,346.34** |
| **Net Claim** | **$65,346.34** |
| Total Recoverable Depreciation | 33,612.42 |
| **Net Claim if Depreciation is Recovered** | **$98,958.76** |

John Jablonski

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Summary for LOC5 Building - Code Upgrade

| | |
|---|---|
| Line Item Total | 0.00 |
| **Replacement Cost Value** | **$0.00** |
| **Net Claim** | **$0.00** |

## LOC5 Building - Code Upgrade Paid When Incurred

| | |
|---|---|
| Line Item Total | 326,590.62 |
| Material Sales Tax | 7,419.42 |
| **Replacement Cost Value** | **$334,010.04** |
| Less Residual Amount Over Limit(s) | (234,010.04) |
| **Total Paid When Incurred** | **$100,000.00** |
| **Net Claim** | **$0.00** |
| **Net Claim if Additional Amounts are Recovered** | **$100,000.00** |

## LOC5 Building - Additional Coverage Limit Recap

| Description | Single Item Limit | Aggregate Limit | RCV | Overage |
|---|---|---|---|---|
| LOC5 Building - Code Upgrade | $0.00 | $100,000.00 | $334,010.04 | $234,010.04 |
| | | | $334,010.04 | $234,010.04 |

John Jablonski

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Recap by Room

**Estimate: PULVER_MACZ_FUNERAL3**

**Area: PULVER_MACZ_ROOFING**

**Area: Location 5 (PULVER_MACZ_ROOFING)**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| **Administration** | | **1,077.50** | **1.12%** |
| Coverage: LOC5 Building | 100.00% = | 1,077.50 | |
| **Area Subtotal: Main Level** | | **1,077.50** | **1.12%** |
| Coverage: LOC5 Building | 100.00% = | 1,077.50 | |
| **Area Subtotal: Location 5 (PULVER_MACZ_ROOFING)** | | **1,077.50** | **1.12%** |
| Coverage: LOC5 Building | 100.00% = | 1,077.50 | |
| **Area: Source - HOVER Roof and Walls (PULVER_MACZ_ROOFING)** | | | |
| **Area: Exterior** | | | |
| **Steep Slope** | | **20,686.75** | **21.47%** |
| Coverage: LOC5 Building | 100.00% = | 20,686.75 | |
| **Area Subtotal: Exterior** | | **20,686.75** | **21.47%** |
| Coverage: LOC5 Building | 100.00% = | 20,686.75 | |
| **Area Subtotal: Source - HOVER Roof and Walls (PULVER_MACZ_ROOFING)** | | **20,686.75** | **21.47%** |
| Coverage: LOC5 Building | 100.00% = | 20,686.75 | |
| **Area: Source - HOVER Roof and Walls 1 (PULVER_MACZ_ROOFING)** | | | |
| **Area: Exterior** | | | |
| **Low Slope Roof** | | **52,046.61** | **54.02%** |
| Coverage: LOC5 Building | 100.00% = | 52,046.61 | |
| **Area Subtotal: Exterior** | | **52,046.61** | **54.02%** |
| Coverage: LOC5 Building | 100.00% = | 52,046.61 | |
| **Area Subtotal: Source - HOVER Roof and Walls 1 (PULVER_MACZ_ROOFING)** | | **52,046.61** | **54.02%** |
| Coverage: LOC5 Building | 100.00% = | 52,046.61 | |
| **Area Subtotal: PULVER_MACZ_ROOFING** | | **73,810.86** | **76.61%** |
| Coverage: LOC5 Building | 100.00% = | 73,810.86 | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

**Area: PULVER_MACZ_FUNERAL**

**Area: Location 5 (PULVER_MACZ_FUNERAL)**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| **Administration** | | **450.00** | **0.47%** |
| Coverage: LOC5 Building | 100.00% = | 450.00 | |
| **Area Subtotal: Main Level** | | **450.00** | **0.47%** |
| Coverage: LOC5 Building | 100.00% = | 450.00 | |
| **Area: Level 1** | | | |
| **Chapel** | | **15,587.01** | **16.18%** |
| Coverage: LOC5 Building | 100.00% = | 15,587.01 | |
| **Casket Display** | | **2,272.30** | **2.36%** |
| Coverage: LOC5 Building | 100.00% = | 2,272.30 | |
| **Embalming Room** | | **924.24** | **0.96%** |
| Coverage: LOC5 Building | 100.00% = | 924.24 | |
| **Embalming Closet** | | **294.19** | **0.31%** |
| Coverage: LOC5 Building | 100.00% = | 294.19 | |
| **Gathering Area** | | **1,716.41** | **1.78%** |
| Coverage: LOC5 Building | 100.00% = | 1,716.41 | |
| **Chapel HVAC** | | **748.03** | **0.78%** |
| Coverage: LOC5 Building | 100.00% = | 748.03 | |
| **Office** | | **537.65** | **0.56%** |
| Coverage: LOC5 Building | 100.00% = | 537.65 | |
| **Area Subtotal: Level 1** | | **22,079.83** | **22.92%** |
| Coverage: LOC5 Building | 100.00% = | 22,079.83 | |
| **Area Subtotal: Location 5 (PULVER_MACZ_FUNERAL)** | | **22,529.83** | **23.39%** |
| Coverage: LOC5 Building | 100.00% = | 22,529.83 | |
| **Area Subtotal: PULVER_MACZ_FUNERAL** | | **22,529.83** | **23.39%** |
| Coverage: LOC5 Building | 100.00% = | 22,529.83 | |
| **Subtotal of Areas** | | **96,340.69** | **100.00%** |
| Coverage: LOC5 Building | 100.00% = | 96,340.69 | |
| **Total** | | **96,340.69** | **100.00%** |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **CLEANING** | | | **253.47** | | **253.47** |
| Coverage: LOC5 Building | @ | 100.00% = | 253.47 | | |
| **GENERAL DEMOLITION** | | | **21,331.34** | | **21,331.34** |
| Coverage: LOC5 Building | @ | 100.00% = | 21,331.34 | | |
| **DRYWALL** | | | **3,199.82** | **159.47** | **3,040.35** |
| Coverage: LOC5 Building | @ | 100.00% = | 3,199.82 | | |
| **FLOOR COVERING - CARPET** | | | **11,013.67** | **10,068.45** | **945.22** |
| Coverage: LOC5 Building | @ | 100.00% = | 11,013.67 | | |
| **PERMITS AND FEES** | | | **675.00** | | **675.00** |
| Coverage: LOC5 Building | @ | 100.00% = | 675.00 | | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | **2,033.66** | | **2,033.66** |
| Coverage: LOC5 Building | @ | 100.00% = | 2,033.66 | | |
| **INSULATION** | | | **1,781.13** | **258.89** | **1,522.24** |
| Coverage: LOC5 Building | @ | 100.00% = | 1,781.13 | | |
| **PAINTING** | | | **1,356.56** | **341.74** | **1,014.82** |
| Coverage: LOC5 Building | @ | 100.00% = | 1,356.56 | | |
| **ROOFING** | | | **54,696.04** | **20,438.85** | **34,257.19** |
| Coverage: LOC5 Building | @ | 100.00% = | 54,696.04 | | |
| **Subtotal** | | | **96,340.69** | **31,267.40** | **65,073.29** |
| **Material Sales Tax** | | | **2,618.07** | **2,345.02** | **273.05** |
| Coverage: LOC5 Building | @ | 100.00% = | 2,618.07 | | |
| **Total** | | | **98,958.76** | **33,612.42** | **65,346.34** |

SKETCH1 (PULVER_MACZ_FUNERAL1) - Loc5 Bldg1 Exterior

Storm damage found to these slopes.
N

Loc5 Bldg1 Exterior

Source - HOVER Roof and Walls (PULVER_MACZ_ROOFING) - Exterior

Steep Slope
N
Exterior

PULVER_MACZ_FUNERAL3 6/3/2024 Page: 86

Source - HOVER Roof and Walls 1 (PULVER_MACZ_ROOFING) - Exterior

N

Exterior



Location 5 (PULVER_MACZ_FUNERAL) - Level 1

Garage
Paneling Room
Outer Furnace Room
Jar Room
Chapel HVAC
Kitchen
Gathering Area
Dressing Room
Dressing Bathroom
Family Parlor
Stairway
Chapel
Embalming Room
Parlor
Casket Display
Hallway overflow
Entry/Foyer
Office

N
Level 1

PULVER_MACZ_FUNERAL3 6/3/2024 Page: 88

Location 5 (PULVER_MACZ_FUNERAL) - Second Level



Location 5 (PULVER_MACZ_FUNERAL) - ADA CODE

ADA CODE

Location 5 (PULVER_MACZ_FUNERA-2) - Level 1

Garage
Paneling Room
Outer Furnace Room
Jar Room
Chapel HVAC
Kitchen
Gathering Area
Dressing Room
Dressing Bathroom
Family Parlor
Chapel
Stairway
Stair Closet
Embalming Bath
Embalming Room
Parlor
Casket Display
Organ
Hallway overflow
Entry/Foyer
Office

N

Level 1

PULVER_MACZ_FUNERAL3 6/3/2024 Page: 91

Location 5 (PULVER_MACZ_FUNERA-2) - Second Level

29' 5"
15' 5"
13'
Room5
Kitchen Upper
11' 4"
10' 5"
9' 9"
11' 11"
22' 6"
4' 4"
11' 1"
Upper Bathroom
8' 4"
8'
3' 8"
Hallway Upper Kitchen
6' 8"
10' 6"
Room4
2' 4"
Upper Stairwell
8' 1"
Hallway Upper
2' 5"
9' 11"
5' 2"
17' 10"
3' 6"
Closet (1)
3' 3"
9' 2"
Blue Room
25' 10"
26' 6"
3' 10"
15' 11"
Room 2 2nd Floor
12'
Room 1 upper floor
15' 3"
40' 2"
N
Second Level

PULVER_MACZ_FUNERAL3 6/3/2024 Page: 92

Abatement (PULVER_MACZ_FUN-ABAT) - Main Level

N

Main Level

Abatement (PULVER_MACZ_FUN-ABAT) - Second Floor

N

Second Floor

Exhibit D

  THE SILVER LINING™

6/3/2024

PULVER MACZ FUNERAL HOME, INC
111 PERKINS ST
ODIN, IL 62870-1288

Claim Number: AQ66786
Policy Number: 2178944-8
Date of Loss: 7/29/2023

Dear PULVER MACZ FUNERAL HOME, INC:

I have enclosed a copy of the structural repair estimate for the above date of loss. This is an estimate to repair the damage to your property and based on current market prices. Please give a copy of this estimate to your contractor, whom we suggest be licensed, bonded and insured for your protection. You should give a copy to the contractor BEFORE you authorize repairs. If the contractor has any questions regarding the estimate, they must contact me BEFORE work begins on those repairs. If additional damage or costs are identified before or during the repair process for which you or your contractor believe we should be responsible, they must be reviewed and approved by West Bend Mutual PRIOR to having the additional work done to be considered part of the claim. If you wish, you may repair or replace with higher quality materials; however, you will be responsible for any increase in cost associated with such an upgrade. Please refer to your policy under SECTION I – CONDITIONS for further details on determining your loss settlement.

I have issued payment to you based on the enclosed estimate. The initial payment is for the actual cash value of the repairs and was calculated as follows:

| | |
|---|---|
| 1. Full Cost of Repair or Replacement of the damage property is | $432,968.80 |
| Structural Damages: | $98,958.76 |
| 2. Applicable Depreciation is | $33,612.42 |
| 3. Actual Cash Value of the Loss (Line 1 minus Line 2) | $65,346.34 |
| 4. Less deductible | $1,000.00 |
| 5. Actual Cash Value Claim is (Line 3 minus Line 4) | $65,346.34 |

**Note: Structural damages RCV is estimated at $98,958.76. Code upgrade is estimated at $334,010.04. There is a code upgrade limit of $100,000 and all code upgrade items have been set to "paid when incurred".*

Once the repair/replacement of the damaged property has been completed, we will pay up to the full cost of repair / replacement not to exceed what was actually spent. If the final repair/replacement cost exceeds the actual cash value paid, you may recover up to the depreciated amount of $33,612.42.

You have 180 days after the date of loss to make a claim for the full replacement cost. If you are unable to have the repairs completed within 180 days, please contact me.

I can be reached at (800) 236-5010 Extension 2449. Thank you for insuring with West Bend, where the worst brings out our best.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave, 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St, Springfield, Illinois, 62767.

Sincerely,

Nate Horrie
Sr Claims Representative | Property - Home Office
Ph: 1 (262) 365-2449
Email: NHorrie@WBMI.com

Exhibit E

 **Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

| | | | |
|---|---|---|---|
| Insured: | Pulver Macz Funeral Home, INC | | |
| Property: | 111 Perkins Street<br>Odin, IL 62870 | | |
| Claim Rep.: | Adam Van Pelt | Cellular: | (816) 716-9299 |
| Company: | Elite Contracting and Consulting | E-mail: | adamvp@elitecandc.com |
| Estimator: | Adam Van Pelt | Cellular: | (816) 716-9299 |
| | | E-mail: | adamvp@elitecandc.com |
| Reference: | | | |
| Company: | West Bend Mutual Insurance Company | | |
| Business: | 1900 S. 18th Ave<br>West Bend, WI 53095 | | |
| Contractor: | Adam Van Pelt | Business: | (816) 716-9299 |
| Company: | Elite Contracting and Consulting | E-mail: | adamvp@elitecandc.com |
| Business: | 4585 E Snyder RD<br>Walnut Hill, IL 62893 | | |

**Claim Number:** AQ66786 **Policy Number:** 21789448 **Type of Loss:** hail and wind damage

| | | | |
|---|---|---|---|
| Date Contacted: | 8/2/2023 10:26 AM | | |
| Date of Loss: | 7/29/2023 9:17 AM | Date Received: | |
| Date Inspected: | 8/5/2023 10:26 AM | Date Entered: | 8/5/2023 10:14 AM |

| | |
|---|---|
| Price List: | ILMV8X_NOV23<br>Restoration/Service/Remodel |
| Estimate: | PULVER_MACZ_FUNERAL |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**PULVER_MACZ_FUNERAL**

**Location 5**

**Main Level**

**Administration**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| 1. Digitally derived third-party sketch (Bid Item) | 1.00 EA | 250.00 | 0.00 | 50.00 | 300.00 | (0.00) | 300.00 |
| 2. Asbestos test fee - full service survey - base fee | 1.00 EA | 852.50 | 0.00 | 170.50 | 1,023.00 | (0.00) | 1,023.00 |
| 3. Engineering fees (Bid Item) | 1.00 EA | 1,000.00 | 0.00 | 200.00 | 1,200.00 | (0.00) | 1,200.00 |
| 4. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 225.00 | 0.00 | 45.00 | 270.00 | (0.00) | 270.00 |
| 5. Lead test fee - full service lead survey | 1.00 EA | 450.00 | 0.00 | 90.00 | 540.00 | (0.00) | 540.00 |
| **Location 5 Totals:** | | | **0.00** | **555.50** | **3,333.00** | | **3,333.00** |
| **Totals: Administration** | | | **0.00** | **555.50** | **3,333.00** | **0.00** | **3,333.00** |
| **Area Location 5 Total:** | | | **0.00** | **555.50** | **3,333.00** | | **3,333.00** |
| **Totals: Main Level** | | | **0.00** | **555.50** | **3,333.00** | **0.00** | **3,333.00** |

**Level 1**

**Chapel** — **Height: 8'**

1104.32 SF Walls — 1056.11 SF Ceiling
2160.43 SF Walls & Ceiling — 1056.11 SF Floor
117.35 SY Flooring — 135.59 LF Floor Perimeter
150.33 LF Ceil. Perimeter

**Missing Wall - Goes to Floor** — **14' 8 7/8" X 6' 8 1/16"** — **Opens into CHAPEL_HVAC**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 6. Floor protection - self-adhesive plastic film | 1056.11 SF | 0.63 | 11.09 | 135.30 | 811.74 | (0.00) | 811.74 |
| 7. Floor protection - cardboard and tape | 1056.11 SF | 0.64 | 22.18 | 139.62 | 837.71 | (0.00) | 837.71 |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Chapel**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Floor protection - heavy paper and tape | 1056.11 SF | 0.43 | 5.54 | 91.92 | 551.59 | (0.00) | 551.59 |
| **Ceiling:** | | | | | | | |
| 9. 5/8" drywall - hung, taped, with smooth wall finish | 1056.11 SF | 3.09 | 60.99 | 664.88 | 3,989.25 | (0.00) | 3,989.25 |
| 10a. Remove Batt insulation - 6" - R21 - paper / foil faced | 1056.11 SF | 0.43 | 0.00 | 90.82 | 544.95 | (0.00) | 544.95 |
| 10b. Batt insulation - 6" - R21 - paper / foil faced | 1056.11 SF | 1.72 | 99.01 | 383.10 | 2,298.62 | (0.00) | 2,298.62 |
| 11. Seal the ceiling w/PVA primer - one coat | 1056.11 SF | 0.58 | 4.75 | 123.46 | 740.75 | (0.00) | 740.75 |
| 12. Seal/prime (1 coat) then paint (2 coats) the ceiling | 1056.11 SF | 1.31 | 26.14 | 281.92 | 1,691.56 | (0.00) | 1,691.56 |
| **Walls:** | | | | | | | |
| 13. 5/8" drywall - hung, taped, with smooth wall finish | 1056.11 SF | 3.09 | 60.99 | 664.88 | 3,989.25 | (0.00) | 3,989.25 |
| 14a. Remove Batt insulation - 4" - R15 - paper / foil faced | 1104.32 SF | 0.35 | 0.00 | 77.30 | 463.81 | (0.00) | 463.81 |
| 14b. Batt insulation - 4" - R15 - paper / foil faced | 1104.32 SF | 1.36 | 76.20 | 315.62 | 1,893.70 | (0.00) | 1,893.70 |
| 15. Seal the walls w/PVA primer - one coat | 1104.32 SF | 0.58 | 4.97 | 129.10 | 774.58 | (0.00) | 774.58 |
| 16. Seal/prime (1 coat) then paint (2 coats) the walls | 1104.32 SF | 1.31 | 27.33 | 294.80 | 1,768.79 | (0.00) | 1,768.79 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 17a. Remove Commercial electrical (SF of bldg) - Average load | 1056.11 SF | 1.90 | 0.00 | 401.32 | 2,407.93 | (0.00) | 2,407.93 |
| 17b. Commercial electrical (SF of bldg) - Average load | 1056.11 SF | 15.39 | 199.61 | 3,290.62 | 19,743.76 | (0.00) | 19,743.76 |
| **Cleaning:** | | | | | | | |
| 18. Final cleaning - construction - Commercial | 1056.11 SF | 0.24 | 0.00 | 50.70 | 304.17 | (0.00) | 304.17 |
| **Location 5 Totals:** | | | **598.80** | **7135.36** | **42,812.16** | | **42,812.16** |
| **Totals: Chapel** | | | **598.80** | **7,135.36** | **42,812.16** | **0.00** | **42,812.16** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Hallway overflow** **Height: 8'**

| | |
|---|---|
| 670.48 SF Walls | 254.70 SF Ceiling |
| 925.19 SF Walls & Ceiling | 254.70 SF Floor |
| 28.30 SY Flooring | 82.48 LF Floor Perimeter |
| 90.48 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **8' X 6' 8"** **Opens into PARLOR**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 19. Floor protection - self-adhesive plastic film | 254.70 SF | 0.63 | 2.67 | 32.64 | 195.77 | (0.00) | 195.77 |
| 20. Floor protection - cardboard and tape | 254.70 SF | 0.64 | 5.35 | 33.68 | 202.04 | (0.00) | 202.04 |
| 21. Floor protection - heavy paper and tape | 254.70 SF | 0.43 | 1.34 | 22.16 | 133.02 | (0.00) | 133.02 |
| **Ceiling:** | | | | | | | |
| 22. 5/8" drywall - hung, taped, with smooth wall finish | 254.70 SF | 3.09 | 14.71 | 160.34 | 962.07 | (0.00) | 962.07 |
| 23a. Remove Batt insulation - 6" - R21 - paper / foil faced | 254.70 SF | 0.43 | 0.00 | 21.90 | 131.42 | (0.00) | 131.42 |
| 23b. Batt insulation - 6" - R21 - paper / foil faced | 254.70 SF | 1.72 | 23.88 | 92.40 | 554.36 | (0.00) | 554.36 |
| 24. Seal the ceiling w/PVA primer - one coat | 254.70 SF | 0.58 | 1.15 | 29.78 | 178.66 | (0.00) | 178.66 |
| 25. Seal/prime (1 coat) then paint (2 coats) the ceiling | 254.70 SF | 1.31 | 6.30 | 68.00 | 407.96 | (0.00) | 407.96 |
| **Walls:** | | | | | | | |
| 26. 5/8" drywall - hung, taped, with smooth wall finish | 254.70 SF | 3.09 | 14.71 | 160.34 | 962.07 | (0.00) | 962.07 |
| 27a. Remove Batt insulation - 4" - R15 - paper / foil faced | 670.48 SF | 0.35 | 0.00 | 46.94 | 281.61 | (0.00) | 281.61 |
| 27b. Batt insulation - 4" - R15 - paper / foil faced | 670.48 SF | 1.36 | 46.26 | 191.64 | 1,149.75 | (0.00) | 1,149.75 |
| 28. Seal the walls w/PVA primer - one coat | 670.48 SF | 0.58 | 3.02 | 78.38 | 470.28 | (0.00) | 470.28 |
| 29. Seal/prime (1 coat) then paint (2 coats) the walls | 670.48 SF | 1.31 | 16.59 | 178.98 | 1,073.90 | (0.00) | 1,073.90 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 30a. Remove Commercial electrical (SF of bldg) - Average load | 254.70 SF | 1.90 | 0.00 | 96.78 | 580.71 | (0.00) | 580.71 |
| 30b. Commercial electrical (SF of bldg) - Average load | 254.70 SF | 15.39 | 48.14 | 793.58 | 4,761.55 | (0.00) | 4,761.55 |
| **Cleaning:** | | | | | | | |
| 31. Final cleaning - construction - Commercial | 254.70 SF | 0.24 | 0.00 | 12.22 | 73.35 | (0.00) | 73.35 |
| **Location 5 Totals:** | | | **184.12** | **2019.76** | **12,118.52** | | **12,118.52** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Hallway overflow**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Hallway overflow** | | | **184.12** | **2,019.76** | **12,118.52** | **0.00** | **12,118.52** |

**Hall Bath Men** — **Height: 8'**

| | |
|---|---|
| 144.00 SF Walls | 20.00 SF Ceiling |
| 164.00 SF Walls & Ceiling | 20.00 SF Floor |
| 2.22 SY Flooring | 18.00 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 32. Floor protection - self-adhesive plastic film | 20.00 SF | 0.63 | 0.21 | 2.56 | 15.37 | (0.00) | 15.37 |
| 33. Floor protection - cardboard and tape | 20.00 SF | 0.64 | 0.42 | 2.64 | 15.86 | (0.00) | 15.86 |
| 34. Floor protection - heavy paper and tape | 20.00 SF | 0.43 | 0.11 | 1.74 | 10.45 | (0.00) | 10.45 |
| **Ceiling:** | | | | | | | |
| 35. 5/8" drywall - hung, taped, with smooth wall finish | 20.00 SF | 3.09 | 1.16 | 12.60 | 75.56 | (0.00) | 75.56 |
| 36a. Remove Batt insulation - 6" - R21 - paper / foil faced | 20.00 SF | 0.43 | 0.00 | 1.72 | 10.32 | (0.00) | 10.32 |
| 36b. Batt insulation - 6" - R21 - paper / foil faced | 20.00 SF | 1.72 | 1.88 | 7.26 | 43.54 | (0.00) | 43.54 |
| 37. Seal the ceiling w/PVA primer - one coat | 20.00 SF | 0.58 | 0.09 | 2.34 | 14.03 | (0.00) | 14.03 |
| 38. Seal/prime (1 coat) then paint (2 coats) the ceiling | 20.00 SF | 1.31 | 0.50 | 5.34 | 32.04 | (0.00) | 32.04 |
| **Walls:** | | | | | | | |
| 39. 5/8" drywall - hung, taped, with smooth wall finish | 20.00 SF | 3.09 | 1.16 | 12.60 | 75.56 | (0.00) | 75.56 |
| 40a. Remove Batt insulation - 4" - R15 - paper / foil faced | 144.00 SF | 0.35 | 0.00 | 10.08 | 60.48 | (0.00) | 60.48 |
| 40b. Batt insulation - 4" - R15 - paper / foil faced | 144.00 SF | 1.36 | 9.94 | 41.14 | 246.92 | (0.00) | 246.92 |
| 41. Seal the walls w/PVA primer - one coat | 144.00 SF | 0.58 | 0.65 | 16.84 | 101.01 | (0.00) | 101.01 |
| 42. Seal/prime (1 coat) then paint (2 coats) the walls | 144.00 SF | 1.31 | 3.56 | 38.44 | 230.64 | (0.00) | 230.64 |
| **Floor:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Hall Bath Men**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Electrical:** | | | | | | | |
| 43a. Remove Commercial electrical (SF of bldg) - Average load | 20.00 SF | 1.90 | 0.00 | 7.60 | 45.60 | (0.00) | 45.60 |
| 43b. Commercial electrical (SF of bldg) - Average load | 20.00 SF | 15.39 | 3.78 | 62.32 | 373.90 | (0.00) | 373.90 |
| **Cleaning:** | | | | | | | |
| 44. Final cleaning - construction - Commercial | 20.00 SF | 0.24 | 0.00 | 0.96 | 5.76 | (0.00) | 5.76 |
| **Location 5 Totals:** | | | **23.46** | **226.18** | **1,357.04** | | **1,357.04** |
| **Totals: Hall Bath Men** | | | **23.46** | **226.18** | **1,357.04** | **0.00** | **1,357.04** |

**Hall Bath Female** — **Height: 8'**

| | |
|---|---|
| 160.00 SF Walls | 24.00 SF Ceiling |
| 184.00 SF Walls & Ceiling | 24.00 SF Floor |
| 2.67 SY Flooring | 20.00 LF Floor Perimeter |
| 20.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 45. Floor protection - self-adhesive plastic film | 24.00 SF | 0.63 | 0.25 | 3.08 | 18.45 | (0.00) | 18.45 |
| 46. Floor protection - cardboard and tape | 24.00 SF | 0.64 | 0.50 | 3.18 | 19.04 | (0.00) | 19.04 |
| 47. Floor protection - heavy paper and tape | 24.00 SF | 0.43 | 0.13 | 2.08 | 12.53 | (0.00) | 12.53 |
| **Ceiling:** | | | | | | | |
| 48. 5/8" drywall - hung, taped, with smooth wall finish | 24.00 SF | 3.09 | 1.39 | 15.12 | 90.67 | (0.00) | 90.67 |
| 49a. Remove Batt insulation - 6" - R21 - paper / foil faced | 24.00 SF | 0.43 | 0.00 | 2.06 | 12.38 | (0.00) | 12.38 |
| 49b. Batt insulation - 6" - R21 - paper / foil faced | 24.00 SF | 1.72 | 2.25 | 8.72 | 52.25 | (0.00) | 52.25 |
| 50. Seal the ceiling w/PVA primer - one coat | 24.00 SF | 0.58 | 0.11 | 2.80 | 16.83 | (0.00) | 16.83 |
| 51. Seal/prime (1 coat) then paint (2 coats) the ceiling | 24.00 SF | 1.31 | 0.59 | 6.40 | 38.43 | (0.00) | 38.43 |
| **Walls:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Hall Bath Female**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 52. 5/8" drywall - hung, taped, with smooth wall finish | 24.00 SF | 3.09 | 1.39 | 15.12 | 90.67 | (0.00) | 90.67 |
| 53a. Remove Batt insulation - 4" - R15 - paper / foil faced | 160.00 SF | 0.35 | 0.00 | 11.20 | 67.20 | (0.00) | 67.20 |
| 53b. Batt insulation - 4" - R15 - paper / foil faced | 160.00 SF | 1.36 | 11.04 | 45.72 | 274.36 | (0.00) | 274.36 |
| 54. Seal the walls w/PVA primer - one coat | 160.00 SF | 0.58 | 0.72 | 18.70 | 112.22 | (0.00) | 112.22 |
| 55. Seal/prime (1 coat) then paint (2 coats) the walls | 160.00 SF | 1.31 | 3.96 | 42.72 | 256.28 | (0.00) | 256.28 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 56a. Remove Commercial electrical (SF of bldg) - Average load | 24.00 SF | 1.90 | 0.00 | 9.12 | 54.72 | (0.00) | 54.72 |
| 56b. Commercial electrical (SF of bldg) - Average load | 24.00 SF | 15.39 | 4.54 | 74.78 | 448.68 | (0.00) | 448.68 |
| **Cleaning:** | | | | | | | |
| 57. Final cleaning - construction - Commercial | 24.00 SF | 0.24 | 0.00 | 1.16 | 6.92 | (0.00) | 6.92 |
| **Location 5 Totals:** | | | **26.87** | **261.96** | **1,571.63** | | **1,571.63** |
| **Totals: Hall Bath Female** | | | **26.87** | **261.96** | **1,571.63** | **0.00** | **1,571.63** |

**Organ** **Height: 8'**

| | |
|---|---|
| 145.78 SF Walls | 29.33 SF Ceiling |
| 175.11 SF Walls & Ceiling | 29.33 SF Floor |
| 3.26 SY Flooring | 17.33 LF Floor Perimeter |
| 22.67 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **5' 4" X 6' 8"** **Opens into PARLOR**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 58. Floor protection - self-adhesive plastic film | 29.33 SF | 0.63 | 0.31 | 3.76 | 22.55 | (0.00) | 22.55 |
| 59. Floor protection - cardboard and tape | 29.33 SF | 0.64 | 0.62 | 3.88 | 23.27 | (0.00) | 23.27 |
| 60. Floor protection - heavy paper and tape | 29.33 SF | 0.43 | 0.15 | 2.56 | 15.32 | (0.00) | 15.32 |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Organ**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling:** | | | | | | | |
| 61. 5/8" drywall - hung, taped, with smooth wall finish | 29.33 SF | 3.09 | 1.69 | 18.46 | 110.78 | (0.00) | 110.78 |
| 62a. Remove Batt insulation - 6" - R21 - paper / foil faced | 29.33 SF | 0.43 | 0.00 | 2.52 | 15.13 | (0.00) | 15.13 |
| 62b. Batt insulation - 6" - R21 - paper / foil faced | 29.33 SF | 1.72 | 2.75 | 10.66 | 63.86 | (0.00) | 63.86 |
| 63. Seal the ceiling w/PVA primer - one coat | 29.33 SF | 0.58 | 0.13 | 3.42 | 20.56 | (0.00) | 20.56 |
| 64. Seal/prime (1 coat) then paint (2 coats) the ceiling | 29.33 SF | 1.31 | 0.73 | 7.82 | 46.97 | (0.00) | 46.97 |
| **Walls:** | | | | | | | |
| 65. 5/8" drywall - hung, taped, with smooth wall finish | 29.33 SF | 3.09 | 1.69 | 18.46 | 110.78 | (0.00) | 110.78 |
| 66a. Remove Batt insulation - 4" - R15 - paper / foil faced | 145.78 SF | 0.35 | 0.00 | 10.20 | 61.22 | (0.00) | 61.22 |
| 66b. Batt insulation - 4" - R15 - paper / foil faced | 145.78 SF | 1.36 | 10.06 | 41.68 | 250.00 | (0.00) | 250.00 |
| 67. Seal the walls w/PVA primer - one coat | 145.78 SF | 0.58 | 0.66 | 17.06 | 102.27 | (0.00) | 102.27 |
| 68. Seal/prime (1 coat) then paint (2 coats) the walls | 145.78 SF | 1.31 | 3.61 | 38.92 | 233.50 | (0.00) | 233.50 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 69a. Remove Commercial electrical (SF of bldg) - Average load | 29.33 SF | 1.90 | 0.00 | 11.14 | 66.87 | (0.00) | 66.87 |
| 69b. Commercial electrical (SF of bldg) - Average load | 29.33 SF | 15.39 | 5.54 | 91.38 | 548.31 | (0.00) | 548.31 |
| **Cleaning:** | | | | | | | |
| 70. Final cleaning - construction - Commercial | 29.33 SF | 0.24 | 0.00 | 1.40 | 8.44 | (0.00) | 8.44 |
| **Location 5 Totals:** | | | **27.94** | **283.32** | **1,699.83** | | **1,699.83** |
| **Totals: Organ** | | | **27.94** | **283.32** | **1,699.83** | **0.00** | **1,699.83** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Parlor** **Height: 8'**

| | |
|---|---|
| 305.78 SF Walls | 214.21 SF Ceiling |
| 519.99 SF Walls & Ceiling | 214.21 SF Floor |
| 23.80 SY Flooring | 36.00 LF Floor Perimeter |
| 49.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **9' 6" X 8'** | **Opens into FAMILY_PARLO** |
| **Missing Wall - Goes to Floor** | **5' 4" X 6' 8"** | **Opens into ORGAN** |
| **Missing Wall - Goes to Floor** | **8' X 6' 8"** | **Opens into HALLWAY_OVER** |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 71. Floor protection - self-adhesive plastic film | 214.21 SF | 0.63 | 2.25 | 27.46 | 164.66 | (0.00) | 164.66 |
| 72. Floor protection - cardboard and tape | 214.21 SF | 0.64 | 4.50 | 28.32 | 169.91 | (0.00) | 169.91 |
| 73. Floor protection - heavy paper and tape | 214.21 SF | 0.43 | 1.12 | 18.64 | 111.87 | (0.00) | 111.87 |
| **Ceiling:** | | | | | | | |
| 74. 5/8" drywall - hung, taped, with smooth wall finish | 214.21 SF | 3.09 | 12.37 | 134.86 | 809.14 | (0.00) | 809.14 |
| 75a. Remove Batt insulation - 6" - R21 - paper / foil faced | 214.21 SF | 0.43 | 0.00 | 18.42 | 110.53 | (0.00) | 110.53 |
| 75b. Batt insulation - 6" - R21 - paper / foil faced | 214.21 SF | 1.72 | 20.08 | 77.70 | 466.22 | (0.00) | 466.22 |
| 76. Seal the ceiling w/PVA primer - one coat | 214.21 SF | 0.58 | 0.96 | 25.04 | 150.24 | (0.00) | 150.24 |
| 77. Seal/prime (1 coat) then paint (2 coats) the ceiling | 214.21 SF | 1.31 | 5.30 | 57.18 | 343.10 | (0.00) | 343.10 |
| **Walls:** | | | | | | | |
| 78. 5/8" drywall - hung, taped, with smooth wall finish | 214.21 SF | 3.09 | 12.37 | 134.86 | 809.14 | (0.00) | 809.14 |
| 79a. Remove Batt insulation - 4" - R15 - paper / foil faced | 305.78 SF | 0.35 | 0.00 | 21.40 | 128.42 | (0.00) | 128.42 |
| 79b. Batt insulation - 4" - R15 - paper / foil faced | 305.78 SF | 1.36 | 21.10 | 87.40 | 524.36 | (0.00) | 524.36 |
| 80. Seal the walls w/PVA primer - one coat | 305.78 SF | 0.58 | 1.38 | 35.76 | 214.49 | (0.00) | 214.49 |
| 81. Seal/prime (1 coat) then paint (2 coats) the walls | 305.78 SF | 1.31 | 7.57 | 81.64 | 489.78 | (0.00) | 489.78 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 82a. Remove Commercial electrical (SF of bldg) - Average load | 214.21 SF | 1.90 | 0.00 | 81.40 | 488.40 | (0.00) | 488.40 |
| 82b. Commercial electrical (SF of bldg) - Average load | 214.21 SF | 15.39 | 40.49 | 667.44 | 4,004.62 | (0.00) | 4,004.62 |
| **Cleaning:** | | | | | | | |
| 83. Final cleaning - construction - Commercial | 214.21 SF | 0.24 | 0.00 | 10.28 | 61.69 | (0.00) | 61.69 |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Parlor**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Location 5 Totals:** | | | **129.49** | **1507.80** | **9,046.57** | | **9,046.57** |
| **Totals: Parlor** | | | **129.49** | **1,507.80** | **9,046.57** | **0.00** | **9,046.57** |

**Family Parlor** — **Height: 8'**

| | |
|---|---|
| 398.67 SF Walls | 211.09 SF Ceiling |
| 609.76 SF Walls & Ceiling | 211.09 SF Floor |
| 23.45 SY Flooring | 49.83 LF Floor Perimeter |
| 49.83 LF Ceil. Perimeter | |

**Missing Wall** — **9' 6" X 8'** — **Opens into PARLOR**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 84. Floor protection - self-adhesive plastic film | 211.09 SF | 0.63 | 2.22 | 27.04 | 162.25 | (0.00) | 162.25 |
| 85. Floor protection - cardboard and tape | 211.09 SF | 0.64 | 4.43 | 27.90 | 167.43 | (0.00) | 167.43 |
| 86. Floor protection - heavy paper and tape | 211.09 SF | 0.43 | 1.11 | 18.38 | 110.26 | (0.00) | 110.26 |
| **Ceiling:** | | | | | | | |
| 87. 5/8" drywall - hung, taped, with smooth wall finish | 211.09 SF | 3.09 | 12.19 | 132.90 | 797.36 | (0.00) | 797.36 |
| 88a. Remove Batt insulation - 6" - R21 - paper / foil faced | 211.09 SF | 0.43 | 0.00 | 18.16 | 108.93 | (0.00) | 108.93 |
| 88b. Batt insulation - 6" - R21 - paper / foil faced | 211.09 SF | 1.72 | 19.79 | 76.58 | 459.44 | (0.00) | 459.44 |
| 89. Seal the ceiling w/PVA primer - one coat | 211.09 SF | 0.58 | 0.95 | 24.68 | 148.06 | (0.00) | 148.06 |
| 90. Seal/prime (1 coat) then paint (2 coats) the ceiling | 211.09 SF | 1.31 | 5.22 | 56.34 | 338.09 | (0.00) | 338.09 |
| **Walls:** | | | | | | | |
| 91. 5/8" drywall - hung, taped, with smooth wall finish | 211.09 SF | 3.09 | 12.19 | 132.90 | 797.36 | (0.00) | 797.36 |
| 92a. Remove Batt insulation - 4" - R15 - paper / foil faced | 398.67 SF | 0.35 | 0.00 | 27.90 | 167.43 | (0.00) | 167.43 |
| 92b. Batt insulation - 4" - R15 - paper / foil faced | 398.67 SF | 1.36 | 27.51 | 113.94 | 683.64 | (0.00) | 683.64 |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Family Parlor**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 93. Seal the walls w/PVA primer - one coat | 398.67 SF | 0.58 | 1.79 | 46.60 | 279.62 | (0.00) | 279.62 |
| 94. Seal/prime (1 coat) then paint (2 coats) the walls | 398.67 SF | 1.31 | 9.87 | 106.44 | 638.57 | (0.00) | 638.57 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 95a. Remove Commercial electrical (SF of bldg) - Average load | 211.09 SF | 1.90 | 0.00 | 80.22 | 481.29 | (0.00) | 481.29 |
| 95b. Commercial electrical (SF of bldg) - Average load | 211.09 SF | 15.39 | 39.90 | 657.72 | 3,946.30 | (0.00) | 3,946.30 |
| **Cleaning:** | | | | | | | |
| 96. Final cleaning - construction - Commercial | 211.09 SF | 0.24 | 0.00 | 10.14 | 60.80 | (0.00) | 60.80 |
| **Location 5 Totals:** | | | **137.17** | **1557.84** | **9,346.83** | | **9,346.83** |
| **Totals: Family Parlor** | | | **137.17** | **1,557.84** | **9,346.83** | **0.00** | **9,346.83** |

**Casket Display** **Height: 8'**

| | |
|---|---|
| 670.67 SF Walls | 257.63 SF Ceiling |
| 928.29 SF Walls & Ceiling | 257.63 SF Floor |
| 28.63 SY Flooring | 83.83 LF Floor Perimeter |
| 83.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 97. Floor protection - self-adhesive plastic film | 257.63 SF | 0.63 | 2.71 | 33.00 | 198.02 | (0.00) | 198.02 |
| 98. Floor protection - cardboard and tape | 257.63 SF | 0.64 | 5.41 | 34.06 | 204.35 | (0.00) | 204.35 |
| 99. Floor protection - heavy paper and tape | 257.63 SF | 0.43 | 1.35 | 22.44 | 134.57 | (0.00) | 134.57 |
| **Ceiling:** | | | | | | | |
| 100. 5/8" drywall - hung, taped, with smooth wall finish | 257.63 SF | 3.09 | 14.88 | 162.20 | 973.16 | (0.00) | 973.16 |
| 101a. Remove Batt insulation - 6" - R21 - paper / foil faced | 257.63 SF | 0.43 | 0.00 | 22.16 | 132.94 | (0.00) | 132.94 |
| 101b. Batt insulation - 6" - R21 - paper / foil faced | 257.63 SF | 1.72 | 24.15 | 93.46 | 560.73 | (0.00) | 560.73 |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Casket Display**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 102. Seal the ceiling w/PVA primer - one coat | 257.63 SF | 0.58 | 1.16 | 30.12 | 180.71 | (0.00) | 180.71 |
| 103. Seal/prime (1 coat) then paint (2 coats) the ceiling | 257.63 SF | 1.31 | 6.38 | 68.78 | 412.66 | (0.00) | 412.66 |
| **Walls:** | | | | | | | |
| 104. 5/8" drywall - hung, taped, with smooth wall finish | 257.63 SF | 3.09 | 14.88 | 162.20 | 973.16 | (0.00) | 973.16 |
| 105a. Remove Batt insulation - 4" - R15 - paper / foil faced | 670.67 SF | 0.35 | 0.00 | 46.94 | 281.67 | (0.00) | 281.67 |
| 105b. Batt insulation - 4" - R15 - paper / foil faced | 670.67 SF | 1.36 | 46.28 | 191.68 | 1,150.07 | (0.00) | 1,150.07 |
| 106. Seal the walls w/PVA primer - one coat | 670.67 SF | 0.58 | 3.02 | 78.40 | 470.41 | (0.00) | 470.41 |
| 107. Seal/prime (1 coat) then paint (2 coats) the walls | 670.67 SF | 1.31 | 16.60 | 179.04 | 1,074.22 | (0.00) | 1,074.22 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 108a. Remove Commercial electrical (SF of bldg) - Average load | 257.63 SF | 1.90 | 0.00 | 97.90 | 587.40 | (0.00) | 587.40 |
| 108b. Commercial electrical (SF of bldg) - Average load | 257.63 SF | 15.39 | 48.69 | 802.72 | 4,816.34 | (0.00) | 4,816.34 |
| **Cleaning:** | | | | | | | |
| 109. Final cleaning - construction - Commercial | 257.63 SF | 0.24 | 0.00 | 12.36 | 74.19 | (0.00) | 74.19 |
| **Location 5 Totals:** | | | **185.51** | **2037.46** | **12,224.60** | | **12,224.60** |
| **Totals: Casket Display** | | | **185.51** | **2,037.46** | **12,224.60** | **0.00** | **12,224.60** |

**Embalming Room** — **Height: 8'**

| | |
|---|---|
| 342.67 SF Walls | 112.03 SF Ceiling |
| 454.69 SF Walls & Ceiling | 112.03 SF Floor |
| 12.45 SY Flooring | 42.83 LF Floor Perimeter |
| 42.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 110. Floor protection - self-adhesive plastic film | 112.03 SF | 0.63 | 1.18 | 14.36 | 86.12 | (0.00) | 86.12 |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Embalming Room**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 111. Floor protection - cardboard and tape | 112.03 SF | 0.64 | 2.35 | 14.82 | 88.87 | (0.00) | 88.87 |
| 112. Floor protection - heavy paper and tape | 112.03 SF | 0.43 | 0.59 | 9.76 | 58.52 | (0.00) | 58.52 |
| **Ceiling:** | | | | | | | |
| 113. 5/8" drywall - hung, taped, with smooth wall finish | 112.03 SF | 3.09 | 6.47 | 70.54 | 423.18 | (0.00) | 423.18 |
| 114a. Remove Batt insulation - 6" - R21 - paper / foil faced | 112.03 SF | 0.43 | 0.00 | 9.64 | 57.81 | (0.00) | 57.81 |
| 114b. Batt insulation - 6" - R21 - paper / foil faced | 112.03 SF | 1.72 | 10.50 | 40.64 | 243.83 | (0.00) | 243.83 |
| 115. Seal the ceiling w/PVA primer - one coat | 112.03 SF | 0.58 | 0.50 | 13.10 | 78.58 | (0.00) | 78.58 |
| 116. Seal/prime (1 coat) then paint (2 coats) the ceiling | 112.03 SF | 1.31 | 2.77 | 29.92 | 179.45 | (0.00) | 179.45 |
| **Walls:** | | | | | | | |
| 117. 5/8" drywall - hung, taped, with smooth wall finish | 112.03 SF | 3.09 | 6.47 | 70.54 | 423.18 | (0.00) | 423.18 |
| 118a. Remove Batt insulation - 4" - R15 - paper / foil faced | 342.67 SF | 0.35 | 0.00 | 23.98 | 143.91 | (0.00) | 143.91 |
| 118b. Batt insulation - 4" - R15 - paper / foil faced | 342.67 SF | 1.36 | 23.64 | 97.92 | 587.59 | (0.00) | 587.59 |
| 119. Seal the walls w/PVA primer - one coat | 342.67 SF | 0.58 | 1.54 | 40.06 | 240.35 | (0.00) | 240.35 |
| 120. Seal/prime (1 coat) then paint (2 coats) the walls | 342.67 SF | 1.31 | 8.48 | 91.48 | 548.86 | (0.00) | 548.86 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 121a. Remove Commercial electrical (SF of bldg) - Average load | 112.03 SF | 1.90 | 0.00 | 42.58 | 255.44 | (0.00) | 255.44 |
| 121b. Commercial electrical (SF of bldg) - Average load | 112.03 SF | 15.39 | 21.17 | 349.06 | 2,094.37 | (0.00) | 2,094.37 |
| **Cleaning:** | | | | | | | |
| 122. Final cleaning - construction - Commercial | 112.03 SF | 0.24 | 0.00 | 5.38 | 32.27 | (0.00) | 32.27 |
| **Location 5 Totals:** | | | **85.66** | **923.78** | **5,542.33** | | **5,542.33** |
| **Totals: Embalming Room** | | | **85.66** | **923.78** | **5,542.33** | **0.00** | **5,542.33** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Embalming Closet** **Height: 8'**

| | |
|---|---|
| 192.00 SF Walls | 35.66 SF Ceiling |
| 227.66 SF Walls & Ceiling | 35.66 SF Floor |
| 3.96 SY Flooring | 24.00 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 123. Floor protection - self-adhesive plastic film | 35.66 SF | 0.63 | 0.37 | 4.58 | 27.42 | (0.00) | 27.42 |
| 124. Floor protection - cardboard and tape | 35.66 SF | 0.64 | 0.75 | 4.72 | 28.29 | (0.00) | 28.29 |
| 125. Floor protection - heavy paper and tape | 35.66 SF | 0.43 | 0.19 | 3.10 | 18.62 | (0.00) | 18.62 |
| **Ceiling:** | | | | | | | |
| 126. 5/8" drywall - hung, taped, with smooth wall finish | 35.66 SF | 3.09 | 2.06 | 22.46 | 134.71 | (0.00) | 134.71 |
| 127a. Remove Batt insulation - 6" - R21 - paper / foil faced | 35.66 SF | 0.43 | 0.00 | 3.06 | 18.39 | (0.00) | 18.39 |
| 127b. Batt insulation - 6" - R21 - paper / foil faced | 35.66 SF | 1.72 | 3.34 | 12.92 | 77.60 | (0.00) | 77.60 |
| 128. Seal the ceiling w/PVA primer - one coat | 35.66 SF | 0.58 | 0.16 | 4.18 | 25.02 | (0.00) | 25.02 |
| 129. Seal/prime (1 coat) then paint (2 coats) the ceiling | 35.66 SF | 1.31 | 0.88 | 9.52 | 57.11 | (0.00) | 57.11 |
| **Walls:** | | | | | | | |
| 130. 5/8" drywall - hung, taped, with smooth wall finish | 35.66 SF | 3.09 | 2.06 | 22.46 | 134.71 | (0.00) | 134.71 |
| 131a. Remove Batt insulation - 4" - R15 - paper / foil faced | 192.00 SF | 0.35 | 0.00 | 13.44 | 80.64 | (0.00) | 80.64 |
| 131b. Batt insulation - 4" - R15 - paper / foil faced | 192.00 SF | 1.36 | 13.25 | 54.88 | 329.25 | (0.00) | 329.25 |
| 132. Seal the walls w/PVA primer - one coat | 192.00 SF | 0.58 | 0.86 | 22.46 | 134.68 | (0.00) | 134.68 |
| 133. Seal/prime (1 coat) then paint (2 coats) the walls | 192.00 SF | 1.31 | 4.75 | 51.26 | 307.53 | (0.00) | 307.53 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 134a. Remove Commercial electrical (SF of bldg) - Average load | 35.66 SF | 1.90 | 0.00 | 13.56 | 81.31 | (0.00) | 81.31 |
| 134b. Commercial electrical (SF of bldg) - Average load | 35.66 SF | 15.39 | 6.74 | 111.10 | 666.65 | (0.00) | 666.65 |
| **Cleaning:** | | | | | | | |
| 135. Final cleaning - construction - Commercial | 35.66 SF | 0.24 | 0.00 | 1.72 | 10.28 | (0.00) | 10.28 |
| **Location 5 Totals:** | | | **35.41** | **355.42** | **2,132.21** | | **2,132.21** |
| **Totals: Embalming Closet** | | | **35.41** | **355.42** | **2,132.21** | **0.00** | **2,132.21** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Stair Closet** **Height: 8'**

| | |
|---|---|
| 137.33 SF Walls | 17.15 SF Ceiling |
| 154.49 SF Walls & Ceiling | 17.15 SF Floor |
| 1.91 SY Flooring | 17.17 LF Floor Perimeter |
| 17.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 136. Floor protection - self-adhesive plastic film | 17.15 SF | 0.63 | 0.18 | 2.20 | 13.18 | (0.00) | 13.18 |
| 137. Floor protection - cardboard and tape | 17.15 SF | 0.64 | 0.36 | 2.28 | 13.62 | (0.00) | 13.62 |
| 138. Floor protection - heavy paper and tape | 17.15 SF | 0.43 | 0.09 | 1.50 | 8.96 | (0.00) | 8.96 |
| **Ceiling:** | | | | | | | |
| 139. 5/8" drywall - hung, taped, with smooth wall finish | 17.15 SF | 3.09 | 0.99 | 10.80 | 64.78 | (0.00) | 64.78 |
| 140a. Remove Batt insulation - 6" - R21 - paper / foil faced | 17.15 SF | 0.43 | 0.00 | 1.48 | 8.85 | (0.00) | 8.85 |
| 140b. Batt insulation - 6" - R21 - paper / foil faced | 17.15 SF | 1.72 | 1.61 | 6.22 | 37.33 | (0.00) | 37.33 |
| 141. Seal the ceiling w/PVA primer - one coat | 17.15 SF | 0.58 | 0.08 | 2.02 | 12.05 | (0.00) | 12.05 |
| 142. Seal/prime (1 coat) then paint (2 coats) the ceiling | 17.15 SF | 1.31 | 0.42 | 4.58 | 27.47 | (0.00) | 27.47 |
| **Walls:** | | | | | | | |
| 143. 5/8" drywall - hung, taped, with smooth wall finish | 17.15 SF | 3.09 | 0.99 | 10.80 | 64.78 | (0.00) | 64.78 |
| 144a. Remove Batt insulation - 4" - R15 - paper / foil faced | 137.33 SF | 0.35 | 0.00 | 9.62 | 57.69 | (0.00) | 57.69 |
| 144b. Batt insulation - 4" - R15 - paper / foil faced | 137.33 SF | 1.36 | 9.48 | 39.26 | 235.51 | (0.00) | 235.51 |
| 145. Seal the walls w/PVA primer - one coat | 137.33 SF | 0.58 | 0.62 | 16.06 | 96.33 | (0.00) | 96.33 |
| 146. Seal/prime (1 coat) then paint (2 coats) the walls | 137.33 SF | 1.31 | 3.40 | 36.66 | 219.96 | (0.00) | 219.96 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 147a. Remove Commercial electrical (SF of bldg) - Average load | 17.15 SF | 1.90 | 0.00 | 6.52 | 39.11 | (0.00) | 39.11 |
| 147b. Commercial electrical (SF of bldg) - Average load | 17.15 SF | 15.39 | 3.24 | 53.42 | 320.60 | (0.00) | 320.60 |
| **Cleaning:** | | | | | | | |
| 148. Final cleaning - construction - Commercial | 17.15 SF | 0.24 | 0.00 | 0.82 | 4.94 | (0.00) | 4.94 |
| **Location 5 Totals:** | | | **21.46** | **204.24** | **1,225.16** | | **1,225.16** |
| **Totals: Stair Closet** | | | **21.46** | **204.24** | **1,225.16** | **0.00** | **1,225.16** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Embalming Bath** **Height: 8'**

| | |
|---|---|
| 177.33 SF Walls | 26.54 SF Ceiling |
| 203.88 SF Walls & Ceiling | 26.54 SF Floor |
| 2.95 SY Flooring | 22.17 LF Floor Perimeter |
| 22.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 149. Floor protection - self-adhesive plastic film | 26.54 SF | 0.63 | 0.28 | 3.40 | 20.40 | (0.00) | 20.40 |
| 150. Floor protection - cardboard and tape | 26.54 SF | 0.64 | 0.56 | 3.52 | 21.07 | (0.00) | 21.07 |
| 151. Floor protection - heavy paper and tape | 26.54 SF | 0.43 | 0.14 | 2.30 | 13.85 | (0.00) | 13.85 |
| **Ceiling:** | | | | | | | |
| 152. 5/8" drywall - hung, taped, with smooth wall finish | 26.54 SF | 3.09 | 1.53 | 16.70 | 100.24 | (0.00) | 100.24 |
| 153a. Remove Batt insulation - 6" - R21 - paper / foil faced | 26.54 SF | 0.43 | 0.00 | 2.28 | 13.69 | (0.00) | 13.69 |
| 153b. Batt insulation - 6" - R21 - paper / foil faced | 26.54 SF | 1.72 | 2.49 | 9.64 | 57.78 | (0.00) | 57.78 |
| 154. Seal the ceiling w/PVA primer - one coat | 26.54 SF | 0.58 | 0.12 | 3.10 | 18.61 | (0.00) | 18.61 |
| 155. Seal/prime (1 coat) then paint (2 coats) the ceiling | 26.54 SF | 1.31 | 0.66 | 7.10 | 42.53 | (0.00) | 42.53 |
| **Walls:** | | | | | | | |
| 156. 5/8" drywall - hung, taped, with smooth wall finish | 26.54 SF | 3.09 | 1.53 | 16.70 | 100.24 | (0.00) | 100.24 |
| 157a. Remove Batt insulation - 4" - R15 - paper / foil faced | 177.33 SF | 0.35 | 0.00 | 12.42 | 74.49 | (0.00) | 74.49 |
| 157b. Batt insulation - 4" - R15 - paper / foil faced | 177.33 SF | 1.36 | 12.24 | 50.68 | 304.09 | (0.00) | 304.09 |
| 158. Seal the walls w/PVA primer - one coat | 177.33 SF | 0.58 | 0.80 | 20.74 | 124.39 | (0.00) | 124.39 |
| 159. Seal/prime (1 coat) then paint (2 coats) the walls | 177.33 SF | 1.31 | 4.39 | 47.34 | 284.03 | (0.00) | 284.03 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 160a. Remove Commercial electrical (SF of bldg) - Average load | 26.54 SF | 1.90 | 0.00 | 10.08 | 60.51 | (0.00) | 60.51 |
| 160b. Commercial electrical (SF of bldg) - Average load | 26.54 SF | 15.39 | 5.02 | 82.70 | 496.17 | (0.00) | 496.17 |
| **Cleaning:** | | | | | | | |
| 161. Final cleaning - construction - Commercial | 26.54 SF | 0.24 | 0.00 | 1.28 | 7.65 | (0.00) | 7.65 |
| **Location 5 Totals:** | | | **29.76** | **289.98** | **1,739.74** | | **1,739.74** |
| **Totals: Embalming Bath** | | | **29.76** | **289.98** | **1,739.74** | **0.00** | **1,739.74** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Stairway** **Height: 8'**

| | |
|---|---|
| 172.00 SF Walls | 24.01 SF Ceiling |
| 196.01 SF Walls & Ceiling | 24.01 SF Floor |
| 2.67 SY Flooring | 21.50 LF Floor Perimeter |
| 21.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 162. Floor protection - self-adhesive plastic film | 24.01 SF | 0.63 | 0.25 | 3.08 | 18.46 | (0.00) | 18.46 |
| 163. Floor protection - cardboard and tape | 24.01 SF | 0.64 | 0.50 | 3.18 | 19.05 | (0.00) | 19.05 |
| 164. Floor protection - heavy paper and tape | 24.01 SF | 0.43 | 0.13 | 2.08 | 12.53 | (0.00) | 12.53 |
| **Ceiling:** | | | | | | | |
| 165. 5/8" drywall - hung, taped, with smooth wall finish | 24.01 SF | 3.09 | 1.39 | 15.12 | 90.70 | (0.00) | 90.70 |
| 166a. Remove Batt insulation - 6" - R21 - paper / foil faced | 24.01 SF | 0.43 | 0.00 | 2.06 | 12.38 | (0.00) | 12.38 |
| 166b. Batt insulation - 6" - R21 - paper / foil faced | 24.01 SF | 1.72 | 2.25 | 8.72 | 52.27 | (0.00) | 52.27 |
| 167. Seal the ceiling w/PVA primer - one coat | 24.01 SF | 0.58 | 0.11 | 2.80 | 16.84 | (0.00) | 16.84 |
| 168. Seal/prime (1 coat) then paint (2 coats) the ceiling | 24.01 SF | 1.31 | 0.59 | 6.42 | 38.46 | (0.00) | 38.46 |
| **Walls:** | | | | | | | |
| 169. 5/8" drywall - hung, taped, with smooth wall finish | 24.01 SF | 3.09 | 1.39 | 15.12 | 90.70 | (0.00) | 90.70 |
| 170a. Remove Batt insulation - 4" - R15 - paper / foil faced | 172.00 SF | 0.35 | 0.00 | 12.04 | 72.24 | (0.00) | 72.24 |
| 170b. Batt insulation - 4" - R15 - paper / foil faced | 172.00 SF | 1.36 | 11.87 | 49.16 | 294.95 | (0.00) | 294.95 |
| 171. Seal the walls w/PVA primer - one coat | 172.00 SF | 0.58 | 0.77 | 20.12 | 120.65 | (0.00) | 120.65 |
| 172. Seal/prime (1 coat) then paint (2 coats) the walls | 172.00 SF | 1.31 | 4.26 | 45.92 | 275.50 | (0.00) | 275.50 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 173a. Remove Commercial electrical (SF of bldg) - Average load | 24.01 SF | 1.90 | 0.00 | 9.12 | 54.74 | (0.00) | 54.74 |
| 173b. Commercial electrical (SF of bldg) - Average load | 24.01 SF | 15.39 | 4.54 | 74.80 | 448.85 | (0.00) | 448.85 |
| **Cleaning:** | | | | | | | |
| 174. Final cleaning - construction - Commercial | 24.01 SF | 0.24 | 0.00 | 1.16 | 6.92 | (0.00) | 6.92 |
| **Location 5 Totals:** | | | **28.05** | **270.90** | **1,625.24** | | **1,625.24** |
| **Totals: Stairway** | | | **28.05** | **270.90** | **1,625.24** | **0.00** | **1,625.24** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Hallway Kitchen** **Height: 8'**

| | |
|---|---|
| 201.94 SF Walls | 35.14 SF Ceiling |
| 237.09 SF Walls & Ceiling | 35.14 SF Floor |
| 3.90 SY Flooring | 25.24 LF Floor Perimeter |
| 25.24 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 175. Floor protection - self-adhesive plastic film | 35.14 SF | 0.63 | 0.37 | 4.50 | 27.01 | (0.00) | 27.01 |
| 176. Floor protection - cardboard and tape | 35.14 SF | 0.64 | 0.74 | 4.64 | 27.87 | (0.00) | 27.87 |
| 177. Floor protection - heavy paper and tape | 35.14 SF | 0.43 | 0.18 | 3.06 | 18.35 | (0.00) | 18.35 |
| **Ceiling:** | | | | | | | |
| 178. 5/8" drywall - hung, taped, with smooth wall finish | 35.14 SF | 3.09 | 2.03 | 22.12 | 132.73 | (0.00) | 132.73 |
| 179a. Remove Batt insulation - 6" - R21 - paper / foil faced | 35.14 SF | 0.43 | 0.00 | 3.02 | 18.13 | (0.00) | 18.13 |
| 179b. Batt insulation - 6" - R21 - paper / foil faced | 35.14 SF | 1.72 | 3.29 | 12.74 | 76.47 | (0.00) | 76.47 |
| 180. Seal the ceiling w/PVA primer - one coat | 35.14 SF | 0.58 | 0.16 | 4.12 | 24.66 | (0.00) | 24.66 |
| 181. Seal/prime (1 coat) then paint (2 coats) the ceiling | 35.14 SF | 1.31 | 0.87 | 9.38 | 56.28 | (0.00) | 56.28 |
| **Walls:** | | | | | | | |
| 182. 5/8" drywall - hung, taped, with smooth wall finish | 35.14 SF | 3.09 | 2.03 | 22.12 | 132.73 | (0.00) | 132.73 |
| 183a. Remove Batt insulation - 4" - R15 - paper / foil faced | 201.94 SF | 0.35 | 0.00 | 14.14 | 84.82 | (0.00) | 84.82 |
| 183b. Batt insulation - 4" - R15 - paper / foil faced | 201.94 SF | 1.36 | 13.93 | 57.70 | 346.27 | (0.00) | 346.27 |
| 184. Seal the walls w/PVA primer - one coat | 201.94 SF | 0.58 | 0.91 | 23.60 | 141.64 | (0.00) | 141.64 |
| 185. Seal/prime (1 coat) then paint (2 coats) the walls | 201.94 SF | 1.31 | 5.00 | 53.90 | 323.44 | (0.00) | 323.44 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 186a. Remove Commercial electrical (SF of bldg) - Average load | 35.14 SF | 1.90 | 0.00 | 13.36 | 80.13 | (0.00) | 80.13 |
| 186b. Commercial electrical (SF of bldg) - Average load | 35.14 SF | 15.39 | 6.64 | 109.48 | 656.92 | (0.00) | 656.92 |
| **Cleaning:** | | | | | | | |
| 187. Final cleaning - construction - Commercial | 35.14 SF | 0.24 | 0.00 | 1.68 | 10.11 | (0.00) | 10.11 |
| **Location 5 Totals:** | | | **36.15** | **359.56** | **2,157.56** | | **2,157.56** |
| **Totals: Hallway Kitchen** | | | **36.15** | **359.56** | **2,157.56** | **0.00** | **2,157.56** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Dressing Bathroom** **Height: 8'**

297.33 SF Walls
367.33 SF Walls & Ceiling
7.78 SY Flooring
37.17 LF Ceil. Perimeter

70.00 SF Ceiling
70.00 SF Floor
37.17 LF Floor Perimeter

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 188. Floor protection - self-adhesive plastic film | 70.00 SF | 0.63 | 0.74 | 8.96 | 53.80 | (0.00) | 53.80 |
| 189. Floor protection - cardboard and tape | 70.00 SF | 0.64 | 1.47 | 9.26 | 55.53 | (0.00) | 55.53 |
| 190. Floor protection - heavy paper and tape | 70.00 SF | 0.43 | 0.37 | 6.10 | 36.57 | (0.00) | 36.57 |
| **Ceiling:** | | | | | | | |
| 191. 5/8" drywall - hung, taped, with smooth wall finish | 70.00 SF | 3.09 | 4.04 | 44.06 | 264.40 | (0.00) | 264.40 |
| 192a. Remove Batt insulation - 6" - R21 - paper / foil faced | 70.00 SF | 0.43 | 0.00 | 6.02 | 36.12 | (0.00) | 36.12 |
| 192b. Batt insulation - 6" - R21 - paper / foil faced | 70.00 SF | 1.72 | 6.56 | 25.40 | 152.36 | (0.00) | 152.36 |
| 193. Seal the ceiling w/PVA primer - one coat | 70.00 SF | 0.58 | 0.32 | 8.18 | 49.10 | (0.00) | 49.10 |
| 194. Seal/prime (1 coat) then paint (2 coats) the ceiling | 70.00 SF | 1.31 | 1.73 | 18.68 | 112.11 | (0.00) | 112.11 |
| **Walls:** | | | | | | | |
| 195. 5/8" drywall - hung, taped, with smooth wall finish | 70.00 SF | 3.09 | 4.04 | 44.06 | 264.40 | (0.00) | 264.40 |
| 196a. Remove Batt insulation - 4" - R15 - paper / foil faced | 297.33 SF | 0.35 | 0.00 | 20.82 | 124.89 | (0.00) | 124.89 |
| 196b. Batt insulation - 4" - R15 - paper / foil faced | 297.33 SF | 1.36 | 20.52 | 84.98 | 509.87 | (0.00) | 509.87 |
| 197. Seal the walls w/PVA primer - one coat | 297.33 SF | 0.58 | 1.34 | 34.76 | 208.55 | (0.00) | 208.55 |
| 198. Seal/prime (1 coat) then paint (2 coats) the walls | 297.33 SF | 1.31 | 7.36 | 79.38 | 476.24 | (0.00) | 476.24 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 199a. Remove Commercial electrical (SF of bldg) - Average load | 70.00 SF | 1.90 | 0.00 | 26.60 | 159.60 | (0.00) | 159.60 |
| 199b. Commercial electrical (SF of bldg) - Average load | 70.00 SF | 15.39 | 13.23 | 218.10 | 1,308.63 | (0.00) | 1,308.63 |
| **Cleaning:** | | | | | | | |
| 200. Final cleaning - construction - Commercial | 70.00 SF | 0.24 | 0.00 | 3.36 | 20.16 | (0.00) | 20.16 |
| **Location 5 Totals:** | | | **61.72** | **638.72** | **3,832.33** | | **3,832.33** |
| **Totals: Dressing Bathroom** | | | **61.72** | **638.72** | **3,832.33** | **0.00** | **3,832.33** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Dressing Room** **Height: 8'**

| | |
|---|---|
| 393.33 SF Walls | 150.00 SF Ceiling |
| 543.33 SF Walls & Ceiling | 150.00 SF Floor |
| 16.67 SY Flooring | 49.17 LF Floor Perimeter |
| 49.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 201. Floor protection - self-adhesive plastic film | 150.00 SF | 0.63 | 1.58 | 19.22 | 115.30 | (0.00) | 115.30 |
| 202. Floor protection - cardboard and tape | 150.00 SF | 0.64 | 3.15 | 19.84 | 118.99 | (0.00) | 118.99 |
| 203. Floor protection - heavy paper and tape | 150.00 SF | 0.43 | 0.79 | 13.06 | 78.35 | (0.00) | 78.35 |
| **Ceiling:** | | | | | | | |
| 204. 5/8" drywall - hung, taped, with smooth wall finish | 150.00 SF | 3.09 | 8.66 | 94.44 | 566.60 | (0.00) | 566.60 |
| 205a. Remove Batt insulation - 6" - R21 - paper / foil faced | 150.00 SF | 0.43 | 0.00 | 12.90 | 77.40 | (0.00) | 77.40 |
| 205b. Batt insulation - 6" - R21 - paper / foil faced | 150.00 SF | 1.72 | 14.06 | 54.42 | 326.48 | (0.00) | 326.48 |
| 206. Seal the ceiling w/PVA primer - one coat | 150.00 SF | 0.58 | 0.68 | 17.54 | 105.22 | (0.00) | 105.22 |
| 207. Seal/prime (1 coat) then paint (2 coats) the ceiling | 150.00 SF | 1.31 | 3.71 | 40.04 | 240.25 | (0.00) | 240.25 |
| **Walls:** | | | | | | | |
| 208. 5/8" drywall - hung, taped, with smooth wall finish | 150.00 SF | 3.09 | 8.66 | 94.44 | 566.60 | (0.00) | 566.60 |
| 209a. Remove Batt insulation - 4" - R15 - paper / foil faced | 393.33 SF | 0.35 | 0.00 | 27.54 | 165.21 | (0.00) | 165.21 |
| 209b. Batt insulation - 4" - R15 - paper / foil faced | 393.33 SF | 1.36 | 27.14 | 112.40 | 674.47 | (0.00) | 674.47 |
| 210. Seal the walls w/PVA primer - one coat | 393.33 SF | 0.58 | 1.77 | 45.98 | 275.88 | (0.00) | 275.88 |
| 211. Seal/prime (1 coat) then paint (2 coats) the walls | 393.33 SF | 1.31 | 9.74 | 105.00 | 630.00 | (0.00) | 630.00 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 212a. Remove Commercial electrical (SF of bldg) - Average load | 150.00 SF | 1.90 | 0.00 | 57.00 | 342.00 | (0.00) | 342.00 |
| 212b. Commercial electrical (SF of bldg) - Average load | 150.00 SF | 15.39 | 28.35 | 467.38 | 2,804.23 | (0.00) | 2,804.23 |
| **Cleaning:** | | | | | | | |
| 213. Final cleaning - construction - Commercial | 150.00 SF | 0.24 | 0.00 | 7.20 | 43.20 | (0.00) | 43.20 |
| **Location 5 Totals:** | | | **108.29** | **1188.40** | **7,130.18** | | **7,130.18** |
| **Totals: Dressing Room** | | | **108.29** | **1,188.40** | **7,130.18** | **0.00** | **7,130.18** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Gathering Area** — **Height: 8'**

| | |
|---|---|
| 514.49 SF Walls | 208.05 SF Ceiling |
| 722.54 SF Walls & Ceiling | 208.05 SF Floor |
| 23.12 SY Flooring | 64.31 LF Floor Perimeter |
| 64.31 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 214. Floor protection - self-adhesive plastic film | 208.05 SF | 0.63 | 2.18 | 26.66 | 159.91 | (0.00) | 159.91 |
| 215. Floor protection - cardboard and tape | 208.05 SF | 0.64 | 4.37 | 27.52 | 165.04 | (0.00) | 165.04 |
| 216. Floor protection - heavy paper and tape | 208.05 SF | 0.43 | 1.09 | 18.12 | 108.67 | (0.00) | 108.67 |
| **Ceiling:** | | | | | | | |
| 217. 5/8" drywall - hung, taped, with smooth wall finish | 208.05 SF | 3.09 | 12.02 | 130.98 | 785.87 | (0.00) | 785.87 |
| 218a. Remove Batt insulation - 6" - R21 - paper / foil faced | 208.05 SF | 0.43 | 0.00 | 17.90 | 107.36 | (0.00) | 107.36 |
| 218b. Batt insulation - 6" - R21 - paper / foil faced | 208.05 SF | 1.72 | 19.50 | 75.48 | 452.83 | (0.00) | 452.83 |
| 219. Seal the ceiling w/PVA primer - one coat | 208.05 SF | 0.58 | 0.94 | 24.32 | 145.93 | (0.00) | 145.93 |
| 220. Seal/prime (1 coat) then paint (2 coats) the ceiling | 208.05 SF | 1.31 | 5.15 | 55.56 | 333.26 | (0.00) | 333.26 |
| **Walls:** | | | | | | | |
| 221. 5/8" drywall - hung, taped, with smooth wall finish | 208.05 SF | 3.09 | 12.02 | 130.98 | 785.87 | (0.00) | 785.87 |
| 222a. Remove Batt insulation - 4" - R15 - paper / foil faced | 514.49 SF | 0.35 | 0.00 | 36.02 | 216.09 | (0.00) | 216.09 |
| 222b. Batt insulation - 4" - R15 - paper / foil faced | 514.49 SF | 1.36 | 35.50 | 147.04 | 882.25 | (0.00) | 882.25 |
| 223. Seal the walls w/PVA primer - one coat | 514.49 SF | 0.58 | 2.32 | 60.14 | 360.86 | (0.00) | 360.86 |
| 224. Seal/prime (1 coat) then paint (2 coats) the walls | 514.49 SF | 1.31 | 12.73 | 137.34 | 824.05 | (0.00) | 824.05 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 225a. Remove Commercial electrical (SF of bldg) - Average load | 208.05 SF | 1.90 | 0.00 | 79.06 | 474.36 | (0.00) | 474.36 |
| 225b. Commercial electrical (SF of bldg) - Average load | 208.05 SF | 15.39 | 39.32 | 648.24 | 3,889.45 | (0.00) | 3,889.45 |
| **Cleaning:** | | | | | | | |
| 226. Final cleaning - construction - Commercial | 208.05 SF | 0.24 | 0.00 | 9.98 | 59.91 | (0.00) | 59.91 |
| **Location 5 Totals:** | | | **147.14** | **1625.34** | **9,751.71** | | **9,751.71** |
| **Totals: Gathering Area** | | | **147.14** | **1,625.34** | **9,751.71** | **0.00** | **9,751.71** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Paneling Room** | **Height: 8'**

441.33 SF Walls
631.04 SF Walls & Ceiling
21.08 SY Flooring
55.17 LF Ceil. Perimeter
189.71 SF Ceiling
189.71 SF Floor
55.17 LF Floor Perimeter

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 227. Floor protection - self-adhesive plastic film | 189.71 SF | 0.63 | 1.99 | 24.30 | 145.81 | (0.00) | 145.81 |
| 228. Floor protection - cardboard and tape | 189.71 SF | 0.64 | 3.98 | 25.08 | 150.47 | (0.00) | 150.47 |
| 229. Floor protection - heavy paper and tape | 189.71 SF | 0.43 | 1.00 | 16.52 | 99.10 | (0.00) | 99.10 |
| **Ceiling:** | | | | | | | |
| 230. 5/8" drywall - hung, taped, with smooth wall finish | 189.71 SF | 3.09 | 10.96 | 119.44 | 716.60 | (0.00) | 716.60 |
| 231a. Remove Batt insulation - 6" - R21 - paper / foil faced | 189.71 SF | 0.43 | 0.00 | 16.32 | 97.90 | (0.00) | 97.90 |
| 231b. Batt insulation - 6" - R21 - paper / foil faced | 189.71 SF | 1.72 | 17.79 | 68.82 | 412.91 | (0.00) | 412.91 |
| 232. Seal the ceiling w/PVA primer - one coat | 189.71 SF | 0.58 | 0.85 | 22.18 | 133.06 | (0.00) | 133.06 |
| 233. Seal/prime (1 coat) then paint (2 coats) the ceiling | 189.71 SF | 1.31 | 4.70 | 50.64 | 303.86 | (0.00) | 303.86 |
| **Walls:** | | | | | | | |
| 234. 5/8" drywall - hung, taped, with smooth wall finish | 189.71 SF | 3.09 | 10.96 | 119.44 | 716.60 | (0.00) | 716.60 |
| 235a. Remove Batt insulation - 4" - R15 - paper / foil faced | 441.33 SF | 0.35 | 0.00 | 30.90 | 185.37 | (0.00) | 185.37 |
| 235b. Batt insulation - 4" - R15 - paper / foil faced | 441.33 SF | 1.36 | 30.45 | 126.14 | 756.80 | (0.00) | 756.80 |
| 236. Seal the walls w/PVA primer - one coat | 441.33 SF | 0.58 | 1.99 | 51.60 | 309.56 | (0.00) | 309.56 |
| 237. Seal/prime (1 coat) then paint (2 coats) the walls | 441.33 SF | 1.31 | 10.92 | 117.80 | 706.86 | (0.00) | 706.86 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 238a. Remove Commercial electrical (SF of bldg) - Average load | 189.71 SF | 1.90 | 0.00 | 72.10 | 432.55 | (0.00) | 432.55 |
| 238b. Commercial electrical (SF of bldg) - Average load | 189.71 SF | 15.39 | 35.86 | 591.10 | 3,546.60 | (0.00) | 3,546.60 |
| **Cleaning:** | | | | | | | |
| 239. Final cleaning - construction - Commercial | 189.71 SF | 0.24 | 0.00 | 9.10 | 54.63 | (0.00) | 54.63 |
| **Location 5 Totals:** | | | **131.45** | **1461.48** | **8,768.68** | | **8,768.68** |
| **Totals: Paneling Room** | | | **131.45** | **1,461.48** | **8,768.68** | **0.00** | **8,768.68** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Kitchen** **Height: 8'**

| | |
|---|---|
| 518.67 SF Walls | 225.65 SF Ceiling |
| 744.32 SF Walls & Ceiling | 225.65 SF Floor |
| 25.07 SY Flooring | 64.83 LF Floor Perimeter |
| 64.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 240. Floor protection - self-adhesive plastic film | 225.65 SF | 0.63 | 2.37 | 28.92 | 173.45 | (0.00) | 173.45 |
| 241. Floor protection - cardboard and tape | 225.65 SF | 0.64 | 4.74 | 29.82 | 178.98 | (0.00) | 178.98 |
| 242. Floor protection - heavy paper and tape | 225.65 SF | 0.43 | 1.19 | 19.64 | 117.86 | (0.00) | 117.86 |
| **Ceiling:** | | | | | | | |
| 243. 5/8" drywall - hung, taped, with smooth wall finish | 225.65 SF | 3.09 | 13.03 | 142.06 | 852.35 | (0.00) | 852.35 |
| 244a. Remove Batt insulation - 6" - R21 - paper / foil faced | 225.65 SF | 0.43 | 0.00 | 19.40 | 116.43 | (0.00) | 116.43 |
| 244b. Batt insulation - 6" - R21 - paper / foil faced | 225.65 SF | 1.72 | 21.15 | 81.86 | 491.13 | (0.00) | 491.13 |
| 245. Seal the ceiling w/PVA primer - one coat | 225.65 SF | 0.58 | 1.02 | 26.38 | 158.28 | (0.00) | 158.28 |
| 246. Seal/prime (1 coat) then paint (2 coats) the ceiling | 225.65 SF | 1.31 | 5.58 | 60.24 | 361.42 | (0.00) | 361.42 |
| **Walls:** | | | | | | | |
| 247. 5/8" drywall - hung, taped, with smooth wall finish | 225.65 SF | 3.09 | 13.03 | 142.06 | 852.35 | (0.00) | 852.35 |
| 248a. Remove Batt insulation - 4" - R15 - paper / foil faced | 518.67 SF | 0.35 | 0.00 | 36.30 | 217.83 | (0.00) | 217.83 |
| 248b. Batt insulation - 4" - R15 - paper / foil faced | 518.67 SF | 1.36 | 35.79 | 148.24 | 889.42 | (0.00) | 889.42 |
| 249. Seal the walls w/PVA primer - one coat | 518.67 SF | 0.58 | 2.33 | 60.62 | 363.78 | (0.00) | 363.78 |
| 250. Seal/prime (1 coat) then paint (2 coats) the walls | 518.67 SF | 1.31 | 12.84 | 138.46 | 830.76 | (0.00) | 830.76 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 251a. Remove Commercial electrical (SF of bldg) - Average load | 225.65 SF | 1.90 | 0.00 | 85.74 | 514.48 | (0.00) | 514.48 |
| 251b. Commercial electrical (SF of bldg) - Average load | 225.65 SF | 15.39 | 42.65 | 703.10 | 4,218.50 | (0.00) | 4,218.50 |
| **Cleaning:** | | | | | | | |
| 252. Final cleaning - construction - Commercial | 225.65 SF | 0.24 | 0.00 | 10.84 | 65.00 | (0.00) | 65.00 |
| **Location 5 Totals:** | | | **155.72** | **1733.68** | **10,402.02** | | **10,402.02** |
| **Totals: Kitchen** | | | **155.72** | **1,733.68** | **10,402.02** | **0.00** | **10,402.02** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Outer Furnace Room** **Height: 8'**

| | |
|---|---|
| 398.67 SF Walls | 154.82 SF Ceiling |
| 553.49 SF Walls & Ceiling | 154.82 SF Floor |
| 17.20 SY Flooring | 49.83 LF Floor Perimeter |
| 49.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 253. Floor protection - self-adhesive plastic film | 154.82 SF | 0.63 | 1.63 | 19.82 | 118.99 | (0.00) | 118.99 |
| 254. Floor protection - cardboard and tape | 154.82 SF | 0.64 | 3.25 | 20.48 | 122.81 | (0.00) | 122.81 |
| 255. Floor protection - heavy paper and tape | 154.82 SF | 0.43 | 0.81 | 13.48 | 80.86 | (0.00) | 80.86 |
| **Ceiling:** | | | | | | | |
| 256. 5/8" drywall - hung, taped, with smooth wall finish | 154.82 SF | 3.09 | 8.94 | 97.46 | 584.79 | (0.00) | 584.79 |
| 257a. Remove Batt insulation - 6" - R21 - paper / foil faced | 154.82 SF | 0.43 | 0.00 | 13.32 | 79.89 | (0.00) | 79.89 |
| 257b. Batt insulation - 6" - R21 - paper / foil faced | 154.82 SF | 1.72 | 14.51 | 56.16 | 336.96 | (0.00) | 336.96 |
| 258. Seal the ceiling w/PVA primer - one coat | 154.82 SF | 0.58 | 0.70 | 18.10 | 108.60 | (0.00) | 108.60 |
| 259. Seal/prime (1 coat) then paint (2 coats) the ceiling | 154.82 SF | 1.31 | 3.83 | 41.32 | 247.96 | (0.00) | 247.96 |
| **Walls:** | | | | | | | |
| 260. 5/8" drywall - hung, taped, with smooth wall finish | 154.82 SF | 3.09 | 8.94 | 97.46 | 584.79 | (0.00) | 584.79 |
| 261a. Remove Batt insulation - 4" - R15 - paper / foil faced | 398.67 SF | 0.35 | 0.00 | 27.90 | 167.43 | (0.00) | 167.43 |
| 261b. Batt insulation - 4" - R15 - paper / foil faced | 398.67 SF | 1.36 | 27.51 | 113.94 | 683.64 | (0.00) | 683.64 |
| 262. Seal the walls w/PVA primer - one coat | 398.67 SF | 0.58 | 1.79 | 46.60 | 279.62 | (0.00) | 279.62 |
| 263. Seal/prime (1 coat) then paint (2 coats) the walls | 398.67 SF | 1.31 | 9.87 | 106.44 | 638.57 | (0.00) | 638.57 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 264a. Remove Commercial electrical (SF of bldg) - Average load | 154.82 SF | 1.90 | 0.00 | 58.84 | 353.00 | (0.00) | 353.00 |
| 264b. Commercial electrical (SF of bldg) - Average load | 154.82 SF | 15.39 | 29.26 | 482.40 | 2,894.34 | (0.00) | 2,894.34 |
| **Cleaning:** | | | | | | | |
| 265. Final cleaning - construction - Commercial | 154.82 SF | 0.24 | 0.00 | 7.44 | 44.60 | (0.00) | 44.60 |
| **Location 5 Totals:** | | | **111.04** | **1221.16** | **7,326.85** | | **7,326.85** |
| **Totals: Outer Furnace Room** | | | **111.04** | **1,221.16** | **7,326.85** | **0.00** | **7,326.85** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Jar Room** **Height: 8'**

| | |
|---|---|
| 309.33 SF Walls | 81.77 SF Ceiling |
| 391.10 SF Walls & Ceiling | 81.77 SF Floor |
| 9.09 SY Flooring | 38.67 LF Floor Perimeter |
| 38.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 266. Floor protection - self-adhesive plastic film | 81.77 SF | 0.63 | 0.86 | 10.48 | 62.86 | (0.00) | 62.86 |
| 267. Floor protection - cardboard and tape | 81.77 SF | 0.64 | 1.72 | 10.80 | 64.85 | (0.00) | 64.85 |
| 268. Floor protection - heavy paper and tape | 81.77 SF | 0.43 | 0.43 | 7.12 | 42.71 | (0.00) | 42.71 |
| **Ceiling:** | | | | | | | |
| 269. 5/8" drywall - hung, taped, with smooth wall finish | 81.77 SF | 3.09 | 4.72 | 51.48 | 308.87 | (0.00) | 308.87 |
| 270a. Remove Batt insulation - 6" - R21 - paper / foil faced | 81.77 SF | 0.43 | 0.00 | 7.04 | 42.20 | (0.00) | 42.20 |
| 270b. Batt insulation - 6" - R21 - paper / foil faced | 81.77 SF | 1.72 | 7.67 | 29.66 | 177.97 | (0.00) | 177.97 |
| 271. Seal the ceiling w/PVA primer - one coat | 81.77 SF | 0.58 | 0.37 | 9.56 | 57.36 | (0.00) | 57.36 |
| 272. Seal/prime (1 coat) then paint (2 coats) the ceiling | 81.77 SF | 1.31 | 2.02 | 21.82 | 130.96 | (0.00) | 130.96 |
| **Walls:** | | | | | | | |
| 273. 5/8" drywall - hung, taped, with smooth wall finish | 81.77 SF | 3.09 | 4.72 | 51.48 | 308.87 | (0.00) | 308.87 |
| 274a. Remove Batt insulation - 4" - R15 - paper / foil faced | 309.33 SF | 0.35 | 0.00 | 21.66 | 129.93 | (0.00) | 129.93 |
| 274b. Batt insulation - 4" - R15 - paper / foil faced | 309.33 SF | 1.36 | 21.34 | 88.40 | 530.43 | (0.00) | 530.43 |
| 275. Seal the walls w/PVA primer - one coat | 309.33 SF | 0.58 | 1.39 | 36.16 | 216.96 | (0.00) | 216.96 |
| 276. Seal/prime (1 coat) then paint (2 coats) the walls | 309.33 SF | 1.31 | 7.66 | 82.58 | 495.46 | (0.00) | 495.46 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 277a. Remove Commercial electrical (SF of bldg) - Average load | 81.77 SF | 1.90 | 0.00 | 31.08 | 186.44 | (0.00) | 186.44 |
| 277b. Commercial electrical (SF of bldg) - Average load | 81.77 SF | 15.39 | 15.45 | 254.78 | 1,528.67 | (0.00) | 1,528.67 |
| **Cleaning:** | | | | | | | |
| 278. Final cleaning - construction - Commercial | 81.77 SF | 0.24 | 0.00 | 3.92 | 23.54 | (0.00) | 23.54 |
| **Location 5 Totals:** | | | **68.35** | **718.02** | **4,308.08** | | **4,308.08** |
| **Totals: Jar Room** | | | **68.35** | **718.02** | **4,308.08** | **0.00** | **4,308.08** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Chapel HVAC** | **Height: 8'**

| | |
|---|---|
| 310.98 SF Walls | 90.67 SF Ceiling |
| 401.65 SF Walls & Ceiling | 90.67 SF Floor |
| 10.07 SY Flooring | 36.43 LF Floor Perimeter |
| 51.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** | **14' 8 7/8" X 6' 8 1/16"** | **Opens into CHAPEL**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 279. Floor protection - self-adhesive plastic film | 90.67 SF | 0.63 | 0.95 | 11.62 | 69.69 | (0.00) | 69.69 |
| 280. Floor protection - cardboard and tape | 90.67 SF | 0.64 | 1.90 | 11.98 | 71.91 | (0.00) | 71.91 |
| 281. Floor protection - heavy paper and tape | 90.67 SF | 0.43 | 0.48 | 7.90 | 47.37 | (0.00) | 47.37 |
| **Ceiling:** | | | | | | | |
| 282. 5/8" drywall - hung, taped, with smooth wall finish | 90.67 SF | 3.09 | 5.24 | 57.08 | 342.49 | (0.00) | 342.49 |
| 283a. Remove Batt insulation - 6" - R21 - paper / foil faced | 90.67 SF | 0.43 | 0.00 | 7.80 | 46.79 | (0.00) | 46.79 |
| 283b. Batt insulation - 6" - R21 - paper / foil faced | 90.67 SF | 1.72 | 8.50 | 32.90 | 197.35 | (0.00) | 197.35 |
| 284. Seal the ceiling w/PVA primer - one coat | 90.67 SF | 0.58 | 0.41 | 10.60 | 63.60 | (0.00) | 63.60 |
| 285. Seal/prime (1 coat) then paint (2 coats) the ceiling | 90.67 SF | 1.31 | 2.24 | 24.20 | 145.22 | (0.00) | 145.22 |
| **Walls:** | | | | | | | |
| 286. 5/8" drywall - hung, taped, with smooth wall finish | 90.67 SF | 3.09 | 5.24 | 57.08 | 342.49 | (0.00) | 342.49 |
| 287a. Remove Batt insulation - 4" - R15 - paper / foil faced | 310.98 SF | 0.35 | 0.00 | 21.76 | 130.60 | (0.00) | 130.60 |
| 287b. Batt insulation - 4" - R15 - paper / foil faced | 310.98 SF | 1.36 | 21.46 | 88.88 | 533.27 | (0.00) | 533.27 |
| 288. Seal the walls w/PVA primer - one coat | 310.98 SF | 0.58 | 1.40 | 36.36 | 218.13 | (0.00) | 218.13 |
| 289. Seal/prime (1 coat) then paint (2 coats) the walls | 310.98 SF | 1.31 | 7.70 | 83.02 | 498.10 | (0.00) | 498.10 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 290a. Remove Commercial electrical (SF of bldg) - Average load | 90.67 SF | 1.90 | 0.00 | 34.46 | 206.73 | (0.00) | 206.73 |
| 290b. Commercial electrical (SF of bldg) - Average load | 90.67 SF | 15.39 | 17.14 | 282.50 | 1,695.05 | (0.00) | 1,695.05 |
| **Cleaning:** | | | | | | | |
| 291. Final cleaning - construction - Commercial | 90.67 SF | 0.24 | 0.00 | 4.36 | 26.12 | (0.00) | 26.12 |
| **Location 5 Totals:** | | | **72.66** | **772.50** | **4,634.91** | | **4,634.91** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Chapel HVAC**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Chapel HVAC** | | | **72.66** | **772.50** | **4,634.91** | **0.00** | **4,634.91** |

**Garage** — **Height: 8'**

| | |
|---|---|
| 550.67 SF Walls | 279.11 SF Ceiling |
| 829.78 SF Walls & Ceiling | 279.11 SF Floor |
| 31.01 SY Flooring | 68.83 LF Floor Perimeter |
| 68.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 292. Floor protection - self-adhesive plastic film | 279.11 SF | 0.63 | 2.93 | 35.74 | 214.51 | (0.00) | 214.51 |
| 293. Floor protection - cardboard and tape | 279.11 SF | 0.64 | 5.86 | 36.90 | 221.39 | (0.00) | 221.39 |
| 294. Floor protection - heavy paper and tape | 279.11 SF | 0.43 | 1.47 | 24.30 | 145.79 | (0.00) | 145.79 |
| **Ceiling:** | | | | | | | |
| 295. 5/8" drywall - hung, taped, with smooth wall finish | 279.11 SF | 3.09 | 16.12 | 175.72 | 1,054.29 | (0.00) | 1,054.29 |
| 296a. Remove Batt insulation - 6" - R21 - paper / foil faced | 279.11 SF | 0.43 | 0.00 | 24.00 | 144.02 | (0.00) | 144.02 |
| 296b. Batt insulation - 6" - R21 - paper / foil faced | 279.11 SF | 1.72 | 26.17 | 101.26 | 607.50 | (0.00) | 607.50 |
| 297. Seal the ceiling w/PVA primer - one coat | 279.11 SF | 0.58 | 1.26 | 32.64 | 195.78 | (0.00) | 195.78 |
| 298. Seal/prime (1 coat) then paint (2 coats) the ceiling | 279.11 SF | 1.31 | 6.91 | 74.50 | 447.04 | (0.00) | 447.04 |
| **Walls:** | | | | | | | |
| 299. 5/8" drywall - hung, taped, with smooth wall finish | 279.11 SF | 3.09 | 16.12 | 175.72 | 1,054.29 | (0.00) | 1,054.29 |
| 300a. Remove Batt insulation - 4" - R15 - paper / foil faced | 550.67 SF | 0.35 | 0.00 | 38.54 | 231.27 | (0.00) | 231.27 |
| 300b. Batt insulation - 4" - R15 - paper / foil faced | 550.67 SF | 1.36 | 38.00 | 157.38 | 944.29 | (0.00) | 944.29 |
| 301. Seal the walls w/PVA primer - one coat | 550.67 SF | 0.58 | 2.48 | 64.38 | 386.25 | (0.00) | 386.25 |
| 302. Seal/prime (1 coat) then paint (2 coats) the walls | 550.67 SF | 1.31 | 13.63 | 147.00 | 882.01 | (0.00) | 882.01 |
| **Floor:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Garage**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Electrical:** | | | | | | | |
| 303a. Remove Commercial electrical (SF of bldg) - Average load | 279.11 SF | 1.90 | 0.00 | 106.06 | 636.37 | (0.00) | 636.37 |
| 303b. Commercial electrical (SF of bldg) - Average load | 279.11 SF | 15.39 | 52.75 | 869.66 | 5,217.91 | (0.00) | 5,217.91 |
| **Cleaning:** | | | | | | | |
| 304. Final cleaning - construction - Commercial | 279.11 SF | 0.24 | 0.00 | 13.40 | 80.39 | (0.00) | 80.39 |
| **Location 5 Totals:** | | | **183.70** | **2077.20** | **12,463.10** | | **12,463.10** |
| **Totals: Garage** | | | **183.70** | **2,077.20** | **12,463.10** | **0.00** | **12,463.10** |

**Entry/Foyer** **Height: 8'**

| | |
|---|---|
| 258.67 SF Walls | 65.17 SF Ceiling |
| 323.83 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 32.33 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 305. Floor protection - self-adhesive plastic film | 65.17 SF | 0.63 | 0.68 | 8.36 | 50.10 | (0.00) | 50.10 |
| 306. Floor protection - cardboard and tape | 65.17 SF | 0.64 | 1.37 | 8.62 | 51.70 | (0.00) | 51.70 |
| 307. Floor protection - heavy paper and tape | 65.17 SF | 0.43 | 0.34 | 5.66 | 34.02 | (0.00) | 34.02 |
| **Ceiling:** | | | | | | | |
| 308. 5/8" drywall - hung, taped, with smooth wall finish | 65.17 SF | 3.09 | 3.76 | 41.04 | 246.18 | (0.00) | 246.18 |
| 309a. Remove Batt insulation - 6" - R21 - paper / foil faced | 65.17 SF | 0.43 | 0.00 | 5.60 | 33.62 | (0.00) | 33.62 |
| 309b. Batt insulation - 6" - R21 - paper / foil faced | 65.17 SF | 1.72 | 6.11 | 23.64 | 141.84 | (0.00) | 141.84 |
| 310. Seal the ceiling w/PVA primer - one coat | 65.17 SF | 0.58 | 0.29 | 7.62 | 45.71 | (0.00) | 45.71 |
| 311. Seal/prime (1 coat) then paint (2 coats) the ceiling | 65.17 SF | 1.31 | 1.61 | 17.40 | 104.38 | (0.00) | 104.38 |
| **Walls:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Entry/Foyer**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 312. 5/8" drywall - hung, taped, with smooth wall finish | 65.17 SF | 3.09 | 3.76 | 41.04 | 246.18 | (0.00) | 246.18 |
| 313a. Remove Batt insulation - 4" - R15 - paper / foil faced | 258.67 SF | 0.35 | 0.00 | 18.10 | 108.63 | (0.00) | 108.63 |
| 313b. Batt insulation - 4" - R15 - paper / foil faced | 258.67 SF | 1.36 | 17.85 | 73.94 | 443.58 | (0.00) | 443.58 |
| 314. Seal the walls w/PVA primer - one coat | 258.67 SF | 0.58 | 1.16 | 30.24 | 181.43 | (0.00) | 181.43 |
| 315. Seal/prime (1 coat) then paint (2 coats) the walls | 258.67 SF | 1.31 | 6.40 | 69.06 | 414.32 | (0.00) | 414.32 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 316a. Remove Commercial electrical (SF of bldg) - Average load | 65.17 SF | 1.90 | 0.00 | 24.76 | 148.58 | (0.00) | 148.58 |
| 316b. Commercial electrical (SF of bldg) - Average load | 65.17 SF | 15.39 | 12.32 | 203.06 | 1,218.35 | (0.00) | 1,218.35 |
| **Cleaning:** | | | | | | | |
| 317. Final cleaning - construction - Commercial | 65.17 SF | 0.24 | 0.00 | 3.12 | 18.76 | (0.00) | 18.76 |
| **Location 5 Totals:** | | | **55.65** | **581.26** | **3,487.38** | | **3,487.38** |
| **Totals: Entry/Foyer** | | | **55.65** | **581.26** | **3,487.38** | **0.00** | **3,487.38** |

**Office** **Height: 8'**

| | |
|---|---|
| 258.67 SF Walls | 65.17 SF Ceiling |
| 323.83 SF Walls & Ceiling | 65.17 SF Floor |
| 7.24 SY Flooring | 32.33 LF Floor Perimeter |
| 32.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 318. Floor protection - self-adhesive plastic film | 65.17 SF | 0.63 | 0.68 | 8.36 | 50.10 | (0.00) | 50.10 |
| 319. Floor protection - cardboard and tape | 65.17 SF | 0.64 | 1.37 | 8.62 | 51.70 | (0.00) | 51.70 |
| 320. Floor protection - heavy paper and tape | 65.17 SF | 0.43 | 0.34 | 5.66 | 34.02 | (0.00) | 34.02 |
| **Ceiling:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Office**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 321. 5/8" drywall - hung, taped, with smooth wall finish | 65.17 SF | 3.09 | 3.76 | 41.04 | 246.18 | (0.00) | 246.18 |
| 322a. Remove Batt insulation - 6" - R21 - paper / foil faced | 65.17 SF | 0.43 | 0.00 | 5.60 | 33.62 | (0.00) | 33.62 |
| 322b. Batt insulation - 6" - R21 - paper / foil faced | 65.17 SF | 1.72 | 6.11 | 23.64 | 141.84 | (0.00) | 141.84 |
| 323. Seal the ceiling w/PVA primer - one coat | 65.17 SF | 0.58 | 0.29 | 7.62 | 45.71 | (0.00) | 45.71 |
| 324. Seal/prime (1 coat) then paint (2 coats) the ceiling | 65.17 SF | 1.31 | 1.61 | 17.40 | 104.38 | (0.00) | 104.38 |
| **Walls:** | | | | | | | |
| 325. 5/8" drywall - hung, taped, with smooth wall finish | 65.17 SF | 3.09 | 3.76 | 41.04 | 246.18 | (0.00) | 246.18 |
| 326a. Remove Batt insulation - 4" - R15 - paper / foil faced | 258.67 SF | 0.35 | 0.00 | 18.10 | 108.63 | (0.00) | 108.63 |
| 326b. Batt insulation - 4" - R15 - paper / foil faced | 258.67 SF | 1.36 | 17.85 | 73.94 | 443.58 | (0.00) | 443.58 |
| 327. Seal the walls w/PVA primer - one coat | 258.67 SF | 0.58 | 1.16 | 30.24 | 181.43 | (0.00) | 181.43 |
| 328. Seal/prime (1 coat) then paint (2 coats) the walls | 258.67 SF | 1.31 | 6.40 | 69.06 | 414.32 | (0.00) | 414.32 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 329a. Remove Commercial electrical (SF of bldg) - Average load | 65.17 SF | 1.90 | 0.00 | 24.76 | 148.58 | (0.00) | 148.58 |
| 329b. Commercial electrical (SF of bldg) - Average load | 65.17 SF | 15.39 | 12.32 | 203.06 | 1,218.35 | (0.00) | 1,218.35 |
| **Cleaning:** | | | | | | | |
| 330. Final cleaning - construction - Commercial | 65.17 SF | 0.24 | 0.00 | 3.12 | 18.76 | (0.00) | 18.76 |
| **Location 5 Totals:** | | | **55.65** | **581.26** | **3,487.38** | | **3,487.38** |
| **Totals: Office** | | | **55.65** | **581.26** | **3,487.38** | **0.00** | **3,487.38** |
| **Area Location 5 Total:** | | | **2,701.22** | **30,032.58** | **180,192.04** | | **180,192.04** |
| **Totals: Level 1** | | | **2,701.22** | **30,032.58** | **180,192.04** | **0.00** | **180,192.04** |

**Second Level**



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Room 1 upper floor** **Height: 8'**

| | |
|---|---|
| 452.00 SF Walls | 185.79 SF Ceiling |
| 637.79 SF Walls & Ceiling | 185.79 SF Floor |
| 20.64 SY Flooring | 56.50 LF Floor Perimeter |
| 56.50 LF Ceil. Perimeter | |

**Subroom: Closet (1)** **Height: 8'**

| | |
|---|---|
| 102.67 SF Walls | 10.21 SF Ceiling |
| 112.88 SF Walls & Ceiling | 10.21 SF Floor |
| 1.13 SY Flooring | 12.83 LF Floor Perimeter |
| 12.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 331. Floor protection - self-adhesive plastic film | 196.00 SF | 0.63 | 2.06 | 25.12 | 150.66 | (0.00) | 150.66 |
| 332. Floor protection - cardboard and tape | 196.00 SF | 0.64 | 4.12 | 25.90 | 155.46 | (0.00) | 155.46 |
| 333. Floor protection - heavy paper and tape | 196.00 SF | 0.43 | 1.03 | 17.06 | 102.37 | (0.00) | 102.37 |
| **Ceiling:** | | | | | | | |
| 334. 5/8" drywall - hung, taped, with smooth wall finish | 196.00 SF | 3.09 | 11.32 | 123.38 | 740.34 | (0.00) | 740.34 |
| 335a. Remove Batt insulation - 6" - R21 - paper / foil faced | 196.00 SF | 0.43 | 0.00 | 16.86 | 101.14 | (0.00) | 101.14 |
| 335b. Batt insulation - 6" - R21 - paper / foil faced | 196.00 SF | 1.72 | 18.38 | 71.10 | 426.60 | (0.00) | 426.60 |
| 336. Seal the ceiling w/PVA primer - one coat | 196.00 SF | 0.58 | 0.88 | 22.92 | 137.48 | (0.00) | 137.48 |
| 337. Seal/prime (1 coat) then paint (2 coats) the ceiling | 196.00 SF | 1.31 | 4.85 | 52.34 | 313.95 | (0.00) | 313.95 |
| **Walls:** | | | | | | | |
| 338. 5/8" drywall - hung, taped, with smooth wall finish | 196.00 SF | 3.09 | 11.32 | 123.38 | 740.34 | (0.00) | 740.34 |
| 339a. Remove Batt insulation - 4" - R15 - paper / foil faced | 554.67 SF | 0.35 | 0.00 | 38.82 | 232.95 | (0.00) | 232.95 |
| 339b. Batt insulation - 4" - R15 - paper / foil faced | 554.67 SF | 1.36 | 38.27 | 158.54 | 951.16 | (0.00) | 951.16 |
| 340. Seal the walls w/PVA primer - one coat | 554.67 SF | 0.58 | 2.50 | 64.84 | 389.05 | (0.00) | 389.05 |
| 341. Seal/prime (1 coat) then paint (2 coats) the walls | 554.67 SF | 1.31 | 13.73 | 148.06 | 888.41 | (0.00) | 888.41 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Room 1 upper floor**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 342a. Remove Commercial electrical (SF of bldg) - Average load | 196.00 SF | 1.90 | 0.00 | 74.48 | 446.88 | (0.00) | 446.88 |
| 342b. Commercial electrical (SF of bldg) - Average load | 196.00 SF | 15.39 | 37.04 | 610.68 | 3,664.16 | (0.00) | 3,664.16 |
| **Cleaning:** | | | | | | | |
| 343. Final cleaning - construction - Commercial | 196.00 SF | 0.24 | 0.00 | 9.40 | 56.44 | (0.00) | 56.44 |
| **Location 5 Totals:** | | | **145.50** | **1582.88** | **9,497.39** | | **9,497.39** |
| **Totals: Room 1 upper floor** | | | **145.50** | **1,582.88** | **9,497.39** | **0.00** | **9,497.39** |

**Upper Stairwell** **Height: 8'**

| | |
|---|---|
| 337.86 SF Walls | 105.51 SF Ceiling |
| 443.37 SF Walls & Ceiling | 105.51 SF Floor |
| 11.72 SY Flooring | 42.23 LF Floor Perimeter |
| 42.23 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 344. Floor protection - self-adhesive plastic film | 105.51 SF | 0.63 | 1.11 | 13.52 | 81.10 | (0.00) | 81.10 |
| 345. Floor protection - cardboard and tape | 105.51 SF | 0.64 | 2.22 | 13.94 | 83.69 | (0.00) | 83.69 |
| 346. Floor protection - heavy paper and tape | 105.51 SF | 0.43 | 0.55 | 9.20 | 55.12 | (0.00) | 55.12 |
| **Ceiling:** | | | | | | | |
| 347. 5/8" drywall - hung, taped, with smooth wall finish | 105.51 SF | 3.09 | 6.09 | 66.42 | 398.54 | (0.00) | 398.54 |
| 348a. Remove Batt insulation - 6" - R21 - paper / foil faced | 105.51 SF | 0.43 | 0.00 | 9.08 | 54.45 | (0.00) | 54.45 |
| 348b. Batt insulation - 6" - R21 - paper / foil faced | 105.51 SF | 1.72 | 9.89 | 38.28 | 229.65 | (0.00) | 229.65 |
| 349. Seal the ceiling w/PVA primer - one coat | 105.51 SF | 0.58 | 0.47 | 12.34 | 74.01 | (0.00) | 74.01 |
| 350. Seal/prime (1 coat) then paint (2 coats) the ceiling | 105.51 SF | 1.31 | 2.61 | 28.16 | 168.99 | (0.00) | 168.99 |
| **Walls:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Upper Stairwell**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 351. 5/8" drywall - hung, taped, with smooth wall finish | 105.51 SF | 3.09 | 6.09 | 66.42 | 398.54 | (0.00) | 398.54 |
| 352a. Remove Batt insulation - 4" - R15 - paper / foil faced | 337.86 SF | 0.35 | 0.00 | 23.66 | 141.91 | (0.00) | 141.91 |
| 352b. Batt insulation - 4" - R15 - paper / foil faced | 337.86 SF | 1.36 | 23.31 | 96.56 | 579.36 | (0.00) | 579.36 |
| 353. Seal the walls w/PVA primer - one coat | 337.86 SF | 0.58 | 1.52 | 39.50 | 236.98 | (0.00) | 236.98 |
| 354. Seal/prime (1 coat) then paint (2 coats) the walls | 337.86 SF | 1.31 | 8.36 | 90.20 | 541.16 | (0.00) | 541.16 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 355a. Remove Commercial electrical (SF of bldg) - Average load | 105.51 SF | 1.90 | 0.00 | 40.10 | 240.57 | (0.00) | 240.57 |
| 355b. Commercial electrical (SF of bldg) - Average load | 105.51 SF | 15.39 | 19.94 | 328.74 | 1,972.48 | (0.00) | 1,972.48 |
| **Cleaning:** | | | | | | | |
| 356. Final cleaning - construction - Commercial | 105.51 SF | 0.24 | 0.00 | 5.06 | 30.38 | (0.00) | 30.38 |
| **Location 5 Totals:** | | | **82.16** | **881.18** | **5,286.93** | | **5,286.93** |
| **Totals: Upper Stairwell** | | | **82.16** | **881.18** | **5,286.93** | **0.00** | **5,286.93** |

**Blue Room** **Height: 8'**

| | |
|---|---|
| 541.86 SF Walls | 206.93 SF Ceiling |
| 748.79 SF Walls & Ceiling | 206.93 SF Floor |
| 22.99 SY Flooring | 67.73 LF Floor Perimeter |
| 67.73 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 357. Floor protection - self-adhesive plastic film | 206.93 SF | 0.63 | 2.17 | 26.52 | 159.06 | (0.00) | 159.06 |
| 358. Floor protection - cardboard and tape | 206.93 SF | 0.64 | 4.35 | 27.36 | 164.15 | (0.00) | 164.15 |
| 359. Floor protection - heavy paper and tape | 206.93 SF | 0.43 | 1.09 | 18.02 | 108.09 | (0.00) | 108.09 |
| **Ceiling:** | | | | | | | |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Blue Room**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 360. 5/8" drywall - hung, taped, with smooth wall finish | 206.93 SF | 3.09 | 11.95 | 130.28 | 781.64 | (0.00) | 781.64 |
| 361a. Remove Batt insulation - 6" - R21 - paper / foil faced | 206.93 SF | 0.43 | 0.00 | 17.80 | 106.78 | (0.00) | 106.78 |
| 361b. Batt insulation - 6" - R21 - paper / foil faced | 206.93 SF | 1.72 | 19.40 | 75.06 | 450.38 | (0.00) | 450.38 |
| 362. Seal the ceiling w/PVA primer - one coat | 206.93 SF | 0.58 | 0.93 | 24.18 | 145.13 | (0.00) | 145.13 |
| 363. Seal/prime (1 coat) then paint (2 coats) the ceiling | 206.93 SF | 1.31 | 5.12 | 55.24 | 331.44 | (0.00) | 331.44 |
| **Walls:** | | | | | | | |
| 364. 5/8" drywall - hung, taped, with smooth wall finish | 206.93 SF | 3.09 | 11.95 | 130.28 | 781.64 | (0.00) | 781.64 |
| 365a. Remove Batt insulation - 4" - R15 - paper / foil faced | 541.86 SF | 0.35 | 0.00 | 37.94 | 227.59 | (0.00) | 227.59 |
| 365b. Batt insulation - 4" - R15 - paper / foil faced | 541.86 SF | 1.36 | 37.39 | 154.86 | 929.18 | (0.00) | 929.18 |
| 366. Seal the walls w/PVA primer - one coat | 541.86 SF | 0.58 | 2.44 | 63.34 | 380.06 | (0.00) | 380.06 |
| 367. Seal/prime (1 coat) then paint (2 coats) the walls | 541.86 SF | 1.31 | 13.41 | 144.64 | 867.89 | (0.00) | 867.89 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 368a. Remove Commercial electrical (SF of bldg) - Average load | 206.93 SF | 1.90 | 0.00 | 78.64 | 471.81 | (0.00) | 471.81 |
| 368b. Commercial electrical (SF of bldg) - Average load | 206.93 SF | 15.39 | 39.11 | 644.76 | 3,868.52 | (0.00) | 3,868.52 |
| **Cleaning:** | | | | | | | |
| 369. Final cleaning - construction - Commercial | 206.93 SF | 0.24 | 0.00 | 9.94 | 59.60 | (0.00) | 59.60 |
| **Location 5 Totals:** | | | **149.31** | **1638.86** | **9,832.96** | | **9,832.96** |
| **Totals: Blue Room** | | | **149.31** | **1,638.86** | **9,832.96** | **0.00** | **9,832.96** |

**Room 2 2nd Floor** — **Height: 8'**

| | |
|---|---|
| 529.33 SF Walls | 271.96 SF Ceiling |
| 801.29 SF Walls & Ceiling | 271.96 SF Floor |
| 30.22 SY Flooring | 66.17 LF Floor Perimeter |
| 66.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

 **Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**CONTINUED - Room 2 2nd Floor**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 370. Floor protection - self-adhesive plastic film | 271.96 SF | 0.63 | 2.86 | 34.84 | 209.03 | (0.00) | 209.03 |
| 371. Floor protection - cardboard and tape | 271.96 SF | 0.64 | 5.71 | 35.96 | 215.72 | (0.00) | 215.72 |
| 372. Floor protection - heavy paper and tape | 271.96 SF | 0.43 | 1.43 | 23.66 | 142.03 | (0.00) | 142.03 |
| **Ceiling:** | | | | | | | |
| 373. 5/8" drywall - hung, taped, with smooth wall finish | 271.96 SF | 3.09 | 15.71 | 171.22 | 1,027.29 | (0.00) | 1,027.29 |
| 374a. Remove Batt insulation - 6" - R21 - paper / foil faced | 271.96 SF | 0.43 | 0.00 | 23.38 | 140.32 | (0.00) | 140.32 |
| 374b. Batt insulation - 6" - R21 - paper / foil faced | 271.96 SF | 1.72 | 25.50 | 98.66 | 591.93 | (0.00) | 591.93 |
| 375. Seal the ceiling w/PVA primer - one coat | 271.96 SF | 0.58 | 1.22 | 31.78 | 190.74 | (0.00) | 190.74 |
| 376. Seal/prime (1 coat) then paint (2 coats) the ceiling | 271.96 SF | 1.31 | 6.73 | 72.60 | 435.60 | (0.00) | 435.60 |
| **Walls:** | | | | | | | |
| 377. 5/8" drywall - hung, taped, with smooth wall finish | 271.96 SF | 3.09 | 15.71 | 171.22 | 1,027.29 | (0.00) | 1,027.29 |
| 378a. Remove Batt insulation - 4" - R15 - paper / foil faced | 529.33 SF | 0.35 | 0.00 | 37.06 | 222.33 | (0.00) | 222.33 |
| 378b. Batt insulation - 4" - R15 - paper / foil faced | 529.33 SF | 1.36 | 36.52 | 151.28 | 907.69 | (0.00) | 907.69 |
| 379. Seal the walls w/PVA primer - one coat | 529.33 SF | 0.58 | 2.38 | 61.88 | 371.27 | (0.00) | 371.27 |
| 380. Seal/prime (1 coat) then paint (2 coats) the walls | 529.33 SF | 1.31 | 13.10 | 141.30 | 847.82 | (0.00) | 847.82 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 381a. Remove Commercial electrical (SF of bldg) - Average load | 271.96 SF | 1.90 | 0.00 | 103.34 | 620.06 | (0.00) | 620.06 |
| 381b. Commercial electrical (SF of bldg) - Average load | 271.96 SF | 15.39 | 51.40 | 847.38 | 5,084.24 | (0.00) | 5,084.24 |
| **Cleaning:** | | | | | | | |
| 382. Final cleaning - construction - Commercial | 271.96 SF | 0.24 | 0.00 | 13.06 | 78.33 | (0.00) | 78.33 |
| **Location 5 Totals:** | | | **178.27** | **2018.62** | **12,111.69** | | **12,111.69** |
| **Totals: Room 2 2nd Floor** | | | **178.27** | **2,018.62** | **12,111.69** | **0.00** | **12,111.69** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Hallway Upper** Height: 8'

| | |
|---|---|
| 173.64 SF Walls | 26.93 SF Ceiling |
| 200.57 SF Walls & Ceiling | 26.93 SF Floor |
| 2.99 SY Flooring | 21.70 LF Floor Perimeter |
| 21.70 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 383. Floor protection - self-adhesive plastic film | 26.93 SF | 0.63 | 0.28 | 3.46 | 20.71 | (0.00) | 20.71 |
| 384. Floor protection - cardboard and tape | 26.93 SF | 0.64 | 0.57 | 3.56 | 21.37 | (0.00) | 21.37 |
| 385. Floor protection - heavy paper and tape | 26.93 SF | 0.43 | 0.14 | 2.34 | 14.06 | (0.00) | 14.06 |
| **Ceiling:** | | | | | | | |
| 386. 5/8" drywall - hung, taped, with smooth wall finish | 26.93 SF | 3.09 | 1.56 | 16.96 | 101.73 | (0.00) | 101.73 |
| 387a. Remove Batt insulation - 6" - R21 - paper / foil faced | 26.93 SF | 0.43 | 0.00 | 2.32 | 13.90 | (0.00) | 13.90 |
| 387b. Batt insulation - 6" - R21 - paper / foil faced | 26.93 SF | 1.72 | 2.52 | 9.76 | 58.60 | (0.00) | 58.60 |
| 388. Seal the ceiling w/PVA primer - one coat | 26.93 SF | 0.58 | 0.12 | 3.14 | 18.88 | (0.00) | 18.88 |
| 389. Seal/prime (1 coat) then paint (2 coats) the ceiling | 26.93 SF | 1.31 | 0.67 | 7.20 | 43.15 | (0.00) | 43.15 |
| **Walls:** | | | | | | | |
| 390. 5/8" drywall - hung, taped, with smooth wall finish | 26.93 SF | 3.09 | 1.56 | 16.96 | 101.73 | (0.00) | 101.73 |
| 391a. Remove Batt insulation - 4" - R15 - paper / foil faced | 173.64 SF | 0.35 | 0.00 | 12.16 | 72.93 | (0.00) | 72.93 |
| 391b. Batt insulation - 4" - R15 - paper / foil faced | 173.64 SF | 1.36 | 11.98 | 49.64 | 297.77 | (0.00) | 297.77 |
| 392. Seal the walls w/PVA primer - one coat | 173.64 SF | 0.58 | 0.78 | 20.30 | 121.79 | (0.00) | 121.79 |
| 393. Seal/prime (1 coat) then paint (2 coats) the walls | 173.64 SF | 1.31 | 4.30 | 46.36 | 278.13 | (0.00) | 278.13 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 394a. Remove Commercial electrical (SF of bldg) - Average load | 26.93 SF | 1.90 | 0.00 | 10.24 | 61.41 | (0.00) | 61.41 |
| 394b. Commercial electrical (SF of bldg) - Average load | 26.93 SF | 15.39 | 5.09 | 83.92 | 503.46 | (0.00) | 503.46 |
| **Cleaning:** | | | | | | | |
| 395. Final cleaning - construction - Commercial | 26.93 SF | 0.24 | 0.00 | 1.30 | 7.76 | (0.00) | 7.76 |
| **Location 5 Totals:** | | | **29.57** | **289.62** | **1,737.38** | | **1,737.38** |
| **Totals: Hallway Upper** | | | **29.57** | **289.62** | **1,737.38** | **0.00** | **1,737.38** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Hallway Upper Kitchen** **Height: 8'**

| | |
|---|---|
| 142.67 SF Walls | 19.67 SF Ceiling |
| 162.33 SF Walls & Ceiling | 19.67 SF Floor |
| 2.19 SY Flooring | 17.83 LF Floor Perimeter |
| 17.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 396. Floor protection - self-adhesive plastic film | 19.67 SF | 0.63 | 0.21 | 2.52 | 15.12 | (0.00) | 15.12 |
| 397. Floor protection - cardboard and tape | 19.67 SF | 0.64 | 0.41 | 2.60 | 15.60 | (0.00) | 15.60 |
| 398. Floor protection - heavy paper and tape | 19.67 SF | 0.43 | 0.10 | 1.72 | 10.28 | (0.00) | 10.28 |
| **Ceiling:** | | | | | | | |
| 399. 5/8" drywall - hung, taped, with smooth wall finish | 19.67 SF | 3.09 | 1.14 | 12.38 | 74.30 | (0.00) | 74.30 |
| 400a. Remove Batt insulation - 6" - R21 - paper / foil faced | 19.67 SF | 0.43 | 0.00 | 1.70 | 10.16 | (0.00) | 10.16 |
| 400b. Batt insulation - 6" - R21 - paper / foil faced | 19.67 SF | 1.72 | 1.84 | 7.12 | 42.79 | (0.00) | 42.79 |
| 401. Seal the ceiling w/PVA primer - one coat | 19.67 SF | 0.58 | 0.09 | 2.30 | 13.80 | (0.00) | 13.80 |
| 402. Seal/prime (1 coat) then paint (2 coats) the ceiling | 19.67 SF | 1.31 | 0.49 | 5.26 | 31.52 | (0.00) | 31.52 |
| **Walls:** | | | | | | | |
| 403. 5/8" drywall - hung, taped, with smooth wall finish | 19.67 SF | 3.09 | 1.14 | 12.38 | 74.30 | (0.00) | 74.30 |
| 404a. Remove Batt insulation - 4" - R15 - paper / foil faced | 142.67 SF | 0.35 | 0.00 | 9.98 | 59.91 | (0.00) | 59.91 |
| 404b. Batt insulation - 4" - R15 - paper / foil faced | 142.67 SF | 1.36 | 9.84 | 40.76 | 244.63 | (0.00) | 244.63 |
| 405. Seal the walls w/PVA primer - one coat | 142.67 SF | 0.58 | 0.64 | 16.68 | 100.07 | (0.00) | 100.07 |
| 406. Seal/prime (1 coat) then paint (2 coats) the walls | 142.67 SF | 1.31 | 3.53 | 38.08 | 228.51 | (0.00) | 228.51 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 407a. Remove Commercial electrical (SF of bldg) - Average load | 19.67 SF | 1.90 | 0.00 | 7.48 | 44.85 | (0.00) | 44.85 |
| 407b. Commercial electrical (SF of bldg) - Average load | 19.67 SF | 15.39 | 3.72 | 61.28 | 367.72 | (0.00) | 367.72 |
| **Cleaning:** | | | | | | | |
| 408. Final cleaning - construction - Commercial | 19.67 SF | 0.24 | 0.00 | 0.94 | 5.66 | (0.00) | 5.66 |
| **Location 5 Totals:** | | | **23.15** | **223.18** | **1,339.22** | | **1,339.22** |
| **Totals: Hallway Upper Kitchen** | | | **23.15** | **223.18** | **1,339.22** | **0.00** | **1,339.22** |



**Elite Contracting and Consulting**

4585 E Snyder Rd
Walnut Hill, IL 62893
855-542-4593

**Room4** **Height: 8'**

| | |
|---|---|
| 337.16 SF Walls | 114.05 SF Ceiling |
| 451.21 SF Walls & Ceiling | 114.05 SF Floor |
| 12.67 SY Flooring | 42.14 LF Floor Perimeter |
| 42.14 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| LOCATION 5 | | | | | | | |
| **Masking:** | | | | | | | |
| 409. Floor protection - self-adhesive plastic film | 114.05 SF | 0.63 | 1.20 | 14.62 | 87.67 | (0.00) | 87.67 |
| 410. Floor protection - cardboard and tape | 114.05 SF | 0.64 | 2.39 | 15.08 | 90.46 | (0.00) | 90.46 |
| 411. Floor protection - heavy paper and tape | 114.05 SF | 0.43 | 0.60 | 9.92 | 59.56 | (0.00) | 59.56 |
| **Ceiling:** | | | | | | | |
| 412. 5/8" drywall - hung, taped, with smooth wall finish | 114.05 SF | 3.09 | 6.59 | 71.80 | 430.80 | (0.00) | 430.80 |
| 413a. Remove Batt insulation - 6" - R21 - paper / foil faced | 114.05 SF | 0.43 | 0.00 | 9.80 | 58.84 | (0.00) | 58.84 |
| 413b. Batt insulation - 6" - R21 - paper / foil faced | 114.05 SF | 1.72 | 10.69 | 41.38 | 248.24 | (0.00) | 248.24 |
| 414. Seal the ceiling w/PVA primer - one coat | 114.05 SF | 0.58 | 0.51 | 13.34 | 80.00 | (0.00) | 80.00 |
| 415. Seal/prime (1 coat) then paint (2 coats) the ceiling | 114.05 SF | 1.31 | 2.82 | 30.44 | 182.67 | (0.00) | 182.67 |
| **Walls:** | | | | | | | |
| 416. 5/8" drywall - hung, taped, with smooth wall finish | 114.05 SF | 3.09 | 6.59 | 71.80 | 430.80 | (0.00) | 430.80 |
| 417a. Remove Batt insulation - 4" - R15 - paper / foil faced | 337.16 SF | 0.35 | 0.00 | 23.60 | 141.61 | (0.00) | 141.61 |
| 417b. Batt insulation - 4" - R15 - paper / foil faced | 337.16 SF | 1.36 | 23.26 | 96.36 | 578.16 | (0.00) | 578.16 |
| 418. Seal the walls w/PVA primer - one coat | 337.16 SF | 0.58 | 1.52 | 39.42 | 236.49 | (0.00) | 236.49 |
| 419. Seal/prime (1 coat) then paint (2 coats) the walls | 337.16 SF | 1.31 | 8.34 | 90.00 | 540.02 | (0.00) | 540.02 |
| **Floor:** | | | | | | | |
| **Electrical:** | | | | | | | |
| 420a. Remove Commercial electrical (SF of bldg) - Average load | 114.05 SF | 1.90 | 0.00 | 43.34 | 260.04 | (0.00) | 260.04 |
| 420b. Commercial electrical (SF of bldg) - Average load | 114.05 SF | 15.39 | 21.56 | 355.36 | 2,132.15 | (0.00) | 2,132.15 |
| **Cleaning:** | | | | | | | |
| 421. Final cleaning - construction - Commercial | 114.05 SF | 0.24 | 0.00 | 5.48 | 32.85 | (0.00) | 32.85 |
| **Location 5 Totals:** | | | **86.07** | **931.74** | **5,590.36** | | **5,590.36** |
| **Totals: Room4** | | | **86.07** | **931.74** | **5,590.36** | **0.00** | **5,590.36** |